UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO.       2

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

GENESIS II CHURCH OF HEALTH AND
HEALING, MARK GRENON, JOSEPH
GRENON, JORDAN GRENON, and
JONATHAN GRENON,

        Defendants.

No. 20 Civ._____

**DECLARATION OF
JASON HUMBERT**

I, Jason Humbert, declare the following:

1.      I am the Director of the Health Fraud Branch in the Office of Regulatory Affairs's ("ORA") Division of Enforcement, United States Food and Drug Administration ("FDA"), in Rockville, Maryland. I have been in this role since July 2018. I am also a Captain in the United States Public Health Service.

2.      Before being named Director, I was an investigator in ORA's Health Fraud Branch since May 2010.

3.      As Director of ORA's Health Fraud Branch, I supervise staff who conduct internet and undercover investigations to support FDA's compliance and enforcement actions. I also conduct those internet and undercover investigations myself.

4.      I am making this Declaration in support of the government's motion for a temporary restraining order and preliminary injunction against Genesis II Church of Health and Healing, Mark Grenon, Joseph Grenon, Jordan Grenon, and Jonathan Grenon (collectively "Defendants").

5.     The documentation referenced herein regarding Defendants' operations, Defendants' websites, and FDA's purchase of Defendants' MMS products is information investigators at FDA collect as part of their regularly-conducted business activity.  It is FDA's regular practice to upload and store such records in an FDA internal database, known as the Compliance Management System ("CMS"), which is in ORA's custody and control and allows users to develop a compliance action and store supporting evidence in an electronic format within a centralized module.  The information is then retained and accessible to all FDA organizational units involved in the action.  The documents referenced herein were collected as part of FDA's regularly-conducted business activities and, consistent with FDA's regular practice, have been uploaded to, and stored in, CMS.

6.     The statements made in this Declaration are based upon my personal knowledge and information about which I have become knowledgeable through my review of official agency records in the course of my official duties as the Director of ORA's Health Fraud Branch in FDA.

**DEFENDANTS' OPERATIONS AND FDA'S PURCHASE OF DEFENDANTS' MMS**

7.     I and Tiffany Petty, a Program Analyst in ORA's Health Fraud Branch, investigated whether an entity known as Genesis II Church of Health and Healing ("Genesis") was offering for sale a product known as MMS with claims that it cures, mitigates, treats, or prevents COVID-19.  *See generally* Declaration of Tiffany Petty ("Petty Decl.").

8.     Defendants' websites also refer to MMS as: "Chlorine Dioxide"; "G2Sacrament"; "G2Sacramental"; "Miracle Mineral Solution"; "Sacramental Cleansing Water"; "Sodium Chlorite"; "MMS Sodium Chlorite"; and part of the "g2 sacramental kit."  *See* Exhibit 1 attached hereto at 1-5, 7, and Petty Decl. Ex. 13.

9.      On March 27, 2020, I directed Petty, whom I supervise as part of my official duties, to investigate Genesis by collecting screen shots of webpages on Defendants' websites that claim that MMS cures, mitigates, treats, or prevents Coronavirus and to make an undercover purchase of Defendants' MMS product. *See generally* Petty Decl.

10.     On March 27, 2020, at my direction, Petty used an undercover computer with a virtual private network ("VPN") to view Defendants' website www.genesis2church.ch (hereafter, the "Genesis Website") in order to make an undercover purchase of MMS. The details of Petty's review of the Defendants' websites and her undercover purchase of MMS are set forth in the Petty Decl.

11.     On March 30, 2020, I traveled to the undercover mailbox in Ashburn, Virginia that is associated with the fictitious identity Petty used to purchase Defendants' MMS products. I collected the shipment with USPS Tracking number 9405511298370940883574 for order 28665 that was made by Petty. The package containing the product contained the return address of 2014 Garden Lane, Bradenton, Florida 34205. The shipment contained product labels referencing Genesis as well as Mark Grenon as "Archbishop." The shipment also contained a booklet titled "Genesis II Church of Health and Healing," which lists "Bishop" Jordan Grenon and his email address, jordan@genesis2church.is, as well as "Bishop" Jonathan Grenon and his email address, jonathan@genesis2church.is. In addition, the booklet lists several websites owned and operated by Genesis, including: "Church website: genesis2church.is, G2C Provider: g2sacraments.org, and G2Radio station: g2voice.is." The label affixed to the product purchased by Petty states that Defendants' MMS is comprised of 22.4% sodium chlorite, 5% sodium chloride (table salt), 1% "trace minerals," and 71.6% purified water. The package also contained

an "activator" that contains 4% hydrochloric acid.  True and correct copies of the contents of the shipment I received from Defendants on March 30, 2020, are attached as Exhibit 2.

### INDIVIDUAL DEFENDANTS AND DEFENDANTS' WEBSITES' DOMAIN NAME REGISTRATION INFORMATION

12.     In addition to being identified as "Archbishop" on MMS product labels, Mark Grenon is also listed as "a founder" on another of Genesis's websites, g2voice.is.  A true and correct copy of the screen shot from g2voice.is is attached as Exhibit 3.

13.     Jordan Grenon is listed as the owner of "Genesis 2 Church Number 99," according to Florida state corporation records.  A true and correct copy of a screen shot from the Florida state corporation website is attached as Exhibit 4.  Joseph Grenon is listed as a "Bishop" and "Reverend" for "Genesis II Church of Healing and Healing" on his LinkedIn page.  *See* Exhibit 5.  Mark Grenon, Jordan Grenon, Joseph Grenon, and Jonathan Grenon all have e-mail addresses that end with "@genesis2church.is."  This information can be found on the Genesis Website and/or in the materials accompanying the MMS products purchased undercover.  *See* Exhibit 1 at 2; Exhibit 2 at 9; Exhibit 6.

14.     Each website on the internet has an electronic address known as a domain name. Congress has defined a "domain name" as "any alphanumeric designation which is registered with or assigned by any domain name registrar, domain name registry, or other domain name registration authority as part of an electronic address on the Internet."  Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1127.

15.     A person may register a desired domain name by applying through any accredited registrar.  One common registrar, GoDaddy, has been accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN").  ICANN is a nonprofit organization responsible for coordinating the maintenance and procedures of several databases related to the namespaces and

numerical spaces of the Internet, ensuring the network's stable and secure operation.  ICANN,

ICANN by-laws (28 November 2019),

https://www.icann.org/resources/pages/governance/bylaws-en.

16.     Once the registrar determines that a requested domain name is available and

accepts the registration application, the registrar would typically then require the registrant to

provide contact and technical information to complete the registration and make that information

publicly available through its WHOIS database.  A WHOIS database is a public online database

that allows users to learn domain name information, such as the registrant's name, address,

phone number, and e-mail address, that has been compiled by the registrar from the registrant's

information. *See Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1064 n.22 (9th Cir. 2009).

17.     Using my FDA computer, I searched a WHOIS database for website registration

information for the following domain names: g2sacraments.org; g2voice.is; genesis2church.is,

which redirects to the Genesis Website (genesis2church.ch) and newg2sacraments.org (hereafter,

the "Sales Website").  The domain name g2sacraments.org is currently registered to Genesis.

The domain name g2voice.is was previously registered with the e-mail address

gmark777@gmail.com, and g2voice.is is referenced on Defendants' websites.  The domain name

genesis2church.is is currently registered to "MG311-IS."  The domain name for the Sales

Website (newg2sacraments.org) is registered through the web service company The Endurance

International Group, Inc.  I also conducted a reverse Internet Protocol ("IP") search for the IP

address 95.211.212.163, which is associated with the domain names g2sacraments.org,

g2voice.is, and genesis2church.is.  A total of 35 domains share this IP address, including

mmmtestimonials.co and g2churchnews.org.  True and correct copies of Defendants' websites'

domain name registration information that I viewed on April 2, 2020 and April 14, 2020 are
attached as Exhibit 7.

## WARNING LETTER AND DEFENDANTS' RESPONSE

18.     On April 8, 2020, FDA issued a Warning Letter to Defendants.  On April 9, 2020,
Defendants responded by posting a blog concerning the Warning Letter to their website and
sending a formal written response to the agency.  The Warning Letter, screenshot of the
Defendants' blog post, and Defendants' response to the agency, are attached as Exhibits 8, 9 and
10, respectively.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct.


Executed on April 15, 2020



Jason Humbert

Jason Humbert
Director
Health Fraud Branch
Office of Regulatory Affairs
United States Food and Drug Administration

# Exhibit 1

Select Language ▼



(/index.php)



(https://g2churchbooks.org/Volume-Two-of-'Imagine-A-World-Without-DIS-EASE'-ebook-p169039425)

---

**G2 Sacrament Providers: MMS, MMS2, DMSO, HCl 4% activator and more**

**🇺🇸 #1 Genesis2Church Provider**

G2Sacraments Church Chapter #001 (https://newg2sacraments.org)
Website: G2Sacraments.org
(https://newg2sacraments.org)Ships throughout USA
Email: g2sacraments@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2, (https://newg2sacraments.org)

**🇬🇭 Africa**

**Ghana**

Genesis2Church Chapter #314

Bishop Barima Asamoah Kofi IV
Email genesis2church.gh@gmail.com
Phone +31 (0) 631 000 871 || +233 (0) 553 020 424 || +233 (0) 506 712 529
Products: MMS, MMS2, 4%HCL, DMSO, ZINC OXIDE

**🇦🇷 Argentina**

Genesis2Church Chapter #120 (http://www.iglesia-g2.com.ar)
Website: www.iglesia-g2.com.ar (http://www.iglesia-g2.com.ar)
Email: info@iglesia-g2.com.ar Alterative Email: obispo.luisgarcia@gmail.com
Products: MMS, HCL 4%, DMSO
**Se habla español.**

### 🔴 Asia

Genesis2Church Chapter #255 (http://miraclemineral.co.nz)
Website: miraclemineral.co.nz (https://www.miraclemineral.co.nz)
Email: info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips Cl02, Dropper, WPS, WPS2,

### 🇦🇺 Australia

Genesis2Church Chapter #316 (http://www.mmsaustralia.com.au)
Website: www.mmsaustralia.com.au (http://www.mmsaustralia.com.au)
Email: office@mmsaustralia.com.au
Products: Sacramental Cleansing Kits, MMS Water Purification Drops,
Educational Materials, plus More
Ships: Worldwide

### 🇨🇦 Canada

Genesis2Church Chapter #291
(http://www.genesis-2-church.org)Website: www.genesis-2-church.org (http://www.genesis-2-church.org)
Email: info@genesis-2-church.org
Products: Sacramental Cleansing Water Kit/MMS (http://www.genesis-2-church.org)
(http://g2sacraments.ecwid.com/#!/Sacrament-Cleansing-Water-MMS2-Calcium-Hypochlorite/p/48080502/category=11018237)Ships: Throughout Canada

Genesis2Church Chapter #297 (/genesis2church297.com)
Website: genesis2church297.com (http://genesis2church297.com)
Email: genesis2church297@gmail.com
Products: WP, MMS, MMS2, HCL 4%, Aztec Clay,
DMSO, Zinc Dioxide, Diatomaceous Earth, Capsules, Bottles & Stickers

### 🇨🇱 Chile

Genesis2Church Chapter #227
(http://genesis2chile.cl/)Website: (http://g2sacraments.ecwid.com/)genesis2chile.cl (http://genesis2chile.cl/)
Email: genesis2chile@gmail.com
Products: MMS (http://g2sacraments.ecwid.com/#!/Sacramental-Cleansing-Water-MMS-Sodium-Chlorite/p/43171147/category=11018237), HCL 4%
(http://g2sacraments.ecwid.com/#!/Sacramental-Cleansing-Water-HCl-Activator/p/43171151/category=11018237), DMSO
(http://g2sacraments.ecwid.com/#!/DMSO-99/p/47084793/category=11018237), MMS2 (http://g2sacraments.ecwid.com/#!/Sacrament-Cleansing-Water-
MMS2-Calcium-Hypochlorite/p/48080502/category=11018237),

### 🟨 Colombia

Genesis II Church Chapter #139 (https://www.facebook.com/IG2Capitulo139)
Bishop Mark Grenon
Santa Marta Colombia
mark@genesis2church.is
joseph@genesis2church.is
**Se habla espanol.**

### 🟥 Mozambique

Genesis2Church Chapter #206
Email: Sam.gesIIchurchofhealth@gmail.com
Phone 258 82 405 9780
Products: MMS, HCL 4%, Citric Acid, MMS2, Moringa, Clays

**New Zealand**

Genesis2Church Chapter #255 (http://miraclemineral.co.nz)
Website: miraclemineral.co.nz (https://www.miraclemineral.co.nz)
Email:info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips Cl02, Dropper, WPS, WPS2,

Genesis2Church Chapter #252
based out of Winton Central Southland
Email: info@genesis2nederland.nl
Products: MMS, HCL 4%, DMSO, MMS2

**Paraguay**

Genesis2Church Chapter #303
Email escri_ovelar@hotmail.com
Products: MMS, HCL 4%, DMSO, MMS2
**Se habla espanol.**

**Peru**

Genesis2Church Chapter #306 (http://www.mmsperusalud.com)
Website: www.mmsperusalud.com (resource://app/res/www.mmsperusalud.com)
Email: mguidoba@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2
**Se habla espanol.**

**Philippines**

Genesis2Church Chapter #324
Email: qasajorda@gmail.com
(mailto:qasajorda@gmail.com)Phone: +63938 658 1661
Products: MMS, HCL 4%, DMSO, MMS2

**Spain**

Genesis II Church Chapter #294 (http://www.activatedmineralsolution.com)
Bishop Tobias Laube
The Laube Holistic Health Solutions Ltd.
www.activatedmineralsolution.com (https://www.activatedmineralsolution.com?res=13)
info@activatedmineralsolution.com
Tel: +34 616413756
facebook.com/laubeholistichealth (https://facebook.com/laubeholistichealth)
facebook.com/amazingmms (https://facebook.com/amazingmms)

**Switzerland**

Genesis2Church Chapter #310
health_minister@bluewin.ch
(mailto:health_minister@bluewin.ch)Products: MMS1 / Sodium chlorite 28% (NaClO2), Chlorine Dioxide Solution
3000ppm (CDS),Hydrochloric acid 5% (HCl), DMSO, MMS2, Capsules,
Moringa oleifera, Schwarze Salbe
Languages: D, E, F, I
**Shipping: Switzerland**

**🇺🇸 USA / America**

Genesis2Church Chapter #290
State: California, USA
Products: MMS, HCl 4%
Email: genesis2church290@unseen.is

Genesis2Church Chapter #239
website: www.AtlantisHealingCenter.com/mms
(http://www.AtlantisHealingCenter.com/mms)email: earl@AtlantisHealingCenter.com
(mailto:earl@AtlantisHealingCenter.com)Products: MMS1, MMS2, HCL 4%, DMSO,
Calcium Bentonite Clay, Diatomaceous Earth, Empty Capsules, Spray Bottles

Genesis2Church Chapter #321
(http://www.discovermms.com)Website: https://www.discovermms.com (https://www.discovermms.com)
Email: service@discovermms.com
Sacraments: MMS, HCL 4%, CA 50%, CDS, MMS2, DMSO, Calcium bentonite clay,
Diatomaceous earth, Sodium chlorite flakes, Test strips, Plastic bottles, Empty Capsules
Ships: Worldwide

---

**License**: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons
Attribution-NonCommercial-NoDerivs 3.0 Unported License.

**Disclaimer**: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of
any information herein.

Select Language ▼



(/index.php)

### Acquiring MMS, Church Sacraments

(/mms/g2-sacrament-suppliers)

Here we explain **the difference** between a *regular MMS supplier* and an *MMS provider of the Genesis II Church*.



#### Regular MMS Suppliers

Anyone can be a seller of MMS and we are grateful for anyone wanting to supply the world. However, as anyone can be a seller, not everyone has been trained by the church and thus neither taught how to prepare the products in the way used by the Genesis II Chuch and our Sacramental MMS Protocols.

#### MMS Provider of the Genesis II Church

- Trained by the Genesis II Church to become a Health Minister
- Health Minister. Has started a Church Chapter of the Genesis II Church
- Offer only products in line with the the protocols of the Genesis II Church
- Accepts only donations for their products
- Is knowledgable enough to offer guidance in the correct use of MMS and other church sacraments in line with the church technology teachings.

**Click the button below to acquire your MMS:**



**Genesis II MMS Providers**
Genesis2Church.is

(/mms/g2-sacrament-suppliers)

**You may want to test your activated MMS with chlorine dioxide test strips:**
Coming soon! Contact support@genesis2church.is for support.

**You can acquire chlorine dioxide test strips from**
- g2sacraments.org (http://www.g2sacraments.org/#!/Chlorine-Dioxide-Test-strips-0-500-PPM/p/57585835/category=11018237)

**License**: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License. (cc) BY-NC-ND

**Disclaimer**: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

⊕ Go to Top



**Newg2sacraments.org**
Church chapter 50

Donate for the G2Sacraments

Welcome to the Genesis II Church sacramental provider website!
All sacraments and products are to be acquired by donation.
The Genesis II Church is a free church under common law and is not under commercial law.
Please enjoy our easy-to-use donation website!



Bulk Sacraments



G2Sacramental products



Newest Products

Proudly powered by WordPress | Theme: Bulk Shop

# Exhibit 2



FOR DOMESTIC



US POSTAGE & FEES PAID
PRIORITY MAIL
FLAT RATE PADDED ENVELOPE
ComP'sPrice

0025-3011692232
9720189
FROM 34205

stamps
endicia
03/27/2020

# PRIORITY MAIL 2-DAY™

G2 CHURCH CHAPTER #50
2014 GARDEN LN
BRADENTON FL 34205

SHIP
TO:

JAMIE MATTHEWS
43330 JUNCTION PLZ # 164-617
ASHBURN VA 20147-3406

FIRMLY TO SEAL



PS00001000016

Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5



SHIP
TO:
JAMIE MATTHEWS
43330 JUNCTION PLZ # 164-617
ASHBURN VA 20147-3406

USPS TRACKING #

9405 5112 9837 0940 8835 74

Order: Donation28665



# PRIORITY MAIL

★ INSURED ★

## FLAT RAT
ONE RATE ★ A

**Customer:** JASON J HUMBERT
**Location:** Shelf
**Package Type:** Package
**Received On:** 3/30/2020

4202014794055112983709408835/4

# 617

You received a package via USPS on 3/30/2020. It was received in the following condition: Good. Please bring this slip to an associate to pickup your item as soon as possible to avoid storage fees.

Please sign below in presence of an associate

Customer Signature                 Today's Date

Print Name

PS00001000016

Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

• Domestic only
• For international shipments, the

# UNITED STATES
POSTAL SERVICE



## G2 sacraments and the Genesis II Church

...lth of the Church believe in:

Doing good deeds
Doing what is right
Good health for all mankind
Freedom for all mankind
Enlightening others with truth
Helping one another
Maintaining integrity in all things

## Contact information

Read the history of the Genesis II Church and what causes DISEASE in the book "Imagine A World Without DISEASE" by Archbishop Mark Grenon www.g2churchbooks.org

- **Support questions:**
- Support@genesis2church.is
- Seminar Inquires:
- Jonathan@genesis2church.is
- **Sacramental Guidance:**
- Joseph@genesis2church.is
- **Order Inquires**
- G2sacraments@gmail.com
- **Membership interest:**
- Membership@genesis2church.is
- **Colombia restoration Center:**
- Mark@genesis2church.is

**Websites:**

**Genesis2church.is**
**G2sacraments.org**
**Quantumleap.is/**
**G2voice.is**
**MMStestimonials.is**
**MMS testimonials youtube**



## Common Questions and Answers

Q: Why pour out half the dose?
A: In the starting procedure you need to start with less than 1 drop per hour.

Q: Can I save the other half and use it next day?
A: No, it may weaken over the next time.

Q: Why did my DMSO freeze?
A: DMSO freezes at 60 degrees F. Place it in warm water to thaw.

Q: When can I start the protocol 1000?
A: After the starting procedure do not rush go slow and steady.

Q: My DMSO leaked, what do I do?
A: Apologies. As DMSO freezes it can expand and leak. The DMSO should still be usable but for a replacement please contact us at g2sacraments@gmail.com

Q: How long does mms last?
A: Unactivated last 15 years.

Q: How to store MMS and HCI?
A: In cool dry place out of sunlight.

Q: Can I take MMS with juices?
A: You must acquire chlorine dioxide test strip and do the proper testing to be sure

## What are the Sacraments of the Genesis II Church?

Our sacraments are minerals that have proven healing properties. The most popular being MMS1 (Chlorine Dioxide) that has been used for over 90 years to clean hospitals, gymnasiums, meat and fish markets without needing to rinse off the products because it leaves behind no toxins.

Our most common sacramental kit is the g2kit2 which has the MMS, HCL activator, and the DMSO.

MMS is the mineral sodium chlorite that needs to become chlorine activated to become chlorine dioxide.

HCL is Hydrochloric acid (stomach acid) that we use to acivate the MMS.

DMSO is a solvent made from trees during the process of making paper. It naturally has anti-inflammatory properties and is used to help bring MMS1 deeper into the body.

## How to use our Sacraments

## The Starting Procedure Day one

Step 1. Use an empty, clean, dry, drinking glass. Tilt the glass slightly sideways and drop one drop of MMS1 so the drop goes to the corner of the down part of the glass. Drop one drop of activator on top of the MMS drop. Shake the glass a little to mix the drops.

Step 2. Wait 20 to 30 seconds and then use a cup to measure 1/2 cup of water to put in the glass... This is 4 ounces. Make sure the drops are mixed into the water.

Step 3. Then pour off one ounce of water and take it. That is 1/4 of the liquid now in the glass you can take it as it is or you can add some additional water to the ounce before you take it.

## Cont. Starting Procedure

To continue with the starting procedure go to genesis2church.is/ videos

for more protocols go to g2voice on youtube

**NOTE: Things that Neutralize Chlorine Dioxide are: Vitamin C, Any Antioxidant, Coffee, Tea, Milk, Alcohol, chocolate, many supplements and medications.**

| Time | Sacrament |
|---|---|
| 9:00 AM | MMS1 |
| 10:00 AM | MMS1 |
| 11:00 AM | MMS1 |
| 12:00 PM | MMS1 |
| 12:30 PM | Lunch |
| 1:00 PM | MMS1 |
| 2:00 PM | MMS1 |
| 3:00 PM | MMS1 |
| 4:00 PM | MMS1 |

**God bless! Enjoy the free gift tract and business card. Please share it!**

**Order Number:** Donation-28665
**Order Date:** 03-27-2020

**G2 Church Chapter #50**
**2014 Garden Ln**
**Bradenton FL 34205**
**US**
**newg2sacraments.org**

**BILLED TO:**

Jamie Matthews
43330 Junction Plaza
#164-617
Ashburn VA 20147
US

**SHIPPED TO:**

Jamie Matthews
43330 JUNCTION PLZ # 164-617
ASHBURN VA 20147
United States

**Shipping:** Priority Mail

**Tracking:** 9405511298370940986574

| SKU | QTY | ITEM NAME | PRICE | TOTAL |
|---|---|---|---|---|
| MMS and HCl 2oz | 1 | Limited Time 2oz G2 Sacramental Kit (1 per donation) | 10.00 | 10.00 |
| MMS2/Capsules | 1 | MMS2 and Capsules | 15.00 | 15.00 |

**Discounts:** $0.00
**Shipping Cost:** $8.00
**Tax:** $0.00
**Total Paid:** $33.00

**Note from Customer:**

Order Number: Donation-28665
Order Date: 03-27-2020

G2 Church Chapter #50
2014 Garden Ln
Bradenton FL 34205
US
newg2sacraments.org

BILLED TO:

Jamie Matthews
43330 Junction Plaza
#164-617
Ashburn VA 20147
US

0211.20

10001

# Genesis II Church of Health and Healing

GENESIS II
RESTORING HEALTH TO THE WORLD
CHURCH OF HEALTH & HEALING

A *Free Church* under *Common Law*

**Church website:** genesis2church.is

**G2C Provider:** g2sacraments.org

**G2 Radio station:** g2voice.is

**G2 Documentary:** quantumleap.is

**G2C Books:** g2churchbooks.org

**Emails:**

Bishop Jonathan Grenon: jonathan@genesis2church.is

Bishop Jordan Grenon: jordan@genesis2church.is

CHICK • USA (909) 987-0771   www.chick.com

























# Exhibit 3











# Exhibit 4

4/4/2020                                    sunbiz.org - Florida Department of State

**FLORIDA DEPARTMENT OF STATE**                          DIVISION OF CORPORATIONS



No Filing History

# Fictitious Name Detail

### Fictitious Name

GENESIS 2 CHURCH NUMBER 99

### Filing Information

**Registration Number** G15000066216
**Status** ACTIVE
**Filed Date** 06/25/2015
**Expiration Date** 12/31/2020
**Current Owners** 1
**County** MANATEE
**Total Pages** 1
**Events Filed** NONE
**FEI/EIN Number** 47-4328391

### Mailing Address

2014 GARDEN LANE
BRADENTON, FL 34205

### Owner Information

GRENON, JORDAN PAUL
2014 GARDEN LANE
BRADENTON, FL 34205
**FEI/EIN Number:** NONE
**Document Number:** NONE

### Document Images

06/25/2015 -- Fictitious Name Filing      | View image in PDF format |

No Filing History

Florida Department of State, Division of Corporations

# Exhibit 5



Legal issues at your Job? - Contact KM&A for a free legal consultation with an employment law attorne



**Bishop Joseph Grenon**

Reverend at Genesis II Church of Health and Healing

Palmetto, Florida · 40 connections · **Contact info**

Genesis II Church of Health and Healing

**Connect**   **Message**   More...

## Experience

**Reverend**
Genesis II Church of Health and Healing

## Recommendations

**Received (1)**    Given (1)

**Royce Hamer**
President at Hamilton
Burlington Inventors Club
December 29, 2013, Bishop
Joseph worked with Royce in the
same group

Bishop Joe is a very dedicated man in changing the world for all the good that can be available, He teaches the protocols for MMS and in doing so is preventing countless deaths and misery.

## Interests

**Genesis II Church of Health and He...**
72 followers


Messaging



# Exhibit 6

Select Language ▼

**GENESIS II**
CHURCH OF HEALTH & HEALING

(/index.php)

---

## Bishop Jordan Grenon

**Contact**

✉ jordan@genesis2church.is (mailto:jordan@genesis2church.is)

**Contact Form**

**Send an Email**

* Required field

Name *

Email *

Subject *

Message *

☐ Send a copy to yourself (optional)

☐ I'm not a robot                Captcha *
reCAPTCHA
Privacy - Terms

**Send Email**

---

License: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License.

Disclaimer: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

Exhibit 7

Home >  Whois Lookup >  g2Sacraments.org

## Whois Record for g2Sacraments.org

Find out more about Project Whois and DomainTools
for Windows.

**— Domain Profile**

| | | |
|---|---|---|
| **Proximity Score** | 10 | ➔ |
| **Email** | abuse@websitewelcome.com is associated with ~749,609 domains | ➔ |
| **Registrar** | Launchpad.com Inc.<br>IANA ID: 955<br>URL: http://www.launchpad.com<br>Whois Server: whois.launchpad.com<br><br>abuse@websitewelcome.com<br>(p) 18669642867 | |
| **Registrar Status** | ok | |
| **Dates** | 1,837 days old<br>Created on 2015-03-23<br>Expires on 2022-03-23<br>Updated on 2020-02-22 | ➔ |
| **Name Servers** | NS8425.HOSTGATOR.COM (has 1,844,080 domains)<br>NS8426.HOSTGATOR.COM (has 1,844,080 domains) | ➔ |
| **IP Address** | 95.211.212.163 - 34 other sites hosted on this server | ➔ |
| **IP Location** | - Noord-holland - Amsterdam - Leaseweb Netherlands B.v. | |
| **ASN** | AS60781 (registered May 13, 2013) | |
| **Domain Status** | Registered And Active Website | |
| **Whois History** | 42 records have been archived since 2015-03-24 | ➔ |
| **IP History** | 36 changes on 36 unique IP addresses over 5 years | ➔ |
| **Hosting History** | 1 change on 2 unique name servers over 5 years | ➔ |
| **Whois Server** | whois.pir.org | |

## Website

**Website Title**        ⓒ 500 Can t connect to 185.193.126.20:80 (connect: timeout)        ↱

**Response Code**        500

**Whois Record ( last updated on 20200402 )**

```
Domain Name: G2SACRAMENTS.ORG
Registry Domain ID: D175775657-LROR
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: http://www.launchpad.com
Updated Date: 2020-02-22T13:21:13Z
Creation Date: 2015-03-23T20:40:34Z
Registry Expiry Date: 2022-03-23T20:40:34Z
Registrar Registration Expiration Date:
Registrar: Launchpad.com Inc.
Registrar IANA ID: 955
Registrar Abuse Contact Email: abuse@websitewelcome.com
Registrar Abuse Contact Phone: +1.8669642867
Reseller:
Domain Status: ok https://icann.org/epp#ok
Registrant Organization: Genesis II Church
Registrant State/Province: FL
Registrant Country: US
Name Server: NS8425.HOSTGATOR.COM
Name Server: NS8426.HOSTGATOR.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)
>>> Last update of WHOIS database: 2020-04-02T15:03:22Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Access to Public Interest Registry WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest Re
gistry
registry database. The data in this record is provided by Public Interest Registry for
informational purposes only, and Public Interest Registry does not guarantee its accura
cy.
This service is intended only for query-
based access. You agree that you will use this data
only for lawful purposes and that, under no circumstances will you use this data to (a)
 allow,
enable, or otherwise support the transmission by e-
mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than the data
recipient's own existing customers; or (b) enable high volume, automated, electronic pr
ocesses
that send queries or data to the systems of Registry Operator, a Registrar, or Afilias
except
as reasonably necessary to register domain names or modify existing registrations. All
rights
reserved. Public Interest Registry reserves the right to modify these terms at any time
. By
submitting this query, you agree to abide by this policy.

The Registrar of Record identified in this output may have an RDDS service that can be
queried
for additional information on how to contact the Registrant, Admin, or Tech contact of
the
queried domain name.
```



**Tools**

| Whois History |
|---|
| Hosting History |

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▾ |
|---|
| Visit Website |

| ± Preview the Full Domain Report |
|---|
| Queue Screenshot for Addition |

**Available TLDs**

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| g2Sacraments.com | Buy Domain |
|---|---|
| g2Sacraments.net | Buy Domain |
| g2Sacraments.org | View Whois |
| g2Sacraments.info | Buy Domain |
| g2Sacraments.biz | Buy Domain |
| g2Sacraments.us | Buy Domain |

🔊  f  🐦  in

© 2020 DomainTools

## Whois Record for 2019-09-19

« Previous (2019-05-26)                                                         Next (2020-03-27) »

**Domain:**

`g2voice.is`

**Record Date:** 2019-09-19
**Registrar:**
**Server:** whois.isnic.is
**Created:**
**Updated:**
**Expires:**

**Reverse Whois:**

`isnic@1984.is`    `gmark777@gmail.com`

```
domain:        g2voice.is
registrant:    MG284-IS
admin-c:       EH59-IS
tech-c:        EH59-IS
zone-c:        EH59-IS
billing-c:     EH59-IS
nserver:       ns0.1984.is
nserver:       ns1.1984.is
nserver:       ns2.1984hosting.com
nserver:       ns2.1984.is
dnssec:        unsigned delegation
created:       August 12 2016
expires:       August 12 2020
source:        ISNIC

nic-hdl:       MG284-IS
address:       US
e-mail:        gmark777@gmail.com
created:       August 12 2016
source:        ISNIC

role:          1984 ehf.
nic-hdl:       EH59-IS
address:       P.O. Box 126
address:       IS-121 Reykjavik
phone:         +354 5461984
e-mail:        isnic@1984.is
created:       April 29 2006
source:        ISNIC
```

Home > Whois Lookup > Genesis2Church.is

## Whois Record for Genesis2Church.is

**– Domain Profile**

**Registrar Status**

| Dates | 1,979 days old | ↱ |
|---|---|---|
| | Created on 2014-11-13 | |

| Name Servers | NS0.1984.IS (has 17,678 domains) | ↱ |
|---|---|---|
| | NS1.1984.IS (has 17,678 domains) | |
| | NS2.1984.IS (has 17,678 domains) | |
| | NS2.1984HOSTING.COM (has 118 domains) | |

| Tech Contact | — | |
|---|---|---|
| IP Address | 95.211.212.163 - 34 other sites hosted on this server | ↱ |
| IP Location | 🇳🇱 - Noord-holland - Amsterdam - Leaseweb Netherlands B.v. | |
| ASN | 🇳🇱 AS60781 (registered May 13, 2013) | |
| Hosting History | 1 change on 2 unique name servers over 6 years | ↱ |

**– Website**

| Website Title | 🌀 G2C HQ - Genesis II Church of Health & Healing (Official) - MMS | ↱ |
|---|---|---|
| Server Type | Apache | |
| Response Code | 200 | |

**Whois Record ( last updated on 20200414 )**

```
% This is the ISNIC Whois server.
%
% Rights restricted by copyright.
% See https://www.isnic.is/en/about/copyright

domain:       genesis2church.is
registrant:   MG311-IS
admin-c:      EH59-IS
tech-c:       EH59-IS
zone-c:       EH59-IS
billing-c:    EH59-IS
nserver:      ns0.1984.is
nserver:      ns1.1984.is
nserver:      ns2.1984.is
nserver:      ns2.1984hosting.com
```

```
dnssec:      unsigned delegation
created:     November 13 2014
expires:     November 13 2020
source:      ISNIC

nic-hdl:     MG311-IS
address:     DO
created:     January 19 2018
source:      ISNIC

role:        1984 ehf.
nic-hdl:     EH59-IS
address:     P.O. Box 126
address:     IS-121 Reykjavik
phone:       +354 5461984
e-mail:      isnic@1984.is
created:     April 29 2006
source:      ISNIC
```



**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▾ |
| --- | --- |

| Reverse IP Address Lookup | ▾ |
| --- | --- |

| Network Tools | ▾ |
| --- | --- |

| Buy This Domain ▾ |
| --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |

**Available TLDs**

| **General TLDs** | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more
information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Genesis2Church.com | View Whois |
| --- | --- |
| Genesis2Church.net | View Whois |
| Genesis2Church.org | View Whois |

| Genesis2Church.info | Buy Domain |
| Genesis2Church.biz | Buy Domain |
| Genesis2Church.us | View Whois |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2020 DomainTools

# Registration Certificate
# MG311-IS

| | |
|---|---|
| **NIC-Handle:** | MG311-IS  (Person) |
| **Country:** | DO |
| **Registered:** | 19. January 2018 |
| **Last change:** | 6. February 2018 |

Copyright ©2020 Internet Iceland Limited, ISNIC
Restricted rights. Except for agreed Internet operational purposes, no part of
this publication may be reproduced, stored in a retrieval system, or transmitted,
in any form or by any means, electronic, mechanical, recording, or otherwise,
without prior permission from ISNIC. Any use of this material to target
advertising or similar activities is explicitly forbidden and will be prosecuted.
ISNIC requests to be notified of any such activities or suspicions thereof.

## Whois Record for 2020-03-31

« Previous (2020-03-30)                                                    *Next*

**Domain:**

newg2sacraments.org

**Record Date:** 2020-03-31
**Registrar:**
**Server:**       whois.pir.org
**Created:**
**Updated:**
**Expires:**

**Reverse Whois:**

legal@fastdomain.com

```
Domain Name: NEWG2SACRAMENTS.ORG
Registry Domain ID: D402200000008360832-LROR
Registrar WHOIS Server: http://api.fastdomain.com/cgi/whois
Registrar URL: http://www.fastdomain.com
Updated Date: 2019-11-08T00:21:49Z
Creation Date: 2018-11-17T19:48:46Z
Registry Expiry Date: 2020-11-17T19:48:46Z
Registrar Registration Expiration Date:
Registrar: FastDomain Inc.
Registrar IANA ID: 1154
Registrar Abuse Contact Email: legal@fastdomain.com
Registrar Abuse Contact Phone: +1.6022262389
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: The Endurance International Group, Inc.
Registrant State/Province: Massachusetts
Registrant Country: US
Name Server: NS1.BLUEHOST.COM
Name Server: NS2.BLUEHOST.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

For more information on Whois status codes, please visit https://icann.org/epp
```

| IP Address | Domain | Whois Record URL |
| --- | --- | --- |
| 95.211.212.163 | g2cforum.com | https://whois.domaintools.com/g2cforum.com |
| 95.211.212.163 | g2cforum.net | https://whois.domaintools.com/g2cforum.net |
| 95.211.212.163 | g2cforum.org | https://whois.domaintools.com/g2cforum.org |
| 95.211.212.163 | g2churchnews.org | https://whois.domaintools.com/g2churchnews.org |
| 95.211.212.163 | g2sacraments.org | https://whois.domaintools.com/g2sacraments.org |
| 95.211.212.163 | g2voice.is | https://whois.domaintools.com/g2voice.is |
| 95.211.212.163 | genesis2church.ch | https://whois.domaintools.com/genesis2church.ch |
| 95.211.212.163 | genesis2church.com | https://whois.domaintools.com/genesis2church.com |
| 95.211.212.163 | genesis2church.is | https://whois.domaintools.com/genesis2church.is |
| 95.211.212.163 | genesis2church.name | https://whois.domaintools.com/genesis2church.name |
| 95.211.212.163 | genesis2church.net | https://whois.domaintools.com/genesis2church.net |
| 95.211.212.163 | genesis2church.org | https://whois.domaintools.com/genesis2church.org |
| 95.211.212.163 | iglesiagenesis2.com | https://whois.domaintools.com/iglesiagenesis2.com |
| 95.211.212.163 | iglesiagenesis2.org | https://whois.domaintools.com/iglesiagenesis2.org |
| 95.211.212.163 | jhbooks.org | https://whois.domaintools.com/jhbooks.org |
| 95.211.212.163 | jimhumble.biz | https://whois.domaintools.com/jimhumble.biz |
| 95.211.212.163 | jimhumble.co | https://whois.domaintools.com/jimhumble.co |
| 95.211.212.163 | jimhumble.com | https://whois.domaintools.com/jimhumble.com |
| 95.211.212.163 | jimhumble.is | https://whois.domaintools.com/jimhumble.is |
| 95.211.212.163 | jimhumble.net | https://whois.domaintools.com/jimhumble.net |
| 95.211.212.163 | jimhumble.org | https://whois.domaintools.com/jimhumble.org |
| 95.211.212.163 | master-mineral.org | https://whois.domaintools.com/master-mineral.org |
| 95.211.212.163 | mastermineral.org | https://whois.domaintools.com/mastermineral.org |
| 95.211.212.163 | miraclemineral.org | https://whois.domaintools.com/miraclemineral.org |
| 95.211.212.163 | mmsforum.io | https://whois.domaintools.com/mmsforum.io |
| 95.211.212.163 | mmsforum.org | https://whois.domaintools.com/mmsforum.org |
| 95.211.212.163 | mmsnews.is | https://whois.domaintools.com/mmsnews.is |
| 95.211.212.163 | mmsnews.org | https://whois.domaintools.com/mmsnews.org |
| 95.211.212.163 | mmsnoticias.org | https://whois.domaintools.com/mmsnoticias.org |
| 95.211.212.163 | mmstestimonials.co | https://whois.domaintools.com/mmstestimonials.co |
| 95.211.212.163 | mmstestimonials.com | https://whois.domaintools.com/mmstestimonials.com |
| 95.211.212.163 | mmstestimonials.is | https://whois.domaintools.com/mmstestimonials.is |
| 95.211.212.163 | mmstestimonials.org | https://whois.domaintools.com/mmstestimonials.org |
| 95.211.212.163 | mmswiki.is | https://whois.domaintools.com/mmswiki.is |
| 95.211.212.163 | mmswiki.org | https://whois.domaintools.com/mmswiki.org |

Screenshots URL

https://research.domaintools.com/research/screenshot-history/g2cforum.com/
https://research.domaintools.com/research/screenshot-history/g2cforum.net/
https://research.domaintools.com/research/screenshot-history/g2cforum.org/
https://research.domaintools.com/research/screenshot-history/g2churchnews.org/
https://research.domaintools.com/research/screenshot-history/g2sacraments.org/
https://research.domaintools.com/research/screenshot-history/g2voice.is/
https://research.domaintools.com/research/screenshot-history/genesis2church.ch/
https://research.domaintools.com/research/screenshot-history/genesis2church.com/
https://research.domaintools.com/research/screenshot-history/genesis2church.is/
https://research.domaintools.com/research/screenshot-history/genesis2church.name/
https://research.domaintools.com/research/screenshot-history/genesis2church.net/
https://research.domaintools.com/research/screenshot-history/genesis2church.org/
https://research.domaintools.com/research/screenshot-history/iglesiagenesis2.com/
https://research.domaintools.com/research/screenshot-history/iglesiagenesis2.org/
https://research.domaintools.com/research/screenshot-history/jhbooks.org/
https://research.domaintools.com/research/screenshot-history/jimhumble.biz/
https://research.domaintools.com/research/screenshot-history/jimhumble.co/
https://research.domaintools.com/research/screenshot-history/jimhumble.com/
https://research.domaintools.com/research/screenshot-history/jimhumble.is/
https://research.domaintools.com/research/screenshot-history/jimhumble.net/
https://research.domaintools.com/research/screenshot-history/jimhumble.org/
https://research.domaintools.com/research/screenshot-history/master-mineral.org/
https://research.domaintools.com/research/screenshot-history/mastermineral.org/
https://research.domaintools.com/research/screenshot-history/miraclemineral.org/
https://research.domaintools.com/research/screenshot-history/mmsforum.io/
https://research.domaintools.com/research/screenshot-history/mmsforum.org/
https://research.domaintools.com/research/screenshot-history/mmsnews.is/
https://research.domaintools.com/research/screenshot-history/mmsnews.org/
https://research.domaintools.com/research/screenshot-history/mmsnoticias.org/
https://research.domaintools.com/research/screenshot-history/mmstestimonials.co/
https://research.domaintools.com/research/screenshot-history/mmstestimonials.com/
https://research.domaintools.com/research/screenshot-history/mmstestimonials.is/
https://research.domaintools.com/research/screenshot-history/mmstestimonials.org/
https://research.domaintools.com/research/screenshot-history/mmswiki.is/
https://research.domaintools.com/research/screenshot-history/mmswiki.org/

Home >  Whois Lookup >  MmsTestimonials.co

## Whois Record for MmsTestimonials.co

**— Domain Profile**

| | |
|---|---|
| **Registrant Org** | Domain Protection Services, Inc. |
| **Registrant Country** | us |
| **Registrar** | Name.com, Inc.<br>IANA ID: 625<br>URL: www.name.com<br>Whois Server: —<br>abuse@name.com<br>(p) 17203101849 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 596 days old<br>Created on 2018-08-27<br>Expires on 2020-08-27<br>Updated on 2019-09-03 |
| **Name Servers** | NS1DHL.NAME.COM (has 1,075,693 domains)<br>NS2CQS.NAME.COM (has 1,075,693 domains)<br>NS3GMV.NAME.COM (has 1,075,693 domains)<br>NS4LNY.NAME.COM (has 1,075,693 domains) |
| **Tech Contact** | — |
| **IP Address** | 95.211.212.163 - 34 other sites hosted on this server |
| **IP Location** | - Noord-holland - Amsterdam - Leaseweb Netherlands B.v. |
| **ASN** | AS60781 (registered May 13, 2013) |
| **Hosting History** | 1 change on 2 unique name servers over 2 years |

**— Website**

| | |
|---|---|
| **Website Title** | All - MMS Testimonials |
| **Server Type** | Apache |
| **Response Code** | 200 |

**Whois Record** ( last updated on 2020-04-14 )

```
Domain Name: mmstestimonials.co
Registry Domain ID: D4554E9F84E4D41199E9C6E9D79A31198-NSR
Registrar WHOIS Server:
Registrar URL: www.name.com
Updated Date: 2019-09-03T19:27:27Z
Creation Date: 2018-08-27T20:07:39Z
Registry Expiry Date: 2020-08-27T20:07:39Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Registrar Abuse Contact Email:  abuse@name.com
Registrar Abuse Contact Phone: +1.7203101849
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: Domain Protection Services, Inc.
Registrant Street:
Registrant Street:
Registrant Street:
Registrant City:
Registrant State/Province: CO
Registrant Postal Code:
Registrant Country: US
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
```

```
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID:
Admin Name:
Admin Organization:
Admin Street:
Admin Street:
Admin Street:
Admin City:
Admin State/Province:
Admin Postal Code:
Admin Country:
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID:
Tech Name:
Tech Organization:
Tech Street:
Tech Street:
Tech Street:
Tech City:
Tech State/Province:
Tech Postal Code:
Tech Country:
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output
for information on how to contact the Registrant, Admin, or Tech contact of the queried domain
name.
Name Server: ns2cqs.name.com
Name Server: ns1dhl.name.com
Name Server: ns4lny.name.com
Name Server: ns3gmv.name.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp

The above WHOIS results have been redacted to remove potential personal data. The full WHOIS
output may be available to individuals and organisations with a legitimate interest in
accessing this data not outweighed by the fundamental privacy rights of the data subject. To
find out more, or to make a request for access, please visit: RDDSrequest.nic.co.
```



**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
| --- | --- |

| Buy This Domain ▼ |
| --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |



Image Supplied By DomainTools.com

**View Screenshot History**

**Available TLDs**

**General TLDs**    **Country TLDs**

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| MmsTestimonials.com | | View Whois |
|---|---|---|
| MmsTestimonials.net | | Buy Domain |
| MmsTestimonials.org | | View Whois |
| MmsTestimonials.info | | Buy Domain |
| MmsTestimonials.biz | | Buy Domain |
| MmsTestimonials.us | | Buy Domain |

Home >   Whois Lookup >   g2ChurchNews.org

## Whois Record for g2ChurchNews.org

**— Domain Profile**

| | |
|---|---|
| **Registrant Org** | Privacy Protect, LLC (PrivacyProtect.org) |
| **Registrant Country** | us |
| **Registrar** | PDR Ltd. d/b/a PublicDomainRegistry.com<br>IANA ID: 303<br>URL: http://www.publicdomainregistry.com<br>Whois Server: whois.publicdomainregistry.com<br><br>abuse-contact@publicdomainregistry.com<br>(p) 12013775952 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 204 days old<br>Created on 2019-09-23<br>Expires on 2020-09-23<br>Updated on 2019-11-22 |
| **Name Servers** | NS0.1984.IS (has 17,678 domains)<br>NS1.1984.IS (has 17,678 domains)<br>NS1.1984HOSTING.COM (has 118 domains)<br>NS2.1984.IS (has 17,678 domains)<br>NS2.1984HOSTING.COM (has 118 domains) |
| **Tech Contact** | — |
| **IP Address** | 95.211.212.163 - 34 other sites hosted on this server |
| **IP Location** | 🇳🇱 - Noord-holland - Amsterdam - Leaseweb Netherlands B.v. |
| **ASN** | 🇳🇱 AS60781 (registered May 13, 2013) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 2 changes on 2 unique IP addresses over 1 years |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

**— Website**

| | |
|---|---|
| **Website Title** | 🌐 Home - G2 Church News \| MMS News \| MMSNEWS \|<br>G2CHURCHNEWS.ORG |
| **Server Type** | Apache |

| Response Code | 200 |
| --- | --- |
| Terms | 12 (Unique: 12, Linked: 0) |
| Images | 0 (Alt tags missing: 0) |
| Links | 0   (Internal: 0, Outbound: 0) |

**Whois Record ( last updated on 2020-04-14 )**

```
Domain Name: G2CHURCHNEWS.ORG
Registry Domain ID: D402200000011481779-LROR
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: http://www.publicdomainregistry.com
Updated Date: 2019-11-23T03:46:28Z
Creation Date: 2019-09-23T12:19:58Z
Registry Expiry Date: 2020-09-23T12:19:58Z
Registrar Registration Expiration Date:
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant State/Province: MA
Registrant Country: US
Name Server: NS0.1984.IS
Name Server: NS1.1984.IS
Name Server: NS2.1984.IS
Name Server: NS1.1984HOSTING.COM
Name Server: NS2.1984HOSTING.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

For more information on Whois status codes, please visit https://icann.org/epp
```



**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
| --- | --- |

| Buy This Domain ▼ |
| --- |

| Visit Website |
| --- |

| ♣ Preview the Full Domain Report |
| --- |

**Available TLDs**

| **General TLDs** | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| g2ChurchNews.com | Buy Domain |
| g2ChurchNews.net | Buy Domain |
| g2ChurchNews.org | View Whois |
| g2ChurchNews.info | Buy Domain |
| g2ChurchNews.biz | Buy Domain |
| g2ChurchNews.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2020 DomainTools

# Exhibit 8

 

## WARNING LETTER

Date:        April 8, 2020

TO:          Genesis II Church of Health and Healing, Mark Grenon, Joseph Grenon,
             Jordan Grenon, and Jim Humble

             contact@genesis2church.is
             contact@jimhumble.is
             mark@genesis2church.is
             jordan@genesis2church.is
             joseph@genesis2church.is

RE:          Unapproved and Misbranded Products Related to Coronavirus Disease 2019
             (COVID-19)

This is to advise you that the United States Food and Drug Administration (FDA) and the Federal
Trade Commission (FTC) reviewed your websites at the Internet addresses
https://genesis2church.is (which auto redirects to https://genesis2church.ch),
https://g2churchnews.org, https://g2voice.is, and https://jimhumble.co, between March 27 and 31,
2020.[1]  Your website https://genesis2church.ch includes a link to http://jimhumble.is (which auto
redirects to https://jimhumble.co), which it describes as "Jim's Blog."  On the website
https://jimhumble.co, it states that "the protocols described on this site are official sacraments of
the Genesis II Church of Health and Healing."

FDA has observed that the website https://newg2sacraments.org offers Miracle Mineral Solution
(MMS) (chlorine dioxide)[2] for sale in the United States and that this product is intended to cure,
mitigate, treat, prevent, or diagnose Coronavirus and/or COVID-19 in people.  Your website
https://jimhumble.co directs consumers to https://genesis2church.ch, which in turn directs
consumers to https://G2Sacraments.org, which auto redirects to https://newg2sacraments.org,
where MMS may be purchased.  Additionally, your websites https://g2churchnews.org and
https://g2voice.is direct consumers to https://G2Sacraments.org, which auto redirects to
https://newg2sacraments.org, where MMS may be purchased.

Based on our review, MMS is an unapproved new drug sold in violation of section 505(a) of the
Federal Food, Drug, and Cosmetic Act (FD&C Act), 21 U.S.C. § 355(a). Furthermore, this product
is a misbranded drug under section 502(f)(1) of the FD&C Act, 21 U.S.C. § 352(f)(1).  The
introduction or delivery for introduction of this product into interstate commerce is prohibited
under sections 301(a) and (d) of the FD&C Act, 21 U.S.C. §§ 331(a) and (d).  It is also a
prohibited act under section 301(k) of the FD&C Act, 21 U.S.C. § 331(k), to misbrand a product

---

[1] These websites state that Jordan and Joseph Grenon are "Bishops," Mark Grenon is an
"Archbishop" and founder of Genesis II Church of Health and Healing (Genesis), and Jim Humble
is an "Archbishop" and founder of Genesis.

[2] You also refer to your MMS product as: "Chlorine Dioxide"; "G2Sacrament"; "Miracle Mineral
Solution"; "Sacramental Cleansing Water"; "G2 Sacramental"; "MMS1"; and "MMS Sodium
Chlorite."

while it is held for sale after shipment of a component or finished product in interstate commerce.

There is currently a global outbreak of respiratory disease caused by a novel coronavirus that has been named "severe acute respiratory syndrome coronavirus 2" (SARS-CoV-2). The disease caused by the virus has been named "Coronavirus Disease 2019" (COVID-19). On January 31, 2020, the Department of Health and Human Services (HHS) issued a declaration of a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS.[3] In addition, on March 13, 2020, the President declared a national emergency in response to COVID-19.[4] Therefore, FDA is taking urgent measures to protect consumers from certain products that, without approval or authorization by FDA, claim to diagnose, cure, mitigate, treat, or prevent COVID-19 in people. As described below, you sell products that are intended to cure, mitigate, treat, or prevent COVID-19 in people. We request that you take immediate action to cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19. Further, FDA has previously warned consumers about the dangerous and potentially life threatening side effects of MMS, see https://www.fda.gov/news-events/press-announcements/fda-warns-consumers-about-dangerous-and-potentially-life-threatening-side-effects-miracle-mineral.

Some examples of the claims on your websites that establish the intended use of your product and misleadingly represent it as safe and/or effective to cure, mitigate, treat, or prevent COVID-19 include:

On your page titled, "Coronavirus Update (COVID-19)," from your website https://jimhumble.co/blog/coronavirus-update-covid-19:

- "14 people who were confirmed cases of COVID-19 (in Europe), took MMS and have recovered their health. All of these tested positive and when re-tested after taking MMS, they came out negative for COVID-19."

- "Those of us who have used chlorine dioxide (MMS) over the years certainly expected it to also work with this virus, but we wanted to be sure and now with this data we are confident that the proper mixture of chlorine dioxide (MMS) has every hope of eradicating COVID-19."

- "If you have COVID-19: --Take Protocol 6 and 6 to start. This is one 6-drop dose of MMS, then one hour later take another 6-drop dose of MMS. --After two 6-drop doses of MMS, go on hourly doses of 3 activated drops in 4 ounces of water hourly . . . --For children, follow the same instructions as above and cut the amounts in half."

- "Here is the testimony of a man who was experiencing very serious symptoms of Coronavirus: The man is 85 years old and was confirmed to have coronavirus. He was quarantined at home, all of his relatives at home were also infected, but the elderly man

---

[3] Secretary of Health and Human Services Alex M Azar II, Determination that a Public Health Emergency Exists. Jan. 31, 2020. (Accessible at https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx).
[4] President Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19). Mar. 13, 2020. (Accessible at https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/).

was in very serious condition and on oxygen—by far he was the most worst off. He was given a 1 liter bottle of water which had 20 activated drops of MMS added to it. He was instructed to take a sip from the bottle every five minutes, but not to let it go past 10 minutes. So every 5 to 10 minutes the man took a sip (not a big gulp, just a sip) from the bottle—that's all, but he did this faithfully, every 5 to 10 minutes throughout the day until the bottle was finished, just a sip each time. After three days he was noticeably improved and off of the oxygen, so his dose was reduced to 12 activated drops in the 1 liter bottle of water and he drank from it, just sipping it, every half hour. He is recovering quickly—90% improved, has just a slight remnant of cough occasionally. The rest of the family who also took MMS are now fully recovered."

On your page titled, "A Word on Coronavirus," from your website https://jimhumble.co/blog/a-word-on-coronavirus:

- "Again, I have reason to believe, MMS (chlorine dioxide) can be very effective in both preventing and eradicating the coronavirus . . . let MMS be your first line of defense."

- "Regarding the coronavirus, at this point in time if you have it, I would suggest trying MMS first as MMS has eradicated a wide range of maladies . . . I have to say there have been positive results at least 95% of the time."

On your page titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better!," from your website https://g2churchnews.org/577-gvoice-182:

- "G2Church Sacramental Dosing for Coronavirus!
  **For Adults:** 6 drops activated MMS in 4 ounces of water every two hours 5 times first day, Repeat 2nd day. If all symptoms are gone then continue with 3 drops and [sic] hour for 8 hours for another 3 days!
  **For Small Children:** same a [sic] above but with only 3 drops. 1 drop instead of 3 drops for the 3 days after the first two days of strong dosing!
  **NOTE:** This should wipe it out this flu-like virus that many are being scared with its presence in this world!"
  "**For Sacramental Guidance and products** please contact us at: support@genesis2church.is"

On your video titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better! (3-8-2020)," on your website https://g2voice.is/broadcast/182:

- At around minute 1:45, Mark Grenon says, "The Coronavirus is curable, do you believe it? You better . . ."

- At around minute 17:35, Mark Grenon says, "Every week I am putting in the G2Sacramental dosing for Coronavirus, why . . . we have a family on it, we have a couple of other people . . . 6 drops MMS activated 4oz of water every two hours four or five times the first day, it should, it might even kick it out the first day, but depends on how long you've had it, if it's in your lungs, do it the second day again, then I'd go to three drops eight hours a day for three or four days, then just to keep going, kick it out of you. Small children, we can cut everything in half, three drops every two hours versus a couple days, three hours then a drop really, not three."

- At around minute 49:57, Mark Grenon says "The Coronavirus is curable, you believe that? You better . . . it's wicked good stuff Joe," and Joseph Grenon replies, "MMS will kill it."

You should take immediate action to correct the violations cited in this letter. This letter is not meant to be an all-inclusive list of violations that exist in connection with your products or operations. It is your responsibility to ensure that the products you sell are in compliance with the FD&C Act and its implementing regulations. We advise you to review your websites, product labels, and other labeling and promotional materials to ensure that you are not misleadingly representing your products as safe and effective for a COVID-19-related use for which they have not been approved by FDA, and that you do not make claims that misbrand the products in violation of the FD&C Act. **Within 48 hours, please send an email to COVID-19-Task-Force-CDER@fda.hhs.gov** describing the specific steps you have taken to correct these violations. Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation. Failure to immediately correct the violations cited in this letter may result in legal action, including, without limitation, seizure and injunction.

FDA is advising consumers not to purchase or use certain products that have not been approved, cleared, or authorized by FDA and that are being misleadingly represented as safe and/or effective for the treatment or prevention of COVID-19. Your firm will be added to a published list on FDA's website of firms and websites that have received warning letters from FDA concerning the sale or distribution of COVID-19-related products in violation of the FD&C Act. This list can be found at http://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-covid-19-products. Once you have taken corrective actions to cease the sale of your unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19, and such actions have been confirmed by FDA, the published list will be updated to indicate that your firm has taken appropriate corrective action.

If you cannot complete corrective action within 48 hours, state the reason for the delay and the time within which you will complete the corrections. If you believe that your products are not in violation of the FD&C Act, include your reasoning and any supporting information for our consideration.

If you are not located in the United States, please note that products that appear to be unapproved new drugs and misbranded drugs are subject to detention and refusal of admission if they are offered for importation into the United States. We may advise the appropriate regulatory officials in the country from which you operate that FDA considers your product(s) referenced above to be unapproved and misbranded products that cannot be legally sold to consumers in the United States.

Please direct any inquiries to FDA at COVID-19-Task-Force-CDER@fda.hhs.gov.

In addition, it is unlawful under the FTC Act, 15 U.S.C. § 41 *et seq.*, to advertise that a product can treat or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made. For COVID-19, no such study is currently known to exist for the product identified above. Thus, any coronavirus-related treatment or cure claims regarding such product are not supported by competent and reliable scientific evidence. You must immediately cease making all such claims. Violations of the FTC Act may result in legal action seeking a Federal District Court injunction and an order may require that you pay back money to consumers. Within 48 hours, please send an e-mail to Richard Cleland, Assistant Director of the

FTC's Division of Advertising Practices, via electronic mail at rcleland@ftc.gov, describing the specific actions you have taken to address the FTC's concerns.  If you have any questions regarding compliance with the FTC Act, please contact Mr. Cleland at 202-326-3088.

Sincerely,


Donald D. Ashley
Director
Office of Compliance
Center for Drug Evaluation and Research
Food and Drug Administration


Sincerely,


Richard A. Quaresima
Acting Associate Director
Division of Advertising Practices
Federal Trade Commission

# Exhibit 9

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 75 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

Select Language ▼



(/index.php)

Sign up for The G2 Newsletter (http://genesis2church.ch/newsletter)

(https://www.brighteon.com/channel/g2church)



(https://g2churchbooks.org/Volume-Two-of-%E2%80%98Imagine-A-World-Without-DIS-EASE%E2%80%99-ebook-p169039425)

**The G2Voice Broadcast (https://g2voice.is): Every Sunday at 10AM EST**

With your hosts **Bishop Mark Grenon** and **Bishop Joseph Grenon**

**Latest Broadcast:**

G2Voice Broadcast #186 – Chloroquine and Z-Pak are
dangerous! 4-5-20

♥ 5    💬 2    ⟨    ▤    ❶



00:00                                    01:35:39

| Listen on Spreaker (https://www.spreaker.com/show/g2voice-broadcast) | iTunes (https://itunes.apple.com/us/podcast/g2voice-broadcast/id1155166130) |
| G2Voice Videos (https://g2voice.is/videos#links) | |

---

Recently Uploaded Videos

- This Event Was A Coordinated Last Ditch Effort By The [DS], Moves & CountermovesDr. Shiva (https://www.brighteon.com/f661d234-0866-4970-b31c-0d842a769f15)
- Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV (https://www.brighteon.com/7df0ca1c-fa86-4c0f-998d-41749ff998c5)
- What is a virus? by Tom Bartlett (https://www.brighteon.com/b1b863a8-3c20-426d-a53b-5b7d96e5423a)
- #186 – Chloroquine and Z-Pak are dangerous! 4-5-20 (https://www.brighteon.com/21c46cb3-3943-4590-aebb-a5f199eed141)
- G2Voice Broadcast #185 – Bill Gates of Hell is at it again! 3-29-20 (https://www.brighteon.com/91f57fd8-296d-46a7-876c-8d3b5e9a695c)
- #184 – G2Church Sacramental Testimonials from India with Dr. Susan Raj and in Uganda from Bob, the Plumber! 3-16-20 (https://www.brighteon.com/642cbb23-524b-407b-a45a-5a500eb01dee)
- G2Voice Broadcast #183 - The Controversial Healing Cure 3-15-20 (https://www.brighteon.com/2269611a-7007-49ff-88ef-d99ee725ffc7)

---

Upcoming G2 Church Seminars

---



@ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 76 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

# Breaking News!

## FDA & FTC attacks Genesis II Church Sacraments

## as being fraudulent!

The Genesis II Church's Sacraments are now on a 'warning'

list of the FDA as a fraudulent coronavirus eliminator!

| 04/07/2020 | CBD Online Store | Cannabidiol (CBD) products | * |
| 04/07/2020 | Savvy Holistic Health dba Holistic Healthy Pet | "China Oral Nosode," also called "China Corona Nosode," and the "CV Respiratory Kit," under the description "AN330 – CORONA VIRAL IMMUNE SUPPORT AND/OR ACTIVE RESPIRATORY INFECTION FOR ALL AGES" | |
| 04/08/2020 | Genesis 2 Church | Miracle Mineral Solution (MMS) (chlorine dioxide) ☐ | |

(https://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-2019-covid-19-products)https://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-2019-covid-19-products (https://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-2019-covid-19-products)

The letter below I received yesterday April 8th, 2020. I immediately prayed and the Lord told me to write back right away to stop this horrible attack from two 'agencies' that are full of corrupt evil players in the decision making positions that effect many people's lives daily in commerce.

Now, they have gone too far! They are attacking a Church Sacrament. This is something that is 'sacred' or 'holy' to us as a Church. Folks, this is THE time to fight and NOT back down and let the whole world know what is happening! You've seen in the last months how the world has changed in regard to control over our lives health wise! The 'virus' has NOT even been identified! The test isn't even looking for a virus and didn't even follow the Koch's 4 steps to identifying an agent and if it is contagious. Watch the following videos and you decide what to do about your health and not Big Pharma, FDA, NIH, Gates Foundation, WHO etc. Our bodies and our health are at stake! You want to enjoy good health, practice "SELFCARE" NOT a healthcare system taught by Big Pharma and poisoning the body with horrible toxins and procedures!

Here are 4 videos with some amazing insight that should open your eyes and allow the truth about this so-called 'Corona Virus Pandemic' that the WHO declared to which they profit immensely!

## 1. What is a Virus?

Everyone should know what a virus is before you listen to people telling you what it is doing; like how contagious it is. Watch this:

(https://www.brighteon.com/b1b863a8-3c20-426d-a53b-5b7d96e5423a)https://www.brighteon.com/b1b863a8-3c20-426d-a53b-5b7d96e5423a (https://www.brighteon.com/b1b863a8-3c20-426d-a53b-5b7d96e5423a)

## 2. Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV

This is Dr. Shiva from Massachusetts. He is VERY knowledgeable about how the body works! I wrote him and told him it sounds like he wrote my first book. Hahahaha!

(https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be)https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be (https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be)

## 3. What is the Covid-19 test?

The reason people even get a POSITIVE! Is the test really targeting a virus that exists? If not, then we are being scammed and people are dying as they normally do but being said the cause of death is Covid-19 Positive test!  Watch this video!

HOW COVID-19 WILL SEIZE YOUR RIGHTS & DESTROY OUR ECONOMY  (https://londonreal.tv/the-coronavirus-conspiracy-how-covid-19-will-seize-your-rights-destroy-our-economy-david-icke/)

https://londonreal.tv/the-coronavirus-conspiracy-how-covid-19-will-seize-your-rights-destroy-our-economy-david-icke/ (https://londonreal.tv/the-coronavirus-conspiracy-how-covid-19-will-seize-your-rights-destroy-our-economy-david-icke/)

⊚ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 77 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

You decide and after you read this letter from the FDA/FTC to the G2Church and my response, please send an email to the FDA, FTC and let the President know what they are trying to do.

The email addresses are at the end of this long response I sent to the FDA, FTC and President Trump. I don't think he is behind it but has some REAL evil individuals like Dr. Fauci and others he is listening to right now. We have to open his eyes to what they are trying to do. We have to stop Bill Gates and his plan to vaccinate the world and put 5G everywhere!

You might want to read yesterday's newsletter and our G2Voice Broadcast two weeks ago also.

### Last week's G2Voice Broadcast

### Chloroquine and Z-Pak are dangerous!

(https://www.brighteon.com/21c46cb3-3943-4590-aebb-a5f199eed141)**https://www.brighteon.com/21c46cb3-3943-4590-aebb-a5f199eed141 (https://www.brighteon.com/21c46cb3-3943-4590-aebb-a5f199eed141)**

### G2Voice 2 weeks ago

### Bill Gates of Hell is at it again!

(https://www.brighteon.com/91f57fd8-296d-46a7-876c-8d3b5e9a695c)**https://www.brighteon.com/91f57fd8-296d-46a7-876c-8d3b5e9a695c (https://www.brighteon.com/91f57fd8-296d-46a7-876c-8d3b5e9a695c)**

May the Lord give us the wisdom and strength to resist this attack upon MANKIND!

Bishop Mark S. Grenon



"THE REAL CHURCH I.E. THOSE THAT BELIEVE THE BIBLE, HAS ALWAYS BEEN THE CONSCIENCE OF THE GOVERNMENT NO MATTER WHAT TYPE OF GOVERNMENT" – BISHOP MARK S. GRENON

**Below is what I received yesterday for the FDA and FTC with my response point by point following!**

### WARNING LETTER

Date:        April 8, 2020

© Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 78 of 128

4/9/2020            Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

TO:        Genesis II Church of Health and Healing, Mark Grenon, Joseph Grenon,

Jordan Grenon, and Jim Humble, (mailto:contact@genesis2church.is)contact@genesis2church.is (mailto:contact@genesis2church.is),
(mailto:contact@jimhumble.is)contact@jimhumble.is (mailto:contact@jimhumble.is)

, (mailto:mark@genesis2church.is)mark@genesis2church.is (mailto:mark@genesis2church.is), (mailto:jordan@genesis2church.is)jordan@genesis2church.is
(mailto:jordan@genesis2church.is), (mailto:joseph@genesis2church.is)joseph@genesis2church.is (mailto:joseph@genesis2church.is)

**RE:  Unapproved and Misbranded Products Related to Coronavirus Disease 2019 (COVID-19)**

This is to advise you that the United States Food and Drug Administration (FDA) and the Federal Trade Commission (FTC) reviewed your websites at the
Internet addresses (https://genesis2church.is)https://genesis2church.is (https://genesis2church.is) (which auto redirects to
(https://genesis2church.ch)https://genesis2church.ch (https://genesis2church.ch)), (https://g2churchnews.org)https://g2churchnews.org
(https://g2churchnews.org), (https://g2voice.is)https://g2voice.is (https://g2voice.is), and (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co),
between March 27 and 31, 2020.[1]  Your website (https://genesis2church.ch)https://genesis2church.ch (https://genesis2church.ch) includes a link to
(http://jimhumble.is)http://jimhumble.is (http://jimhumble.is) (which auto redirects to (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co)), which it
describes as "Jim's Blog."  On the website (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co), it states that "the protocols described on this site are
official sacraments of the Genesis II Church of Health and Healing."

FDA has observed that the website (https://newg2sacraments.org)https://newg2sacraments.org (https://newg2sacraments.org) offers Miracle Mineral Solution
(MMS) (chlorine dioxide)[2] for sale in the United States and that this product is intended to cure, mitigate, treat, prevent, or diagnose Coronavirus and/or
COVID-19 in people.  Your website (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co) directs consumers to
(https://genesis2church.ch)https://genesis2church.ch (https://genesis2church.ch), which in turn directs consumers to
(https://G2Sacraments.org)https://G2Sacraments.org (https://G2Sacraments.org), which auto redirects to (https://fda-
my.sharepoint.com/personal/shuklasu_fda_gov/Documents/Documents/PMO/PMO/COVID/Warning%20Letters/Genesis%20II%20Church/%20https:/newg2sacrame
(https://newg2sacraments.org), where MMS may be purchased.  Additionally, your websites (https://g2churchnews.org)https://g2churchnews.org
(https://g2churchnews.org) and (http://www.g2voice.is)https://g2voice.is (https://g2voice.is) direct consumers to
(https://G2Sacraments.org)https://G2Sacraments.org (https://G2Sacraments.org), which auto redirects to
(https://newg2sacraments.org)https://newg2sacraments.org (https://newg2sacraments.org), where MMS may be purchased.

Based on our review, MMS is an unapproved new drug sold in violation of section 505(a) of the Federal Food, Drug, and Cosmetic Act (FD&C Act), 21 U.S.C.
§ 355(a). Furthermore, this product is a misbranded drug under section 502(f)(1) of the FD&C Act, 21 U.S.C. § 352(f)(1).  The introduction or delivery for
introduction of this product into interstate commerce is prohibited under sections 301(a) and (d) of the FD&C Act, 21 U.S.C. §§ 331(a) and (d).  It is also a
prohibited act under section 301(k) of the FD&C Act, 21 U.S.C. § 331(k), to misbrand a product while it is held for sale after shipment of a component or finished
product in interstate commerce.

There is currently a global outbreak of respiratory disease caused by a novel coronavirus that has been named "severe acute respiratory syndrome coronavirus
2" (SARS-CoV-2).  The disease caused by the virus has been named "Coronavirus Disease 2019" (COVID-19).  On January 31, 2020, the Department of Health
and Human Services (HHS) issued a declaration of a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS.[3]  In
addition, on March 13, 2020, the President declared a national emergency in response to COVID-19.[4]  Therefore, FDA is taking urgent measures to protect
consumers from certain products that, without approval or authorization by FDA, claim to diagnose, cure, mitigate, treat, or prevent COVID-19 in people.  As
described below, you sell products that are intended to cure, mitigate, treat, or prevent COVID-19 in people.  We request that you take immediate action to
cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19.  Further, FDA has previously
warned consumers about the dangerous and potentially life threatening side effects of MMS, see (https://www.fda.gov/news-events/press-announcements/fda-
warns-consumers-about-dangerous-and-potentially-life-threatening-side-effects-miracle-mineral)https://www.fda.gov/news-events/press-announcements/fda-
warns-consumers-about-dangerous-and-potentially-life-threatening-side-effects-miracle-mineral (https://www.fda.gov/news-events/press-announcements/fda-
warns-consumers-about-dangerous-and-potentially-life-threatening-side-effects-miracle-mineral).

Some examples of the claims on your websites that establish the intended use of your product and misleadingly represent it as safe and/or effective to cure,
mitigate, treat, or prevent COVID-19 include:

On your page titled, "Coronavirus Update (COVID-19)," from your website (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co)/blog/coronavirus-
update-covid-19:

- "14 people who were confirmed cases of COVID-19 (in Europe), took MMS and have recovered their health. All of these tested positive and when re-tested
  after taking MMS, they came out negative for COVID-19."

- "Those of us who have used chlorine dioxide (MMS) over the years certainly expected it to also work with this virus, but we wanted to be sure and now with
  this data we are confident that the proper mixture of chlorine dioxide (MMS) has every hope of eradicating COVID-19."

- "If you have COVID-19: --Take Protocol 6 and 6 to start. This is one 6-drop dose of MMS, then one hour later take another 6-drop dose of MMS. --After two 6-
  drop doses of MMS, go on hourly doses of 3 activated drops in 4 ounces of water hourly . . . --For children, follow the same instructions as above and cut the
  amounts in half."

- "Here is the testimony of a man who was experiencing very serious symptoms of Coronavirus: The man is 85 years old and was confirmed to have
  coronavirus. He was quarantined at home, all of his relatives at home were also infected, but the elderly man was in very serious condition and on oxygen. Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 79 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

by far he was the most worst off. He was given a 1 liter bottle of water which had 20 activated drops of MMS added to it. He was instructed to take a sip from the bottle every five minutes, but not to let it go past 10 minutes. So every 5 to 10 minutes the man took a sip (not a big gulp, just a sip) from the bottle— that's all, but he did this faithfully, every 5 to 10 minutes throughout the day until the bottle was finished, just a sip each time. After three days he was noticeably improved and off the oxygen, so his dose was reduced to 12 activated drops in the 1 liter bottle of water and he drank from it, just sipping it, every half hour. He is recovering quickly—90% improved, has just a slight remnant of cough occasionally. The rest of the family who also took MMS are now fully recovered."

On your page titled, "A Word on Coronavirus," from your website (https://jimhumble.co)https://jimhumble.co (https://jimhumble.co)/blog/a-word-on-coronavirus:

- "Again, I have reason to believe, MMS (chlorine dioxide) can be very effective in both preventing and eradicating the coronavirus . . . let MMS be your first line of defense."

- "Regarding the coronavirus, at this point in time if you have it, I would suggest trying MMS first as MMS has eradicated a wide range of maladies . . . I have to say there have been positive results at least 95% of the time."

On your page titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better!," from your website (https://g2churchnews.org/577-gvoice-182)https://g2churchnews.org/577-gvoice-182 (https://g2churchnews.org/577-gvoice-182):

- "G2Church Sacramental Dosing for Coronavirus!

**For Adults:** 6 drops activated MMS in 4 ounces of water every two hours 5 times first day, Repeat 2nd day. If all symptoms are gone then continue with 3 drops and [sic] hour for 8 hours for another 3 days!

**For Small Children:** same a [sic] above but with only 3 drops. 1 drop instead of 3 drops for the 3 days after the first two days of strong dosing!

**NOTE:** This should wipe it out this flu-like virus that many are being scared with its presence in this world!"

**"For Sacramental Guidance and products** please contact us at: support@genesis2church.is (mailto:support@genesis2church.is)"

On your video titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better! (3-8-2020)," on your website (https://g2voice.is/broadcast/182)https://g2voice.is/broadcast/182 (https://g2voice.is/broadcast/182):

- At around minute 1:45, Mark Grenon says, "The Coronavirus is curable, do you believe it? You better . . ."

- At around minute 17:35, Mark Grenon says, "Every week I am putting in the G2Sacramental dosing for Coronavirus, why . . . we have a family on it, we have a couple of other people . . . 6 drops MMS activated 4oz of water every two hours four or five times the first day, it should, it might even kick it out the first day, but depends on how long you've had it, if it's in your lungs, do it the second day again, then I'd go to three drops eight hours a day for three or four days, then just to keep going, kick it out of you. Small children, we can cut everything in half, three drops every two hours versus a couple days, three hours then a drop really, not three."

- At around minute 49:57, Mark Grenon says "The Coronavirus is curable, you believe that? You better . . . it's wicked good stuff Joe," and Joseph Grenon replies, "MMS will kill it."

You should take immediate action to correct the violations cited in this letter.  This letter is not meant to be an all-inclusive list of violations that exist in connection with your products or operations.  It is your responsibility to ensure that the products you sell are in compliance with the FD&C Act and its implementing regulations.  We advise you to review your websites, product labels, and other labeling and promotional materials to ensure that you are not misleadingly representing your products as safe and effective for a COVID-19-related use for which they have not been approved by FDA, and that you do not make claims that misbrand the products in violation of the FD&C Act.  **Within 48 hours, please send an email to (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)COVID-19-Task-Force-CDER@fda.hhs.gov (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)** describing the specific steps you have taken to correct these violations.  Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation.  Failure to immediately correct the violations cited in this letter may result in legal action, including, without limitation, seizure and injunction.

FDA is advising consumers not to purchase or use certain products that have not been approved, cleared, or authorized by FDA and that are being misleadingly represented as safe and/or effective for the treatment or prevention of COVID-19. Your firm will be added to a published list on FDA's website of firms and websites that have received warning letters from FDA concerning the sale or distribution of COVID-19-related products in violation of the FD&C Act. This list can be found at (http://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-covid-19-products)http://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-covid-19-products (http://www.fda.gov/consumers/health-fraud-scams/fraudulent-coronavirus-disease-covid-19-products).  Once you have taken corrective actions to cease the sale of your unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19, and such actions have been confirmed by FDA, the published list will be updated to indicate that your firm has taken appropriate corrective action.

If you cannot complete corrective action within 48 hours, state the reason for the delay and the time within which you will complete the corrections.  If you believe that your products are not in violation of the FD&C Act, include your reasoning and any supporting information for our consideration.

If you are not located in the United States, please note that products that appear to be unapproved new drugs and misbranded drugs are subject to detention and refusal of admission if they are offered for importation into the United States.  We may advise the appropriate regulatory officials in the country from which you operate that FDA considers your product(s) referenced above to be unapproved and misbranded products that cannot be legally sold to consumers in the United States.

® Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 80 of 128

4/9/2020        Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

Please direct any inquiries to FDA at (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)COVID-19-Task-Force-CDER@fda.hhs.gov (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov).

In addition, it is unlawful under the FTC Act, 15 U.S.C. § 41 *et seq.*, to advertise that a product can treat or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made.  For COVID-19, no such study is currently known to exist for the product identified above.  Thus, any coronavirus-related treatment or cure claims regarding such product are not supported by competent and reliable scientific evidence.  You must immediately cease making all such claims.  Violations of the FTC Act may result in legal action seeking a Federal District Court injunction and an order may require that you pay back money to consumers.  Within 48 hours, please send an e-mail to Richard Cleland, Assistant Director of the FTC's Division of Advertising Practices, via electronic mail at rcleland@ftc.gov (mailto:rcleland@ftc.gov), describing the specific actions you have taken to address the FTC's concerns.  If you have any questions regarding compliance with the FTC Act, please contact Mr. Cleland at 202-326-3088.

Sincerely, Donald D. Ashley

Director

Office of Compliance

Center for Drug Evaluation and Research

Food and Drug Administration


Sincerely,

Richard A. Quaresima

Acting Associate Director

Division of Advertising Practices

Federal Trade Commission

[1] These websites state that Jordan and Joseph Grenon are "Bishops," Mark Grenon is an "Archbishop" and founder of Genesis II Church of Health and Healing (Genesis), and Jim Humble is an "Archbishop" and founder of Genesis.

[2] You also refer to your MMS product as: "Chlorine Dioxide"; "G2Sacrament"; "Miracle Mineral Solution"; "Sacramental Cleansing Water"; "G2 Sacramental"; "MMS1"; and "MMS Sodium Chlorite."

[3] Secretary of Health and Human Services Alex M Azar II, Determination that a Public Health Emergency Exists.  Jan. 31, 2020.  (Accessible at (https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx)https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx (https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx)).

[4] President Donald J. Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19).  Mar. 13, 2020. (Accessible at (https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/)https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/ (https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/)).



April 9th, 2020

Dear, Mr. Donald D. Ashley, Director, Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration and

Mr. Richard A. Quaresima, Acting Associate Director, Division of Advertising Practices Federal Trade Commission

First of all, I want to say I pray for you Mr. Ashley and Mr. Quaresima that your eyes would be open by the Spirit of God! This life is only a vapor and will appear for a while and vanish into eternity! All you say and do are not hid from the Creator of all!

**You both and anyone reading this letter will be judged like this!**

⊚ Go to Top

*"Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this is the whole duty of man. For God shall bring every work into judgment, with every secret thing, whether it be good, or whether it be evil.", Ecclesiastes 12:13-14 KJV*

*"Whereas ye know not what shall be on the morrow. For what is your life? It is even a vapour, that appeareth for a little time, and then vanisheth away." James 4:14 (https://www.biblegateway.com/passage/?search=James+4%3A14&version=KJV) KJV*

**You will remember these words for eternity!**

*"And fear not them which kill the body, but are not able to kill the soul: but rather fear him which is able to destroy both soul and body in hell.", Matthew 10:28 (https://www.biblegateway.com/passage/?search=Matthew+10:28&version=KJV) KJV*

So, to escape this eternal punishment and of which we all are guilty, you have to be honest with yourself and God and call upon the name of Lord, i.e. repent from you sins and believe this:

" Moreover, brethren, I declare unto you the gospel which I preached unto you, which also ye have received, and wherein ye stand; **By which also ye are saved**, if ye keep in memory what I preached unto you, unless ye have believed in vain. For I delivered unto you first of all that which I also received, how that *Christ died for our sins according to the scriptures; And that he was buried, and that he rose again the third day according to the scriptures:"*, 1 Corinthians 15 (KJV)

*"That at the name of Jesus every knee should bow, of things in heaven, and things in earth, and things under the earth; And that every tongue should confess that Jesus Christ is Lord, to the glory of God the Father.", Philippians 2: 10-11*

*"And the devil that deceived them was cast into the lake of fire and brimstone, where the beast and the false prophet are, and shall be tormented day and night for ever and ever. And I saw a great white throne, and him that sat on it, from whose face the earth and the heaven fled away; and there was found no place for them. And I saw the dead, small and great, stand before God; and the books were opened: and another book was opened, which is the book of life: and the dead were judged out of those things which were written in the books, according to their works. And the sea gave up the dead which were in it; and death and hell delivered up the dead which were in them: and they were judged every man according to their works. And death and hell were cast into the lake of fire. This is the second death. And whosoever was not found written in the book of life was cast into the lake of fire.", Rev. 20:11-15 KJV*

Don't let this happen to you! The Lord came and was crucified, died and was buried BUT rose again to conquer death and give you eternal life! Don't reject His love towards both of you!

I can stand in front of the Lord knowing I have done nothing wrong in regard to what your agencies have accused us. Can you both? Who told you to come after us? It sure wasn't your research. You want to follow them to where they will be spending eternity if they are unrepentant? Think about it. I do really care, or I wouldn't bother to tell you. The second you close your eyes in death as a lost sinner without the Lord Jesus Christ you will be regretting not making that decision forever!

**I will answer you both point by point one time** and it will be sent around the world for others to respond also. You don't realize the 'can of worms' you have opened that will become an avalanche with the good people of the world rising up! This might even be the 'shot heard around the world the second time' in regard to opening people's eyes and restructuring or eliminating completely the FDA, CDC, EPA where the heads of these agencies only work for the special interests groups that pay them! Hopefully, this will help expose the corruption in your agencies for the whole world to see as Dr. Shiva has so eloquently said in his recent video:

**Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV**

**(https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be)https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be (https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be)**

**President Trump knows him!**

Oh, yes President Trump knows what Dr. Shiva has said by the way! He is being informed of how you are trying to intimidate a Church of the Lord Jesus Christ from using their Sacraments. We are in 145 countries now with people practicing our Sacraments each and every day!

**Let me first start by citing the 1ˢᵗ amendment to the U.S. Constitution:**

## First Amendment
To the U. S. Constitution

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and petition the government for a redress of grievances.

"Congress shall **make no law** respecting an establishment or religion"

**Or no law**

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 82 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

### "prohibiting the free exercise thereof"

How dare you write us knowing what the 1St Amendment says! If fact, we are here to judge you whether you do things according to what the Word of God says not vice versa!

"Dare any of you, having a matter against another, go to law before the unjust, and not before the saints? Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?  Know ye not that we shall judge angels? how much more things that pertain to this life?" I Corinthians 6:1-3

Even if there wasn't a US Constitution, we would be doing the same things because God commanded us to keep our temples clean!

The word of God commands us take control of our temples, our bodies and to NOT defile them!

"Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are." I Corinthians 3:16-17

"What? know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own? For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's." I Corinthians 6:16-20

Our G2Sacraments keep our bodies undefiled from toxins that try to defile or corrupt our bodies, temples! Big Pharma/Medical Industry produces poisons to the body and your agencies protect them! We are not allowing this to happen to us! A preference is something you prefer to do. This is a CONVICTION to us. **A 'conviction' is something you will die for!**




Don't try to tell me there is an emergency situation in our nation that justifies this action! There can't be an emergency that can make a command of God null and void especially one in regard to the **free exercise of our Church!**

I respect President Trump but not your proven corrupt agencies! He is getting bad counsel like Haman gave King Ahasuerus. Haman ended up hanging because his deception and so will your agencies! I would welcome a call from President Trump to express my grievances!

In response to the warning that was sent to our Church about our Sacraments you seem to NOT have your facts right about who we are and why we are NOT under your authority in regard to your agencies. **You are under our authority in regard to moral laws!**

## Now, I will answer most of your points in bold

NOTE: Where 'Not Applicable" to a FREE Church I will put Not Applicable.

- Your letter was titled: Urgent Message from the U.S. Food and Drug Administration regarding COVID-19 products marketed by **your firm** Genesis II Church of Health and Healing

- We are **NOT a firm** but a Church of the Living God

- We are **NOT incorporated**

- We are **NOT under Universal Commercial Code**

Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 83 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

- We do nothing under Commercial Code

- **We are a FREE Church.** We don't need it but even under IRS Code 508 we are put before Governments as a Church that needs NOT even file!

- 'RE: unapproved and misbranded products related to coronavirus disease'

- **We DO NOT need your approval for any Sacraments** or for anything we do in our Church

- **We DO NOT even need the government's approval or permission even exist for that matter!**

- **'Branding'? We are under NOT commercial code!**


**NOTE: You are trying to put us in your box to try and get us under your authority!**

- This is to advise you that the United States Food and Drug Administration (FDA) and the Federal Trade Commission (FTC) reviewed your websites

**You have the right to review any of our sites. We as a Free Church have nothing to hide. In fact, we welcome ALL to review to learn how to practice Selfcare and NOT healthcare!**

- FDA has observed that the website (https://newg2sacraments.org)https://newg2sacraments.org (https://newg2sacraments.org) offers Miracle Mineral Solution (MMS) (chlorine dioxide)[2] for sale in the United States and that this product is intended to cure, mitigate, treat, prevent, or diagnose Coronavirus and/or COVID-19 in people.

**We SELL NOTHING COMMERCIALLY. All are donations that US govt. has nothing to do with and even confirmed by IRS CODE 508**

- Based on our review, MMS is an unapproved new drug sold in violation of section 505(a) of the Federal Food, Drug, and Cosmetic Act (FD&C Act), 21 U.S.C. § 355(a). Furthermore, this product is a misbranded drug under section 502(f)(1) of the FD&C Act, 21 U.S.C. § 352(f)(1).

-

**MMS is a SACRAMENT of the G2Church. A "sacrament" is something that is 'Sacred' or 'Holy' to us! We are offended that you call our Sacrament a drug! Doesn't matter what FDA calls our sacrament. It is NOT a drug!**

- The introduction or delivery for introduction of this product into interstate commerce is prohibited under sections 301(a) and (d) of the FD&C Act, 21 U.S.C. §§ 331(a) and (d).

**Again you are trying to put a Church under UCC. We do NOTHING commercially! All donations!**

- It is also a prohibited act under section 301(k) of the FD&C Act, 21 U.S.C. § 331(k), to misbrand a product while it is held for sale after shipment of a component or finished product in interstate commerce

**Not applicable for a FREE Church. We can call our Sacraments 'Holy Water' if we want. You have NO authority over us so why would we even consider your Act?**

- There is currently a global outbreak of respiratory disease caused by a novel coronavirus that has been named "severe acute respiratory syndrome coronavirus 2" (SARS-CoV-2).  The disease caused by the virus has been named "Coronavirus Disease 2019" (COVID-19).

**Not applicable for a Church Sacrament!**

- On January 31, 2020, the Department of Health and Human Services (HHS) issued a declaration of a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS.[3]

**Not applicable to a Church Sacrament**

- In addition, on March 13, 2020, the President declared a national emergency in response to COVID-19.[4]

**Not applicable to a Church Sacrament!**

- Therefore, FDA is taking urgent measures to protect consumers from certain products that, without approval or authorization by FDA, claim to diagnose, cure, mitigate, treat, or prevent COVID-19 in people

**Not Applicable for a Church Sacrament.** Don't need approval or authorization for a Sacrament!

- As described below, you sell products that are intended to cure, mitigate, treat, or prevent COVID-19 in people.  We request that you take immediate action to cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19 in people.   ® Go to Top

We can say cure, heal and treat as a Free Church. Don't need you approval or authorization for a Church Sacrament.

- We request that you take immediate action to cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19. Further, FDA has previously warned consumers about the dangerous and potentially life threatening side effects of MMS,

**Again, Don't need you approval or authorization for Church Sacraments**

**Our Sacraments are not dangerous or life threatening in anyway evidenced by the approval by your FDA and EPA in many applications!**

I don't have the burden of proof here to prove anything about our sacraments but just in case you are just uninformed, and mimicking others here are few for your knowledge!

Note: This is going to the whole world and the Whitehouse and maybe even handed to President Trump through people we know. Let the world decide who is uninformed or lying! The Truth will expose you all!

 *"And ye shall know the truth, and the truth shall make you free.", John 8:32*

There are over 30,000 patents for Chlorine Dioxide and even many are medicinal

- Here is what Chlorine Dioxide is: (https://www.youtube.com/watch?v=MNQUTeLz7vs&feature=youtu.be)**https://www.youtube.com/watch?v=MNQUTeLz7vs&feature=youtu.be (https://www.youtube.com/watch?v=MNQUTeLz7vs&feature=youtu.be)**

Proof that the FDA and other agencies do NOT consider chlorine dioxide poisonous

- **Controlled Clinical Evaluations of Chlorine Dioxide, Chlorite and Chlorate in Man.** This is a report of a test where people were given Chlorine dioxide for months with no bad effects. Copy and paste the internet address area if it doesn't work by click. By Judith R. Lubbers,*Sudha Chauan,*and Joseph R. Bianchine

"In several cases, statistically significant trends in certain biochemical or physiological parameters were associated with treatment; however, NONE of these trends was judged to have physiological consequence. One cannot rule out the possibility that, over a longer treatment period, these trends might indeed achieve proportions of clinical importance. However, by the absence of detrimental physiological responses within the limits of the study, the relative safety of oral ingestion of chlorine dioxide and its metabolites, chlorite and chlorate, was demonstrated. " (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1569027/)https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1569027/ (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1569027/)

- Obviously, if the FDA approves of the use of chlorine dioxide on food, it does not consider chlorine dioxide to be poisonous. **See below:** Ref. (1), and (2)

**(1) 21 C.F.R. § 173.300 Chlorine dioxide.**

Title 21 - Food and Drugs – I have quoted the FDA regulation here in a few sentences, but if you want to read more, just put the 21 C.F.R. and numbers in the search engine, Google or others, and you can read it all. Keep in mind that Acidified Sodium chlorite produces chlorine dioxide.

**Title 21: Food and Drugs**
• PART 173—SECONDARY DIRECT FOOD ADDITIVES PERMITTED IN FOOD FOR HUMAN CONSUMPTION (http://law.justia.com/cfr/title21/21-3.0.1.1.4.html#_blank)
• Subpart D—Specific Usage Additives (http://law.justia.com/cfr/title21/21-3.0.1.1.4.4.html#_blank)
• Browse Next (http://law.justia.com/cfr/title21/21-3.0.1.1.4.1.2.html#_blank)

**(2) 21 .C.F.R § 173.300 Chlorine dioxide.**

Chlorine dioxide (CAS Reg. No. 10049–04–4) may be safely used in food in accordance with the following prescribed conditions:

**21 C.F.R. 173.325 Acidified sodium chlorite solutions.**
CHAPTER I: FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH AND HUMAN SERVICES (CONTINUED)

SUBCHAPTER B: **FOOD FOR HUMAN CONSUMPTION** (CONTINUED)

PART 173: SECONDARY DIRECT FOOD ADDITIVES PERMITTED IN FOOD FOR HUMAN CONSUMPTION

Subpart D: Specific Usage Additives

173.325 - Acidified sodium chlorite solutions.

Acidified sodium chlorite solutions may be safely used in accordance with the following prescribed conditions: READ MORE BY GOING TO THE INTERNET AND PUTTING THE C.F.R. § 73.300 NUMBER INTO GOOGLE.

⊛ Go to Top

- (http://www.clordisys.com/WhatIsCD.pdf)http://www.clordisys.com/WhatIsCD.pdf (http://www.clordisys.com/WhatIsCD.pdf) -- What is Chlorine Dioxide? Where is it used? How does it work? This is a write up by a company that has been using chlorine dioxide for more than 20 years. It gives details about chlorine dioxide. (backup mirror (http://jimhumble.biz/files/mirror/WhatIsCD.pdf))

- (http://www.lenntech.com/processes/disinfection/chemical/disinfectants-chlorine-dioxide.htm#_blank)http://www.lenntech.com/processes/disinfection/chemical/disinfectants-chlorine-dioxide.htm#ixzz0wGZVWFWL (http://www.lenntech.com/processes/disinfection/chemical/disinfectants-chlorine-dioxide.htm#ixzz0wGZVWFWL) -- Lenntech is one of the largest industrial companies specializing in chlorine dioxide technology of all kinds. Please use this article to learn the data of why chlorine dioxide is selective for certain microorganism and not others. (backup mirror (http://jimhumble.biz/files/mirror/disinfectants-chlorine-dioxide.htm#_blank))

- (http://www.cdgenvironmental.com/content/chemistry#_blank)http://www.cdgenvironmental.com/content/chemistry (http://www.cdgenvironmental.com/content/chemistry) -- This is an article explaining chlorine dioxide and the selective ability of chlorine dioxide to select certain organisms over others. CDG Environmental is one of the largest users and sellers of chlorine dioxide. (backup mirror (http://jimhumble.biz/files/mirror/chemistry.htm#_blank))

- https://patents.google.com/patent/WO2016074203A1/en (https://patents.google.com/patent/WO2016074203A1/en) - Patent for Chlorine Dioxide: Cell apoptosis inducer containing chlorine dioxide and use thereof in preparing cosmetics or anti-aging or antineoplastic drugs

- From Food Safety Magazine - 10 Reasons Why You Should Be Using Chlorine Dioxide: (https://www.foodsafetymagazine.com/magazine-archive1/februarymarch-)https://www.foodsafetymagazine.com/magazine-archive1/februarymarch- (https://www.foodsafetymagazine.com/magazine-archive1/februarymarch-)2005/food-safety-insider-sanitation-solutions/10-reasons-why-you-should-be-using-chlorine-dioxide/

Chlorine dioxide is one powerhouse sanitizer that is getting more attention recently as food processors look for more efficacious products to help them win the sanitation battle. Approved by the U.S. Food and Drug Administration (FDA) and the U.S. Environmental Protection Agency (EPA), it is as powerful as peracetic acid and more economical, yet it has far less of an impact on the environment than quaternary ammonium salts, chlorine or bromine, making it an excellent choice for food processing plants. It costs about the same to use as other sanitizers but is more versatile and less harmful. It's also been shown to destroy and prevent biofilms, one of the biggest challenges to food processors in destroying harmful bacteria. It also does not have the strong odor or corrosive qualities associated with chlorine.

It is a versatile alternative that can be used in many sanitation applications, including pasteurization equipment, heat exchangers, cooling towers, hard surface disinfecting, potable water treatment and deodorizing stacks in rendering plants. It is already growing in popularity as a tool to control microbiological growth in the dairy industry, the beverage industry, the fruit and vegetable processing industries, canning plants, and in poultry and beef facilities.

"Everybody in the food processing industry is looking for better cleaning and sanitation processes," says Fred Holzhauer, Director of Business Development with Birko Corp., a leading specialty chemical manufacturer that provides a product line of more than 200 cleaning and sanitizing chemicals and application equipment to the meat, poultry, microbrewery and food industries (www.birkocorp.com (http://www.birkocorp.com/)).

"Chlorine dioxide eliminates sources and transfers of harmful pathogens in the food plant and attacks biofilms that form on equipment and other food-contact surfaces—all while doing less harm to the environment than other choices that do not have comparable strength." Chlorine dioxide is the answer, says Holzhauer. Here are 10 reasons why:

1. Chlorine dioxide has 2.6 times the oxidizing power of waterborne chlorine (from bleach), giving it a wide spectrum of sanitizing uses and making it extraordinarily effective against a host of bugs. Studies have shown that it produces as high as a 6-log reduction.

2. Chlorine dioxide has a much wider pH spectrum than chlorine, making it more versatile and forgiving in a variety of application situations. Unlike chlorine, chlorine dioxide remains a true gas dissolved in solution. The lack of any significant reaction of chlorine dioxide with water is partly responsible for its ability to retain its biocidal effectiveness over a wide pH range. It also has limited reactions with organics, indicating that much more of the chlorine dioxide added to a system is available as a biocidal agent, and is not consumed to the degree that chlorine would be under the same circumstances. In addition, chlorine will react with, and be consumed by ammonia or any amine, while chlorine dioxide reacts very slowly with secondary amines, and sparingly with primary amines or ammonia.

3. Chlorine dioxide is registered with EPA (Registration No. 74986-1), and is considered an excellent bactericide, fungicide and antimicrobial agent. It has passed the EPA's stringent DIS/TISS guidelines for use as a disinfectant and as a food-contact surface sanitizer.

4. The FDA and the U.S. Department of Agriculture (USDA) have approved stabilized sodium chlorite (a precursor) and chlorine dioxide in food processing plants for sanitizing and controlling bacteria and mold.

5. Chlorine dioxide is currently under EPA review as a surface sanitizer for *E. coli* O157:H7 and drug-resistant Salmonella. It is also currently under EPA review as a virucide for HIV and Hepatitis A and for use as a fungicide, virucide and algaecide.

6. Chlorine dioxide has been found to be one of the most effective tools for dispersing biofilms, and in some cases, inhibiting the formation of future biofilms. This function is especially valuable in the small cooling towers of food processing facilities where food product contamination can contribute to heavy films or algal slimes. Biofilm is a polysaccharide film or coating that protects and harbors viable bacteria colonies making surfaces more difficult to clean and disinfect.

© Go to Top

7. Chlorine dioxide can be used on food-contact surfaces at diluted concentrations as low as 5 parts-per-million (ppm). In some cases, the compound has demonstrated a rapid kill of bacteria much less than the 30-minute period typically used in disinfection studies. Because it is so powerful in such small amounts, it is also extremely economical.

8. So far, problem cells have shown little ability to develop resistance to chlorine dioxide, as they can with other sanitizers, making it a consistent tool in the sanitation toolbox.

9. Chlorine dioxide generating systems can be used for odor control, sanitation and water purification applications. Birko Corp. offers an exclusive ClO2 generation system, which eliminates older, conventional "vacuum draw" technology, for outstanding consistency, accuracy and practical yield.

10. Unlike chlorine bleach and bromide, which make carcinogenic trihalomethanes that get washed down the drain and deposited in the environment, chlorine dioxide donates oxygen, breaking down to water, oxygen and common table salt. This makes it much less corrosive to equipment and a superb environmental choice. It also breaks down quickly, which means it won't harm the soil or add toxic deposits to the ground.

"Chlorine dioxide has such a wide spectrum of uses," Holzhauer says. "It's got amazing firepower, it's economical, and its environmental profile is safer than other choices. There's nothing else out there that can compete."

***Source: www.birko.com*** (http://www.birko.com/)

- ***chemicalsafetyfacts.org***

**Uses & Benefits of Chlorine Dioxide**

**Powerful Disinfection in Water Treatment**

Chlorine dioxide is a disinfectant (http://water.epa.gov/drink/contaminants/basicinformation/disinfectants.cfm). When added to drinking water, it helps destroy bacteria, viruses and some types of parasites that can make people sick, such as Cryptosporidium parvum and Giardia lamblia.

**Personal Care Products**

Personal hygiene applications (http://www.tristel.com/products/healthcare/about-chlorine-dioxide/chlorine-dioxide-safety/) for chlorine dioxide include mouthwash (http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2831889/), toothpaste and contact lens cleaners. Chlorine dioxide is used in dentistry as an oxidizing biocide compound to treat bad breath (http://www.dimensionsofdentalhygiene.com/ddhright.aspx?id=9911).

**Industrial/Manufacturing Uses**

Chlorine dioxide chemistry is used in a wide variety of industrial, oil and gas, food and municipal applications:

**Food and Beverage Production**

Chlorine dioxide can be used as an antimicrobial agent (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=173.300) in water used in poultry processing and to wash fruits and vegetables.

**Medical Applications**

In hospitals and other healthcare environments (http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3717754/), chlorine dioxide gas helps to sterilize (http://www.lenntech.com/processes/disinfection/chemical/disinfectants-chlorine-dioxide.htm) medical and laboratory equipment, surfaces, rooms and tools. Researchers have found that at appropriate concentrations, chlorine dioxide is both "safe and effective (http://www.legionellae.org/HopkinsResearchPaperIWCOct04.pdf)" at helping to eliminate Legionella bacteria in hospital environments, as well as Legionnaires' disease, a potentially deadly type of pneumonia caused by the Legionella pneumophila bacteria.

***Other Industrial Uses***

Chlorine dioxide used in oil and gas disinfection applications can help increase well performance and also combat oil souring (http://www2.dupont.com/Chlorine_Dioxide_Solutions/en_US/assets/downloads/K-27437_ClO2-Works-in-the-Oil-Field.pdf) and protect other fluids from spoilage. Chlorine dioxide is used in the electronics industry to clean circuit boards and as a bleach in the paper and textile manufacturing processes.

**Safety Information**

According to U.S. Centers for Disease Control and Prevention, chlorine dioxide is added to drinking water to protect people (http://www.atsdr.cdc.gov/phs/phs.asp?id=580&tid=108) from waterborne pathogens. Chlorine dioxide is used to disinfect drinking water around the world and is approved for use by the Environmental Protection Agency (http://www.epa.gov/iris/subst/0496.htm) (EPA) and included in the World Health Organization's (http://www.who.int/water_sanitation_health/dwq/chemicals/chlorateandchlorite0505.pdf) (WHO) Guidelines for Drinking-water Quality (http://www.who.int/water_sanitation_health/dwq/fulltext.pdf). The U.S. Food and Drug Administration (FDA) also has approved the use of chlorine dioxide in certain food applications (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=173.300) as well as in over-the-counter and prescription drugs.

In its pure form, chlorine dioxide is a hazardous gas (http://www.atsdr.cdc.gov/phs/phs.asp?id=580&tid=108#bookmark01) but most people are "not likely" (http://www.atsdr.cdc.gov/ToxProfiles/tp160-c1-b.pdf) to breathe air containing dangerous levels of chlorine dioxide as it does not occur naturally in the environment. For workers who use chlorine dioxide, the U.S. Occupational Safety and Hazard Administration

® Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 87 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

(https://www.osha.gov/dts/chemicalsampling/data/CH_226600.html) (OSHA) regulates the level of chlorine dioxide in workplace air for safety. OSHA has set a Permissible Exposure Limit (PEL) for chlorine dioxide at 0.1 parts per million (ppm), or 0.3 milligrams (mg) per cubic meters (m3) for workers using chlorine dioxide for general industrial purposes. OSHA also has a PEL for chlorine dioxide for the construction industry (https://www.osha.gov/dts/chemicalsampling/data/CH_226600.html). Chlorine dioxide is always made at the location where it is used.

(https://www.chemicalsafetyfacts.org/chlorine-dioxide/)*https://www.chemicalsafetyfacts.org/chlorine-dioxide/ (https://www.chemicalsafetyfacts.org/chlorine-dioxide/)*

*Chlorine Dioxide (aka MMS) Registered by the FDA for MRSA Prevention Protocol*

*The EPA (Environmental Protection Agency) has recently registered a new product for preventing and eliminating methicillin-resistant Staphylococcus aureus (MRSA), which causes potentially deadly infections commonly known as "staph" infections. The MRSA "super bug" is typically contracted in hospitals, in other healthcare environments, and in health clubs and locker rooms.*

The EPA has registered Selectrocide chlorine dioxide for use as a disinfectant on hard, non-porous surfaces and instruments, including those used within hospitals and other medical settings. As a no-wipe, no-rinse spray, Selectrocide chlorine dioxide can also be used on hard, non-porous surfaces in health clubs, spas, public places and swimming facilities as a treatment against MRSA. The EPA has also registered Selectrocide as a disinfectant for vancomycin-resistant Enterococcus faecalis, athlete's foot, Mycobacterium bovis (TB) and other pathogens that spread in many environments.

MRSA is usually spread by direct physical contact with those already infected or through indirect contact by touching objects (towels, clothes, sports equipment, etc.) that infected skin has contaminated. Consequently, any heavily trafficked area can be a source of infection.

According to a report by the BBC News, "Staphylococcus aureus is the leading cause of human infections in the skin and soft tissues, bones and joints, abscesses and normal heart valves. It flourishes in the hospital setting, producing bloodstream and surgical wound infections, including MRSA." (news.bbc.co.uk/1/hi/health/4671585.stm)

HOW SELECTROCIDE KILLS MRSA AND OTHER DEADLY PATHOGENS

Selectrocide is greater than 99% pure chlorine dioxide, an ideal biocide because of its ability to kill viruses, bacteria, fungi, and algae at low saturation levels (parts per million) in a manner that does not allow pathogens to build resistance to the compound.

Prior to Selectrocide, healthcare and health club environments were limited to using substances like bleach and quaternary ammonium compounds that can leave residue and require higher concentrations than does chlorine dioxide to achieve the same antimicrobial efficacy.

Selectrocide's chlorine dioxide is produced in water and sprayed, mopped, or sponged onto surfaces that require disinfection. After application, the solution is left on target surfaces and does not require rinsing. Due to the comparatively low application concentrations required to kill pathogens, Selectrocide is compatible with most materials.

THE DEVELOPMENT OF MRSA AND ITS INCREASING RESISTANCE TO ANTIBIOTICS

Staphylococcus aureus (SA)-Antibiotic Resistance (General): Throughout history, Staphylococcus aureus (SA) has been a dangerous pathogen once it has successfully breached the normal defense system. The first effective antibiotic against SA, penicillin, became available in the 1940s. Soon after, SA evolved resistance to penicillin, and by the late 1950s, 50 percent of all SA strains were resistant. Today, fewer than 10 percent of SA infections can be cured with penicillin.

The next weapons against SA, methicillin and cephalosporin, became available in the 1960s and 1970s. By the late 1970s, some strains of SA had evolved resistance to these drugs. Today, as many as 50 percent of SA strains isolated from U.S. hospitals are resistant to methicillin. (Source: National Institutes of Health)

GENERAL BACKGROUND INFORMATION ON CHLORINE DIOXIDE AND SELECTROCIDE

Chlorine dioxide is effective at low concentrations across a wide range of pH (roughly 4 to 9), and, because it is a gas in its natural state, dissipates upon exposure to sunlight As a consequence, it is known widely as one of the most effective inhibitors of algae, yeast, mold, fungi and viruses. However, because transporting the gas is prohibited in all but frozen forms, pure chlorine dioxide has heretofore been limited to use in large concerns that employ chemical generators, such as pulp mills (controlling slime) and municipal water systems (water purification applications).

Similarly, in cleaning and antimicrobial knockdown applications, pure chlorine dioxide has been unavailable, and only with "stabilized" solutions or acidified sodium chlorite, which are corrosive and produce significant chemical residues, could any of the advantages of chlorine dioxide be realized.

JUST ADD WATER — AND WAIT. Now, Selectrocide brings the power of greater than 99% pure chlorine dioxide solutions to point-of-use applications. Selectrocide produces chlorine dioxide simply by submersing the product in water. The resulting chlorine dioxide solution can be used to kill disease-bearing bacteria, yeasts, molds, fungi and algae using spraying, washing or "dip" cleaning methods.

Selectrocide makes it possible-for the first time-to generate specific concentrations of chlorine dioxide at the point of use, at neutral pH and with very low residuals, using only tap water.

SUMMARY OF SELECTROCIDE BENEFITS

US EPA-registered as a disinfectant against MRSA, and other potentially virulent pathogens.

⊕ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 88 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

- Pathogens cannot build up resistance to Selectrocide because it kills harmful organisms by breaking down cell walls.

- Easy to use and does not require HAZMAT or complicated equipment

- Can be made on-site in specific quantities and in concentrations desired. Only tap water is required to generate the chlorine dioxide.

- Because it kills pathogens with such efficacy, Selectrocide may reduce costs because fewer disinfection treatments may be required during a given maintenance and cleaning cycle.

*Source:* (http://www.healthfreedoms.org/new-mrsa-bacteria-killer-chlorine-dioxide-aka-activated-mms-registered-by-epa/)*http://www.healthfreedoms.org/new-mrsa-bacteria-killer-chlorine-dioxide-aka-activated-mms-registered-by-epa/ (http://www.healthfreedoms.org/new-mrsa-bacteria-killer-chlorine-dioxide-aka-activated-mms-registered-by-epa/)*

- *Food Processing. Using a distinctive concentration of chlorine dioxide it provides specific microbiological control for the food and beverage industry, such as brewing and bottling, washing fruit and vegetables, poultry and meat processing, fish processing and dairy plants.*

*Using a distinctive concentration of chlorine dioxide it provides specific microbiological control for the food and beverage industry, such as brewing and bottling, washing fruit and vegetables, poultry and meat processing, fish processing and dairy plants. Chlorine dioxide does not react with most "organics" in flume water; this makes it a very effective disinfectant. It is also an excellent odor neutralizer, helping to neutralize foul smelling odors including secondary and tertiary amines formed in the meat packing industry.*

*A list of possible markets to apply Dutrion products are:*

- Fruit and vegetable processing.

- Poultry processing.

- Food contact paper manufacture.

- Cleaning pasteurizers, warmers and coolers.

- Disinfection of packing operations.

- Flume water control.

- Water treatment.

- Equipment disinfection.

- Disinfection of tankers, vehicles and transportation vessels.

**Cleaning in place (CIP) and sanitizing operations**

Active chlorine dioxide can be very effective when used as the final sanitizing rinse in CIP systems, including filler rooms. Typically applied at low concentrations with a short contact time. It leaves no toxic residues to interfere with other chemical/biochemical processes. Chlorine dioxide works quickly and breaks down into inert compounds. Its unique chemistry produces no toxic by-products (such as THM's) and is therefore an environmentally friendly alternative to traditional sanitizers.

**Other examples of sanitizing applications for Dutrion products are:**

- Cleaning pasteurizers, bottle/can warmers and coolers.

- Chain and conveyor spray in bakeries.

- Crate washing, bottle wash, staff hand wash.

- Water purification and disinfection of water distribution and storage tanks.

- Mold and odor control with Dutrion or DutriGel.

- Sanitation of tanker trucks, wagons and transportation vessels.

*Source:* (http://dutrion.com/chlorine-dioxide-food-processing/)*http://dutrion.com/chlorine-dioxide-food-processing/ (http://dutrion.com/chlorine-dioxide-food-processing/)*

- **This recent Cancer Patent #US10105389B1** (https://patents.google.com/patent/US10105389B1/en)
  was granted and published  2018-10-23
  2019-05-26: Application status is Active
  2037-03-31: Anticipated Expiration
  (https://patents.google.com/patent/US10105389B1/en)https://patents.google.com/patent/US10105389B1/en
  (https://patents.google.com/patent/US10105389B1/en)

**Britain attacks MMS but allows this!**

⊕ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 89 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

· **Biox Aqua Water Treatment : (https://www.youtube.com/watch?v=leAVz2p6p5o&fbclid=IwAR02DJ4TBpw0YM7T-adFUIp5qJVtZMGM36vy5V2JoypABVYCGhKsdHx9pfA)https://www.youtube.com/watch?v=leAVz2p6p5o&fbclid=IwAR02DJ4TBpw0YM7T-adFUIp5qJVtZMGM36vy5V2JoypABVYCGhKsdHx9pfA (https://www.youtube.com/watch?v=leAVz2p6p5o&fbclid=IwAR02DJ4TBpw0YM7T-adFUIp5qJVtZMGM36vy5V2JoypABVYCGhKsdHx9pfA)**

   ▪ Look at this patented product being used around the world and even receiving awards! Look at what this company says about the amazing chlorine dioxide molecule!



(https://www.solumium.com/solumium/?lang=en)https://www.solumium.com/solumium/?lang=en (https://www.solumium.com/solumium/?lang=en)

We are celebrating ten years of hyperpure chlorine-dioxide,
a Hungarian invention on its way to redefine the fight against infections.
The manufacturing process of hyperpure chlorine-dioxide is now patented
in several countries around the world including the U.S. and China.
The patent is the basis of our successful product, Solumium.

**SOLUMIUM® is one of the most effective ANTIMICROBIAL AGENTS, ever!**

It kills all pathogens including bacteria, fungi, protozoa, and viruses.
And it does all that without harming you: it has no known side-effects.
Solumium is based on a new Hungarian invention: Prof. Zoltán Noszticzius
and coworkers succeeded in producing hyperpure chlorine-dioxide,
one of the world's strongest and friendliest antimicrobial agents.

INTERNATIONAL PATENTS

The Solumium production procedure is protected by Hungarian, European,
American, and Chinese patents.

SOLUMIUM WINS "GRAN PRIZE" 2015

The Swedish Chamber of Commerce announced Prof. Zoltán Noszticzius and his application
about Solumium as the winner of the 2015 interdisciplinary innovation award. (https://granprize.swedishchamber.hu/awardee/2015-professor-noszticzius-zoltan)
Visit our MEDIA (https://www.solumium.com/media/) menu to see photos of the Grand Prize ceremony.

MEDIA COVERAGE

We find that the most creditable way of promotion is word of mouth.
However, after Solumium received the Swedish Grand Prize Award in 2015, extensive articles
began appearing about our success in most major Hungarian newspapers like Magyar Nemzet,
Népszabadság, HVG, and, most recently, the Hungarian version of Forbes NEXT.
All big Hungarian television networks have also featured full interviews with Prof. Noszticzius.
The press buzz has certainly increased public awareness of the invention in Hungary.
We are confident that the magic moment of worldwide recognition is not far away for Solumium.

**HOW SOLUMIUM WORKS**

The background of the unique properties of Solumium is unfolded in a recent
scientific article by Prof. Zoltán Noszticzius and colleagues, in the scientific journal
PLOS ONE (http://www.plosone.org/article/info%3Adoi%2F10.1371%2Fjournal.pone.0079157). The extended version of the article, which includes case studies on
the treatment of wounds infected with resistant bacteria, can be read at the
Cornell University website arXiv (http://arxiv.org/ftp/arxiv/papers/1304/1304.5163.pdf). Source: (https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0079157)https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0079157 (https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0079157)

   ▪ Environmental Protection Agency. 1999, April. Alternative Disinfectants and Oxidants. Retrieved June 15, 2010 from
     (http://www.epa.gov/safewater/mdbp/pdf/alter/chapt_4.pdf)http://www.epa.gov/safewater/mdbp/pdf/alter/chapt_4.pdf

⊕ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 90 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

(http://www.epa.gov/safewater/mdbp/pdf/alter/chapt_4.pdf)

- Agency for Toxic Substances and Disease Registry. 1994, September. ToxFAQs™ for Chlorine Dioxide and Chlorite. Retrieved June 15, 2010 from (http://www.atsdr.cdc.gov/tfacts160.html)http://www.atsdr.cdc.gov/tfacts160.html (http://www.atsdr.cdc.gov/tfacts160.html)

- Proof That The FDA Does Consider Chlorine Dioxide As Safe (https://www.jahealthadvocate.com/the-fda-says-chlorine-dioxide-is-safe-to-ingest.html) They Gave CD GRAS Status Then Lied About it to the Public, and allows others to keep lying to the people.

- Cell apoptosis inducer containing chlorine dioxide and use thereof in preparing cosmetics or anti-aging or antineoplastic drugs: (https://patents.google.com/patent/WO2016074203A1/en)https://patents.google.com/patent/WO2016074203A1/en (https://patents.google.com/patent/WO2016074203A1/en)

As for ProKure V, here is some info from your "HISTORY-OF-CHLORINE-DIOXIDE.pdf"

- **2012 (January)**

ProKure revolutionizes the way CD is deployed. For the first time, because of ProKure's patented technology, CD can be created at any time, and anywhere there's water. It can now be safely transported in dry pouches and made into a liquid disinfectant and deodorizer on site and on demand. In essence, the ProKure product line has made it possible for industries and companies of all sizes (not just a select few) to quickly and easily unleash the amazing power of chlorine dioxide.

- **2014 (November)**

CD is now two hundred years old. The Centers for Disease Control (CDC) registers ProKure V as a disinfectant against the Ebola virus. ProKure V begins to kill pathogens in a matter of seconds, whereas other commonly used, more traditional disinfectants take minutes. The rapid speed in which ProKure V kills pathogens makes it a product of choice for helping contain infectious-disease outbreaks and keeping public facilities cleaners and safer for everyone.

Their website is www.prokuresolutions.com (http://www.prokuresolutions.com).

- Some examples of the claims on your websites that establish the intended use of your product and misleadingly represent it as safe and/or effective to cure, mitigate, treat, or prevent COVID-19 include:

**Again NOT applicable to a Church Sacrament! We don't have to prove anything because we don't need your permission!**

- On your page titled, "Coronavirus Update (COVID-19)," from your website (https://jimhumble.co/blog/coronavirus-update-covid-19)https://jimhumble.co/blog/coronavirus-update-covid-19 (https://jimhumble.co/blog/coronavirus-update-covid-19):

**Just recording testimonies of people writing in about the results of their Sacramental Protocol! It's like Peter and John said after a man was Healed by them! We have to proclaim the Truth!**

**"For we cannot but speak the things which we have seen and heard.",**

**Acts 4:20**

- "14 people who were confirmed cases of COVID-19 (in Europe), took MMS and have recovered their health. All of these tested positive and when re-tested after taking MMS, they came out negative for COVID-19."

- "Those of us who have used chlorine dioxide (MMS) over the years certainly expected it to also work with this virus, but we wanted to be sure and now with this data we are confident that the proper mixture of chlorine dioxide (MMS) has every hope of eradicating COVID-19."

- "If you have COVID-19: --Take Protocol 6 and 6 to start. This is one 6-drop dose of MMS, then one hour later take another 6-drop dose of MMS. --After two 6-drop doses of MMS, go on hourly doses of 3 activated drops in 4 ounces of water hourly . . . --For children, follow the same instructions as above and cut the amounts in half."

- "Here is the testimony of a man who was experiencing very serious symptoms of Coronavirus: The man is 85 years old and was confirmed to have coronavirus. He was quarantined at home, all of his relatives at home were also infected, but the elderly man was in very serious condition and on oxygen— by far he was the worst off. He was given a 1 liter bottle of water which had 20 activated drops of MMS added to it. He was instructed to take a sip from the bottle every five minutes, but not to let it go past 10 minutes. So every 5 to 10 minutes the man took a sip (not a big gulp, just a sip) from the bottle—that's all, but he did it faithfully, every 5 to 10 minutes throughout the day until the bottle was finished, just a sip each time. After three days he was noticeably improved and off of the oxygen, so his dose was reduced to 12 activated drops in the 1 liter bottle of water and he drank from it, just sipping it, every half

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 91 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

hour. He is recovering quickly—90% improved, has just a slight remnant of cough occasionally. The rest of the family who also took MMS are now fully recovered."

- On your page titled, "A Word on Coronavirus," from your website (https://jimhumble.co/blog/a-word-on-coronavirus)https://jimhumble.co/blog/a-word-on-coronavirus (https://jimhumble.co/blog/a-word-on-coronavirus):

**Recording testimonies of real people using our Sacraments!**

- "Again, I have reason to believe, MMS (chlorine dioxide) can be very effective in both preventing and eradicating the coronavirus . . . let MMS be your first line of defense."

- "Regarding the coronavirus, at this point in time if you have it, I would suggest trying MMS first as MMS has eradicated a wide range of maladies . . . I have to say there have been positive results at least 95% of the time."

- On your page titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better!," from your website (https://g2churchnews.org/577-gvoice-182)https://g2churchnews.org/577-gvoice-182 (https://g2churchnews.org/577-gvoice-182)

**MORE REAL TESTIMONIES! We have 1000's throughout the internet**

- "G2Church Sacramental Dosing for Coronavirus!

**For Adults:** 6 drops activated MMS in 4 ounces of water every two hours 5 times first day, Repeat 2nd day. If all symptoms are gone then continue with 3 drops and [sic] hour for 8 hours for another 3 days!

**For Small Children:** same a [sic] above but with only 3 drops. 1 drop instead of 3 drops for the 3 days after the first two days of strong dosing!

**NOTE:** This should wipe it out this flu-like virus that many are being scared with its presence in this world!"

"**For Sacramental Guidance and products** please contact us at: (mailto:support@genesis2church.is)support@genesis2church.is (mailto:support@genesis2church.is)"

- On your video titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better! (3-8-2020)," on your website (https://g2voice.is/broadcast/182)https://g2voice.is/broadcast/182 (https://g2voice.is/broadcast/182):

**Yes, 0ur Sacraments are restoring health from these symptoms! Isn't that great! Why aren't you rejoicing?**

- At around minute 17:35, Mark Grenon says, "Every week I am putting in the G2Sacramental dosing for Coronavirus, why . . . we have a family on it, we have a couple of other people . . . 6 drops MMS activated 4oz of water every two hours four or five times the first day, it should, it might even kick it out the first day, but depends on how long you've had it, if it's in your lungs, do it the second day again, then I'd go to three drops eight hours a day for three or four days, then just to keep going, kick it out of you. Small children, we can cut everything in half, three drops every two hours versus a couple days, three hours then a drop really, not three."

**We have seen our Sacraments work time and time again! You should let the world know instead of trying to repress the truth!**

- At around minute 49:57, Mark Grenon says "The Coronavirus is curable, you believe that? You better . . . it's wicked good stuff Joe," and Joseph Grenon replies, "MMS will kill it."

**Our Sacraments sure do kill viruses and many other things!**

- You should take immediate action to correct the violations cited in this letter.  This letter is not meant to be an all-inclusive list of violations that exist in connection with your products or operations

**Not Applicable or even just telling a Church to stop giving out Sacraments!**

- It is your responsibility to ensure that the products you sell are in compliance with the FD&C Act and its implementing regulations

**Not Applicable! Maybe for a commercial product but NOT a Church Sacrament and by the way we have proven it, but we DON'T have to prove it to you. We are Not commercial!**

- We advise you to review your websites, product labels, and other labeling and promotional materials to ensure that you are not misleadingly representing your products as safe and effective for a COVID-19-related use for which they have not been approved by FDA, and that you do not make claims that misbrand the products in violation of the FD&C Act.

℗ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 92 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

We don't take your advice and we don't have to be approved by you! Only God! We are NOT in violation of nothing that applies to a Church Sacrament that needs NO approval for FDA or FD&C!

- Within 48 hours, please send an email to (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)**COVID-19-Task-Force-CDER@fda.hhs.gov (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)** describing the specific steps you have taken to correct these violations. Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation.

We will respond one time out of courtesy to let you know our position and no more!

- Failure to immediately correct the violations cited in this letter may result in legal action, including, without limitation, seizure and injunction.

Well, the Church will NOT be entering any Court period for the DOJ has no authority over a Church Sacrament and how or why it is being used. If you do pursue the world is watching and you will be the criminals and your agencies will be the ones being persecuted NOT us! Many people are watching how this unfolds and you will be helping us expose your agencies.

- FDA is advising consumers not to purchase or use certain products that have not been approved, cleared, or authorized by FDA and that are being misleadingly represented as safe and/or effective for the treatment or prevention of COVID-19

Advise all you want! People have a FREE WILL given to them by God! You've been doing that for years and the PEOPLE of the WORLD are NOT fooled!

*"Then Peter and the other apostles answered and said, We ought to obey God rather than men.", Acts 5:29 (https://www.biblegateway.com/passage/?search=Acts+5:29&version=KJV)*

- Your firm will be added to a published list on FDA's website of firms and websites that have received warning letters from FDA concerning the sale or distribution of COVID-19-related products in violation of the FD&C Act.

Again, we are NOT a 'firm'! You have our Church and its Sacraments under UCC which doesn't apply to us!

- Once you have taken corrective actions to cease the sale of your unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19, and such actions have been confirmed by FDA, the published list will be updated to indicate that your firm has taken appropriate corrective action.

There will be NO corrective actions on our part in regard to our Sacraments! You have no authority over us! So, now Church Sacraments are on a list to stop practicing Sacraments by order of FDA, and FTC! Wow! Never going to happen. Have you opened a 'can of worms'! The world's Churches will respond!

**"God forbid: yea, let God be true, but every man a liar; as it is written, That thou mightest be justified in thy sayings, and mightest overcome when thou art judged.", Romans 3:4** (https://www.biblegateway.com/passage/? search=Romans+3:4&version=KJV)

@ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 93 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

### Warning Letters

| Date Issued | Firm Name | Product Name and Image[1] | Corrective Status |
|---|---|---|---|
| 03/06/2020 | Xephyr LLC dba N-ergetics | Colloidal Silver 1100 PPM, Colloidal Silver 500 PPM, Colloidal Silver 30 PPM, Colloidal Silver Advanced 20 PPM | * |
| 03/06/2020 | Gurunanda, LLC | Essential oil products | * |
| 03/06/2020 | Quinessence Aromatherapy Ltd | Essential oil products | |
| 03/06/2020 | Vivify Holistic Clinic | Formula #1, Formula #2, Formula #3, and Eupatorium perfoliatum (Boneset) | * |
| 03/06/2020 | Colloidal Vitality LLC | Products labeled to contain silver | * |
| 03/06/2020 | The Jim Bakker Show | Silver Sol Liquid and products labeled to contain silver | * |
| 03/06/2020 | Herbal Amy Inc. | Coronavirus Protocol (Coronavirus Boneset Tea, Coronavirus Cell Protection, Coronavirus Core tincture, Coronavirus Immune System, and Elderberry Tincture) | * |
| 03/26/2020 | Corona-cure.com | Corona-Cure Coronavirus Infection Prevention Nasal Spray | * |
| 03/26/2020 | | | |

| Date Issued | Firm Name | Product Name and Image[1] | Correction Status |
|---|---|---|---|
| 03/06/2020 | Xephyr LLC dba N-ergetics | Colloidal Silver 1100 PPM, Colloidal Silver 500 PPM, Colloidal Silver 30 PPM, Colloidal Silver Advanced 20 PPM | * |
| 03/06/2020 | Gurunanda, LLC | Essential oil products | |
| 03/06/2020 | Quinessence Aromatherapy Ltd | Essential oil products | |
| 03/06/2020 | Vivify Holistic Clinic | Formula #1, Formula #2, Formula #3, and Eupatorium perfoliatum (Boneset) | * |
| 03/06/2020 | Colloidal Vitality LLC | Products labeled to contain silver | * |
| 03/06/2020 | The Jim Bakker Show | Silver Sol Liquid and products labeled to contain silver | * |
| 03/06/2020 | Herbal Amy Inc. | Coronavirus Protocol (Coronavirus Boneset Tea, Coronavirus Cell Protection, Coronavirus Core tincture, Coronavirus Immune System, and Elderberry Tincture) | * |
| 03/26/2020 | Corona-cure.com | Corona-Cure Coronavirus Infection Prevention Nasal Spray | * |
| 03/26/2020 | | | |
| 04/06/2020 | Alternative Health Experts LLC DBA Immunization Alternatives | Homeopathic drugs and dietary supplement products | |
| 04/06/2020 | IeSign Naturals | Cannabidiol (CBD) products | |
| 04/07/2020 | CBD Online Store | Cannabidiol (CBD) products | * |
| 04/07/2020 | Savvy Holistic Health dba Holistic Healthy Pet | "China Oral Nosode," also called "China Corona Nosode," and the "CV Respiratory Kit," under the description "AN330 – CORONA VIRAL IMMUNE SUPPORT AND/OR ACTIVE RESPIRATORY INFECTION FOR ALL AGES" | |
| 04/06/2020 | Genesis 2 Church | Miracle Mineral Solution (MMS) (chlorine dioxide) | |

- If you cannot complete corrective action within 48 hours, state the reason for the delay and the time within which you will complete the corrections.  If you believe that your products are not in violation of the FD&C Act, include your reasoning and any supporting information for our consideration.

There will be NO delay because we will NOT stop our Church Sacraments! I think the above information suffices for the reasons why we will NOT comply. Again, You have NO authority to even ask such a thing!

- If you are not located in the United States, please note that products that appear to be unapproved new drugs and misbranded drugs are subject to detention and refusal of admission if they are offered for importation into the United States.  We may advise the appropriate regulatory officials in the country from which you operate that FDA considers your product(s) referenced above to be unapproved and misbranded products that cannot be legally sold to consumers in the United States.

We are located in 145 countries! There is Religious freedom in most of all of them especially in regard to Church Sacraments!

- In addition, it is unlawful under the FTC Act, 15 U.S.C. § 41 *et seq.,* to advertise that a product can treat or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made.

Not Applicable to a Church Sacrament. And we don't need any evidence although I gave you some because maybe one of you will see the truth and logic!

- For COVID-19, no such study is currently known to exist for the product identified above.  Thus, any coronavirus-related treatment or cure claims regarding such product are not supported by competent and reliable scientific evidence.

The Covid-19 hasn't even been identified and the Koch's postulates were even followed!

- The microorganism must be found in abundance in all organisms suffering from the disease, but should not be found in healthy organisms.
- The microorganism must be isolated from a diseased organism and grown in pure culture.
- The cultured microorganism should cause disease when introduced into a healthy organism.
- The microorganism must be reisolated from the inoculated, diseased experimental host and identified as being identical to the original specific causative agent.

Stop your deception and tell the truth or your handlers won't let you?

⊕ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 94 of 128

4/9/2020        Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

- You must immediately cease making all such claims. Violations of the FTC Act may result in legal action seeking a Federal District Court injunction and an order may require that you pay back money to consumers.

**We don't have to cease anything in regard to our Church Sacraments! You cease and desist and harassing us! You can't even tell us that with any authority over us! Who do you think you are?**

- Within 48 hours, please send an e-mail to Richard Cleland, Assistant Director of the FTC's Division of Advertising Practices, via electronic mail at rcleland@ftc.gov (mailto:rcleland@ftc.gov), describing the specific actions you have taken to address the FTC's concerns.

**We will send them the same letter as you will receive and 1 million+ people to expose your deceptions and trying to intimidate the Church of the Lord Jesus Christ! We are helping many. If what you are doing hinders one person from being healed, the Lord will judge it! Believers are called children in the Bible! Here is your warning based on the word of God! Take it to heart!**

*"But whoso shall offend one of these little ones which believe in me, it were better for him that a millstone were hanged about his neck, and that he were drowned in the depth of the sea.", Matthew 18:6* (https://www.biblegateway.com/passage/?search=Matthew+18%3A6&version=KJV)

*In the Name of the Lord Jesus Christ, the Messiah and Savior of the world!*

*Bishop Mark S, Grenon*

*Head Bishop of the Genesis II Church of Health and Healing*

*P.S. This is being sent to ALL our members and many around the world. I will also send it to President Trump. May the Lord's will be done!*

# What you should do now to help us and

# help other Churches hold on to their sovereignty

**NOTE: Please BCC us at: (mailto:support@genesis2church.is)support@genesis2church.is (mailto:support@genesis2church.is)**

1. Please get this to as many people as you can!

2. Write to: (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)COVID-19-Task-Force-CDER@fda.hhs.gov (mailto:COVID-19-Task-Force-CDER@fda.hhs.gov)

**Attn: Donald D. Ashley, Director ,Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration**

**Attn: Richard A. Quaresima**, Acting Associate Director, Division of Advertising Practices, Federal Trade Commission

3. Attn: Richard Cleland, Assistant Director of the FTC's Division of Advertising Practices, via electronic mail at: rcleland@ftc.gov (mailto:rcleland@ftc.gov)

**4. Write to President Donald Trump Email:**

- (mailto:president@whitehouse.gov)**president@whitehouse.gov (mailto:president@whitehouse.gov)**
- **Fill in form: (https://www.whitehouse.gov/contact/)https://www.whitehouse.gov/contact/ (https://www.whitehouse.gov/contact/)**

Let's pray we can be a part of preserving our God-given freedoms guaranteed in the Bible and the U.S. Constitution!

*Let's change the world together!*

*Bishop Mark S. Grenon*

*Head Bishop – Genesis II Church of Health and Healing*

**Details**
👤 Bishop Joseph Grenon   📅 09 April 2020

Share article: 🔲🔲🔲🔲🔲🔲

> ›

⊛ Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 95 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…

G2 Church Documentary 'Quantum Leap'



(https://quantumleap.is)

Watch Documentary (https://quantumleap.is)

QuantumLeap.is (https://quantumleap.is)

Bishop Mark Grenon's MMS Book, Guidance and Protocols

(https://g2churchbooks.org/)

D/L Free Ebook (https://g2churchbooks.org/Free-partial-ebook-downloads-c31738998)

D/L Full Ebook (https://g2churchbooks.org/Ebooks-c27770308)

Order Hard Copy (https://g2churchbooks.org/Paper-back-books-c27770309)



(https://genesis2church.ch/course)



(/seminar)



(https://genesis2church.ch/sacramental-guidance)

® Go to Top

Case 1:20-cv-21601-KMW   Document 3-2   Entered on FLSD Docket 04/16/2020   Page 96 of 128

4/9/2020          Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE…



(https://g2churchbooks.org/)



(http://jhbooks.org)



(https://genesis2church.ch/contact-map)



(https://genesis2church.ch/sacraments)



(https://genesis2church.ch/mms/providers)



(https://genesis2church.ch/membership)

⊚ Go to Top

Case 1:20-cv-21601-KMW    Document 3-2    Entered on FLSD Docket 04/16/2020    Page 97 of 128

4/9/2020         Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 - G2 Church News | MMS News | MMSNE...

(mailto:jordan@genesis2church.is)

License: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License. [(c)]

Disclaimer: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

© Go to Top

# Exhibit 10



April 9th, 2020

Dear, Mr. Donald D. Ashley, Director, Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration and

Mr. Richard A. Quaresima, Acting Associate Director, Division of Advertising Practices Federal Trade Commission

First of all, I want to say I pray for you Mr. Ashley and Mr. Quaresima that your eyes would be open by the Spirit of God! This life is only a vapor and will appear for a while and vanish into eternity! All you say and do are not hid from the Creator of all!

**You both and anyone reading this letter will be judged like this!**

*"Let us hear the conclusion of the whole matter: Fear God, and keep his commandments: for this is the whole duty of man. For God shall bring every work into judgment, with every secret thing, whether it be good, or whether it be evil.", Ecclesiastes 12:13-14 KJV*

*"Whereas ye know not what shall be on the morrow. For what is your life? It is even a vapour, that appeareth for a little time, and then vanisheth away." James 4:14 KJV*

**You will remember these words for eternity!**

*"And fear not them which kill the body, but are not able to kill the soul: but rather fear him which is able to destroy both soul and body in hell.",* Matthew 10:28 *KJV*

So, to escape this eternal punishment and of which we all are guilty, you have to be honest with yourself and God and call upon the name of Lord, i.e. repent from you sins and believe this:

" Moreover, brethren, I declare unto you the gospel which I preached unto you, which also ye have received, and wherein ye stand; **By which also ye are saved**, if ye keep in memory what I preached unto you, unless ye have believed in vain. For I delivered unto you first of all that which I also received, how that ***Christ died for our sins according to the scriptures; And that he was buried, and that he rose again the third day according to the scriptures:"***, 1 Corinthians 15 (KJV)

*"That at the name of Jesus every knee should bow, of things in heaven, and things in earth, and things under the earth; And that every tongue should confess that Jesus Christ is Lord, to the glory of God the Father.", Philippians 2: 10-11*

**"And the devil that deceived them was cast into the lake of fire and brimstone, where the beast and the false prophet are, and shall be tormented day and night for ever and ever. And I saw a great white throne, and him that sat on it, from whose face the earth and the heaven fled away; and there was found no place for them. And I saw the dead, small and great, stand before God; and the books were opened: and another book was opened, which is the book of life: and the dead were judged out of those things which were written in the books, according to their works. And the sea gave up the dead which were in it; and death and hell delivered up the dead which were in them: and they were judged every man according to their works. And death and hell were cast into the lake of fire. This is the second death. And whosoever was not found written in the book of life was cast into the lake of fire.", Rev. 20:11-15 KJV**

Don't let this happen to you! The Lord came and was crucified, died and was buried BUT rose again to conquer death and give you eternal life! Don't reject His love towards both of you!

I can stand in front of the Lord knowing I have done nothing wrong in regard to what your agencies have accused us. Can you both? Who told you to come after us? It sure wasn't your research. You want to follow them to where they will be spending eternity if they are unrepentant? Think about it. I do really care, or I wouldn't bother to tell you. The second you close your eyes in death as a lost sinner without the Lord Jesus Christ you will be regretting not making that decision forever!

**I will answer you both point by point one time** and it will be sent around the world for others to respond also. You don't realize the 'can of worms' you have opened that will become an avalanche with the good people of the world rising up! This might even be the 'shot heard around the world the second time' in regard to opening people's eyes and restructuring or eliminating completely the FDA, CDC, EPA where the heads of these agencies only work for the special interests groups that pay them! Hopefully, this will help expose the corruption in your agencies for the whole world to see as Dr. Shiva has so eloquently said in his recent video:

**Top Doctor EXPOSES EVERYTHING The Deep State Is Trying To Hide About CV**

**https://www.youtube.com/watch?v=xf-qv9o8nq8&feature=youtu.be**

**President Trump knows him!**

Oh, yes President Trump knows what Dr. Shiva has said by the way! He is being informed of how you are trying to intimidate a Church of the Lord Jesus Christ from using their Sacraments. We are in 145 countries now with people practicing our Sacraments each and every day!

**Let me first start by citing the 1st amendment to the U.S. Constitution:**

First Amendment
To the U. S. Constitution

Congress shall make no law respecting an
establishment of religion, or prohibiting
the free exercise thereof; or abridging the freedom
of speech, or of the press; or the right of
the people peaceably to assemble, and
petition the government for a redress of grievances.

"Congress shall **make no law** respecting an establishment or religion"

Or **no law**

"**prohibiting the free exercise thereof**"

**How dare you write us knowing what the 1st Amendment says!** If fact, we are here to judge you whether you do things according to what the Word of God says not vice versa!

**"Dare any of you, having a matter against another, go to law before the unjust, and not before the saints? Do ye not know that the saints shall judge the world? and if the world shall be judged by you, are ye unworthy to judge the smallest matters?  Know ye not that we shall judge angels? how much more things that pertain to this life?" I Corinthians 6:1-3**

**Even if there wasn't a US Constitution, we would be doing the same things because God commanded us to keep our temples clean!**

## The word of God commands us take control of our temples, our bodies and to NOT defile them!

## MMS is a SACRAMENT of the G2Church. Our Sacraments are 'sacred' or 'holy' to us!

"*Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are." I Corinthians 3:16-17*

"*What? know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own? For ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's." I Corinthians 6:16-20*

Our G2Sacraments keep our bodies undefiled from toxins that try to defile or corrupt our bodies, temples! Big Pharma/Medical Industry produces poisons to

the body and your agencies protect them! We are not allowing this to happen to us! A preference is something you prefer to do. This is a CONVICTION to us. **A 'conviction' is something you will die for!**



Don't try to tell me there is an emergency situation in our nation that justifies this action! There can't be an emergency that can make a command of God null and void especially one in regard to the **free exercise of our Church!**

**I respect President Trump but not your proven corrupt agencies! He is getting bad counsel like Haman gave King Ahasuerus. Haman ended up hanging because his deception and so will your agencies! I would welcome a call from President Trump to express my grievances!**

In response to the warning that was sent to our Church about our Sacraments you seem to NOT have your facts right about who we are and why we are NOT under your authority in regard to your agencies. **You are under our authority in regard to moral laws!**

## Now, I will answer most of your points in bold

**NOTE: Where 'Not Applicable" to a FREE Church I will put <u>Not Applicable</u>.**

- Your letter was titled: Urgent Message from the U.S. Food and Drug Administration regarding COVID-19 products marketed by **your firm** Genesis II Church of Health and Healing

  1. We are **NOT a firm** but a Church of the Living God
  2. We are **NOT incorporated**
  3. We are **NOT under Universal Commercial Code**
  4. We do nothing under Commercial Code
  5. **We are a FREE Church.** We don't need it but even under IRS Code 508 we are put before Governments as a Church that needs NOT even file!

- 'RE: unapproved and misbranded products related to coronavirus disease'

  1. **We DO NOT need your approval for any Sacraments** or for anything we do in our Church
  2. **We DO NOT even need the government's approval or permission even exist for that matter!**
  3. **'Branding'? We are under NOT commercial code!**

**NOTE: You are trying to put us in your box to try and get us under your authority!**

- This is to advise you that the United States Food and Drug Administration (FDA) and the Federal Trade Commission (FTC) reviewed your websites

**You have the right to review any of our sites. We as a Free Church have nothing to hide. In fact, we welcome ALL to review to learn how to practice Selfcare and NOT healthcare!**

- FDA has observed that the website https://newg2sacraments.org offers Miracle Mineral Solution (MMS) (chlorine dioxide)[2] for sale in the United States and that this product is intended to cure, mitigate, treat, prevent, or diagnose Coronavirus and/or COVID-19 in people.

    **We SELL NOTHING COMMERCIALLY. All are donations that US govt. has nothing to do with and even confirmed by IRS CODE 508**

- Based on our review, MMS is an unapproved new drug sold in violation of section 505(a) of the Federal Food, Drug, and Cosmetic Act (FD&C Act), 21 U.S.C. § 355(a). Furthermore, this product is a misbranded drug under section 502(f)(1) of the FD&C Act, 21 U.S.C. § 352(f)(1).

-

    **MMS is a SACRAMENT of the G2Church. Our Sacraments are 'sacred' or 'holy' to us! We are offended that you call our Sacrament a drug! Doesn't matter what FDA calls our sacrament. It is NOT a drug!**

- The introduction or delivery for introduction of this product into interstate commerce is prohibited under sections 301(a) and (d) of the FD&C Act, 21 U.S.C. §§ 331(a) and (d).

    **Again you are trying to put a Church under UCC. We do NOTHING commercially! All donations!**

- It is also a prohibited act under section 301(k) of the FD&C Act, 21 U.S.C. § 331(k), to misbrand a product while it is held for sale after shipment of a component or finished product in interstate commerce

    **Not applicable for a FREE Church. We can call our Sacraments 'Holy Water' if we want. You have NO authority over us so why would we even consider your Act?**

- There is currently a global outbreak of respiratory disease caused by a novel coronavirus that has been named "severe acute respiratory syndrome

----

coronavirus 2" (SARS-CoV-2).  The disease caused by the virus has been named "Coronavirus Disease 2019" (COVID-19).

**Not applicable for a Church Sacrament!**

- On January 31, 2020, the Department of Health and Human Services (HHS) issued a declaration of a public health emergency related to COVID-19 and mobilized the Operating Divisions of HHS.[3]

**Not applicable to a Church Sacrament**

- In addition, on March 13, 2020, the President declared a national emergency in response to COVID-19.[4]

**Not applicable to a Church Sacrament!**

- Therefore, FDA is taking urgent measures to protect consumers from certain products that, without approval or authorization by FDA, claim to diagnose, cure, mitigate, treat, or prevent COVID-19 in people

**Not Applicable for a Church Sacrament.** Don't need approval or authorization for a Sacrament!

- As described below, you sell products that are intended to cure, mitigate, treat, or prevent COVID-19 in people.  We request that you take immediate action to cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19 in people.

**We can say cure, heal and treat as a Free Church. Don't need you approval or authorization for a Church Sacrament.**

———————————————

- We request that you take immediate action to cease the sale of such unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19.  Further, FDA has previously warned consumers about the dangerous and potentially life threatening side effects of MMS,

**Again, Don't need you approval or authorization for Church Sacraments**

**<u>Our Sacraments are not dangerous or life threatening in anyway evidenced by the approval by your FDA and EPA in many applications!</u>**

**I don't have the burden of proof here to prove anything about our sacraments but just in case you are just uninformed, and mimicking others here are few for your knowledge!**

**Note: This is going to the whole world and the Whitehouse and maybe even handed to President Trump through people we know. Let the world decide who is uninformed or lying! The Truth will expose you all!**

*"And ye shall know the truth, and the truth shall make you free.", John 8:32*

**There are over 30,000 patents for Chlorine Dioxide and even many are medicinal**

- **Here is what Chlorine Dioxide is:**
  **https://www.youtube.com/watch?v=MNQUTeLz7vs&feature=youtu.be**

        **Proof that the FDA and other agencies do NOT consider chlorine dioxide poisonous**

- **Controlled Clinical Evaluations of Chlorine Dioxide, Chlorite and Chlorate in Man**. This is a report of a test where people were given Chlorine dioxide for months with no bad effects. Copy and paste in the internet address area if it doesn't work by click. By Judith R. Lubbers,*Sudha Chauan,*and Joseph R. Bianchine
  "In several cases, statistically significant trends in certain biochemical or physiological parameters were associated with treatment; however, NONE of

these trends was judged to have physiological consequence. One cannot rule out the possibility that, over a longer treatment period, these trends might indeed achieve proportions of clinical importance. However, by the absence of detrimental physiological responses within the limits of the study, the relative safety of oral ingestion of chlorine dioxide and its metabolites, chlorite and chlorate, was demonstrated.

"https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1569027/

- Obviously, if the FDA approves of the use of chlorine dioxide on food, it does not consider chlorine dioxide to be poisonous. **See below**: Ref. (1), and (2)

**(1) 21 C.F.R. § 173.300 Chlorine dioxide.**

Title 21 - Food and Drugs – I have quoted the FDA regulation here in a few sentences, but if you want to read more, just put the 21 C.F.R. and numbers in the search engine, Google or others, and you can read it all. Keep in mind that Acidified Sodium chlorite produces chlorine dioxide.

**Title 21: Food and Drugs**
- PART 173—SECONDARY DIRECT FOOD ADDITIVES PERMITTED IN FOOD FOR HUMAN CONSUMPTION
- Subpart D—Specific Usage Additives
- Browse Next

**(2) 21 .C.F.R § 173.300 Chlorine dioxide.**

Chlorine dioxide (CAS Reg. No. 10049–04–4) may be safely used in food in accordance with the following prescribed conditions:

**21 C.F.R. 173.325 Acidified sodium chlorite solutions.**
CHAPTER I: FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH AND HUMAN SERVICES (CONTINUED)

SUBCHAPTER B: FOOD FOR HUMAN CONSUMPTION (CONTINUED)

PART 173: SECONDARY DIRECT FOOD ADDITIVES PERMITTED IN FOOD FOR HUMAN CONSUMPTION

Subpart D: Specific Usage Additives

173.325 - Acidified sodium chlorite solutions.

Acidified sodium chlorite solutions may be safely used in accordance with the following prescribed conditions: READ MORE BY GOING TO THE INTERNET AND PUTTING THE C.F.R. § 73.300 NUMBER INTO GOOGLE.

- http://www.clordisys.com/WhatIsCD.pdf  – What is Chlorine Dioxide? Where is it used? How does it work? This is a write up by a company that has been using chlorine dioxide for more than 20 years. It gives details about chlorine dioxide. (backup mirror)

- http://www.lenntech.com/processes/disinfection/chemical/disinfectants-chlorine-dioxide.htm#ixzz0wGZVWFWL – Lenntech is one of the largest industrial companies specializing in chlorine dioxide technology of all kinds. Please use this article to learn the data of why chlorine dioxide is selective for certain microorganism and not others. (backup mirror)

-  http://www.cdgenvironmental.com/content/chemistry – This is an article explaining chlorine dioxide and the selective ability of chlorine dioxide to select certain organisms over others. CDG Environmental is one of the largest users and sellers of chlorine dioxide. (backup mirror)

- https://patents.google.com/patent/WO2016074203A1/en - **Patent for Chlorine Dioxide:** Cell apoptosis inducer containing chlorine dioxide and use thereof in preparing cosmetics or anti-aging or antineoplastic drugs

- **From Food Safety Magazine - 10 Reasons Why You Should Be Using Chlorine Dioxide: https://www.foodsafetymagazine.com/magazine-archive1/februarymarch-2005/food-safety-insider-sanitation-solutions/10-reasons-why-you-should-be-using-chlorine-dioxide/**

Chlorine dioxide is one powerhouse sanitizer that is getting more attention recently as food processors look for more efficacious products to help them win the sanitation battle. Approved by the U.S. Food and Drug Administration (FDA) and the U.S. Environmental Protection Agency (EPA), it is as powerful as peracetic

acid and more economical, yet it has far less of an impact on the environment than quaternary ammonium salts, chlorine or bromine, making it an excellent choice for food processing plants. It costs about the same to use as other sanitizers but is more versatile and less harmful. It's also been shown to destroy and prevent biofilms, one of the biggest challenges to food processors in destroying harmful bacteria. It also does not have the strong odor or corrosive qualities associated with chlorine.

It is a versatile alternative that can be used in many sanitation applications, including pasteurization equipment, heat exchangers, cooling towers, hard surface disinfecting, potable water treatment and deodorizing stacks in rendering plants. It is already growing in popularity as a tool to control microbiological growth in the dairy industry, the beverage industry, the fruit and vegetable processing industries, canning plants, and in poultry and beef facilities.

"Everybody in the food processing industry is looking for better cleaning and sanitation processes," says Fred Holzhauer, Director of Business Development with Birko Corp., a leading specialty chemical manufacturer that provides a product line of more than 200 cleaning and sanitizing chemicals and application equipment to the meat, poultry, microbrewery and food industries (www.birkocorp.com).

"Chlorine dioxide eliminates sources and transfers of harmful pathogens in the food plant and attacks biofilms that form on equipment and other food-contact surfaces—all while doing less harm to the environment than other choices that do not have comparable strength." Chlorine dioxide is the answer, says Holzhauer. Here are 10 reasons why:

1. Chlorine dioxide has 2.6 times the oxidizing power of waterborne chlorine (from bleach), giving it a wide spectrum of sanitizing uses and making it extraordinarily effective against a host of bugs. Studies have shown that it produces as high as a 6-log reduction.

2. Chlorine dioxide has a much wider pH spectrum than chlorine, making it more versatile and forgiving in a variety of application situations. Unlike chlorine, chlorine dioxide remains a true gas dissolved in solution. The lack of any significant reaction of chlorine dioxide with water is partly responsible for its

ability to retain its biocidal effectiveness over a wide pH range. It also has limited reactions with organics, indicating that much more of the chlorine dioxide added to a system is available as a biocidal agent, and is not consumed to the degree that chlorine would be under the same circumstances. In addition, chlorine will react with, and be consumed by ammonia or any amine, while chlorine dioxide reacts very slowly with secondary amines, and sparingly with primary amines or ammonia.

3. Chlorine dioxide is registered with EPA (Registration No. 74986-1), and is considered an excellent bactericide, fungicide and antimicrobial agent. It has passed the EPA's stringent DIS/TISS guidelines for use as a disinfectant and as a food-contact surface sanitizer.

4. The FDA and the U.S. Department of Agriculture (USDA) have approved stabilized sodium chlorite (a precursor) and chlorine dioxide in food processing plants for sanitizing and controlling bacteria and mold.

5. Chlorine dioxide is currently under EPA review as a surface sanitizer for *E. coli* O157:H7 and drug-resistant Salmonella. It is also currently under EPA review as a virucide for HIV and Hepatitis A and for use as a fungicide, virucide and algaecide.

6. Chlorine dioxide has been found to be one of the most effective tools for dispersing biofilms, and in some cases, inhibiting the formation of future biofilms. This function is especially valuable in the small cooling towers of food processing facilities where food product contamination can contribute to heavy films or algal slimes. Biofilm is a polysaccharide film or coating that protects and harbors viable bacteria colonies making surfaces more difficult to clean and disinfect.

7. Chlorine dioxide can be used on food-contact surfaces at diluted concentrations as low as 5 parts-per-million (ppm). In some cases, the compound has demonstrated a rapid kill of bacteria much less than the 30-minute period typically used in disinfection studies. Because it is so powerful in such small amounts, it is also extremely economical.

8. So far, problem cells have shown little ability to develop resistance to chlorine dioxide, as they can with other sanitizers, making it a consistent tool in the sanitation toolbox.

9. Chlorine dioxide generating systems can be used for odor control, sanitation and water purification applications. Birko Corp. offers an exclusive ClO2 generation system, which eliminates older, conventional "vacuum draw" technology, for outstanding consistency, accuracy and practical yield.

10. Unlike chlorine bleach and bromide, which make carcinogenic trihalomethanes that get washed down the drain and deposited in the environment, chlorine dioxide donates oxygen, breaking down to water, oxygen and common table salt. This makes it much less corrosive to equipment and a superb environmental choice. It also breaks down quickly, which means it won't harm the soil or add toxic deposits to the ground.

"Chlorine dioxide has such a wide spectrum of uses," Holzhauer says. "It's got amazing firepower, it's economical, and its environmental profile is safer than other choices. There's nothing else out there that can compete."

*Source: www.birko.com*

- *chemicalsafetyfacts.org*

**Uses & Benefits of Chlorine Dioxide**

**Powerful Disinfection in Water Treatment**

Chlorine dioxide is a disinfectant. When added to drinking water, it helps destroy bacteria, viruses and some types of parasites that can make people sick, such as Cryptosporidium parvum and Giardia lamblia.

**Personal Care Products**

Personal hygiene applications for chlorine dioxide include mouthwash, toothpaste and contact lens cleaners. Chlorine dioxide is used in dentistry as an oxidizing biocide compound to treat bad breath.

**Industrial/Manufacturing Uses**

Chlorine dioxide chemistry is used in a wide variety of industrial, oil and gas, food and municipal applications:

**Food and Beverage Production**

Chlorine dioxide can be used as an antimicrobial agent in water used in poultry processing and to wash fruits and vegetables.

**Medical Applications**

In hospitals and other healthcare environments, chlorine dioxide gas helps to sterilize medical and laboratory equipment, surfaces, rooms and tools. Researchers have found that at appropriate concentrations, chlorine dioxide is both "safe and effective" at helping to eliminate Legionella bacteria in hospital environments, as well as Legionnaires' disease, a potentially deadly type of pneumonia caused by the Legionella pneumophila bacteria.

*Other Industrial Uses*

Chlorine dioxide used in oil and gas disinfection applications can help increase well performance and also combat oil souring and protect other fluids from spoilage. Chlorine dioxide is used in the electronics industry to clean circuit boards and as a bleach in the paper and textile manufacturing processes.

**Safety Information**

According to U.S. Centers for Disease Control and Prevention, chlorine dioxide is added to drinking water to protect people from waterborne pathogens. Chlorine dioxide is used to disinfect drinking water around the world and is approved for use by the Environmental Protection Agency (EPA) and included in the World Health Organization's (WHO) Guidelines for Drinking-water Quality. The U.S. Food and Drug Administration (FDA) also has approved the use of chlorine dioxide in certain food applications as well as in over-the-counter and prescription drugs.

In its pure form, chlorine dioxide is a hazardous gas but most people are "not likely" to breathe air containing dangerous levels of chlorine dioxide as it does not occur naturally in the environment. For workers who use chlorine dioxide, the U.S. Occupational Safety and Hazard Administration (OSHA) regulates the level of chlorine dioxide in workplace air for safety. OSHA has set a Permissible Exposure Limit (PEL) for chlorine dioxide at 0.1 parts per million (ppm), or 0.3 milligrams (mg) per cubic meters (m3) for workers using chlorine dioxide for general industrial purposes. OSHA also has a PEL for chlorine dioxide for the construction industry. Chlorine dioxide is always made at the location where it is used.

*https://www.chemicalsafetyfacts.org/chlorine-dioxide/*

## *Chlorine Dioxide (aka MMS) Registered by the FDA for MRSA Prevention Protocol*

*The EPA (Environmental Protection Agency) has recently registered a new product for preventing and eliminating methicillin-resistant Staphylococcus aureus (MRSA), which causes potentially deadly infections commonly known as "staph" infections. The MRSA "super bug" is typically contracted in hospitals, in other healthcare environments, and in health clubs and locker rooms.*

The EPA has registered Selectrocide chlorine dioxide for use as a disinfectant on hard, non-porous surfaces and instruments, including those used within hospitals and other medical settings. As a no-wipe, no-rinse spray, Selectrocide chlorine dioxide can also be used on hard, non-porous surfaces in health clubs, spas, public places and swimming facilities as a treatment against MRSA. The EPA has also registered Selectrocide as a disinfectant for vancomycin-resistant Enterococcus faecalis, athlete's foot, Mycobacterium bovis (TB) and other pathogens that spread in many environments.

MRSA is usually spread by direct physical contact with those already infected or through indirect contact by touching objects (towels, clothes, sports equipment, etc.) that infected skin has contaminated. Consequently, any heavily trafficked area can be a source of infection.

According to a report by the BBC News, "Staphylococcus aureus is the leading cause of human infections in the skin and soft tissues, bones and joints, abscesses and normal heart valves. It flourishes in the hospital setting, producing bloodstream and surgical wound infections, including MRSA." (news.bbc.co.uk/1/hi/health/4671585.stm)

HOW SELECTROCIDE KILLS MRSA AND OTHER DEADLY PATHOGENS

Selectrocide is greater than 99% pure chlorine dioxide, an ideal biocide because of its ability to kill viruses, bacteria, fungi, and algae at low saturation levels (parts per million) in a manner that does not allow pathogens to build resistance to the compound.

Prior to Selectrocide, healthcare and health club environments were limited to using substances like bleach and quaternary ammonium compounds that can

leave residue and require higher concentrations than does chlorine dioxide to achieve the same antimicrobial efficacy.

Selectrocide's chlorine dioxide is produced in water and sprayed, mopped, or sponged onto surfaces that require disinfection. After application, the solution is left on target surfaces and does not require rinsing. Due to the comparatively low application concentrations required to kill pathogens, Selectrocide is compatible with most materials.

THE DEVELOPMENT OF MRSA AND ITS INCREASING RESISTANCE TO ANTIBIOTICS

Staphylococcus aureus (SA)-Antibiotic Resistance (General): Throughout history, Staphylococcus aureus (SA) has been a dangerous pathogen once it has successfully breached the normal defense system. The first effective antibiotic against SA, penicillin, became available in the 1940s. Soon after, SA evolved resistance to penicillin, and by the late 1950s, 50 percent of all SA strains were resistant. Today, fewer than 10 percent of SA infections can be cured with penicillin.

The next weapons against SA, methicillin and cephalosporin, became available in the 1960s and 1970s. By the late 1970s, some strains of SA had evolved resistance to these drugs. Today, as many as 50 percent of SA strains isolated from U.S. hospitals are resistant to methicillin. (Source: National Institutes of Health)

GENERAL BACKGROUND INFORMATION ON CHLORINE DIOXIDE AND SELECTROCIDE

Chlorine dioxide is effective at low concentrations across a wide range of pH (roughly 4 to 9), and, because it is a gas in its natural state, dissipates upon exposure to sunlight As a consequence, it is known widely as one of the most effective inhibitors of algae, yeast, mold, fungi and viruses. However, because transporting the gas is prohibited in all but frozen forms, pure chlorine dioxide has heretofore been limited to use in large concerns that employ chemical generators, such as pulp mills (controlling slime) and municipal water systems (water purification applications).

Similarly, in cleaning and antimicrobial knockdown applications, pure chlorine dioxide has been unavailable, and only with "stabilized" solutions or acidified

sodium chlorite, which are corrosive and produce significant chemical residues, could any of the advantages of chlorine dioxide be realized.

JUST ADD WATER — AND WAIT. Now, Selectrocide brings the power of greater than 99% pure chlorine dioxide solutions to point-of-use applications. Selectrocide produces chlorine dioxide simply by submersing the product in water. The resulting chlorine dioxide solution can be used to kill disease-bearing bacteria, yeasts, molds, fungi and algae using spraying, washing or "dip" cleaning methods.

Selectrocide makes it possible-for the first time-to generate specific concentrations of chlorine dioxide at the point of use, at neutral pH and with very low residuals, using only tap water.

SUMMARY OF SELECTROCIDE BENEFITS

US EPA-registered as a disinfectant against MRSA, and other potentially virulent pathogens.

- Pathogens cannot build up resistance to Selectrocide because it kills harmful organisms by breaking down cell walls.
- Easy to use and does not require HAZMAT or complicated equipment
- Can be made on-site in specific quantities and in concentrations desired. Only tap water is required to generate the chlorine dioxide.
- Because it kills pathogens with such efficacy, Selectrocide may reduce costs because fewer disinfection treatments may be required during a given maintenance and cleaning cycle.

*Source: http://www.healthfreedoms.org/new-mrsa-bacteria-killer-chlorine-dioxide-aka-activated-mms-registered-by-epa/*

- *Food Processing. Using a distinctive concentration of chlorine dioxide it provides specific microbiological control for the food and beverage industry, such as brewing and bottling, washing fruit and vegetables, poultry and meat processing, fish processing and dairy plants.*

*Using a distinctive concentration of chlorine dioxide it provides specific microbiological control for the food and beverage industry, such as brewing and bottling, washing fruit and vegetables, poultry and meat processing, fish*

*processing and dairy plants. Chlorine dioxide does not react with most "organics" in flume water; this makes it a very effective disinfectant. It is also an excellent odor neutralizer, helping to neutralize foul smelling odors including secondary and tertiary amines formed in the meat packing industry.*

*A list of possible markets to apply Dutrion products are:*

- Fruit and vegetable processing.
- Poultry processing.
- Food contact paper manufacture.
- Cleaning pasteurizers, warmers and coolers.
- Disinfection of packing operations.
- Flume water control.
- Water treatment.
- Equipment disinfection.
- Disinfection of tankers, vehicles and transportation vessels.

## Cleaning in place (CIP) and sanitizing operations

Active chlorine dioxide can be very effective when used as the final sanitizing rinse in CIP systems, including filler rooms. Typically applied at low concentrations with a short contact time. It leaves no toxic residues to interfere with other chemical/biochemical processes. Chlorine dioxide works quickly and breaks down into inert compounds. Its unique chemistry produces no toxic by-products (such as THM's) and is therefore an environmentally friendly alternative to traditional sanitizers.

## Other examples of sanitizing applications for Dutrion products are:

- Cleaning pasteurizers, bottle/can warmers and coolers.
- Chain and conveyor spray in bakeries.
- Crate washing, bottle wash, staff hand wash.
- Water purification and disinfection of water distribution and storage tanks.
- Mold and odor control with Dutrion or DutriGel.
- Sanitation of tanker trucks, wagons and transportation vessels.

*Source: http://dutrion.com/chlorine-dioxide-food-processing/*

- **This recent Cancer Patent # US10105389B1**
  was granted and published  2018-10-23
  2019-05-26: Application status is Active
  2037-03-31: Anticipated Expiration
  https://patents.google.com/patent/US10105389B1/en

### Britain attacks MMS but allows this!

- **Biox Aqua Water Treatment :**
  https://www.youtube.com/watch?v=IeAVz2p6p5o&fbclid=IwAR02DJ4TBpw0Y
  M7T-adFUIp5qJVtZMGM36vy5V2JoypABVYCGhKsdHx9pfA
- **Look at this patented product being used around the world and even receiving awards! Look at what this company says about the amazing chlorine dioxide molecule!**



https://www.solumium.com/solumium/?lang=en

We are celebrating ten years of hyperpure chlorine-dioxide,
a Hungarian invention on its way to redefine the fight against infections.
The manufacturing process of hyperpure chlorine-dioxide is now patented
in several countries around the world including the U.S. and China.
The patent is the basis of our successful product, Solumium.

**SOLUMIUM® is one of the most effective ANTIMICROBIAL AGENTS, ever!**

It kills all pathogens including bacteria, fungi, protozoa, and viruses.
And it does all that without harming you: it has no known side-effects.
Solumium is based on a new Hungarian invention: Prof. Zoltán Noszticzius
and coworkers succeeded in producing hyperpure chlorine-dioxide,
one of the world's strongest and friendliest antimicrobial agents.

**INTERNATIONAL PATENTS**

The Solumium production procedure is protected by Hungarian, European,
American, and Chinese patents.

**SOLUMIUM WINS "GRAN PRIZE" 2015**

The Swedish Chamber of Commerce announced Prof. Zoltán Noszticzius and his
application
about Solumium as the winner of the 2015 interdisciplinary innovation award.
Visit our MEDIA menu to see photos of the Grand Prize ceremony.

**MEDIA COVERAGE**

We find that the most creditable way of promotion is word of mouth.
However, after Solumium received the Swedish Grand Prize Award in 2015,
extensive articles
began appearing about our success in most major Hungarian newspapers like
Magyar Nemzet,
Népszabadság, HVG, and, most recently, the Hungarian version of Forbes NEXT.
All big Hungarian television networks have also featured full interviews with Prof.
Noszticzius.
The press buzz has certainly increased public awareness of the invention in
Hungary.
We are confident that the magic moment of worldwide recognition is not far
away for Solumium.

## HOW SOLUMIUM WORKS

The background of the unique properties of Solumium is unfolded in a recent
scientific article by Prof. Zoltán Noszticzius and colleagues, in the scientific journal

PLOS ONE. The extended version of the article, which includes case studies on the treatment of wounds infected with resistant bacteria, can be read at the Cornell University website arXiv. Source: https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0079157

- Environmental Protection Agency. 1999, April. Alternative Disinfectants and Oxidants. Retrieved June 15, 2010 from http://www.epa.gov/safewater/mdbp/pdf/alter/chapt_4.pdf
- Agency for Toxic Substances and Disease Registry. 1994, September. ToxFAQs™ for Chlorine Dioxide and Chlorite. Retrieved June 15, 2010 from http://www.atsdr.cdc.gov/tfacts160.html
- Proof That The FDA Does Consider Chlorine Dioxide As Safe They Gave CD GRAS Status Then Lied About it to the Public, and allows others to keep lying to the people.
- Cell apoptosis inducer containing chlorine dioxide and use thereof in preparing cosmetics or anti-aging or antineoplastic drugs: https://patents.google.com/patent/WO2016074203A1/en

As for ProKure V, here is some info from your "HISTORY-OF-CHLORINE-DIOXIDE.pdf"

- **2012 (January)**

ProKure revolutionizes the way CD is deployed. For the first time, because of ProKure's patented technology, CD can be created at any time, and anywhere there's water. It can now be safely transported in dry pouches and made into a liquid disinfectant and deodorizer on site and on demand. In essence, the ProKure product line has made it possible for industries and companies of all sizes (not just a select few) to quickly and easily unleash the amazing power of chlorine dioxide.

- **2014 (November)**

CD is now two hundred years old. The Centers for Disease Control (CDC) registers ProKure V as a disinfectant against the Ebola virus. ProKure V begins to kill pathogens in a matter of seconds, whereas other commonly used, more

traditional disinfectants take minutes. The rapid speed in which ProKure V kills pathogens makes it a product of choice for helping contain infectious-disease outbreaks and keeping public facilities cleaners and safer for everyone.

Their website is www.prokuresolutions.com.

**NOTE: There are many more approved applications for Chlorine Dioxide and again over 30,000 patents!**

- Some examples of the claims on your websites that establish the intended use of your product and misleadingly represent it as safe and/or effective to cure, mitigate, treat, or prevent COVID-19 include:

  **Again NOT applicable to a Church Sacrament! We don't have to prove anything because we don't need your permission!**

- On your page titled, "Coronavirus Update (COVID-19)," from your website https://jimhumble.co/blog/coronavirus-update-covid-19:

**Just recording testimonies of people writing in about the results of their Sacramental Protocol! It's like Peter and John said after a man was Healed by them!  We have to proclaim the Truth!**

   **"For we cannot but speak the things which we have seen and heard.",**

   **Acts 4:20**

  o "14 people who were confirmed cases of COVID-19 (in Europe), took MMS and have recovered their health. All of these tested positive and when re-tested after taking MMS, they came out negative for COVID-19."

  o "Those of us who have used chlorine dioxide (MMS) over the years certainly expected it to also work with this virus, but we wanted to be sure and now with this data we are confident that the proper mixture of chlorine dioxide (MMS) has every hope of eradicating COVID-19."

- "If you have COVID-19: --Take Protocol 6 and 6 to start. This is one 6-drop dose of MMS, then one hour later take another 6-drop dose of MMS. --After two 6-drop doses of MMS, go on hourly doses of 3 activated drops in 4 ounces of water hourly . . . --For children, follow the same instructions as above and cut the amounts in half."

- "Here is the testimony of a man who was experiencing very serious symptoms of Coronavirus: The man is 85 years old and was confirmed to have coronavirus. He was quarantined at home, all of his relatives at home were also infected, but the elderly man was in very serious condition and on oxygen—by far he was the worst off. He was given a 1 liter bottle of water which had 20 activated drops of MMS added to it. He was instructed to take a sip from the bottle every five minutes, but not to let it go past 10 minutes. So every 5 to 10 minutes the man took a sip (not a big gulp, just a sip) from the bottle—that's all, but he did this faithfully, every 5 to 10 minutes throughout the day until the bottle was finished, just a sip each time. After three days he was noticeably improved and off of the oxygen, so his dose was reduced to 12 activated drops in the 1 liter bottle of water and he drank from it, just sipping it, every half hour. He is recovering quickly—90% improved, has just a slight remnant of cough occasionally. The rest of the family who also took MMS are now fully recovered."

- On your page titled, "A Word on Coronavirus," from your website https://jimhumble.co/blog/a-word-on-coronavirus:

**Recording testimonies of real people using our Sacraments!**

- "Again, I have reason to believe, MMS (chlorine dioxide) can be very effective in both preventing and eradicating the coronavirus . . . let MMS be your first line of defense."

- "Regarding the coronavirus, at this point in time if you have it, I would suggest trying MMS first as MMS has eradicated a wide range of maladies . . . I have to say there have been positive results at least 95% of the time."

- On your page titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better!," from your website https://g2churchnews.org/577-gvoice-182

  **MORE REAL TESTIMONIES!**

  - "G2Church Sacramental Dosing for Coronavirus!

    **For Adults:** 6 drops activated MMS in 4 ounces of water every two hours 5 times first day, Repeat 2nd day. If all symptoms are gone then continue with 3 drops and [sic] hour for 8 hours for another 3 days!

    **For Small Children:** same a [sic] above but with only 3 drops. 1 drop instead of 3 drops for the 3 days after the first two days of strong dosing!

    **NOTE:** This should wipe it out this flu-like virus that many are being scared with its presence in this world!"

    "**For Sacramental Guidance and products** please contact us at: support@genesis2church.is"

- On your video titled, "G2Voice Broadcast #182 The Coronavirus is curable! Do you believe it? You better! (3-8-2020)," on your website https://g2voice.is/broadcast/182:

  **Yes, Our Sacraments are restoring health from these symptoms! Isn't that great! Why aren't you rejoicing?**

- At around minute 17:35, Mark Grenon says, "Every week I am putting in the G2Sacramental dosing for Coronavirus, why . . . we have a family on it, we have a couple of other people . . . 6 drops MMS activated 4oz of water every two hours four or five times the first day, it should, it might even kick it out the first day, but depends on how long you've had it, if it's in your lungs, do it the second day again, then I'd go to three drops eight hours a day for three or four days, then just to keep going, kick it out of you. Small children, we can cut everything in half, three drops every two hours versus a couple days, three hours then a drop really, not three."

**We have seen our Sacraments work time and time again! You should let the world know instead of trying to repress the truth!**

- At around minute 49:57, Mark Grenon says "The Coronavirus is curable, you believe that? You better . . . it's wicked good stuff Joe," and Joseph Grenon replies, "MMS will kill it."

**Our Sacraments sure do kill viruses and many other things!**

- You should take immediate action to correct the violations cited in this letter.  This letter is not meant to be an all-inclusive list of violations that exist in connection with your products or operations

**Not Applicable or even just telling a Church to stop giving out Sacraments!**

- It is your responsibility to ensure that the products you sell are in compliance with the FD&C Act and its implementing regulations

**Not Applicable! Maybe for a commercial product but NOT a Church Sacrament and by the way we have proven it, But we DON'T have to prove it to you. We are Not commercial!**

- We advise you to review your websites, product labels, and other labeling and promotional materials to ensure that you are not misleadingly representing your products as safe and effective for a COVID-19-related use for which they have not been approved by FDA, and that you do not make claims that misbrand the products in violation of the FD&C Act.

**We don't take your advice and we don't have to be approved by you! Only God! We are NOT in violation of nothing that applies to a Church Sacrament that needs NO approval for FDA or FD&C!**

- **Within 48 hours, please send an email to COVID-19-Task-Force-CDER@fda.hhs.gov** describing the specific steps you have taken to correct these violations. Include an explanation of each step being taken to prevent the recurrence of violations, as well as copies of related documentation.

**We will respond one time out of courtesy to let you know our position and no more!**

- Failure to immediately correct the violations cited in this letter may result in legal action, including, without limitation, seizure and injunction.

  **Well, the Church will NOT be entering any Court period for the DOJ has no authority over a Church Sacrament and how or why it is being used. If you do pursue the world is watching and you will be the criminals and your agencies will be the ones being persecuted NOT us! Many people are watching how this unfolds and you will be helping us expose your agencies.**

- FDA is advising consumers not to purchase or use certain products that have not been approved, cleared, or authorized by FDA and that are being misleadingly represented as safe and/or effective for the treatment or prevention of COVID-19

  **Advice all you want! People have a FREE WILL given to them by God! You've been doing that for years and the PEOPLE of the WORLD are NOT fooled!**

  **"Then Peter and the other apostles answered and said, We ought to obey God rather than men.", Acts 5:29**

- Your firm will be added to a published list on FDA's website of firms and websites that have received warning letters from FDA concerning the sale or distribution of COVID-19-related products in violation of the FD&C Act.

  **Again, we are NOT a 'firm'! You have our Church and its Sacraments under UCC which doesn't apply to us!**

- Once you have taken corrective actions to cease the sale of your unapproved and unauthorized products for the cure, mitigation, treatment, or prevention of COVID-19, and such actions have been confirmed by FDA, the published list will be updated to indicate that your firm has taken appropriate corrective action.

  **There will be NO corrective actions on our part in regard to our Sacraments! You have no authority over us! So, now Church Sacraments are on a list to stop practicing Sacraments by order of FDA, and FTC!**

**Wow! Never going to happen. Have you opened a 'can of worms'! The world's Churches will respond!**

**"God forbid: yea, let God be true, but every man a liar; as it is written, That thou mightest be justified in thy sayings, and mightest overcome when thou art judged.", Romans 3:4**

### Warning Letters

| Date Issued | Firm Name | Product Name and Image[1] | Corrective Status |
|---|---|---|---|
| 03/06/2020 | Xephyr LLC dba N-ergetics | Colloidal Silver 1100 PPM [link], Colloidal Silver 500 PPM, Colloidal Silver 30 PPM, Colloidal Silver Advanced 20 PPM | * |
| 03/06/2020 | GuruNanda, LLC | Essential oil products | * |
| 03/06/2020 | Quintessence Aromatherapy Ltd | Essential oil products | |
| 03/06/2020 | Vivify Holistic Clinic | Formula #1 [link], Formula #2 [link], Formula #3 [link], and Eupatorium perfoliatum (Boneset) [link] | * |
| 03/06/2020 | Colloidal Vitality LLC | Products labeled to contain silver | * |
| 03/06/2020 | The Jim Bakker Show | Silver Sol Liquid [link] and products labeled to contain silver | * |
| 03/06/2020 | Herbal Amy Inc | Coronavirus Protocol [link] (Coronavirus Boneset Tea, Coronavirus Cell Protection, Coronavirus Core tincture, Coronavirus Immune System, and Elderberry Tincture) | * |
| 03/26/2020 | Corona-cure.com | Corona Cure Coronavirus Infection Prevention Nasal Spray | * |
| 03/26/2020 | | | |

| Date Issued | Firm Name | Product Name and Image[1] | Corrective Status |
|---|---|---|---|
| 03/06/2020 | Xephyr LLC dba N-ergetics | Colloidal Silver 1100 PPM [link], Colloidal Silver 500 PPM, Colloidal Silver 30 PPM, Colloidal Silver Advanced 20 PPM | * |
| 03/06/2020 | GuruNanda, LLC | Essential oil products | * |
| 03/06/2020 | Quintessence Aromatherapy Ltd | Essential oil products | |
| 03/06/2020 | Vivify Holistic Clinic | Formula #1 [link], Formula #2 [link], Formula #3 [link], and Eupatorium perfoliatum (Boneset) [link] | * |
| 03/06/2020 | Colloidal Vitality LLC | Products labeled to contain silver | * |
| 03/06/2020 | The Jim Bakker Show | Silver Sol Liquid [link] and products labeled to contain silver | * |
| 03/06/2020 | Herbal Amy Inc | Coronavirus Protocol [link] (Coronavirus Boneset Tea, Coronavirus Cell Protection, Coronavirus Core tincture, Coronavirus Immune System, and Elderberry Tincture) | * |
| 03/26/2020 | Corona-cure.com | Corona Cure Coronavirus Infection Prevention Nasal Spray | * |
| 03/26/2020 | | | |
| 04/06/2020 | Alternative Health Experts LLC DBA Immunization Alternatives | Homeopathic drugs and dietary supplement products | |
| 04/06/2020 | Indigo Naturals | Cannabidiol (CBD) products | |
| 04/07/2020 | CBD Online Store | Cannabidiol (CBD) products | * |
| 04/07/2020 | Savvy Holistic Health dba Holistic Healthy Pet | "China Oral Nosode," also called "China Corona Nosode," and the "CV Respiratory Kit," under the description "AN200 – CORONA VIRAL IMMUNE SUPPORT AND/OR ACTIVE RESPIRATORY INFECTION FOR ALL AGES" | |
| 04/08/2020 | Genesis 2 Church | Miracle Mineral Solution (MMS) (chlorine dioxide) [link] | |

- If you cannot complete corrective action within 48 hours, state the reason for the delay and the time within which you will complete the corrections.  If you believe that your products are not in violation of the FD&C Act, include your reasoning and any supporting information for our consideration.

**There will be NO delay because we will NOT stop our Church Sacraments! I think the above information suffices for the reasons why we will NOT comply. Again, You have NO authority to even ask such a thing!**

- If you are not located in the United States, please note that products that appear to be unapproved new drugs and misbranded drugs are subject to detention and refusal of admission if they are offered for importation into the United States.  We may advise the appropriate regulatory officials in the country from which you operate that FDA considers your product(s) referenced above to be unapproved and misbranded products that cannot be legally sold to consumers in the United States.

    **We are located in 145 countries!**
    **There is Religious freedom in most of all of them especially in regard to Church Sacraments!**

- In addition, it is unlawful under the FTC Act, 15 U.S.C. § 41 *et seq.*, to advertise that a product can treat or cure human disease unless you possess competent and reliable scientific evidence, including, when appropriate, well-controlled human clinical studies, substantiating that the claims are true at the time they are made.

    **Not Applicable to a Church Sacrament. And we don't need any evidence although I gave you some because maybe one of you will see the truth and logic!**

- For COVID-19, no such study is currently known to exist for the product identified above.  Thus, any coronavirus-related treatment or cure claims regarding such product are not supported by competent and reliable scientific evidence.

    **The Covid-19 hasn't even been identified and the Koch's postulates were even followed!**

1. **The microorganism must be found in abundance in all organisms suffering from the disease, but should not be found in healthy organisms.**
2. **The microorganism must be isolated from a diseased organism and grown in pure culture.**

3. The cultured microorganism should cause disease when introduced into a healthy organism.
4. The microorganism must be reisolated from the inoculated, diseased experimental host and identified as being identical to the original specific causative agent.

**Stop your deception and tell the truth or your handlers won't let you?**

- You must immediately cease making all such claims. Violations of the FTC Act may result in legal action seeking a Federal District Court injunction and an order may require that you pay back money to consumers.

**We don't have to cease anything in regard to our Church Sacraments! You cease and desist and harassing us! You can't even tell us that with any authority over us! Who do you think you are?**

- Within 48 hours, please send an e-mail to Richard Cleland, Assistant Director of the FTC's Division of Advertising Practices, via electronic mail at rcleland@ftc.gov, describing the specific actions you have taken to address the FTC's concerns.

**We will send them the same letter as you will receive and 1 million+ people to expose your deceptions and trying to intimidate the Church of the Lord Jesus Christ! We are helping many. If what you are doing hinders one person from being healed, the Lord will judge it! Believers are called children in the Bible! Here is your warning based on the word of God! Take it to heart!**

*"But whoso shall offend one of these little ones which believe in me, it were better for him that a millstone were hanged about his neck, and that he were drowned in the depth of the sea.", Matthew 18:6*

*In the Name of the Lord Jesus Christ, the Messiah and Savior of the world!*

*Bishop Mark S, Grenon*

*Head Bishop of the Genesis II Church of Health and Healing*

*P.S. **This is being sent to ALL our members and many around the world. I will also send it to President Trump. May the Lord's will be done!***