UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

CASE NO.: 1:20CV21601

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH
AND HEALING, MARK GRENON,
JOSEPH GRENON, JORDAN GRENON,
JONATHAN GRENON,

       Defendants.

_____/

## UNITED STATES' MOTION FOR LIFTING OF THE SEAL OF THE DOCKET

       The United States of America, by and through undersigned counsel, hereby respectfully

moves this Court for an order lifting the seal of the entire docket in this action.   The docket should

be unsealed in its entirety, as this action involves issues related to the global COVID-19 pandemic

and therefore is of substantial public interest.

Dated:  April 17, 2020           Respectfully Submitted,


                          ARIANA FAJARDO ORSHAN
                          UNITED STATES ATTORNEY

                          _____*s/ Matthew J. Feeley*_____
                          **MATTHEW J. FEELEY**
                          **ASSISTANT UNITED STATES ATTORNEY**
                          Florida Bar No. 0012908
                          99 N.E. 4th Street, Suite 300
                          Miami, Florida 33132-2111
                          Tel.: 305.961.9235/Fax: 305.530-7139
                          Email: Matthew.Feeley@usdoj.gov

                          *Counsel for United States of America*