UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20CV21601

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH
AND HEALING,
MARK GRENON,
JOSEPH GRENON,
JORDAN GRENON, and
JONATHAN GRENON,

    Defendants.
_____/

### [PROPOSED] ORDER

Upon consideration of the United States' Motion For Lifting of The Seal of the Docket [D.E. 5], it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to lift restrictions on all documents on the docket

**DONE** and **ORDERED** in chambers in Miami, Florida this ___ day of April 2020.

                                                      _____
                                                      KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT JUDGE