UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20CV21601

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH
AND HEALING,
MARK GRENON,
JOSEPH GRENON,
JORDAN GRENON, and
JONATHAN GRENON,

    Defendants.
_____/

## ORDER

This matter is before the Court on United States' Motion for Lifting of The Seal of the Docket (DE 5). It is **ORDERED AND ADJUDGED** that the Motion (DE 5) is **GRANTED**. The Clerk of the Court is directed to **UNSEAL** all document on the docket.

**DONE** and **ORDERED** in chambers in Miami, Florida this 17th day of April 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE