

*"All laws which are repugnant to the Constitution are null and void."* (Marbury vs. Madison, 1803.)

**"Nothing is lawfully right that is morally wrong" – Bishop Mark S. Grenon**

**We are practicing 'civil disobedience' against this unjust order!**

**April 21st, 2020**

**The Complete and Total Rejection of this Temporary Restraining Order under the <u>CASE NO.: 1:20CV21601</u> by the Unincorporated Genesis II Church of Health and Healing due to a Gross Negligence and Incompetent Violation of our 1st Amendment God-Given Rights of the Free Exercise of Our Religion.**

**Gross Negligence**

*An indifference to, and a blatant violation of, a legal duty with respect to the rights of others.*

Gross negligence is a conscious and voluntary disregard of the need to use reasonable care, which is likely to cause foreseeable grave injury or harm to persons, property, or both. It is conduct that is extreme when compared with ordinary Negligence, which is a mere failure to exercise reasonable care. Ordinary negligence and gross negligence differ in degree of inattention, while both differ from willful and wanton conduct, which is conduct that is reasonably considered to cause injury. This distinction is important, since contributory negligence—**a lack of care by the plaintiff that combines with the defendant's conduct to**

cause the plaintiff's injury and completely bar his or her action—is not a defense to willful and wanton conduct but is a defense to gross negligence. In addition, a finding of willful and wanton misconduct usually **supports a recovery of Punitive Damages**, whereas gross negligence does not.

### Incompetence

The word incompetent simply means that a person does not possess the requisite skills to perform a given task. It doesn't mean that the person is lacking in intelligence, is habitually careless or anything other than their lack of specific skills.

**To:**

**Mr. Matthew J. Feeley**

**Asst. U.S. Attorney**

**Florida Bar No. 0012908**

**99 N.E. 4th Street, Suite 300**

**Miami, Florida 33132-2111**

**Judge Kathleen M. Williams**
Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 11-3

Miami, Florida 33128

**Chambers** (305) 523-5540

**NOTE: We are NOT the GENESIS II CHURCH OF HEALTH AND HEALING INCORPORATED BUT The Genesis II Church of Health and Healing unincorporated!** You on the other hand represent the INCORPORATED UNITED STATES OF AMERICA based on the *Act of 1871* where the United States of America was from then on referred to as THE UNITED STATES OF AMERICA in caps to signify the incorporation.

I am NOT going to cover every point you have in these documents, The Complaint and Temporary Restraining order as I did with the FDA warning many of the points were irrelevant to a Church because they were based on a premise that is **not applicable for a Church and its Sacraments!** I wrote in detail to the FDA because I thought the FDA understood the 1st Amendment and logic but I was wrong. This is why we are rejecting the TRO completely and totally because of **gross negligence** and incompetent violation of the 1st Amendment. **I believe it can be proven to be a 'criminal' violation also.** also. See: 1st Amendment.

**I am glad to see our President has read and upheld the 1st Amendment Rights of our college students, *Quote***

"Our Founders understood that no right is more fundamental to a peaceful, prosperous, and virtuous society **than the right to follow one's religious convictions."**

President Donald J. Trump  January 16th, 2020

That is exactly what you are trying to hinder us in doing!

## We will take our case to the American public, the World



## First Amendment
### To the U. S. Constitution

Congress shall make no law respecting an
establishment of religion, or prohibiting
the free exercise thereof; or abridging the freedom
of speech, or of the press; or the right of
the people peaceably to assemble, and
petition the government for a redress of grievances.

"Congress shall **make no law** respecting an establishment or religion"

Or **no law**

"**prohibiting the free exercise thereof**"



You see how absurd and unlawful your actions are right now? I would ask the Lord for wisdom because this is going to fall on you and the United States of America. **If the US Govt. cannot make a law against the free exercise of a religion, then HOW can you enforce it? Isn't that logical? I think the America people will see the error here that you are committing!**

## Looking at the 1st Amendment logically in regard to a Church, i.e. 'religion' and its practices

**Note: Pay attention to the word 'then'**

1. **Question:** If **NO** law can be made by Congress in regard to its establishment i.e. what it is and what it believes **then** how can a law be made telling us what we can or can't believe? **Answer: No law can be made to hinder a Church from being established, plain and simple**
2. **Question:** If **NO** law can be created in regard to its practices or the 'exercise of its beliefs **then** how can a law be made to tell us we can't practice our Sacramental beliefs? **Answer:** There can be no law, code, statute, act or order made to stop a Church from practicing its sacraments!
3. **Question:** If **NO** law can made to control what Sacraments we use **then** how can there be a law stating said Sacraments are required to be inspected or approved? **Answer:** There CANNOT be a law requiring a Sacrament of a Church be inspected and/or approved by anyone and in so doing the ones that created such law are damned and need to be publicly exposed, so others DO NOT suffer such future abuses!

**How dare you write us with a complaint by the DOJ knowing what the 1st Amendment says!** If fact, we are here to judge you and make sure the US Government doesn't make ANY laws that are immoral NOT vice versa! Our Sacraments are based on the Word of God and NOT an unjust law made by man that you seem to try to defend. You can't make a Law against the practice of our Sacraments so you surely can't enforce and unlawful law.

*"Dare any of you, having a matter against another, go to law before the unjust, and not before the saints? Do ye not know that the saints shall judge the world?*

*and if the world shall be judged by you, are ye unworthy to judge the smallest matters? Know ye not that we shall judge angels? how much more things that pertain to this life?" I Corinthians 6:1-3*

Many people that about 'the rule of law' like a law has to be obeyed without questioning its morality. That is NOT true!

*"The Rule of Law is a rule that has to be moral"- Bishop Mark S. Grenon*

**Case in point:** The Ten Commandments of God!



**Note:** Even if there wasn't a U.S. Constitution, we would be practicing the same things because God commanded us to keep our temples clean! Before the DOJ, FDA, US Constitution ever existed, the Word of God has been and will be FOREVER our guide! God's Word supersedes any earthly documents of man. The Lord told me to use these sacraments to heal the world and that is what we have been doing for more than 10 years. **I am NOT for one second going to turn from what He told me to do.** You have no authority over our Church in regard to what sacraments we can or cannot do. We did not ask permission from the U.S. Govt. or your office to establish our Church when we did in 2010. Why would we, especially when we have the 1st Amendment that tells us we have the right to exist. But, not only the right to exist but to exercise freely our Church beliefs.

This is the basis from the Word of God for our cleansing healing Sacraments! In fact, this is a commandment with consequences. The consequences for ignoring what the Lord says in regard to defiling our bodies is destruction; **"Him will God destroy"**!

**NOTE:** How much more will happen to those that hinder God's people from accomplishing His commandment! You should really consider this Mr.Feeley and now Judge Williams.  Don't be fools!

> *"Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are." I Corinthians 3:16-17*

> *"What? know ye not that your body is the temple of the Holy Ghost which is in you, which ye have of God, and ye are not your own? Far ye are bought with a price: therefore glorify God in your body, and in your spirit, which are God's." I Corinthians 6:16-20*

Our G2Sacraments keep our bodies undefiled from toxins that try to defile or corrupt our bodies, temples! Big Pharma/Medical Industry produces poisons to the body and your agencies protect them! We are not allowing this to happen to us! A preference is something you prefer to do. This is a CONVICTION to us. **A 'conviction' is something you will die for!**

**Civil disobedience** is permitted in the US Constitution peaceably of course at first if possible. It was put there for situations when the Government is trying to make its people obey immoral laws. Fits really well here!

**NOTE:** The 2nd Amendment is there in case in can't be done peaceably.

As Christians, we are told by the word of God to obey our earthly government leaders as long as they are doing good. The opposite is true when they are trying to force unlawful rules upon its people. This is what you are doing Mr. Feeley and Judge Williams!

"**For he is the minister of God to thee for good.** But if thou do that which is evil, be afraid; for he beareth not **the sword in vain**: for he is **the** minister of God, a revenger to execute wrath upon him that doeth evil.", Romans 13:4

You, Mr. Feeley, took an oath to uphold and defend the U.S. Constitution which includes the 1st Amendment which you are bound by law to obey! **Why aren't you defending us instead of trying to prohibit us from freely exercising our 1st Amendment right to our Sacraments?** Is the DOJ in on this with you? Wow, so you, the FDA and the DOJ are trying to prohibit our Constitutional rights to freedom of worship? The people of the Republic for the United States of America and it's Churches will hear about this violation and will be respond!

So, why are you, the FDA and DOJ committing this **GROSS Negligence** against a Church of the Lord Jesus Christ that has the freedom to practice our religious convictions that our President defends? Are you representing the U.S. or another entity? 'We the people for the Republic of the United States of America' will make the decision NOT you! God will defend the Truth now and FOREVER!

> *"For nothing is secret, that shall not be made manifest; neither any thing hid, that shall not be known and come abroad.", Luke 8:17 KJV*

You and the entities you represent will be exposed by God and chastised by the people of this Republic and the world! You are like the Pharaoh who rejected the Word of God given to him by Moses in his time. The Pharaoh's total denial of the Word of God and His will for the children of Israel led to his demise and that of his nation. You see how he paid for it? Are you ready to fall in the hands of the Living God?

> *"It is a fearful thing to fall into the hands of the living God.", Hebrews 10:31*

The Lord told us to maintain our temples i.e. our bodies, clean and to NOT defile them! The Genesis II Church of Health and Healing is vehemently opposed to any toxin or poison being introduced into the body, "our temple," by vaccine or any other means. The religious belief that our bodies are our personal temples that our spirits and souls live in, is based on the following Scripture:

> *"Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are." II Corinthians 3:16-17*

The personal right and responsibility to maintain a healthy and clean temple is a fundamental belief of the Genesis II Church of Health and Healing which is supported by the 1st Amendment that you, Mr. Feeley have vowed to defend and uphold!

We work to maintain our temple's health by doing G2Church Sacramental Protocols. We are seeing success all around the world by following these self-care sacramental protocols:

1. **Detoxing the body with the #1 killer of pathogens in the world** – Chlorine Dioxide, as well as other sacramental protocols we have developed and proven worldwide!

2. **Stopping toxins from entering the body.** Toxic NON-Foods and medications, the REAL drugs need to be stopped from entering the body.

3. **Recovering the body's "built-in" immune system,** as well as providing ALL the systems of the body with essential nutrients, to reach "homeostasis" or complete balance. The body is the ultimate healer and if we support that complex marvelously-created structure with what it needs to its job of maintaining health, it will eradicate the "dis-ease" state.

4. **Remove toxic relationships that cause stress** which weakens the immune system and, in turn, the whole body. Personal relationships, family pressures, stress at work can all be toxic to the **Body, Mind and Spirit** which, in turn, cause dis-ease of the body! This toxic environment can cause the beginnings of the dis-ease of the body!

**This is why we do NOT allow vaccines to enter our bodies with TOXIC chemicals!**

**Letter of Religious Exemption from vaccinations and/or mandatory medications**



**To Whom It May Concern,**

*This is regarding ALL our members:*

The Genesis II Church of Health and Healing is vehemently opposed to any toxin or poison being introduced into the body, "our temple," by vaccine or any other means. The religious belief that our bodies are our personal temples that our spirits and souls live in, is based on the following Scripture:

*"Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are." II Corinthians 3:16-17*

The personal right and responsibility to maintain a healthy and clean temple is a fundamental belief of the Genesis II Church of Health and Healing.

The following toxins are found in many vaccines being administered to the public:

- **Thimerosal –** (Mercury) Highly poisonous to the human body
- **Squalene** – adjuvant causing autoimmune response in the body
- **Formaldehyde** – a known cancer-causing agent
- **Aluminum** – a neurotoxin that has been linked to Alzheimer's disease
- **Triton X-100** – a detergent
- **Phenol –** (carbolic acid)
- **Ethylene glycol** – (antifreeze)
- **SV-40 –** Cancer causing monkey virus
- **Various antibiotics: neomycin, streptomycin, gentamicin** – can cause allergic reactions in some people
- **MSG –** Known neurotoxin

We are not allowing these or any other toxins to be introduced into our temple without our personal consent – period. Below is a more detailed description of what is prohibited into our temples. This is an example of our publicly-declared religious right to ingest whatever we feel necessary to maintain our personal health and wellbeing.

**Here is the reverse of the I.D. membership card of the Genesis II Church of Health and Healing:**

This card signifies that this member of the Genesis II Church of Health & Healing has the God-given, unalienable rights to control and maintain their personal health. All members are exempt from any means not chosen, including but not limited to; vaccinations, medications, X-rays, scans, microchip implants, or health insurance mandated by any human government or authority.

Genesis II Church members have the God-given, unalienable right to choose products for their health, including but not limited to; food, plants, vitamins, minerals, herbs and all remedies in any quantities they consider useful or necessary for his/her personal health, the health of his/her family and to all that desire help with their health. All members have the right to freely acquire these products for the health of themselves, members of the Genesis II Church and for all that desire help with their health, and to maintain such products at their place of abode or wherever they deem necessary.

Note: The Genesis II Church will vigorously prosecute any and all persons who violate the religious rights of any/all members of our church. If any of this member's rights are violated, he or she will contact the Genesis II Church

membership@genesis2church.is - http://genesis2church.is

If any of the Genesis II Church members have their religious rights violated by any governmental or private organization, the Genesis II Church will vigorously announce each and every instance of abuse to the world. We are also building a worldwide support group of local Bishops, Health Ministers and Members to come to the aid of any one of our members experiencing any abuse of our religious rights.

*Sincerely,*

*Bishop Mark S. Grenon*

*Head Bishop – Genesis II Church*

Mr. Feeley, to refer to the G2Church Sacraments which is part of the 'free exercise' of our freedom of religion as a drug is blatant disrespect and mockery of

our sacred belief! You should be publicly chastised and all who you represent! I
noticed this 'case' is not being allowed to be viewed by the public.

You took a pledge to uphold and defend the Constitution and the 1st Amendment.
Why aren't you and the DOJ defending us against the FDA's abuse of our rights?
This letter is going out to educate all the "people" that you say you defend and
serve. Let's see how 'the people' defend us.

1. This statutory injunction proceeding is brought under the Federal Food, Drug, and
   Cosmetic Act ("FDCA" or the "Act"), 21 U.S.C. § 332(a), **to halt the sale of an
   unproven and unapproved treatment for coronavirus,** which includes coronavirus
   disease 2019 ("COVID-19") and any other disease. Specifically, Plaintiff seeks a
   permanent injunction to restrain and enjoin Genesis II Church of Health and Healing,
   an entity based in the state of Florida, and Mark Grenon, Joseph Grenon, Jordan
   Grenon, and Jonathan Grenon, individuals, (collectively "Defendants") from directly
   or indirectly doing or causing the following acts: A. Violating 21 U.S.C. § 331(d), by
   introducing

Mr. Feeley, I already answered many of the questions in this complaint with my
response to the FDA. You CANNOT have regulations of approval and proves for a
Church Sacrament! READ THE 1ST AMENDMENT! You people are either devious or
incompetent.

I know you know what is says because you quoted the response in various so-
called violations and acts! Your whole premise is for this injunction is based the
Federal Food, Drug and Cosmetic Act which applies to commercial businesses that
sell. We are NOT commercial, NOT under the UCC. NOT even incorporated. All we
do is have people donate to our Free Church for Sacramental products. Members
and Non-members all over the world! So, you whole basic premise that you try to
build against our Church Sacraments for this injunction is **not applicable** to us!
**Case closed. Dismiss the case, please.**

**Next,** you mention we have ***"an unproven and unapproved" treatment for
coronavirus.***

You obviously saw us tell people in our FREE worldwide bulletin, as well as on our
worldwide FREE G2Voice Broadcast that if you have symptoms of Covid-19 or
been tested as having CV then do our Sacraments that have been proven to

eliminate viruses quickly from the body! **We have proven it scientifically also.** But don't need to report this to you. It is our Sacrament. It is holt to us. This is probably why the DOJ has been called in to stop us! We cure people and 'restore health' to the body, our temples.

**REAL SCIENCE:** We at the Genesis II Church of Health and Healing have been involved in one of the most comprehensive, worldwide, cross cultural, broad spectrum, voluntary, human health studies of this world for the past 8 years. If you include Jim Humble and his studies in Africa, it has been almost 20 years. 95% of the world's diseases have been CURED with the Genesis II Church Protocols!  No monies were received from any pharmaceutical/medical companies wanting a certain result. The people of this world who have followed the G2C protocols have not been paid in any way, but they have "self-dosed" themselves voluntarily. "Self-Care" is what is being taught and encouraged by the Genesis II Church worldwide and it is working incredibly well. Every person on this earth has the God-given right to control their own health and not rely on the pharmaceutical/medical industry. - Mark S. Grenon

Now that's science, which is: "**Observation and Repeatability.**" That is why you'll hear me say we are doing "clinical studies" all over the world with humans with our G2 Sacraments and seeing consistent results! Because that is exactly what we are doing, and I will show you testimonies as well as how to do it for YOURSELF!

**"Approval"? A Church sacrament only needs approval from God NOT a federal agency.** And we as a Church say the same things for HIV, Ebola, Malaria etc. and have for years! And have many testimonies. DON'T need FDA approval to say heal, cure etc.

**This is why you will NOT see a disclaimer on our Church sites! We have a proclaimer of the truths of the Word of God and one is we can heal and cure in Jesus' name with our Sacraments that cleanse our temples!**

## The G2 Church – *"Proclaimer of Truth"*

I have seen many people add "dis-claimers" on their websites when talking about health because of fear of man and governments.

*"The fear of man bringeth a snare: but whoso putteth his trust in the Lord sholl be sofe.", Proverbs 29:25*

*"Nothing is **legally** right that is morally wrong."* – Bishop Mark S. Grenon

I feel we need to make a statement from the *Genesis II Church of Heolth and Healing* and the *G2Voice Broadcast*, but not a "dis-claimer" but a **"Proclaimer of Truth!"**

**G2Church Proclaimer:** Due to our study of "truth" and "true history," we at the Genesis II Church of Health and Healing want to "proclaim" what we have learned regarding health, and the medical and pharmaceutical "industries."

**We proclaim to the world to:**

- **NOT** ask your doctor for ANY advice about health or nutrition! **#1 cause of death in U.S. "iatrogenic," death by doctors.**
- **NOT** go to a hospital unless an emergency!
- **NOT** allow your children to be vaccinated for any reason, EVER!
- **NOT** take pharmaceutical drugs. Be drug free!
- **NOT** trust the educational system to teach truth about history, science, morals or God!
- **ONLY** eat **REAL** foods organically and unprocessed!
- **Take personal responsibility** for your OWN health and that of your family!

**G2Church Documentary:** www.quantumleap.is (subtitled in 10 languages) or

Who is the FDA to tell anyone that can't say something can heal them? The FDA CANNOT define what we can or can't say or do with our Sacraments! Is the FDA protecting Big Pharma? CDC? CDC has vaccine and medication patents that they receive billions from each year. Are they defending their monopoly? Is the DOJ in on maintaining Big Pharma control on drugs? I believe you, Mr. Feeley, the DOJ, FDA, EPA, and CDC are going to be exposed and I pray the G2Church is part of that exposure! So, thank you for the opportunity to expose the Truth!

**The FDCA, who we don't answer to in regard to our Church's Sacraments, defined MMS as a drug here:**

## MMS is a drug

Under the FDCA, **the definition of "drug"** includes "articles intended for use in the diagnosis, **cure, mitigation, treatment, or prevention of disease in man.**" 21 U.S.C. §§ 321(g)(1)(B)

**MMS is a SACRAMENT of the G2Church NOT a drug! Our Sacraments are 'sacred' or 'holy' to us! We are extremely offended, and we demand a public apology from the DOJ and FDA when the Truth comes to light for all to see! A Sacrament cannot be called a drug!**

So, if you follow that train of thought then, **holy water, the elements of the Lord's supper, the wine, juice and bread are drugs because they are preached as healing,** curing and bringing comfort and peace. Baptism is efficacious are you going to try and stop that as a healer? The blood of Jesus is said to heal. Are you going to make illegal anyone saying that Jesus can heal?

Isaiah 53:5 [Full Chapter]

But he was wounded for our transgressions, he was bruised for our iniquities: the chastisement of our peace was upon him; and with his **stripes** we are healed.

1 Peter 2:24

Who his own self bare our sins in his own body on the tree, that we, being dead to sins, should live unto righteousness: by whose **stripes** ye were healed.

The Genesis II Church of Health and Healing will not stop teaching, training and providing our sacraments to the world! The DOJ and FDA have NO authority over our Church Sacraments whatsoever, You think because you have the guns, own the courts and the private jails you can intimidate us. Well, the Bible says for us to

FEAR GOD and not what man can do to us! Your tyrannical days of Draconian policies only allowing what elite want is over! Gulliver is standing up! The Silent MAJORITY is exposing your lies, deceptions and the guarding of the swamp creatures i.e. Big Pharma, AMA, WHO, UN, Gates foundation. We want the right to choose our on Health practices and not dictated by the AMA, FDA, CDC and DOJ. A BIG change is coming. God is with us and the Lord Jesus Christ is exposing your lies and deceptions in the medical industry you are promoting and protecting those that are destroying health and even killing many worldwide!

4. **Genesis II Church of Health and Healing ("Genesis") is a secular entity** based in the State of Florida that sells and distributes a product called Miracle Mineral Solution, also referred to as "MMS." Genesis operates a website, https://newg2sacraments.org ("Sales Website"), which offers MMS for sale in the United States. Genesis describes itself on its website as **"a nonreligious church** ... focus[ing] on 'restoring health' to the world" that "was formed for the purpose of serving mankind and not for the purpose of worship

**Genesis II Church of Health and Healing ("Genesis") is a secular entity**

Do you even know the meaning of this word, Secular? **of or relating to worldly things or to things that are not regarded as religious, spiritual, or sacred; temporal.** Basically, not having to do with Spiritual or holy things! How dare you say this when we have NEVER said that we were secular. You are saying this to try to get REAL believers to think we are not teaching the Bible or believe in the Lord Jesus. Not going to work. You are a real piece of work Mr. Feeley.

I was saved after hearing the Gospel in I Corinthians 15: 1-3 Nov.12th 1978 3 AM in the morning in Springfield, Missouri. Called to preach 1 year later and have been since! No matter how many lies you say about me the worst is you telling people we are secular! The Lord is watching you and your group attacking us Mr. Feeley. You will give an account of EVERY idle word you speak against us!

> "But I say unto you, That every **idle word** that men shall speak, they shall give account thereof in the day of judgment.", Matthew 12:36

Anyone that knows and listens to us and read my books, watched our videos and has attended our seminars knows that is a lie. So you just make up things? The

world is going to see your lying tactics! Every person that gets a sacramental product from us gets a Bible tract explain how the Lord Jesus died for all, was buried for all, and rose for all and the gift of eternal life is FREE in him! Here is the Bible tract we send everyone! Secular? *You decide if Mr. Feeley is telling the truth about us.*














https://www.chick.com/products/tract?stk=1&ue=d

- **You also don't know the definition of "a nonreligious church"!**

You seem to not understand also what we mean by being 'not religious'. We always everywhere have said that **we are not religious but spiritual.** We wrote it like that because we literally want everyone on earth to come and feel free to learn and become a member and learn to heal and help others! This is a real Church where everyone is welcome not based on a belief, doctrine etc. because it is only about Health! Kind of like a hospital is. They accept anyone in need of help health wise, or at least they should. We don't want to turn away anyone. I mean anyone. **Look who is welcome to become a member of the Genesis II Church**? **Note:** <u>Even if not a member we help them.</u>



**Our Creed**



**The Creed is what people have to agree in principle to guide their lives**

**You could call us SBNR but NOT secular EVER!**

**So, get it right Mr. Feeley!**

"**Spiritual but not religious**" (**SBNR**), also known as "**Spiritual but not affiliated**" (**SBNA**), is a popular phrase and initialism used to self-identify a life stance of spirituality that takes issue with organized religion as the sole or most valuable means of furthering spiritual growth. Historically, the words *religious* and *spiritual* have been used synonymously to describe all the various aspects of the concept of religion, but in contemporary usage **spirituality** has often become associated with the interior life of the individual, placing an emphasis upon the well-being of the "mind-body-spirit" while **religion** refers to organizational or communal dimensions. **Source: Wikipedia**

5. **"was formed for the purpose of serving mankind and not for the purpose of worship. Really Mr. Feeley? Do you even know what real worship of God is? It is living in by the Spirit of God and in Truth! Do you know about Truth, Mr. Feeley? The Word of God is Truth. We are serving and worshipping God by serving man! Read what the Word of God says.**

   "For, brethren, ye have been called unto liberty; only use not liberty for an occasion to the flesh, but by love **serve one another**.", Galatians 5:13

## Sure sounds like serving your neighbor here:

"Then one of them, **which was a lawyer**, asked him a question, tempting him, and saying, Master, which is the great commandment in the law? Jesus said unto him, Thou shalt love the Lord thy God with all thy heart, and with all thy soul, and with all thy mind. This is the first and great commandment. And the second is like unto it, Thou shalt love thy neighbour as thyself. On these two commandments hang all the law and the prophets.", Matthew 22:35-40 KJV

**The Word of God is our TRUTH!**

"Sanctify them through **thy truth: thy word is truth**.", John 17:17

**And it is a discerner of the thoughts and intents of the heart! All of your hearts that are involved is this injustice also!**

*"For the word of God is quick, and powerful, and sharper than any twoedged sword, piercing even to the dividing asunder of soul and spirit, and of the joints and marrow, and is a discerner of the thoughts and intents of the heart. Hebrews 4:12 King James Version (KJV)*

**REAL WORSHIP**

"But the hour cometh, **and** now is, when the true worshippers shall worship the Father **in spirit and in truth**: for the Father seeketh such to worship him.", John 4:23

God is a **Spirit**: **and** they that worship him must worship him **in spirit and in truth**.", John 4:24

**We are real worshippers Mr. Feeley.**

You are trying to hinder us in practicing our Church Sacraments which will NOT be tolerated by our Church or any other Church for that matter. You will see that we will NOT be 'prohibited to the free exercise' of our Church Sacraments EVER!

I am very disturbed that in this day and age we have a blatant disregard for the U.S. Constitution and its very 1st Amendment so dearly cherished in the history of our great country! It is only great when it sought to please the Creator of Heaven and Earth by preaching His Truth, the Word of God throughout the world and by upholding moral laws.

**The incompetence and gross negligence** is that you, Mr. Feeley are blatantly disregarding the 1st Amendment in trying to enforce a law, code or statute when it clearly says, in the first point of the 1st Amendment that you can NOT make a law to prohibit the exercise of our Church period. Never mind, trying to enforce

such a ridiculous complaint by the DOJ. Here is what the 1st Amendment says and what it means to a Church.

6. **The Sacraments of the Genesis II Church are NOT drugs and we are extremely offended by your lack of respect for**

**This isn't logical at all!**

Don't try to tell me there is an emergency situation in our nation that justifies this action! There can't be an emergency that can make a command of God null and void especially one in regard to the **free exercise of our Church!**

**I respect President Trump but not your proven corrupt agencies! He is getting bad counsel like Haman gave King Ahasuerus. Haman ended up hanging because his deception and so will your agencies! I would welcome a call from President Trump to express my grievances!**

In response to the warning that was sent to our Church about our Sacraments you seem to NOT have your facts right about who we are and why we are NOT under your authority in regard to your agencies. **You are under our authority in regard to moral laws!**

**No one has ever been proven to have died from our G2Sacraments taken according to our Sacramental Protocols!**

**You will NOT be allowed in our Church Sanctuary!**

**The County Sheriff will be there to defend our Church sanctuary to NOT permit anyone to enter. We've talked to Sheriff Mack who is a member of the Constitutional Sheriff's and Peace Officers Association if you don't know him.**

*At this time we must be vigilant and remember that our Founding Fathers created the best contract between a people and their servant government. This contract has made us the greatest country in history. The further we drift from our Constitution, the closer we come to reestablishing the Tyranny from which we revolted. The continuous and gradual theft of our liberties by opportunistic politicians and an overreacting media is destroying our federation. We agree with*

*voluntary compliance for health and safety, but the solutions now being presented are only causing more problems for Americans today, and will cause even more for our children tomorrow.*

*The evidence and solutions proffered to arrest and eliminate the Coronavirus come from many different and often conflicting supposed "experts" and leave a confusing melting pot of advice that fails to present a direct path of hope for Americans to cling to. Whatever the facts and numbers are, the "cures" presented are, in many cases, worse than the disease.  So, we must focus on the certainty of the Principles of Liberty, including, but not limited to, individual liberty, limited government, enumerated powers, Federalism and state & individual sovereignty.",*
**Sheriff Richard Mack (Ret)**

We at the Genesis II Church of Health and Healing are in a time of prayer and asking the Lord what we should do in regard to this blatant disregard of the 1st Amendment. **During this time, we have decided to pause the providing of our Sacraments to those that want and need our Sacraments.** This is our choice, and this is in no way being done because of this TRO. **It is being done under duress because you have the guns and jails and a 'justice' system that seems to have a judge that disregards the 1st Amendment also.** We need to be free to fight this blatant violation of the US Constitution. And believe me God will fight for us and you will publicly exposed and most likely punished!

**Because NO law can be made or executed against a Church and the practicing or "exercise" of its beliefs, all correspondence from the office of the DOJ in regard to this matter will be rejected and or returned to the sender.**

**May the Lord protect us from this injustice and make an example for the world to see. In Jesus' name.**

**Bishop Mark S. Grenon**

**Co-Founder of the Genesis II Church of Health and Healing**

**An Unincorporated Free Church of the Lord Jesus Christ.**