UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte* after receiving various materials in the mail (Federal Express) from Defendants. *Pro se* litigants, like all litigants, are required to comply with the rules of civil procedure and the Court's orders. It is therefore **ORDERED** that Defendants shall comply with the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, and this Court's Practices and Procedures. The Local Rules may be obtained from the Clerk of Court and the Court's Practices and Procedures are available on the Court's website at http://www.flsd.uscourts.gov/?page_id=13071. The Court's Practices and Procedures for Civil Cases are also available on the Court's website at https://www.flsd.uscourts.gov/sites/flsd/files/Judge-Williams-Court-Practices-Procedures-for-Civil-Cases.pdf. Some (but not all) of the requirements of the rules of procedure are:

    1. No letters, pleadings, motions, or other documents may be sent directly to a District Judge or Magistrate Judge concerning this case. Instead, pleadings, motions,

memoranda, or other matters allowed by the procedural rules must be filed with the Clerk of Court. Any pleadings, motions, memoranda, or other papers submitted directly to a District Judge or Magistrate Judge instead of to the Clerk of Court will be disregarded by the Judge.

2. *Pro se* litigants may send or hand-deliver one original and one copy of every pleading, motion, memorandum, or other paper directly to the Clerk of Court. All pleadings filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See Sample Form Following Local Rule 5.1.* The signature block of each pleading must contain the *pro se* litigant's name, address, and telephone number. Each pleading must also include the full name and address of the defendant, or, if the defendant is represented by a lawyer, the lawyer's name and address.

3. Litigants must promptly notify the Court in writing of any change in address by filing a "Notice of Change of Address," which must include the case number and litigant's name and new address, and must be served on opposing counsel.

4. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, will result in dismissal of a case. It is therefore important for *pro se* litigants to respond to these motions within the time prescribed by the rules of civil procedure.

5. Corporations and all other businesses and artificial entities cannot appear *pro se* and must be represented by counsel. *See Kell v. Smith*, 743 F. App'x 292, 295 (11th Cir. 2018). Accordingly, Defendant Genesis II Church of Health and Healing is **ORDERED** to obtain counsel, who shall file a notice of attorney appearance no later than

**April 29, 2020 at 5:00 PM.** A hearing on the request for the entry of a Preliminary Injunction remains scheduled for **May 1, 2020 at 10:00 AM**.

6. It is further **ORDERED** that Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of April, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE