UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

CASE NO. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    *Plaintiff,*
vs.

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

    *Defendants.*
_____/

## NOTICE OF FILING PROPOSED SUMMONSES

The United States of America, by and through the undersigned counsel, hereby respectfully files the following proposed summonses for: GENESIS II CHURCH OF HEALTH AND HEALING; MARK GRENON; JOSEPH GRENON; JORDAN GRENON; and JONATHAN GRENON.

Dated:  April 24, 2020                     Respectfully Submitted,

                                               ARIANA FAJARDO ORSHAN
                                               UNITED STATES ATTORNEY

                                               _____*s/ Matthew J. Feeley*_____
                                               **MATTHEW J. FEELEY**
                                               **ASSISTANT UNITED STATES ATTORNEY**
                                               Florida Bar No. 0012908
                                             99 N.E. 4th Street, Suite 300
                                             Miami, Florida 33132-2111
                                             Tel.: 305.961.9235/Fax: 305.530-7139
                                             Email: Matthew.Feeley@usdoj.gov

                                             *Counsel for United States of America*