UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                        *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                        *Defendants.*

## SUMMONS IN A CIVIL ACTION

To:    GENESIS II CHURCH OF HEALTH AND HEALING
        2014 Garden Ln.
        Bradenton, FL 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Matthew J. Feeley | Ross S. Goldstein |
| Assistant United States Attorney | David A. Frank |
| United States Attorney's Office | Senior Litigation Counsel |
| for the Southern District of Florida | United States Department of Justice |
| 99 NE 4th Street, Suite 300 | Consumer Protection Branch |
| Miami, FL 33132 | P.O. Box 386 |
| | Washington, DC 20044 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                                  *Plaintiff,*

                          *vs.*

GENESIS II CHURCH OF HEALTH AND
   HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                                  *Defendants.*

## SUMMONS IN A CIVIL ACTION

To:               JONATHAN GRENON
                   2014 Garden Ln.
                   Bradenton, FL 34205

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Matthew J. Feeley<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the Southern District of Florida<br>99 NE 4th Street, Suite 300<br>Miami, FL 33132 | Ross S. Goldstein<br>David A. Frank<br>Senior Litigation Counsel<br>United States Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, DC 20044 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Alisha Beasley-Martin*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                      *Plaintiff,*

         vs.

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                      *Defendants.*

**SUMMONS IN A CIVIL ACTION**

To:              JORDAN GRENON
                  2110 46th Ave W, Apt. 22
                  Bradenton, FL  34207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Matthew J. Feeley | Ross S. Goldstein |
| Assistant United States Attorney | David A. Frank |
| United States Attorney's Office | Senior Litigation Counsel |
| for the Southern District of Florida | United States Department of Justice |
| 99 NE 4th Street, Suite 300 | Consumer Protection Branch |
| Miami, FL 33132 | P.O. Box 386 |
| | Washington, DC 20044 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                        *Plaintiff,*

               vs.

GENESIS II CHURCH OF HEALTH AND
    HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                        *Defendants.*

## SUMMONS IN A CIVIL ACTION

To:          JOSEPH GRENON
              4109 Residence Dr., Unit 521
              Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew J. Feeley
Assistant United States Attorney
United States Attorney's Office
for the Southern District of Florida
99 NE 4th Street, Suite 300
Miami, FL 33132

Ross S. Goldstein
David A. Frank
Senior Litigation Counsel
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

SUMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                                   *Plaintiff,*

                               *vs.*

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                                   *Defendants.*

**SUMMONS IN A CIVIL ACTION**

To:                  MARK GRENON
                     1180 8th Ave W, #117
                     Palmetto, FL 34221

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|:---:|:---:|
| Matthew J. Feeley | Ross S. Goldstein |
| Assistant United States Attorney | David A. Frank |
| United States Attorney's Office | Senior Litigation Counsel |
| for the Southern District of Florida | United States Department of Justice |
| 99 NE 4th Street, Suite 300 | Consumer Protection Branch |
| Miami, FL 33132 | P.O. Box 386 |
| | Washington, DC 20044 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts