UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

CASE NO. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

   *Plaintiff,*
 vs.

GENESIS II CHURCH OF HEALTH AND
HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

   *Defendants.*
_____/

## NOTICE OF FILING CORRESPONDENCE
## FROM DEFENDANT MARK GRENON

 The United States of America, by and through the undersigned counsel, hereby respectfully files the attached portable document format copy of an electronic mail correspondence addressed to Judge Kathleen M. Williams, received on the evening of April 24, 2020 from "mark@genesis2church.is" and signed by "Bishop Mark S Grenon; Genesis 2 Church."

| | |
|---|---|
| Dated: April 28, 2020 | Respectfully Submitted, |
| | ARIANA FAJARDO ORSHAN<br>UNITED STATES ATTORNEY |
| |  *s/ Matthew J. Feeley*___<br>**MATTHEW J. FEELEY**<br>**ASSISTANT UNITED STATES ATTORNEY**<br>Florida Bar No. 0012908<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132-2111<br>Tel.: 305.961.9235/Fax: 305.530-7139<br>Email: Matthew.Feeley@usdoj.gov |
| | *Counsel for United States of America* |