UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH AND
HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

    *Defendants.*
_____/

## **UNITED STATES' CERTIFICATE OF SERVICE**

Pursuant to this Court's Order [D.E. 13], undersigned counsel, on behalf of the United States, states as follows:

1. On April 17, 2020, the Court's Order granting the government's motion for temporary restraining order [D.E. 4] (the "TRO") was served via the U.S. Marshals Service on Defendant Genesis II Church of Health and Healing ("Genesis II"). *See* Process Receipt and Return attached hereto as Exhibit "1."

2. On April 17, 2020, the Complaint [D.E. 1], motion for temporary restraining order and preliminary injunction [D.E. 3] (the "Motion"), and TRO, were served via electronic mail on Defendants Genesis II, Mark Grenon, Joseph Grenon, Jordan Grenon, and Jonathan Grenon at the following email addresses, known to be those of the Defendants:

- contact@genesis2church.is
- mark@genesis2church.is
- jordan@genesis2church.is
- joseph@genesis2church.is
- jonathan@genesis2church.is

*See* April 17, 2020 email from M. Feeley attached hereto as Exhibit "2."

3. On April 17, 2020, the Complaint, Motion and TRO were served via overnight mail on Defendants at 2014 Garden Ln., Bradenton, Florida 34205 and signed for by "A. Grenon." *See* Federal Express delivery receipt, attached hereto as Exhibit "3."

4. On April 17, 2020, Defendant Mark Grenon responded to the email attached hereto as Exhibit "2," thereby acknowledging service of the Complaint, Motion and TRO. *See* April 17, 2020 email from M. Grenon attached hereto as Exhibit "4."

5. On April 21, 2020, Defendants Mark Grenon, Joseph Grenon, Jonathan Grenon and Jordon Grenon signed and sent a "Stop Harassment Order" to the Court, Matthew J. Feeley, Donald D. Ashley and Richard A. Quaresima. *See* Stop Harassment Oder, attached hereto as Exhibit "5." The Stop Harassment Order acknowledged the Defendants' receipt of the Complaint and TRO.

6. On April 21, 2020, Defendant Mark Grenon sent a document to the Court and Matthew J. Feeley acknowledging the TRO. *See* April 21, 2020 document attached hereto as Exhibit "6."

7. On April 22, 2020, Defendant Mark Grenon again admitted knowledge of the TRO by transmission of an email to undersigned counsel. *See* April 22, 2020 email from M. Grenon attached hereto as Exhibit "7." The April 22, 2020 email was copied to the known email addresses of Defendants Joseph Grenon, Jonathan Grenon, and Jordan Grenon.

8. On April 24, 2020, Defendant Mark Grenon further acknowledged service of the TRO in a letter sent to the Court. *See* April 24, 2020 M. Grenon email attached hereto as Exhibit "8." The April 24, 2020 email was copied to the known email addresses of Defendants Joseph Grenon, Jonathan Grenon, and Jordan Grenon.

9. On April 26, 2020, Genesis posted a video on its website (https://genesis2church.ch) entitled "Part Two – This INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon 4-26-20." In the video, Defendants Mark Grenon and Joseph Grenon discuss the TRO. A transcript of the video is attached hereto as Exhibit "9" (pages 27:14-29:20; 42:9-46:20).

10. On April 28, 2020 the Summons, Complaint, Motion and TRO (as well as the copies of all filed documents) were physically served on Defendant Genesis. *See* Return on Service, attached hereto as Exhibit "10."

11. On April 28, 2020, the Summons, Complaint, Motion and TRO (as well as copies of all filed documents) were physically served on Defendant Jonathan Grenon. *See* Return of Service, attached hereto as Exhibit "11."

12. On April 28, and April 29, 2020, physical service of the Summons, Complaint, Motion and TRO (as well as copies of all filed documents) on Defendant Mark Grenon was unsuccessfully attempted. *See* Returns of Non-Service, attached hereto as Exhibit "12." One of the Returns of Non-Service states that Defendant Jonathan Grenon informed the process server that Mark Grenon does not reside at 2014 Garden Ln. Bradenton, Florida 34205. Mark Grenon, however, recently sent correspondence to the undersigned from this same address. *See* address label attached hereto as Exhibit "13."

13. On April 29, 2020, the Summons, Complaint, Motion and TRO (as well as the copies of all filed documents) were physically served on Defendant Jordan Grenon. *See* Return of Service, attached hereto as Exhibit "14."

14. On April 29, 2020, physical service of the Summons, Complaint, Motion and TRO (as well as copies of all filed documents) on Defendant Joseph Grenon was unsuccessfully attempted. *See* Returns of Non-Service, attached hereto as Exhibit "15."

15. On April 29, 2020, Defendant Mark Grenon further acknowledged service of the TRO in an email sent to the undersigned. *See* April 29, 2020 M. Grenon email attached hereto as Exhibit "16." The April 29, 2020 email was copied to the known email addresses of Defendants Joseph Grenon, Jonathan Grenon, and Jordan Grenon.

16. The government is in receipt of information indicating Defendant Mark Grenon traveled to Colombia in early February, 2020, and may not presently be in the United States.

17. The government is in receipt of information indicating Defendant Joseph Grenon traveled to Colombia in late October, 2018, and may not presently be in the United States.

18. Further physical service efforts remain ongoing as to Defendants Mark Grenon and Joseph Grenon and the government will update the Court accordingly.

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice<br><br>GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| *Ross S. Goldstein*<br>ROSS S. GOLDSTEIN<br>Court ID No. A5502651<br>Senior Litigation Counsel<br><br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax) | *Matthew J. Feeley*<br>MATTHEW J. FEELEY<br>Florida Bar No. 12908<br>Assistant United States Attorney<br><br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax) |
| *David A. Frank*<br>DAVID A. FRANK<br>Court ID No. A5500486<br>Senior Litigation Counsel<br><br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br><br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | |

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services


ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

   I hereby certify that on April 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                     By: *s/ Matthew J. Feeley*
                         Matthew J. Feeley
                         Assistant United States Attorney

## SERVICE LIST

United States of America
vs.
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,
CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL 34209 |

6

| | |
|---|---|
| **MATTHEW J. FEELEY** <br> Florida Bar No. 12908 <br> Assistant United States Attorney <br> 99 N.E. 4th Street, Suite 300 <br> Miami, FL 33132 <br> Matthew.Feeley@usdoj.gov <br> 305-961-9235 (office) <br> 305-530-7139 (fax) <br><br> *Counsel for United States of America* | **JONATHAN GRENON** <br> jonathan@genesis2church.is <br> 2014 Garden Ln. <br> Bradenton, FL 34205 <br><br> *Defendants* |