**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 20-21601-CIV-WILLIAMS |
| DEFENDANT | TYPE OF PROCESS |
| Genesis II Church of Health and Healing, Mark, Joseph, Jordan and Jonathon Grenon | Temporary Restraining Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Genesis II Church of Health
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2014 Garden Lane, Bradenton, FL 34205-5274

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Matthew Feeley
U.S. Attorney's Office - Southern District of Florida
99 NE 4th Street, Third Floor
Miami, FL 33132

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Serve sealed order -

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (305) 961-9235
DATE: 04/17/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 04
District to Serve No.: 18
Signature of Authorized USMS Deputy or Clerk: DS
Date: 04/17/2020

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 4/17/20
Time: ☒ pm

Address (complete only if different than shown above):

Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 120 | 54.72 | | 174.72 | | |

REMARKS:
Served via posting. Defendant refused hand to hand service.

**GOVERNMENT EXHIBIT**
CASE NO.
EXHIBIT NO. 1

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE