**Feeley, Matthew (USAFLS)**

| | |
|---|---|
| **From:** | Feeley, Matthew (USAFLS) |
| **Sent:** | Thursday, April 16, 2020 3:26 PM |
| **To:** | contact@genesis2church.is; mark@genesis2church.is; jordan@genesis2church.is; joseph@genesis2church.is; jonathan@genesis2church.is |
| **Cc:** | Jean, Kevin (USAFLS) [Contractor] |
| **Subject:** | Re: U.S. vs. Genesis II et al., Case No. 1:20-cv-21601-KMW -- Notice of Court Action |
| **Attachments:** | Genesis Proposed Order for TRO PI FINAL1035 (002).pdf; 0003_USA Ex Parte Motion Confirmation.pdf; #USA v. Genesis et al_FULL TRO MotionandMemo.pdf; 0001_Complaint.pdf |

Re: U.S. vs. Genesis II et al., Case No. 1:20-cv-21601-KMW

To Whom It May Concern:

On behalf of the United States, this correspondence is to give you notice that the enclosed complaint and motion, as well as the supporting documentation, and proposed order were filed today in the federal court in the Southern District of Florida.

Sincerely,

Matthew J. Feeley

Matthew J. Feeley
Assistant U.S. Attorney
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Tel: (305) 961-9235
matthew.feeley@usdoj.gov



1

