**Feeley, Matthew (USAFLS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, April 17, 2020 7:53 AM |
| **To:** | Feeley, Matthew (USAFLS) |
| **Subject:** | FedEx Shipment 770256591080 Delivered |



# Your package has been delivered

Tracking # 770256591080

**Ship date:**
Thu, 4/16/2020

Matthew J. Feeley, AUSA
US Attorneys Office SDFL
MIAMI, FL 33132
US


Delivered

**Delivery date:**
Fri, 4/17/2020 7:46 am

Genesis II Church Of
Health&Healing
2014 Garden Lane
BRADENTON, FL 34205
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770256591080 |
| Status: | Delivered: 04/17/2020 07:46 AM Signed for By: A.GRENON |
| Signed for by: | A.GRENON |
| Delivery location: | BRADENTON, FL |
| Delivered to: | Residence |
| Service type: | FedEx First Overnight® |
| Packaging type: | FedEx® Box |
| Number of pieces: | 1 |
| Weight: | 10.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| | Direct Signature Required |
| Standard transit: | 4/17/2020 by 8:00 am |



GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 3

1

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 6:52 AM CDT on 04/17/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.