**Feeley, Matthew (USAFLS)**

| | |
|---|---|
| **From:** | Archy <mark@genesis2church.is> |
| **Sent:** | Wednesday, April 22, 2020 11:39 AM |
| **To:** | Goldstein, Ross; mark@genesis2church.is; jordan@genesis2church.is; joseph@genesis2church.is; jonathan@genesis2church.is; Frank, David; Feeley, Matthew (USAFLS) |
| **Subject:** | United States v. Genesis II Church |



Re: United States of America v. Genesis II Church of Health & Healing, et al., Case No. 20-21601-CIV (Southern District of Florida)

Gentlemen:

I direct this letter to you all, both in your individual capacities as well as officers in the DOJ to stop harassing our Church and its practices i.e. its Sacraments. Your letter demanding us to do anything is NOT applicable to us as a Church. You all know that a Church and its members information and donations are privileged information. **Example:** Doctor and Patient privilege. Pastor and Member privilege. You can't demand us to do what you are asking us to do. Again, you are violating our 1st Amendment rights.

Also, if you attempt to enter into our Church forcibly you will be **'in trespass'.** You are on notice!

I do want to calm things down here. We have suspended our providing our G2Church Sacraments since the TRO, 'under duress'. We are in a time of prayer and are asking the Lord to STOP this harassment.

So, we are obeying your TRO but **'under duress'** so I guess you accomplished what you wanted to accomplish in stopping us providing our Sacraments free and by donations. If cool heads prevail then you can stop and you can tell your superiors that **we have complied but make sure you include 'under duress'**. This will be fought by the people of the US, God and us. We are a peaceable people and only want peace and freedom.

May the Lord help us all to see the truth in all we do

Bishop Mark S. Grenon



*"All laws which are repugnant to the Constitution are null and void." (Marbury vs. Madison, 1803.)*

**"Nothing is lawfully right that is morally wrong" – Bishop Mark S. Grenon**