# Alderson®

## COURT REPORTING



A Trustpoint Company

Transcript of **Broadcast 189**

Sunday, April 26, 2020

*USA v. Genesis II Church*

Alderson Court Reporting
1-800-FOR-DEPO (367-3376)
Info@AldersonReporting.com
www.AldersonReporting.com

Alderson Reference Number: 92000



GOVERNMENT EXHIBIT

CASE NO.

EXHIBIT NO. 9

```
 1

 2

 3

 4

 5

 6

 7              UNITED STATES DEPARTMENT OF JUSTICE

 8                CONSUMER PROTECTION BRANCH

 9

10

11     Genesis II Church of Healing and Health Podcast:

12              Mark Grenon and Joseph Grenon

13

14

15   G2voice_broadcast_189_this_insanity_has_to_stop_an_urgent_

16   message_to_the_world_from_bishop_mark_grenon_4_26_20.mp3

17

18

19

20

21

22
```

PROCEEDINGS

1    MARK GRENON:  Welcome, welcome, welcome to the
2  G2 voice broadcast.  It is Sunday, April 26th, in the year
3  of the Lord Jesus Christ 2020, because it is after his
4  birth.  That's what the calendar's about.  That's what
5  it's based upon.  It's based upon the Lord.  Right?
6  People ask, why are they saying the name of the Lord and
7  the year of the Lord?  Because it's the year of the Lord.
8  It's not the name of anybody else, the Lord Jesus Christ.
9    My name is Mark Grenon, and I'm here with my
10 cohost.
11    JOSEPH GRENON:  Joseph Grenon.
12    MARK GRENON:  Joe, it's our tenth-year
13 anniversary.
14    JOSEPH GRENON:  Ten years.
15    MARK GRENON:  Ten years.  We started this
16 church, and boy has it been a ride.  And the ride might
17 change even differently.
18    JOSEPH GRENON:  Yeah.
19    MARK GRENON:  So things have been happening,
20 folks, in the last week or two that is not good for those
21 that want freedom.  Okay?  Health freedom.  We've got up,

1  we're joining these other teams of people, groups that
2  want health freedom, and hopefully we can have a bigger
3  voice.  But right now it seems like we're just on our own.
4  We've got people writing us all the time, praying for us.
5    JOSEPH GRENON:  Yeah, we've got people behind
6  us.
7    MARK GRENON:  But we have to defend our church
8  on our own.  And we're peaceable people.  We're not going
9  to pull out guns and shoot people or anything like that.
10 We're going to be peaceful and we're going to let the
11 Lord -- let the Lord and the world decide what's really
12 true.  We've got nothing to hide.  We've never hid
13 anything.  They're telling us we're going to come to your
14 church and open this up and do that.  Don't delete it.
15 Why are we deleting it?
16    JOSEPH GRENON:  Yeah.
17    MARK GRENON:  Nothing.
18    JOSEPH GRENON:  Nothing's changed.
19    MARK GRENON:  We're not doing anything
20 different.  Well, I put out a video that we're going to
21 play in a minute.  It's an hour and something.  I got up
22 in the morning, 4:00 a.m., the other day, and I was

1  getting ready to write because I'm writing the Department
2  of Justice, writing the FDA, writing these people that are
3  trying to really take away our freedoms.  And the Lord
4  said to me, "Just do a video.  Sit there in front of a
5  video and tell the world what's going on."  So I did.  And
6  I'm really asking everybody, please, please, if this was,
7  you know, your freedom at stake -- and it is your freedom
8  at stake.
9    JOSEPH GRENON:  Mm-hmm.
10    MARK GRENON:  Please read this.  Watch this
11 video, then read the newsletter, see what they're doing,
12 how their half-truths, conniving, putting us under
13 categories we're not under, telling us we're doing all
14 these evil things that we're not.  And we've got nothing
15 to hide, and yet they're trying to make an example out of
16 us.
17    So we're going to fight.  We're going to fight
18 with the Lord and fight with God.  And, boy, that's a good
19 one to have on your side.
20    JOSEPH GRENON:  Yeah.
21    MARK GRENON:  The judge of all.
22    JOSEPH GRENON:  Behind you.  Right?

1    MARK GRENON:  Yeah.  He's not only our judge;
2  he's our lawyer and our advocate, the Bible says, talking
3  to the judge, and he's the judge's son.
4    JOSEPH GRENON:  And he's the Creator of all.
5    MARK GRENON:  And he died for us.  I saw one
6  time, they said -- there was like a little story talking
7  about how Jesus defends us.  It's kind of like this:
8    The judge says, "You're guilty.  You're guilty
9  for your sin and for your rejection."  And Jesus, the
10 advocate, the lawyer, comes up and says, "Sir, they are
11 guilty."  You're, like, "Thanks, lawyer."  "They are
12 guilty.  But a price has to be paid.  Right?"  "Yes."  "A
13 life has to be paid?"  "Yes."  "I paid it.  He doesn't
14 have to pay.  I paid it for him.  The bill has been paid."
15 And they go, "Okay.  Well, I guess that's all we're
16 looking for.  The bill has to be paid.  It's been paid.
17 Okay.  Dismissed."
18    That's what you want to hear one day after you
19 die.  You want to take care of it before you die.  So, as
20 believers in the Lord Jesus Christ -- and they're trying
21 to make us look like we're secular, Joe.
22    JOSEPH GRENON:  I know.

Page 6

1    MARK GRENON:  They're such liars.

2    JOSEPH GRENON:  They don't even know what

3  they're talking about.

4    MARK GRENON:  Newspapers all over America are

5  saying:  This cult, we're shutting them down.  They're

6  going against the COVID, they're -- I even saw the lady on

7  Fox, "How can they be so disgusting and take advantage of

8  people during this time?"  What are you talking about,

9  lady?  Just read your screen.  We're not taking advantage

10 of anybody, and we've been doing this for

11 years -- personally, about 13.

12   JOSEPH GRENON:  Mm-hmm.

13   MARK GRENON:  Jim, about over 20, of all kinds

14 of illnesses.  All we're saying is it's like a flu.  Do

15 this.  COVID, it doesn't matter what it is.  Do it, and it

16 will get rid of it.

17   JOSEPH GRENON:  And it's all over the news.  I

18 see it here all the time, they're saying, "This person is

19 now cured.  They were positive, and they're now cured, now

20 cured just from the medical system or themselves alone."

21 Everybody's saying it.  Your body naturally will cure

22 yourself from this stuff.

Page 7

1    MARK GRENON:  And they're using it.

2    JOSEPH GRENON:  And they're telling you to drink

3  bleach.  They're telling you to drink sodium

4  hydrochloride, you know, 5 mil to a liter of water, and

5  drink that.

6    MARK GRENON:  They're also saying also

7  chloroquine and hydrochloroquine and Z-Pak.  And I covered

8  that.  You want to take it, take it.  That's the freedom

9  that we need to have.  Take the Z-Pak.  Take whatever you

10 want.  But it will go away just like any kind of flu.  And

11 all this testing is being scammed on the people.  They're

12 not having any cancer deaths, they're not having any flu

13 deaths this year.  Where is everything going?  It's all

14 being categorized.

15   Doctors are coming out and saying this.  I've

16 got a couple right here that you can listen to.  But,

17 please, listen to the video first.  Please, do me a favor

18 and send it to everybody you can.  We need to have a

19 cry -- not just to defend us -- to defend everybody's

20 right to free choice.

21   When I wrote the President I personally asked

22 him, we just want the choice, the freedom.  If someone

Page 8

1  wants to go the medical route, all the toxins, all the

2  drugs, the pharmaceutical thing, you have a right to do

3  that.

4    JOSEPH GRENON:  Yeah.

5    MARK GRENON:  But if you want to go natural, why

6  can't you have the right?

7    JOSEPH GRENON:  You have the right to choose.

8    MARK GRENON:  Of course we have.  But the

9  medical Mafia and the FDA that protects them, and now the

10 Department of Justice protects them and the CDC, it's like

11 fighting a monster.  Well, we've got the one that can take

12 down the monster.  So we'll see what the Lord does with

13 all this.  And I really think he will.  I really think he

14 will.  We might have to go through some struggles, might

15 not.  Something might pop up.  And I've asked the Lord,

16 "Do something so everybody knows it's you, Lord."

17   JOSEPH GRENON:  Mm-hmm.

18   MARK GRENON:  So please watch that video.  It's

19 from my heart, folks.  I don't know what else to tell you.

20 How can we not tell the world what we saw and how we were

21 cured of things?  How can we not share that?  It's like

22 having a cure for cancer and your friend's got cancer, "I

Page 9

1  don't want to tell them.  I don't want to bother them."

2  Or, "I can't.  They'll get mad at me."  You've got to tell

3  everybody.  It's the same with the gospel, which is much

4  more important.  This is eternity.  You have to tell

5  people.

6    Listen, there's only one mediator between God

7  and man.  The man, Christ Jesus, Immanuel came and died

8  2,000 years ago and he's coming again.  He promises.  But

9  he says, when the son of man cometh, will he find faith on

10 earth?  It's like no one believes anymore.  No one

11 studies.

12   JOSEPH GRENON:  They're blind.

13   MARK GRENON:  Even among the Christians, Joe.

14 Go to the Son, pay my obligation, give a little money, I'm

15 okay with God.

16   JOSEPH GRENON:  They're all brainwashed.  They

17 can't see it.

18   MARK GRENON:  It's become really, really dark on

19 this earth.

20   JOSEPH GRENON:  Mm-hmm.

21   MARK GRENON:  So my message to the world is

22 that -- and I got into it.  I included all the documents,

Page 10

1  folks, that I sent to the FDA. They disregarded it. I
2  told them we're a church. They made it look like, oh,
3  they're a secular church, they're a health church, they're
4  not really religious. Whoa. Hang on. We'll get into
5  this in a little bit what it's all about. But we showed.
6  We're not religious? Everything that goes out has a Bible
7  track in it. Everything we send out has one of these.
8       JOSEPH GRENON: Mm-hmm.
9       MARK GRENON: Spanish, English, has one of these
10 in it. I've been preaching for 40 years, all my kids,
11 we're not criminals, we don't have a record for nothing.
12      JOSEPH GRENON: All I've ever done my whole life
13 is help people as a missionary kid. You know. And then
14 we found this and we got cured, and it's like, wow.
15      MARK GRENON: They're dragging us in front of
16 the world of newspapers. And they're out writing me, so
17 by now I'm just going to send them the newsletter. Read
18 this. See what you're going to take out of that. Take
19 anything. I mean, I said, I wrote. So I'm going to put
20 it in there. And I was tough with them, because they
21 can't take this away from us. Well, they can because they
22 have the guns. I told them, we've stopped. We stopped

Page 11

1  what they told us we're doing wrong. We're not doing it
2  wrong. But we stopped because they have the guns, they
3  have the jails. So we stopped. We asked the Lord, we're
4  in time of prayer, we're going to pray right now and see
5  what the Lord wants to do. At the end of that, if the
6  Lord tells us to keep going, we're going to keep going.
7  But, hopefully, people come to their senses. Folks, this
8  is insanity.
9       Last Friday, three U.S. Marshals -- I got the
10 video here. You can go to that showing -- John was in the
11 yard, just happened to be out. They come up, they put a
12 restraining order on our church door and John was talking
13 to them, and John starts to say, "Listen, you people need
14 the Lord, Jesus Christ, because you people are defending
15 these evil systems, man. What are you doing?" "Oh, well,
16 just giving -- posting. It's our job."
17      Okay. But, listen, you think about what's
18 right, what's moral. The rule of law. The rule of law is
19 useless if the laws are immoral. You can't have a law
20 that's immoral and try to enforce it. And they're telling
21 us we have the right to establish a religion. Whether
22 they like it or not, I have the right to start Genesis II

Page 12

1  Church of Health and Healing.
2       We even mentioned in our Articles of Faith,
3  Jesus Christ is our guide. Don't they check that out,
4  Joe? No, they don't check out anything.
5       JOSEPH GRENON: No.
6       MARK GRENON: They're just trying to put a bad
7  picture to us in the media.
8       I saw the lady on Fox. It was horrible. How
9  can they do this? I had people I went to high school
10 with, "You're a piece of shit, Mark."
11      JOSEPH GRENON: Yeah.
12      MARK GRENON: They don't even know what they're
13 talking about.
14      JOSEPH GRENON: They haven't even looked into
15 it.
16      MARK GRENON: They're doing studies right now in
17 many countries about if chlorine dioxide -- what we use,
18 MMS and this -- can cure the COVID-19. And it's being
19 done by the United States right now.
20      JOSEPH GRENON: The National Institutes of
21 Health.
22      MARK GRENON: It's being done by them. Isn't

Page 13

1  that kind of weird? They're attacking us for something
2  that they're doing studies on. And guess what. If they
3  find out we're right -- which they will -- will they
4  apologize? Will they back around? Will they say
5  anything? Will they promote it? Will they say they,
6  "Look at this, we do have a cure"? No, because they want
7  vaccines and they want medicines and antibiotics and all
8  this other stuff. We don't want that, or vaccines. We
9  want freedom. Well, Bill Gates says, "No. Everybody
10 needs to get it." Fauci says, "No. Everybody needs to
11 get it." Those guys need to be tarred and feathered.
12 They're evil. Check the history of these murderers.
13 India is taking them to court, Joe. They did a vaccine
14 here among the girls, where, Carmen.
15      JOSEPH GRENON: Carmen de Bolivar.
16      MARK GRENON: 1200 girls were infected. We went
17 there.
18      JOSEPH GRENON: In one town.
19      MARK GRENON: One town.
20      JOSEPH GRENON: In one city.
21      MARK GRENON: We went there. Right?
22      JOSEPH GRENON: Mm-hmm.

Page 14

1  MARK GRENON:  Talked to a few there.  One of
2  them is kind of like this.  And they've got a big lawsuit
3  against Merck.  So no one wants to get healed now because
4  they want -- this is insanity, folks.
5      HPV given to boys that don't even have a vagina.
6  Hepatitis B, given to babies.  And it's only for
7  hepatitis -- people with hepatitis, intravenous drug
8  users, and prostitutes.  What little kid needs -- they put
9  this in the system because they control the system.  And
10  this is why these books -- I tell everybody, you want to
11  do me a favor?  Get my e-book.  Get this e-book.  Why?
12  Because it's telling you why they're hitting us so hard.
13  They're not hitting us because of the corona thing or
14  saying that.  They're just using that as an excuse.
15      JOSEPH GRENON:  Mm-hmm.
16      MARK GRENON:  Why would Jim Humble -- he just
17  sells books.  Right?  Doesn't take donations for products
18  or nothing, and they attack him because he said, "Look,
19  you can get rid of this by doing this."
20      JOSEPH GRENON:  Exactly.
21      MARK GRENON:  We did, too.  They come after us.
22  But Trump says, "Let's try that," and they just try it.

Page 15

1  And I saw all the side effects on that one.
2      JOSEPH GRENON:  Oh, I saw something that came
3  out in the Spanish magazine that said most of the people
4  that took that stuff when they were COVID-19 positive died
5  because it's so strong, it's so bad.
6      MARK GRENON:  Yeah, because they're weak.
7      JOSEPH GRENON:  I don't know.  It's more news,
8  probably fake news.
9      MARK GRENON:  I took chloroquine, Joe.
10      JOSEPH GRENON:  Yeah.
11      MARK GRENON:  I took Z-Pak.  The chloroquine, we
12  had double vision and hallucinations.  And it says it in
13  the -- I went through that a couple weeks ago.  Look it
14  up.
15      Okay.  We've got an hour and 20 minute video
16  that we're going to play in a minute.  I wrote the
17  President.  You can read that, what I wrote to him, and
18  read what I wrote to the FDA, FTC, and they just jumped on
19  board because they can.  Who knows, Fauci or someone else,
20  CDC, "Hey, jump on those guys.  Shut them up, or they're
21  going to find out that it works and it works for so many
22  other things."

Page 16

1  Well, they're going to find out in other
2  countries.  I just got some information today, Joe, one
3  country -- a big country, huge country -- is going to let
4  it go as, what do they call it?  Adjuvent, you know, the
5  natural type medicine, Ayurvedic?  Anyway, natural
6  medicines.  And others are testing right now.
7      So after it's all said and done and they find
8  out we're right, what are they going to do, shoot us?
9  It's going to be another Waco just to shut us up?  Well,
10  there's too many people that know.  I get ten testimonies
11  coming in every week.
12      JOSEPH GRENON:  We have a lot of followers.
13      MARK GRENON:  Yeah.
14      JOSEPH GRENON:  We have a lot of people that
15  are -- you know.
16      MARK GRENON:  We need a group of them in the
17  Florida area to surround the church, to surround it and
18  say, "You're not coming in here."  We've got nothing to
19  hide.  What are they going to do, go in and see who's
20  given a donation or seeing the thing that we showed them?
21      JOSEPH GRENON:  Yeah.  They know everything --
22      MARK GRENON:  Yeah.

Page 17

1      JOSEPH GRENON:  -- that we do.
2      MARK GRENON:  They're trying to get us
3  interstate transportation.
4      JOSEPH GRENON:  They know everything we do
5  because we put it up.
6      MARK GRENON:  We put it up.
7      JOSEPH GRENON:  We put it up.  We tell you we're
8  doing it.
9      MARK GRENON:  And we're not a commercial entity
10  that they can control.  They hate that.
11      Okay.  Here's the good news, a week of
12  testimonies.
13      My husband was coughing for two weeks and then
14  complained that his lungs started to hurt.  He also has
15  asthma.
16      See?  The things that hit this is people already
17  have problems.
18      JOSEPH GRENON:  Mm-hmm.
19      MARK GRENON:  Those are the ones that die.
20      And he never got tested for COVID since there
21  was no other symptoms.  However, after he said that his
22  lungs hurt, I prepared three drops of chlorine dioxide in

1   a nebulizer, probably gave him more than I should, and he
2   inhaled it. The next day he had no more pain and the
3   cough went away. We are not sure what it was but it did
4   scare us and CD made some change here. So we are all
5   healthy and happy, and we always have chlorine dioxide in
6   the house. Bob.
7        Another one.
8        Thank you very much for all you're doing. I
9   believe MMS has saved my life.
10       How can I not continue to help those people? We
11  saved her life. We didn't -- Jessica, I don't know this
12  lady.
13       A very sick mid-40s man had a worm crawl out of
14  his nostril. He had been homeless and in and out of jail.
15  Started him on one drop eight hours a day. Within hours,
16  little black bugs started coming out of his skin, his
17  ears, and his toes. His mother thought she had lost him
18  before the MMS. They are both amazed. Bugs still
19  hightailing it. Tom.
20       Gets in there.
21       JOSEPH GRENON: Stuff coming out.
22       MARK GRENON: The environment's bad for them and

1   they leave because all the toxins they're eating are gone.
2        JOSEPH GRENON: They don't like clean
3   environments.
4        MARK GRENON: Hello, G2 Church. First, my
5   family and I would like to extend our deepest gratitude
6   for what you're doing as a church. This is the first
7   church we've ever wanted to be a part of. Thank you.
8        Because we're honest with the people. We're
9   just doing what we say. We don't hide anything. We're
10  not hiding because we don't want to pay taxes. What's
11  that all about? 40 years I've been a missionary, been
12  around this thing all along. What, I became a missionary
13  so I didn't want to pay taxes?
14       I found MMS back in April 2015, the same week we
15  found out we were pregnant with our daughter. I have
16  already been on a deep research project line to find a
17  cure for my tinea versicolor.
18       Hey, versicolor. People that, go search, find
19  it out. If you believe the mainstream media and the
20  newspapers that are owned by the same people that are
21  attacking us, you're not going to get the truth, folks.
22  They can't put it up. The editors won't let them.

1        Since then -- I had given up on the medical
2   community long ago at this point. Since then, we've been
3   able to use MMS on any scratch, scrape, bruise, blister,
4   bite, burn, or any ailment of any sort with friends and
5   family. We often use it in combination externally. I had
6   a knee-on-knee collision playing soccer and was bedridden
7   for three days after. I didn't do anything about it and
8   went back to work drywall taping, mudding, and had a limp
9   for the following 12 months. My kneecap was loose, and I
10  was able to move it around in a circle underneath the skin
11  because it was so swollen with fluid. Although I was able
12  to walk, every few steps would cause sharp pains behind my
13  knee. I started using DMSO with MMS chlorine dioxide
14  mixed, and within four days the fluid poured out from
15  under the knee, swelling was gone, and within two weeks
16  all pain was gone, as well as tendons, ligaments regained
17  strength, so I'm able to move my kneecap since. Based on
18  what I know about quantum physics, no science holds more
19  truth at the moment that any long-lasting change in the
20  body has to happen energetically first before it can
21  happen materiality. I'm starting to think that the
22  electric charge and CO2 has far more beneficial

1   implications in the body than we are currently aware of.
2   It could be creating the conditions for health to take
3   place.
4        We've said that. We don't know exactly how all
5   the ins and outs are what it's doing to the body, but we
6   know it's safe. There's no side effects. If they are,
7   they are very mild.
8        JOSEPH GRENON: Not with our protocols.
9        MARK GRENON: Yeah.
10       JOSEPH GRENON: That's why we designed these
11  protocols.
12       MARK GRENON: No one's died. Right?
13       JOSEPH GRENON: Yeah.
14       MARK GRENON: And people are saying, this is how
15  it goes. I don't know exactly. Of course, I listen to
16  principles and we see. But the results, this is the
17  results.
18       Anyway, I keep my deep dive into original health
19  teachings and latest updates from unbiased peer-reviewed
20  science papers, especially Heart Math Institute, a great
21  resource. We would love to meet you guys one day and be
22  there for training. Until then, I hope to keep the lines

1  open of communication. I have countless testimonies from
2  people I've shared this information with. Thanks again.
3  Yeah, Carcimo.
4      Hey, send those in. Send us those testimonies
5  in. Let's get them up. Let's prove to the world that
6  this stuff works. They don't want to know. Next
7  week -- I was supposed to do it today -- I want to cover
8  what the Genesis II plan is for health in the world:
9  Self-care, teaching every nation, a base in every nation.
10     They don't want this stuff out, folks. It will
11 make obsolete all the pharmaceutical drugs, and you can
12 make it in your house, which you're probably going to have
13 to start doing. We backed down, stopped for the present
14 time. We don't know if we'll ever start up again. We
15 don't know. It's up to the Lord. But you can make it
16 yourself. What product they're telling you to make it
17 yourself so you don't have to get it from them?
18     Hi, guys. Oh, no. I was pretty sick with
19 something in January for two weeks, but I took MMS and
20 truly believe it saved me. I never got tested so I don't
21 know what it was. Hope you get some good candidates.
22     It was so hard to promote MMS these days.

1  Google presents you with four to five pages of continuous
2  defamation as soon as you type in MMS. Lies.
3      Yeah, they made an algorithm against us. They
4  own YouTube. They took off millions of views, three
5  channels. Thank God we have a backup on BitChute and
6  Brighteon. Well, almost all of them.
7      Hi, guys. Been a while since I emailed. First,
8  I would like to give you a praise report. I had a skin
9  condition called alopecia universalis.
10     I think that's where you got hair loss. Right?
11     JOSEPH GRENON: I think so.
12     MARK GRENON: After the first two-month session
13 on MMS it's completely gone away. Thank you, and thank
14 God. My second question is I might have the coronavirus.
15 I just started a new two-month round of MMS. Thank you,
16 Steven.
17     We answered him. How could we not help these
18 people?
19     Thank you for your information and solutions
20 which have been very helpful over the last couple of
21 years. I had this flu virus a couple months ago and was
22 done within two days, two bad days. Please send me more

1  information on whenever MMS refills are available. Thank
2  you, Dan.
3      Brother Jordan. I've been a longtime supporter
4  of Brother Humble. I've been using MMS for at least 12
5  years. I've always had gastric reaction using citric acid
6  so I purchased the hydrochloric from your site. I like it
7  much better. George.
8      Well, let's start here.
9      I've been taking MMS successfully since 2009.
10 The issue was taste when I ordered the tablets from South
11 Africa and find it doesn't work as well as liquid. That's
12 the problem. Liquid gets rid of my abscess tooth in less
13 than 48 hours. What do you suggest? Thanks, Marcel.
14     Yeah, the tabs came out. Someone always wants
15 to do something different, and Jim -- we asked Jim. We'll
16 try it. We tried it, found out it didn't work that good.
17 And then it started in the little thing it comes in.
18     JOSEPH GRENON: It started dissolving because of
19 moisture.
20     MARK GRENON: Yeah. It's just not good. We
21 said use the drops. They're cheaper and they last longer
22 and they do the job.

1      Hello. I'm sending you this text to let you
2  know what happened. You sent me two kits because I told
3  you my brother works in a hospital. Well, my neighbor got
4  the virus so I gave him a kit and told him the protocol
5  for virus, six drops every two hours. Well, he only did
6  three because it was affecting his stomach.
7      And that's all right. And it will affect your
8  stomach a little bit.
9      JOSEPH GRENON: That's a strong dose.
10     MARK GRENON: Yeah.
11     I told him to cut back, but he said he was done
12 with it.
13     He only did it four times? How many times?
14     JOSEPH GRENON: Three doses.
15     MARK GRENON: Three doses.
16     Then one day later he tells me he felt much
17 better, then two days later said he felt brand-new, even
18 doing pushups. That was just on three doses. He went
19 three three-drop doses. He went from the sickest he's
20 ever been to doing pushups, just to let you know. Hope
21 it's useful information to you.
22     JOSEPH GRENON: Three six-drop doses, I think he

Page 26

1  said.

2  MARK GRENON: No, but brought it down to one,

3  down to three. He tried six, then said it was too strong

4  so he did three doses two more times. That's it. The

5  guy's doing pushups in three days. How can we not tell

6  the people, folks? This has to get out.

7  This is something you can have in your home, you

8  can make yourself, and the rest of your life you don't

9  need to go to doctors. Unless it's an emergency, of

10  course. We need hospitals. And one of the things I want

11  to tell the world next week about, how we want to set up

12  countries' self-care system is have hospitals. I worked

13  in surgery. I've seen, the mechanics are great. Surgeons

14  can do a lot of stuff, and dentists and things, delivering

15  babies. You can have them at home but, you know, it's

16  gross and dirty.

17  JOSEPH GRENON: But most of all, just have the

18  right to take care of your own health.

19  MARK GRENON: Exactly.

20  JOSEPH GRENON: Use this because, first of all,

21  it's sacred to us. It's cured us. And look at all these

22  testimonies.

Page 27

1  MARK GRENON: Joe, we're putting up like a

2  hundred a week now. We've got about 2,000 that we need to

3  get up that didn't get up. If you go to

4  G2worldwidemissions.org. Right?

5  JOSEPH GRENON: I think so. Yes.

6  MARK GRENON: Check it out, please. We get so

7  many different things. Then you can see, there's over

8  1,000 testimonies there. They're not categorized, but

9  we're taking them and putting them up at the categorized

10  site MMStestimonials.co. You can read them. Folks, the

11  evidence is there. They don't want it because it's going

12  to collapse their monopoly. That's what I was telling in

13  the video. They don't want this.

14  Now, after you read the newsletter that's going

15  to come up -- and I'm going to skim through -- I want you

16  to write this attorney. And I'm not saying blaming him.

17  He was told by the FDA to take on this thing, and they

18  took it on -- the Department of Justice, that's who he

19  works for -- and he sent this. He could be a good guy, I

20  don't know, but what he's doing is wrong. Okay? You can

21  write him, you can send him emails, you can call him.

22  Then the judge that signed the restraining order, write

Page 28

1  her. I have no idea who she is, never talked to her.

2  Write her. Even her telephone is there. Write her. Tell

3  her what you've experienced. You get tens of thousands of

4  people writing these people. And I put in the

5  director -- well, not director of the FDA, but he's in

6  charge of compliance.

7  Well, we're not going to be under compliance to

8  them because they're not over us. We've got nothing to

9  hide. We're not hurting anybody. We're not hiding as a

10  church. I was already a church when Jim came to us,

11  missionary. The head of the FTC, write him. Write the

12  President. Everybody, go there. It's email thing, put it

13  in there, boom. You can write to 1600 Pennsylvania

14  Avenue. One guy said put "urgent and confidential" and

15  he'll open it. I don't know. Just, folks, you've got

16  to -- it's time to rally. Okay? It's time to rally.

17  JOSEPH GRENON: G2worldwidemissions.org.

18  MARK GRENON: Yeah, not church.

19  G2worldwidemissions.org. That's in our description.

20  JOSEPH GRENON: Mm-hmm.

21  MARK GRENON: Go there. A lot of stuff.

22  So, I'm writing this in response -- this letter

Page 29

1  now, to the temporary restraining order, TRO, received by

2  the DOJ, but more importantly to the people of the world

3  to hopefully explain what has unjustly happened to Genesis

4  II Church of Health and Healing and expose the blatant

5  disregard for logic and the gross negligence of the First

6  Amendment in regard to the establishment of religion and

7  its practices. See if they can put us into something, but

8  we're under there. Whether they like it or not, we're

9  under the First Amendment, and you cannot stop the

10  exercise thereof of our beliefs.

11  Well, I don't believe that's a -- I don't care.

12  I showed you the verses that we need to cleanse ourselves,

13  keep it cleansed. That's why this works. In the book

14  here, it shows you why it works: Because it gets the

15  toxins out which are defiling your body which will kill

16  you, God says.

17  And the second one volume will show you what

18  we've been doing, and all the way along.

19  JOSEPH GRENON: Will prove to you that we are a

20  full-blown church.

21  MARK GRENON: Yeah.

22  JOSEPH GRENON: Bible believing, Jesus Christ

Page 30

1 believing.

2 MARK GRENON: Exactly. But also show you,
3 everywhere we went they were attacking us since day one.

4 JOSEPH GRENON: Yeah.

5 MARK GRENON: The FDA tried ten years ago to
6 shut us down in the Dominican. We said no, we're a
7 church.

8 JOSEPH GRENON: In England. A few years ago.

9 MARK GRENON: Get outta here. In England, we
10 threw them out. Now America's going to stand up. Well,
11 this is the dividing line. This is the red line. We're
12 standing on it, and we need tens of thousands of people to
13 stand behind us. Write in, go to the place and surround
14 us.

15 I hope you see the lies, half-truths, disregard
16 to truth, manipulation of hacks and codes, downright lack
17 of care for truth. It can only be that the FDA and the
18 DOJ are not defending the U.S. Constitution in regard to
19 the First Amendment and this case for sure.

20 If you watch the G2 Church documentary, it's
21 free, everybody should watch it. It's in ten languages.
22 Hebrew's being done now. That will be the 11th.

Page 31

1 Quantumleap.is. Read my books. Read my books. You will
2 understand why so many government agencies are hellbent,
3 literally. Some of these people will go to hell, not
4 because they're attacking us, because they hate God.
5 They're ungodly and they'll do anything to follow Bill
6 Gates and those Satanists, literally, only defending the
7 special interest groups that support them and even created
8 them and pay them.

9 The CDC. What do they do having 30 patents of
10 vaccines and medicines and make billions? What are they
11 doing? Does the world know that? I told the world. You
12 need to understand real history to understand why we, as a
13 church, are experiencing this attack today from the health
14 and medical watchdogs -- or, should I say, lapdogs.
15 They're lapdogs. They're defending them, and they've got
16 all the power behind them. They've got the guns, they've
17 got the private jails, they got the lawyers. They don't
18 have to spend a dime because it's already there.

19 So I put it in the excerpt from the part that I
20 really -- some parts I want you to read from my first
21 book. Okay? Chapter 1. Excuse me. Volume 1, chapter 2.
22 I'm not going to read it now, but it shows you their

Page 32

1 educational system back in the early 1800s in Prussia,
2 what they planned and they adapted in America -- it's
3 worked -- to keep everybody blind. In fact, the result
4 wanted to be -- the result will be people will think what
5 someone else told them to think about -- the media,
6 schools, universities -- when to think it, because they
7 have the TV on, how long to think about it and when to
8 stop thinking about it and when to think about something
9 else. Just change the channel or change the topic, and
10 let the talking heads read their screens. They don't even
11 know what they're reading half the time.

12 So this was implemented in the late 1800s
13 and -- under Peabody Foundation, and guess who pushed it.
14 Carnegie and those guys.

15 I want to read you something. Andrew Carnegie,
16 1890s. These same people own the same things that they
17 own today. Okay? Rockefeller, Carnegie, JP Morgan, you
18 go to Johns Hopkins or First Allopathic University, and
19 they had so much money, they pushed everybody out.
20 Holistic, homeopathic-type people went from natural cures,
21 natural remedies to all toxic chemical kind of Nazi type
22 stuff.

Page 33

1 The Gospel of Wealth, he wrote. He said,
2 essentially stated, the free enterprise and capitalism no
3 longer exists in the United States because he and
4 Rockefeller owned everything, including the government,
5 and that competition was impossible unless they allowed
6 it. That's exactly -- they don't want any competition
7 unless they allow it. Do you think they're going to allow
8 us without a fight? No. The American people have to cry
9 out, and it has to be put. Maybe we need an addendum that
10 you cannot -- in bold letters, under the First Amendment:
11 This applies to all churches, religions. It says it, but
12 maybe they have to clarify it even more.

13 JOSEPH GRENON: Yeah.

14 MARK GRENON: Carnegie proposed that men of
15 wealth form a synthetic free enterprise based on cradle to
16 grave schooling. I'm telling you, folks, you've
17 got -- they got into eugenics, they got into population.
18 They castrated inmates in Michigan in 1898 and the
19 feeble-minded. They didn't want them to reproduce. Bill
20 Gates' parents were involved in abortion and
21 sterilization, now vaccinations. And he said: I want to
22 depopulate the world by vaccination. Read it. Go to

Page 34

1   YouTube and look up Bill Gates depopulation. He's talking
2   about carbon dioxide, which is essential for life.
3        JOSEPH GRENON: Yeah.
4        MARK GRENON: We've got to cut this down, and
5   one of the biggest culprits are people breathing. So
6   let's cut that population down -- because he's already
7   doing sterilization, abortions, and drugs and make people
8   sick and die -- and let's do, my favorite, vaccinations.
9        JOSEPH GRENON: This is all because of the
10  theory of global warming.
11        MARK GRENON: Yeah. And people believe it when
12  it's the most ridiculous thing on earth. Really? I want
13  to clean up. I want to have hemp plants all over the
14  world and get rid of plastics. Make cars out of hemp.
15  Get rid of all this synthetic, artificial crap that's
16  polluting our world. But they use carbon dioxide to try
17  to get people to -- what are you talking about?
18        One guy wrote me -- no, called me. A very
19  influential guy. I'm not going to mention his name. He
20  said: Mark, the whole world is cleaning itself up. The
21  skies over China are clearing, the rivers are getting
22  cleaned up, the oceans. We just stopped polluting because

Page 35

1   we're in the houses.
2        JOSEPH GRENON: Yeah, exactly.
3        MARK GRENON: Right?
4        JOSEPH GRENON: It's not the people.
5        MARK GRENON: No.
6        JOSEPH GRENON: It's what the people are doing.
7        MARK GRENON: Exactly. It's not the breathing.
8        JOSEPH GRENON: What are they called, the --
9        MARK GRENON: But the same people. That's what
10  I was trying to get, the same people own, Joe, the media,
11  they run the FDA. And I don't care if the FDA knows that
12  and gets pissed at us. I don't care. The truth is the
13  truth. Prove me wrong. When heads of FDA come from the
14  pharmaceutical and then go to the CDC and vice versa, they
15  just switch seats. They keep everybody rolling. Keep
16  Merck going, Murdoch, GlaxoSmithKline, Murdoch, the
17  newspapers you own. Push the vaccines in Australia,
18  England, United States, Fox News, Sky News. Eh?
19  Rockefeller Institute for Medical Research, 1909 -- 1901.
20  Eh? You get them research. Eh?
21        Folks, you have to see. Look at what
22  Rockefeller wrote in 1904. Occasional letter details

Page 36

1   plans to mold the people, reduce natural intelligence to
2   the lowest common denominator. He said this, boldly.
3   Destroy parental influence, traditions and customs, and
4   eliminate science and real learning in order to perfect
5   human nature.
6        JOSEPH GRENON: That makes a lot of sense.
7   Right?
8        MARK GRENON: Makes no sense.
9        JOSEPH GRENON: To make everybody --
10        MARK GRENON: It's insanity.
11        JOSEPH GRENON: Let's make everybody messed up
12  so we can make a perfect world.
13        MARK GRENON: And they put up a eugenics
14  laboratory in 1904, and they got the fluoride. The Mellon
15  family, Alcoa, they got that put in the water and they
16  know it's a neurotoxin. The dentists even said this is
17  horrible stuff. It's cancer causing. No, but they just
18  kept going. They just kept going, Joe.
19        JOSEPH GRENON: They don't care. That's what
20  they want.
21        MARK GRENON: The FDA back then was called the
22  Food and Drug Act, 1905.

Page 37

1        So this is where I'm going to stop, Joe, and
2   then tell people what is in the rest of the letter. We
3   need your help, especially your prayers, folks, more than
4   anything.
5        Last night I was thinking about all this stuff,
6   thinking about all this stuff, haven't been able to sleep
7   good, John II, thinking, Mark, this is all superficial
8   crap, MMS and all this stuff. Preach the gospel. That's
9   what's going to get you. Preach the gospel. That's the
10  most important thing. Preach the word of God. Then
11  people, when they accept me, then they can think straight.
12  They can't think straight. They're lost without God,
13  without becoming complete.
14        We're being forced to stop under duress, okay,
15  sending our church sacraments to people in need. So we're
16  calling this a time of prayer. You go to our site. It's
17  under -- no, it's on pause, I think, or something. We're
18  going to be in a time of prayer while we ask the Lord what
19  to do. We're asking the Lord to show the world -- and,
20  boy, if he does, everybody's going to sit back. And that
21  might be what's needed to kick these people's -- or make
22  people's eyes open.

Page 38

1    Yeah, we'll back you, Lord.  Yeah, after Goliath
2  is dead and David stood up.  We've got to be like the
3  Davids.  And, by the way, I've stood in that valley, went
4  down to the brook, and Jonathan and I and they were all
5  around smooth stones.  I even have a few here.  Yeah,
6  okay, we'll be the Davids.  We'll be the Davids.  But when
7  the giant's killed -- why don't we get a bunch of Davids
8  behind us, because there's a bunch of giants we're going
9  to have to kill.
10    Let's show the world why the sacrament is needed
11  to have the Lord stop this persecution of the First
12  Amendment rights.  The guys that did this.  Oh, they
13  weren't believers.  They weren't?  They started the
14  American Tract Society, Joe, the Congress did, to pass out
15  Bible tracts around the world.  And the first 88
16  universities out of 100 in America were Bible colleges.
17  Harvard, Yale, Princeton.  Bible colleges.  And these same
18  people wrote, we've got to protect that.  You can't stop
19  us from starting churches and practicing what we believe.
20  Can't stop us.  That's why they left England.  And now,
21  200-something years later, we're sitting there fighting
22  what they made really clear.

Page 39

1    JOSEPH GRENON:  Mm-hmm.
2    MARK GRENON:  We're going to fight.
3    JOSEPH GRENON:  Something that can never be
4  changed.
5    MARK GRENON:  This isn't a preference, folks.
6  This is a conviction.  We'll be willing to die for it.  I
7  know Jonathan.  He would be willing to die, but he doesn't
8  want to see his kids die and his wife -- pregnant
9  wife -- die and his mother there.  He doesn't want to see
10  there.  You know?
11    So everything is going to be peaceable.
12  Peaceable.  We've got nothing to hide.  But you're not
13  coming in.  You're not coming in a church.  It's a
14  sanctuary.  A church can give asylum to people, like an
15  embassy.  Even the sheriff confirmed it, yeah, they can't
16  come in.  They cannot come in.  The Department of Justice
17  has no authority over a church.
18    So it's going to be maybe the second shot fired
19  around the world for the American Revolution.  This might
20  be the second American Revolution defending the First
21  Amendment.
22    I ask the Lord to do obvious things to silence

Page 40

1  these evil players that the world will wonder at His power
2  and might.  You saying, what do you want everybody dead
3  that's against you?  No, because they'll spend eternity in
4  a place separated from God.  And the Bible says that he
5  weeps.  God is not willing that any should perish that
6  they all come to repentance.  He commands every man
7  everywhere to repent.  He wants every man -- to repent
8  means change of mind.  You're going this way, what you
9  want to do.  I want to do this.  I don't need God.  And
10  you turn around and say, "I need the Lord, Jesus Christ."
11    Immanuel, he came for the most historical fact
12  and our towns that date to Jesus Christ.  Even Josephus, a
13  nonbeliever, said, yeah, he was there.  In fact, he also
14  went by Sodom and Gomorrah, and said you can see 2,000
15  years later the burnt ashes.  And nowhere around those,
16  the whole way up, are there any burnt ashes anywhere
17  except those five places.  And the sulphur balls are only
18  in those five places.
19    JOSEPH GRENON:  Yeah.
20    MARK GRENON:  Which burned so hot it changed
21  limestone to calcium sulphate.  That's the God I'm talking
22  to.  God, do this, please.  Don't kill them.  Just make it

Page 41

1  obvious that this has to change.  Maybe the
2  President -- one guy says, well, the President's in with
3  the pharmaceuticals.  Maybe the President will open his
4  eyes and say, "Leave these people alone.  Leave churches
5  alone."  I even have a quote from him in January that says
6  one of the most important things is the freedom of
7  religion.
8    So what can you do?  Pray.  Get these videos
9  we've got here, below here, my video I did the other day
10  that I've asked you to watch, let's get that to everybody.
11  Send a letter to the President.  Read the letter I put in.
12  You can send that again.  Respond to the FDA.  Write the
13  President, write the Attorney General, ask them for relief
14  we asked them for.  "Oh, you're just trying to save
15  yourself."  Let a thousand people ask them.  Maybe they'll
16  put everything on pause until they check it out.  And when
17  they check it out, they're going to find no one died,
18  contrary -- and ABC said some guy died, and they found out
19  this guy's wife died not from two drops of MMS.  The night
20  before, she left a party deathly sick before she ever went
21  home and took this.  She was practicing with medicine --
22    JOSEPH GRENON:  Malaria.

1    MARK GRENON: An experimental medicine and died
2  from methemoglobinemia -- a big long word -- which
3  doesn't let your red blood cells absorb oxygen. She died.
4  Sad. But no one's died, folks, from chlorine dioxide.
5  It's impossible. Even people that drank it like this --
6    JOSEPH GRENON: Sodium chloride.
7    MARK GRENON: They didn't die. They had their
8  stomach pumped, they got sick. Check it out.
9    JOSEPH GRENON: In these protocols, we designed
10  them so you could slowly take it as you need.
11    MARK GRENON: I sent the FDA clinical studies of
12  people taking it, and at the end of these six weeks of
13  these three groups, it said no physiological damage
14  whatsoever.
15    JOSEPH GRENON: No change. Yeah.
16    MARK GRENON: So, but they disregard that. Oh,
17  no, we're just going to you attack anyway. And you're
18  just a -- you're not even a church. You're a secular.
19  Even if I was a secular church, it's still -- like a
20  satanic, a satanic church can exist. And they're a
21  satanic church, they're not on God's side, they're on the
22  godless world side. Atheistic churches, that is a secular

1  church. They exist. They have rituals they do, and they
2  cut blood and they -- Joe, they can exist and we can't.
3  The freaking -- what is it called in California, they go
4  there everywhere and do that owl, all the -- what is it
5  called Bohemian Grove. That exists.
6    The problem is they have a club -- and this is
7  while I'll never step in a courtroom. Never. If they
8  drag me in -- you'll have to drag me in. Won't talk,
9  won't sit down, won't sign anything, because it's a club,
10  folks. The Department of Justice is not -- I hope it
11  cleans up, but right now it's not justice. They're all
12  part of the bar association. The judge, the lawyer, the
13  prosecuting lawyer, the defense lawyer, the attorney.
14  Look up the word attorney. There's five bars in the
15  world, around the world, Canada, America, England,
16  Australia, and New Zealand. They're all in the same club.
17  That's why they go in and say, "Okay, we've got to do this
18  and that." They all work together. The truth has no
19  place most of the time in this.
20    We saw a guy go to jail, and he had a private
21  club. Go back and interview him. I mean, go watch it,
22  Daniel Smith. All he's doing is helping his members with

1  things, and they still busted in. They did everything to
2  him, and he had to go to jail.
3    Well, we're the Davids, I guess, now. Lord,
4  help this David. We're not scared. We just think it's so
5  silly what's going on. It's sick.
6    So you can watch the marshals putting that on
7  our church door. Get the Quantum Leap to everybody. Just
8  watching that, you'll say, "What are these people doing
9  wrong?" Listen to this G2 Voice. Pass this around. All
10  these are free things. Write those officials that we
11  mentioned to you. Become a member this month. That will
12  help us. We have no donation income from our products and
13  stuff. I sell my books and things, but we stopped. Okay?
14  You can help us there. Get your membership up to date if
15  you are a member. You might want to get the online course
16  so you can learn how to do everything yourself. If they
17  kill us, we're out of the way, at least you'll have the
18  information to do everything yourself. Please, get both
19  of my e-books. It will cost you $20 and you'll have it
20  immediately in an e-book, and you'll be able to click on
21  things.
22    Sign up for this stand for

1  freedom -- standforhealthfreedom.com. They tried even
2  that place to religious freedom, too, okay, not just
3  health freedom. And there's a group there. Sign up.
4  Let's get 20, 30,000 people there. Write them. Let's
5  them know what's going on.
6    Then I put in a few really good doctors, man,
7  that are speaking up about all this stuff. And I
8  hope -- I know Dr. Shiva talks to President Trump. I
9  don't know if the other one has yet, or someone gave it to
10  him. But, boy, I hope they back away from these evil
11  people that are around them, man.
12    So below is my response to the unlawful order
13  sent to us and posted on the door of our G2 Church in
14  Florida. Just because the FDA submits a TRO and the
15  DOJ -- Department of Justice -- signs the order, it
16  doesn't mean it has to be obeyed or even given attention.
17  They hate this. It's called civil disobedience. We will
18  not be participating in any of the injustice. This is
19  gross and I believe criminal negligence from a very
20  incompetent agency called the FDA. They're devious. The
21  DOJ's participating by signing an unconstitutional order
22  to stop a church from exercising its practices which the

Page 46

1  FDA and DOJ have no control over whatsoever.  They don't.
2      So please read what I've written and delivered
3  by registered mail to the DOJ, the FDA.  May the Lord be
4  glorified in exposing this repugnancy to the U.S.
5  Constitution.  I put four documents after this one.  It's
6  long, but I want everybody to know what I've said, what
7  they're saying.  So read them, please, folks, and help us
8  at this time.  Okay?
9      The restraining order's right there, and I'll
10 read three things and I will close here and let you hit
11 that, Joe.
12      All laws which are repugnant
13 against -- repugnant to the Constitution -- I mean, the
14 Constitution, like, what?  This is totally opposite of
15 what it's saying -- are null and void.  Anything that is
16 against the Constitution, any law, is null and void.  Not
17 just for against religion.  Any law.  Like the Second
18 Amendment.  And that's for if they don't listen to the
19 First Amendment.
20      JOSEPH GRENON:  Mm-hmm.
21      MARK GRENON:  You've got the Second.  Right?
22 When Congress does immoral things, passes immoral laws,

Page 47

1  that's when you pick up guns.  Right?
2      I put this in:  Nothing is lawfully right that
3  is morally wrong.  Does that make sense to you?  We are
4  practicing civil disobedience against this unjust order,
5  and that's what we're doing.  So whatever the news media
6  said -- and I'm going to probably send this to the news
7  media, every one of them that wrote me.  Let's see what,
8  they might take out one word here, one word there, and
9  make up something totally different.
10      JOSEPH GRENON:  Yeah.
11      MARK GRENON:  But if they put up anything I'm
12 saying, maybe some people will start waking up.  The
13 Drudge Report covered something out of Newsweek.  Forbes
14 wrote me.
15      JOSEPH GRENON:  CNN.
16      MARK GRENON:  You want it?  Read this.  Put this
17 up.
18      JOSEPH GRENON:  Yeah.
19      MARK GRENON:  We'll see.
20      JOSEPH GRENON:  Send them all the links.
21      MARK GRENON:  So, please.  Joe, hit that.
22 Please listen to this.  It's in video, too.  Watch it.

Page 48

1  And please, folks, pray about physically we need you
2  there.  Physically and prayerfully we need you right now
3  for the freedom.  And this could bust open, to open up
4  chlorine dioxide, not just in our church.  Our
5  church -- if every doctor and every pharmacy had it over
6  the counter, you could get it and change the world.  And I
7  want that.  But we're not going to change what we're
8  doing, because it's not just MMS.  It's we're preaching
9  the gospel.  We're going to teach people how to produce
10 it, go back to their villages, make it, and create jobs.
11      JOSEPH GRENON:  Have a nontoxic life.
12      MARK GRENON:  Right.  The four points of what to
13 do to clean out their body, and then other things we're
14 proposing as a church.  We're going to keep on.
15      So folks -- Joe, hit that.
16      [Music].
17      MARK GRENON:  Okay.  So, folks, you saw all
18 that.  The ball's in your court, if you believe it or not.
19 And in those testimonies we have, folks, everybody that
20 has a testimony, write in, please.  We're not begging you.
21 We're asking you nicely, please.
22      You're going to see that -- you saw what I

Page 49

1  wrote.  But I also wrote to Mr. Feeley and said this is
2  ridiculous.  And they don't care.  They kept hitting us.
3  I wrote the President.  Maybe it worked, because there's
4  some -- there's a couple tests going on being backed by
5  the National Institutes of Health.  If that proves right,
6  boy, they're going to look like idiots arresting us for
7  this, especially as a church.  I don't think they can
8  arrest us.  Maybe they can.  Who knows what these people
9  can do.  But I don't care.
10      Then the response to the FDA warning, that's a
11 long one and I spent a lot of time in that one.  I had
12 lawyers read it and say that was one of the best defenses
13 I ever saw of a church of First Amendment.  And then I put
14 in a stop harassment order.  I want you to read that.  I
15 sent it to them registered:  Stop this harassment of
16 violating our rights.  If you don't, you're hurting us.
17 And these points, even there's some fear and anxiety and
18 stress among the families members that are involved,
19 people come in with guns, look at what could happen.  You
20 want a Waco?  Do they want a Waco?  They can say you
21 pulled the gun and just shoot you and you don't even have
22 a gun?  What's going to happen here?

Page 50

1      Thank you.  Next week, I'm going to come with a
2   plan.  It's our tenth anniversary, folks, and I'm enjoying
3   it.  And we're going to get another ten years, Joe.  With
4   the Lord's help, the next ten years might be wide open for
5   us.  The FDA might be dissolved or made correct, honest.
6   The same with the CDC, the same with the EPA, and the same
7   with the Department of Justice.  You want to clean up the
8   swamp?  Let's clean up those things.  And they're
9   attacking us unreasonably.  Let's get this around the
10  world.
11      God bless you.  And remember, we're in a health
12  revolution.  Pray to the Lord, Jesus Christ, for relief.
13  God bless you.
14      JOSEPH GRENON:  God bless you, Lord.
15      [Music].
16
17
18
19
20
21
22

**WORD INDEX**

**< $ >**
$20  44:19

**< 0 >**
0001  1:1

**< 1 >**
1  31:21
1,000  27:8
100  38:16
11th  30:22
12  20:9  24:4
1200  13:16
13  6:11
1600  28:13
1800s  32:1, 12
1890s  32:16
1898  33:19
1901  35:19
1904  35:22  36:14
1905  36:22
1909  35:19

**< 2 >**
2  31:21
2,000  9:8  27:2
  40:14
20  6:13  15:15
  45:4
2009  24:9
200-something
  38:21
2015  19:14
2020  2:4
26th  2:3

**< 3 >**
30  31:9
30,000  45:4

**< 4 >**
4:00  3:22
40  10:10  19:11
48  24:13

**< 5 >**
5  7:4

**< 8 >**
88  38:15

**< A >**
a.m  3:22
ABC  41:18
able  20:3, 10, 11,
  17  37:6  44:20
abortion  33:20
abortions  34:7

abscess  24:12
absorb  42:3
accept  37:11
acid  24:5
Act  36:22
adapted  32:2
addendum  33:9
Adjuvent  16:4
advantage  6:7, 9
advocate  5:2, 10
affect  25:7
Africa  24:11
agencies  31:2
agency  45:20
ago  9:8  15:13
  20:2  23:21  30:5, 8
ailment  20:4
Alcoa  36:15
algorithm  23:3
Allopathic  32:18
allow  33:7
allowed  33:3
alopecia  23:9
amazed  18:18
Amendment  29:6,
  9  30:19  33:10
  38:12  39:21  46:18,
  19  49:13
America  6:4  32:2
  38:16  43:15
American  33:8
  38:14  39:19, 20
America's  30:10
Andrew  32:15
anniversary  2:14
  50:2
answered  23:17
antibiotics  13:7
anxiety  49:17
anybody  2:9  6:10
  28:9
anymore  9:10
Anyway  16:5
  21:18  42:17
apologize  13:4
applies  33:11
April  2:3  19:14
area  16:17
arrest  49:8
arresting  49:6
Articles  12:2
artificial  34:15
ashes  40:15, 16
asked  7:21  8:15
  11:3  24:15  41:10,
  14
asking  4:6  37:19
  48:21
association  43:12
asthma  17:15

abscess  24:12
asylum  39:14
Atheistic  42:22
attack  14:18
  31:13  42:17
attacking  13:1
  19:21  30:3  31:4
  50:9
attention  45:16
attorney  27:16
  41:13  43:13, 14
Australia  35:17
  43:16
authority  39:17
available  24:1
Avenue  28:14
aware  21:1
Ayurvedic  16:5

**< B >**
babies  14:6  26:15
back  13:4  19:14
  20:8  25:11  32:1
  36:21  37:20  38:1
  43:21  45:10  48:10
backed  22:13  49:4
backup  23:5
bad  12:6  15:5
  18:22  23:22
balls  40:17
ball's  48:18
bar  43:12
bars  43:14
base  22:9
based  2:6  20:17
  33:15
becoming  37:13
bedridden  20:6
begging  48:20
beliefs  29:10
believe  18:9  19:19
  22:20  29:11  34:11
  38:19  45:19  48:18
believers  5:20
  38:13
believes  9:10
believing  29:22
  30:1
beneficial  20:22
best  49:12
better  24:7  25:17
Bible  5:2  10:6
  29:22  38:15, 16, 17
  40:4
big  14:2  16:3
  42:2
bigger  3:2
biggest  34:5
bill  5:14, 16  13:9
  31:5  33:19  34:1
billions  31:10

birth  2:5
bit  10:5  25:8
BitChute  23:5
bite  20:4
black  18:16
blaming  27:16
blatant  29:4
bleach  7:3
bless  50:11, 13, 14
blind  9:12  32:3
blister  20:3
blood  42:3  43:2
board  15:19
Bob  18:6
body  6:21  20:20
  21:1, 5  29:15
  48:13
Bohemian  43:5
bold  33:10
boldly  36:2
Bolivar  13:15
book  29:13  31:21
books  14:10, 17
  31:1  44:13
boom  28:13
bother  9:1
boy  2:17  4:18
  37:20  45:10  49:6
boys  14:5
brainwashed  9:16
BRANCH  1:8
brand-new  25:17
breathing  34:5
  35:7
Brighteon  23:6
broadcast  2:3
brook  38:4
Brother  24:3, 4
  25:3
brought  26:2
bruise  20:3
bugs  18:16, 18
bunch  38:7, 8
burn  20:4
burned  40:20
burnt  40:15, 16
bust  48:3
busted  44:1

**< C >**
calcium  40:21
calendar's  2:5
California  43:3
call  16:4  27:21
called  23:9  34:18
  35:8  36:21  43:3, 5
  45:17, 20
calling  37:16
Canada  43:15
cancer  7:12  8:22

36:17
candidates  22:21
capitalism  33:2
carbon  34:2, 16
Carcimo  22:3
care  5:19  26:18
  29:11  30:17  35:11,
  12  36:19  49:2, 9
Carmen  13:14, 15
Carnegie  32:14, 15,
  17  33:14
cars  34:14
case  30:19
castrated  33:18
categories  4:13
categorized  7:14
  27:8, 9
cause  20:12
causing  36:17
CD  18:4
CDC  8:10  15:20
  31:9  35:14  50:6
cells  42:3
change  2:18  18:4
  20:19  32:9  48:8
  41:1  42:15  48:6, 7
changed  3:18
  39:4  40:20
channel  32:9
channels  23:5
Chapter  31:21
charge  30:22  28:6
cheaper  24:21
check  12:3, 4
  13:12  27:6  41:16,
  17  42:8
chemical  32:21
China  34:21
chloride  42:6
chlorine  12:17
  17:22  18:5  20:13
  42:4  48:4
chloroquine  7:7
  15:9, 11
choice  7:20, 22
choose  8:7
Christ  2:4, 9  5:20
  9:7  11:14  12:3
  29:22  40:10, 12
  50:12
Christians  9:13
Church  1:11  2:17
  3:7, 14  10:2, 3
  11:12  12:1  16:17
  19:4, 6, 7  28:10, 18
  29:4, 20  30:7, 20
  31:13  37:15  39:13,
  14, 17  42:18, 19, 20,
  21  43:1  44:7
  45:13, 22  48:4, 5,
  14  49:7, 13

churches 33:11
  38:19 41:4 42:22
circle 20:10
citric 24:5
city 13:20
civil 45:17 47:4
clarify 33:12
clean 19:2 34:13
  48:13 50:7, 8
cleaned 34:22
cleaning 34:20
cleans 43:11
cleanse 29:12
cleansed 29:13
clear 38:22
clearing 34:21
click 44:20
clinical 42:11
close 46:10
club 43:6, 9, 16, 21
CNN 47:15
CO2 20:22
codes 30:16
cohost 2:11
collapse 27:12
colleges 38:16, 17
collision 20:6
combination 20:5
come 3:13 11:7,
  11 14:21 27:15
  35:13 39:16 40:6
  49:19 50:1
comes 5:10 24:17
cometh 9:9
coming 7:15 9:8
  16:11, 18 18:16, 21
  39:13
commands 40:6
commercial 17:9
common 36:2
communication
  22:1
community 20:2
competition 33:5, 6
complained 17:14
complete 37:13
completely 23:13
compliance 28:6, 7
condition 23:9
conditions 21:2
confidential 28:14
confirmed 39:15
Congress 38:14
  46:22
conniving 4:12
Constitution 38:18
  46:5, 13, 14, 16
CONSUMER 1:8
continue 18:10
continuous 23:1
contrary 41:18

control 14:9
  17:10 46:1
conviction 39:6
corona 14:13
coronavirus 23:14
correct 50:5
cost 44:19
cough 18:3
coughing 17:13
counter 48:6
countless 22:1
countries 12:17
  16:2 26:12
country 16:3
couple 7:16 15:13
  23:20, 21 49:4
course 8:21 15:5
  26:10 44:15
court 13:13 48:18
courtroom 43:7
cover 22:7
covered 7:7 47:13
COVID 6:6, 15
  17:20
COVID-19 12:18
  15:4
cradle 33:15
crap 34:15 37:8
crawl 18:13
create 48:10
created 31:7
creating 21:2
Creator 5:4
criminal 45:19
criminals 10:11
cry 7:19 33:8
culprits 34:5
cult 6:5
cure 6:21 8:22
  12:18 13:6 19:17
cured 6:19, 20
  8:21 10:14 26:21
cures 32:20
currently 21:1
customs 36:3
cut 25:11 34:4, 6
  43:2

< D >
damage 42:13
Dan 24:2
Daniel 43:22
dark 9:18
date 40:12 44:14
daughter 19:15
David 38:2 44:4
Davids 38:3, 6, 7
  44:3
day 3:22 5:18
  18:2, 15 21:21
  25:16 30:3 41:9

days 20:7, 14
  22:22 23:22 25:17
  26:5
de 13:15
dead 38:2 40:2
deathly 41:20
deaths 7:12, 13
decide 3:11
deep 19:16 21:18
deepest 19:5
defamation 23:2
defend 3:7 7:19
defending 11:14
  30:18 31:6, 15
  39:20
defends 5:7
defense 43:13
defenses 49:12
defiling 29:15
delete 3:14
deleting 3:15
delivered 46:2
delivering 26:14
denominator 36:2
dentists 26:14
  36:16
DEPARTMENT
  1:7 4:1 8:10
  27:18 39:16 43:10
  45:15 50:7
depopulate 33:22
depopulation 34:1
description 28:19
designed 21:10
  42:9
Destroy 36:3
details 35:22
devious 45:20
die 5:19 17:19
  34:8 39:6, 7, 8, 9
  42:7
died 5:5 9:7 15:4
  21:12 41:17, 18, 19
  42:1, 3, 4
different 3:20
  24:15 27:7 47:9
differently 2:18
dime 31:18
dioxide 12:17
  17:22 18:5 20:13
  34:2, 16 42:4 48:4
director 28:5
dirty 26:16
disgusting 6:7
Dismissed 5:17
disobedience 45:17
  47:4
disregard 29:5
  30:15 42:16
disregarded 10:1

dissolved 50:5
dissolving 24:18
dive 21:18
dividing 30:11
DMSO 20:13
doctor 48:5
Doctors 7:15 26:9
  45:6
documentary 30:20
documents 9:22
  46:5
doing 3:19 4:11,
  13 6:10 11:1, 15
  12:16 13:2 14:19
  17:8 18:8 19:6, 9
  21:5 22:13 25:18,
  20 26:5 27:20
  29:18 31:11 34:7
  35:6 43:22 44:8
  47:5 48:8
DOJ 29:2 30:18
  45:15 46:1, 3
DOJ's 45:21
Dominican 30:6
donation 16:20
  44:12
donations 14:17
door 11:12 44:7
  45:13
dose 25:9
doses 25:14, 15, 18,
  19, 22 26:4
double 15:12
downright 30:16
Dr 45:8
drag 43:8
dragging 10:15
drank 42:5
drink 7:2, 3, 5
drop 18:15
drops 17:22 24:21
  25:5 41:19
Drudge 47:13
drug 14:7 36:22
drugs 8:2 22:11
  34:7
drywall 20:8
duress 37:14

< E >
early 32:1
ears 18:17
earth 9:10, 19
  34:12
eating 19:1
e-book 14:11
  44:20
e-books 44:19
editors 19:22
educational 32:1

effects 15:1 21:6
Eh 35:18, 20
eight 18:15
electric 20:22
eliminate 36:4
email 28:12
emailed 23:7
emails 27:21
embassy 39:15
emergency 26:9
energetically 20:20
enforce 11:20
England 30:8, 9
  35:18 38:20 43:15
English 10:9
enjoying 50:2
enterprise 33:2, 15
entity 17:9
environments 19:3
environment's
  18:22
EPA 50:6
especially 21:20
  37:3 49:7
essential 34:2
essentially 33:2
establish 11:21
establishment 29:6
eternity 9:4 40:3
eugenics 33:17
  36:13
everybody 4:6
  7:18 8:16 9:3
  13:9, 10 14:10
  28:12 30:21 32:3,
  19 35:15 36:9, 11
  40:2 41:10 44:7
  46:6 48:19
Everybody's 6:21
  7:19 37:20
evidence 27:11
evil 4:14 11:15
  13:12 40:1 45:10
Exactly 14:20
  21:4, 15 26:19
  30:2 33:6 35:2, 7
example 4:15
excerpt 31:17
excuse 14:14 31:21
exercise 29:10
exercising 45:22
exist 42:20 43:1, 2
exists 33:3 45:5
experienced 28:3
experiencing 31:13
experimental 42:1
explain 29:3
expose 29:4
exposing 46:4
extend 19:5

**externally** 20:*5*
**eyes** 37:*22* 41:*4*

**< F >**
**fact** 32:*3* 40:*11, 13*
**faith** 9:*9* 12:*2*
**fake** 15:*8*
**families** 49:*18*
**family** 19:*5* 20:*5*
36:*15*
**far** 20:*22*
**Fauci** 13:*10* 15:*19*
**favor** 7:*17* 14:*11*
**favorite** 34:*8*
**FDA** 4:*2* 8:*9*
10:*1* 15:*18* 27:*17*
28:*5* 30:*5, 17*
35:*11, 13* 36:*21*
41:*12* 42:*11* 45:*14,*
*20* 46:*1, 3* 49:*10*
50:*5*
**fear** 49:*17*
**feathered** 13:*11*
**feeble-minded**
33:*19*
**Feeley** 49:*1*
**felt** 25:*16, 17*
**fight** 4:*17, 18* 33:*8*
39:*2*
**fighting** 8:*11*
38:*21*
**find** 9:*9* 13:*3*
15:*21* 16:*1, 7*
19:*16, 18* 24:*11*
41:*17*
**fired** 39:*18*
**first** 7:*17* 19:*4, 6*
20:*20* 23:*7, 12*
26:*20* 29:*5, 9*
30:*19* 31:*20* 32:*18*
33:*10* 38:*11, 15*
39:*20* 46:*19* 49:*13*
**five** 23:*1* 40:*17,*
*18* 43:*14*
**Florida** 16:*17*
45:*14*
**flu** 6:*14* 7:*10, 12*
23:*21*
**fluid** 20:*11, 14*
**fluoride** 36:*14*
**folks** 2:*21* 8:*19*
10:*1* 11:*7* 14:*4*
19:*21* 22:*10* 26:*6*
27:*10* 28:*15* 33:*16*
35:*21* 37:*3* 39:*5*
42:*4* 43:*5* 46:*7*
48:*1, 15, 17, 19*
50:*2*
**follow** 31:*5*
**followers** 16:*12*

**following** 20:*9*
**Food** 36:*22*
**Forbes** 47:*13*
**forced** 37:*14*
**form** 33:*15*
**found** 10:*14* 19:*14,*
*15* 24:*16* 41:*18*
**Foundation** 32:*13*
**four** 20:*14* 23:*1*
25:*13* 46:*5* 48:*12*
**Fox** 6:*7* 12:*8*
35:*18*
**freaking** 43:*3*
**free** 7:*20* 30:*21*
33:*2, 15* 44:*10*
**freedom** 2:*22* 3:*2*
4:*7* 7:*8, 22* 13:*9*
41:*6* 45:*1, 2, 3*
48:*3*
**freedoms** 4:*3*
**Friday** 11:*9*
**friends** 20:*4*
**friend's** 8:*22*
**front** 4:*4* 10:*15*
**FTC** 15:*18* 28:*11*
**full-blown** 29:*20*

**< G >**
**G2** 2:*3* 19:*4*
30:*20* 44:*9* 45:*13*
**G2voice_broadcast_**
**189_this_insanity_h**
**as_to_stop_an_urge**
**nt** 1:*15*
**G2worldwidemissio**
**ns.org** 27:*4* 28:*17,*
*19*
**gastric** 24:*5*
**Gates** 13:*9* 31:*6*
33:*20* 34:*1*
**General** 41:*13*
**Genesis** 1:*11*
11:*22* 22:*8* 29:*3*
**George** 24:*7*
**getting** 4:*1* 34:*21*
**giants** 38:*8*
**giant's** 38:*7*
**girls** 13:*14, 16*
**give** 9:*14* 23:*8*
39:*14*
**given** 14:*5, 6*
16:*20* 20:*1* 45:*16*
**giving** 11:*16*
**GlaxoSmithKline**
35:*16*
**global** 34:*10*
**glorified** 46:*4*
**go** 5:*15* 7:*10* 8:*1,*
*5, 14* 9:*14* 11:*10*
16:*4, 19* 19:*18*
26:*9* 27:*3* 28:*12,*

*21* 30:*13* 31:*3*
32:*18* 33:*22* 35:*14*
37:*16* 43:*3, 17, 20,*
*21* 44:*2* 48:*10*
**God** 4:*18* 9:*6, 15*
23:*5, 14* 29:*16*
31:*4* 37:*10, 12*
40:*4, 5, 9, 21, 22*
50:*11, 13, 14*
**godless** 42:*22*
**God's** 42:*21*
**goes** 10:*6* 21:*15*
**going** 3:*8, 10, 13,*
*20* 4:*5, 17* 6:*6*
7:*13* 10:*17, 18, 19*
11:*4, 6* 15:*16, 21*
16:*1, 3, 8, 9, 19*
19:*21* 22:*12* 27:*11,*
*14, 15* 28:*7* 30:*10*
31:*22* 33:*7* 34:*19*
35:*16* 36:*18* 37:*1,*
*9, 18, 20* 38:*8* 39:*2,*
*11, 18* 40:*8* 41:*17*
42:*17* 44:*5* 45:*5*
47:*6* 48:*7, 9, 14, 22*
49:*4, 6, 22* 50:*1, 3*
**Goliath** 38:*1*
**Gomorrah** 40:*14*
**good** 2:*21* 4:*18*
17:*11* 22:*21* 24:*16,*
*20* 27:*19* 37:*7*
45:*6*
**Google** 23:*1*
**gospel** 9:*3* 33:*1*
37:*8, 9* 48:*9*
**government** 31:*2*
33:*4*
**gratitude** 19:*5*
**grave** 33:*16*
**great** 21:*20* 26:*13*
**Grenon** 1:*12* 2:*2,*
*10, 12, 13, 15, 16, 19,*
*20* 3:*5, 7, 16, 17, 18,*
*19* 4:*9, 10, 20, 21,*
*22* 5:*1, 4, 5, 22* 6:*1,*
*2, 4, 12, 13, 17* 7:*1,*
*2, 6* 8:*4, 5, 7, 8, 17,*
*18* 9:*12, 13, 16, 18,*
*20, 21* 10:*8, 9, 12,*
*15* 12:*5, 6, 11, 12,*
*14, 16, 20, 22* 13:*15,*
*16, 18, 19, 20, 21, 22*
14:*1, 15, 16, 20, 21*
15:*2, 6, 7, 9, 10, 11*
16:*12, 13, 14, 16, 21,*
*22* 17:*1, 2, 4, 6, 7, 9,*
*18, 19* 18:*21, 22*
19:*2, 4* 21:*8, 9, 10,*
*12, 13, 14* 23:*11, 12*
24:*18, 20* 25:*9, 10,*
*14, 15, 22* 26:*2, 17,*

*19, 20* 27:*1, 5, 6*
28:*17, 18, 20, 21*
29:*19, 21, 22* 30:*2,*
*4, 5, 8, 9* 33:*13, 14*
34:*3, 4, 9, 11* 35:*2,*
*3, 4, 5, 6, 7, 8, 9*
36:*6, 8, 9, 10, 11, 13,*
*19, 21* 39:*1, 2, 3, 5*
40:*19, 20* 41:*22*
42:*1, 6, 7, 9, 11, 15,*
*16* 46:*20, 21* 47:*10,*
*11, 15, 16, 18, 19, 20,*
*21* 48:*11, 12, 17*
50:*14*
**gross** 26:*16* 29:*5*
45:*19*
**group** 16:*16* 45:*3*
**groups** 3:*1* 31:*7*
42:*13*
**Grove** 43:*5*
**guess** 5:*15* 13:*2*
32:*13* 44:*3*
**guide** 12:*3*
**guilty** 5:*8, 11, 12*
**gun** 49:*21, 22*
**guns** 3:*9* 10:*22*
11:*2* 31:*16* 47:*1*
49:*19*
**guy** 27:*19* 28:*14*
34:*18, 19* 41:*2, 18*
43:*20*
**guys** 13:*11* 15:*20*
21:*21* 22:*18* 23:*7*
32:*14* 38:*12*
**guy's** 26:*5* 41:*19*

**< H >**
**hacks** 30:*16*
**hair** 23:*10*
**half** 32:*11*
**half-truths** 4:*12*
30:*15*
**hallucinations**
15:*12*
**Hang** 10:*4*
**happen** 20:*20, 21*
49:*19, 22*
**happened** 11:*11*
25:*2* 29:*3*
**happening** 2:*20*
**happy** 18:*5*
**harassment** 49:*14,*
*15*
**hard** 14:*12* 22:*22*
**Harvard** 38:*17*
**hate** 17:*10* 31:*4*
45:*17*
**head** 28:*11*
**heads** 32:*10* 35:*13*
**healed** 34:*3*

**Healing** 1:*11* 12:*1*
29:*4*
**Health** 1:*11* 2:*22*
3:*2* 10:*3* 12:*1, 21*
21:*2, 18* 22:*8*
26:*18* 29:*4* 31:*13*
45:*3* 49:*5* 50:*11*
**healthy** 18:*5*
**hear** 5:*18*
**heart** 8:*19* 21:*20*
**Hebrew's** 30:*22*
**hell** 31:*3*
**he'll** 28:*15*
**hellbent** 31:*2*
**Hello** 19:*4* 25:*1*
**help** 10:*13* 18:*10*
23:*17* 37:*3* 44:*4,*
*12, 14* 46:*7* 50:*4*
**helpful** 23:*22*
**helping** 43:*22*
**hemp** 34:*13, 14*
**Hepatitis** 14:*6, 7*
**Hey** 15:*20* 19:*18*
22:*4*
**Hi** 22:*18* 23:*7*
**hid** 3:*12*
**hide** 3:*12* 4:*15*
16:*19* 19:*9* 28:*9*
39:*12*
**hiding** 19:*10* 28:*9*
**high** 12:*9*
**hightailing** 18:*19*
**historical** 40:*11*
**history** 13:*12*
31:*12*
**hit** 17:*16* 46:*10*
47:*21* 48:*15*
**hitting** 14:*12, 13*
49:*2*
**holds** 20:*18*
**Holistic** 32:*20*
**home** 26:*7, 15*
41:*21*
**homeless** 18:*14*
**homeopathic-type**
32:*20*
**honest** 19:*8* 50:*5*
**hope** 21:*22* 22:*21*
25:*20* 30:*15* 43:*10*
45:*8, 10*
**hopefully** 3:*2* 11:*7*
29:*3*
**Hopkins** 32:*18*
**horrible** 12:*8*
36:*17*
**hospital** 25:*3*
**hospitals** 26:*10, 12*
**hot** 40:*20*
**hour** 3:*21* 15:*15*
**hours** 18:*15* 24:*13*

25:5
**house** 18:6 22:12
**houses** 35:1
**HPV** 14:5
**huge** 16:3
**human** 36:5
**Humble** 14:16
24:4
**hundred** 27:2
**hurt** 17:14, 22
**hurting** 28:9 49:16
**husband** 17:13
**hydrochloric** 24:6
**hydrochloride** 9:7
**hydrochloroquine**
7:7

**< I >**
**idea** 28:1
**idiots** 49:6
**II** 1:11 11:22
22:8 29:4 37:7
**illnesses** 6:14
**Immanuel** 9:7
40:11
**immediately** 44:20
**immoral** 11:19, 20
46:22
**implemented** 32:12
**implications** 21:1
**important** 9:4
37:10 41:6
**importantly** 29:2
**impossible** 33:5
42:5
**included** 9:22
**including** 33:4
**income** 44:12
**incompetent** 45:20
**India** 13:13
**infected** 13:16
**influence** 36:3
**influential** 34:19
**information** 16:2
22:2 23:19 24:1
25:21 44:18
**inhaled** 18:2
**injustice** 45:18
**inmates** 33:18
**ins** 21:5
**insanity** 11:8 14:4
36:10
**Institute** 21:20
35:19
**Institutes** 12:20
49:5
**intelligence** 36:1
**interest** 31:7
**interstate** 17:3
**interview** 43:21
**intravenous** 14:7

**involved** 33:20
49:18
**issue** 24:10
**its** 29:7 45:22

**< J >**
**jail** 18:14 43:20
44:2
**jails** 11:3 31:17
**January** 22:19
41:5
**Jessica** 18:11
**Jesus** 2:4, 9 5:7, 9,
20 9:7 11:14 12:3
29:22 40:10, 12
50:12
**Jim** 6:13 14:16
24:15 28:10
**job** 11:16 24:22
**jobs** 48:10
**Joe** 2:13 5:21
9:13 12:4 13:13
15:9 16:2 27:1
35:10 36:18 37:1
38:14 43:2 46:11
47:21 48:15 50:3
**John** 11:10, 12, 13
37:7
**Johns** 32:18
**joining** 3:1
**Jonathan** 38:4
39:7
**Jordan** 24:3
**Joseph** 1:12 2:12,
15, 19 3:5, 16, 18
4:9, 20, 22 5:4, 22
6:2, 12, 17 7:2 8:4,
7, 17 9:12, 16, 20
10:8, 12 12:5, 11,
14, 20 13:15, 18, 20,
22 14:15, 20 15:2,
7, 10 16:12, 14, 21
17:1, 4, 7, 18 18:21
19:2 21:8, 10, 13
23:11 24:18 25:9,
14, 22 26:17, 20
27:5 28:17, 20
29:19, 22 30:4, 8
33:13 34:3, 9 35:2,
4, 6, 8 36:6, 9, 11,
19 39:1, 3 40:19
41:22 42:6, 9, 15
46:20 47:10, 15, 18,
20 48:11 50:14
**Josephus** 40:12
**JP** 32:17
**judge** 4:21 5:1, 3,
8 27:22 43:12
**judge's** 5:3
**jump** 15:20
**jumped** 15:18

**JUSTICE** 1:7 4:2
8:10 27:18 39:16
43:10, 11 45:15
50:7

**< K >**
**keep** 11:6 21:18,
22 29:13 32:3
35:15 48:14
**kept** 36:18 49:2
**kick** 37:21
**kid** 10:13 14:8
**kids** 10:10 39:8
**kill** 29:15 38:9
40:22 44:17
**killed** 38:7
**kind** 5:7 7:10
13:1 14:2 32:21
**kinds** 6:13
**kit** 25:4
**kits** 25:2
**knee** 20:13, 15
**kneecap** 20:9, 17
**knee-on-knee** 20:6
**know** 4:7 5:22
6:2 7:4 8:19
10:13 12:12 15:7
16:4, 10, 15, 21
17:4 18:11 20:18
21:4, 6, 15 22:6, 14,
15, 21 25:2, 20
26:15 27:20 28:15
31:11 32:11 36:16
39:7, 10 45:5, 8, 9
46:6
**knows** 8:16 15:19
35:11 49:8

**< L >**
**laboratory** 36:14
**lack** 30:16
**lady** 6:6, 9 12:8
18:12
**languages** 30:21
**lapdogs** 31:14, 15
**late** 32:12
**latest** 21:19
**law** 11:18, 19
46:16, 17
**lawfully** 47:2
**laws** 11:19 46:12,
22
**lawsuit** 14:2
**lawyer** 5:2, 10, 11
43:12, 13
**lawyers** 31:17
49:12
**Leap** 44:7
**learn** 44:16
**learning** 36:4

**leave** 19:1 41:4
**left** 38:20 41:20
**letter** 28:22 35:22
37:2 41:11
**letters** 33:10
**liars** 6:1
**Lies** 23:2 30:15
**life** 5:13 10:12
18:9, 11 26:8 34:2
48:11
**ligaments** 20:16
**limestone** 40:21
**limp** 20:8
**line** 19:16 30:11
**lines** 21:22
**links** 47:20
**liquid** 24:11, 12
**listen** 7:16, 17 9:6
11:13, 17 21:15
44:9 46:18 47:22
**liter** 7:4
**literally** 31:3, 6
**little** 5:6 9:14
10:5 14:8 18:16
24:17 25:8
**logic** 29:5
**long** 20:2 32:7
42:2 46:6 49:11
**longer** 24:21 33:3
**long-lasting** 20:19
**longtime** 24:3
**look** 5:21 10:2
13:6 14:18 15:13
26:21 34:1 35:21
43:14 49:6, 19
**looked** 12:14
**looking** 5:16
**loose** 20:9
**Lord** 2:4, 6, 7, 8, 9
3:11 4:3, 18 5:20
8:12, 15, 16 11:3, 5,
6, 14 22:15 37:18,
19 38:1, 11 39:22
40:10 44:3 46:3
50:12, 14
**Lord's** 50:4
**loss** 23:10
**lost** 18:17 37:12
**lot** 16:12, 14
26:14 28:21 36:6
49:11
**love** 21:21
**lowest** 36:2
**lungs** 17:14, 22

**< M >**
**mad** 9:2
**Mafia** 8:9
**magazine** 15:3
**mail** 46:3

**mainstream** 19:19
**Malaria** 41:22
**man** 9:7, 9 11:15
18:13 40:6, 7 45:6,
11
**manipulation** 30:16
**Marcel** 24:13
**Mark** 1:12 2:2, 10,
13, 16, 20 3:7, 17,
19 4:10, 21 5:1, 5
6:1, 4, 13 7:1, 6
8:5, 8, 18 9:13, 18,
21 10:9, 15 12:6,
10, 12, 16, 22 13:16,
19, 21 14:1, 16, 21
15:6, 9, 11 16:13,
16, 22 17:2, 6, 9, 19
18:22 19:4 21:9,
12, 14 23:12 24:20
25:10, 15 26:2, 19
27:1, 6 28:18, 21
29:21 30:2, 5, 9
33:14 34:4, 11, 20
35:3, 5, 7, 9 36:8,
10, 13, 21 37:7
39:2, 5 40:20 42:1,
7, 11, 16 46:21
47:11, 16, 19, 21
48:12, 17
**Marshals** 11:9
44:6
**materiality** 20:21
**Math** 21:20
**matter** 6:15
**mean** 10:19 43:21
45:16 46:13
**means** 40:8
**mechanics** 26:13
**media** 12:7 19:19
32:5 35:10 47:5, 7
**mediator** 9:6
**medical** 6:20 8:1,
9 20:1 31:14
35:19
**medicine** 16:5
41:21 42:1
**medicines** 13:7
16:6 31:10
**meet** 21:21
**Mellon** 36:14
**member** 44:11, 15
49:18
**members** 43:22
49:18
**membership** 44:14
**men** 33:14
**mention** 34:19
**mentioned** 12:2
44:11
**Merck** 14:3 35:16
**message** 9:21

message_to_the_wor
ld_from_bishop_ma
rk_grenon_4_26_20.
mp3  1:16
messed  36:11

methemoglobinemia
42:2
Michigan  33:18
mid-40s  18:13
mil  7:4
mild  21:7
millions  23:4
mind  40:8
minute  3:21  15:15,
16
missionary  10:13
19:11, 12  28:11
mixed  20:14
Mm-hmm  4:9
6:12  8:17  9:20
10:8  13:22  14:15
17:18  28:20  39:1
46:20
MMS  12:18  18:9,
18  19:14  20:3, 13
22:19, 22  23:2, 13,
15  24:1, 4, 9  37:8
41:19  48:8

MMStestimonials.co
27:10
moisture  24:19
mold  36:1
moment  20:19
money  9:14  32:19
monopoly  27:12
monster  8:11, 12
month  44:11
months  20:9  23:21
moral  11:18
morally  47:3
Morgan  32:17
morning  3:22
mother  18:17  39:9
move  20:10, 17
mudding  20:8
murderers  13:12
Murdoch  35:16
Music  48:16  50:15

< N >
name  2:7, 9, 10
34:19
nation  22:9
National  12:20
49:5
natural  8:5  16:5
32:20, 21  36:1
naturally  6:21

nature  36:5
Nazi  32:21
nebulizer  18:1
need  7:9, 18  11:13
13:11  16:16  26:9,
10  27:2  29:12
30:12  31:12  33:9
37:3, 15  40:9, 10
42:10  48:1, 2
needed  37:21
38:10
needs  13:10  14:8
negligence  29:5
45:19
neighbor  25:3
neurotoxin  36:16
never  3:12  17:20
22:20  28:1  39:3
43:7
new  23:15  43:16
news  6:17  15:7, 8
17:11  35:18  47:5,
6
newsletter  4:11
10:17  27:14
Newspapers  6:4
10:16  19:20  35:17
Newsweek  47:13
nicely  48:21
night  37:5  41:19
nonbeliever  40:13
nontoxic  48:11
nostril  18:14
Nothing's  3:18
null  46:15, 16

< O >
obeyed  45:16
obligation  9:14
obsolete  22:11
obvious  39:22  41:1
Occasional  35:22
oceans  34:22
officials  44:10
oh  10:2  11:15
15:2  22:18  38:12
41:14  42:16
Okay  2:22  5:15,
17  9:15  11:17
15:15  17:11  27:20
28:16  31:21  32:17
37:14  38:6  43:17
44:13  45:2  46:8
48:17
ones  17:19
one's  21:12  42:4
online  44:15
open  3:14  22:1
28:15  37:22  41:3
48:3  50:4
opposite  46:14

order  11:12  27:22
29:1  36:4  45:12,
15, 21  47:4  49:14
ordered  24:10
order's  46:9
original  21:18
outs  21:5
outta  30:9
owl  43:4
owned  19:20  33:4
oxygen  42:3

< P >
pages  23:1
paid  5:12, 13, 14,
16
pain  18:2  20:16
pains  20:12
papers  21:20
parental  36:3
parents  33:20
part  19:7  31:19
43:12
participating  45:18,
21
parts  31:20
party  41:20
pass  38:14  44:9
passes  46:22
patents  31:9
pause  37:17  41:16
pay  5:14  9:14
19:10, 13  31:8
Peabody  32:13
peaceable  3:8
39:11, 12
peaceful  3:10
peer-reviewed
21:19
Pennsylvania  28:13
People  2:7  3:1, 4,
5, 8, 9  4:2  6:8
7:11  9:5  10:13
11:7, 13, 14  12:9
14:7  15:3  16:10,
14  17:16  18:10
19:8, 18, 20  21:14
22:2  23:18  26:6
28:4  29:2  30:12
31:3  32:4, 16, 20
33:8  34:5, 7, 11, 17
35:4, 6, 9, 10  36:1
37:2, 11, 15  38:18
39:14  41:4, 15
42:5, 12  44:8  45:4,
11  47:12  48:9
49:8, 19
people's  37:21, 22
perfect  36:4, 12
perish  40:5

persecution  38:11
person  6:18
personally  6:11
7:21
pharmaceutical
8:2  22:11  35:14
pharmaceuticals
41:3
pharmacy  48:5
physically  48:1, 2
physics  20:18
physiological  42:13
pick  47:1
picture  12:7
piece  12:10
pissed  35:12
place  21:3  30:13
40:4  43:19  45:2
places  40:17, 18
plan  22:8  50:2
planned  32:2
plans  36:1
plants  34:13
plastics  34:14
play  3:21  15:16
players  40:1
playing  20:6
please  4:6, 10
7:17  8:18  23:22
27:6  40:22  44:18
46:2, 7  47:21, 22
48:1, 20, 21
Podcast  1:11
point  20:2
points  48:12  49:17
polluting  34:16, 22
pop  8:15
population  33:17
34:6
positive  6:19  15:4
posted  45:13
posting  11:16
poured  20:14
power  31:16  40:1
practices  29:7
45:22
practicing  38:19
41:21  47:4
praise  23:8
pray  11:4  41:8
48:1  50:12
prayer  11:4  37:16,
18
prayerfully  48:2
prayers  37:3
praying  3:4
Preach  37:8, 9, 10
preaching  10:10
48:8
preference  39:5

pregnant  19:15
39:8
prepared  17:22
present  22:13
presents  23:1
President  7:21
15:17  28:12  41:2,
3, 11, 13  45:8  49:3
President's  41:2
pretty  22:18
price  5:12
Princeton  38:17
principles  21:16
private  31:17
43:20
probably  15:8
18:1  22:12  47:6
problem  24:12
43:6
problems  17:17
produce  48:9
product  22:16
products  14:17
44:12
project  19:16
promises  9:8
promote  13:5
22:22
proposed  33:14
proposing  48:14
prosecuting  43:13
prostitutes  14:8
protect  38:18
PROTECTION  1:8
protects  8:9, 10
protocol  25:4
protocols  21:8, 11
42:9
prove  22:5  29:19
35:13
proves  49:5
Prussia  32:1
pull  3:9
pulled  49:21
pumped  42:8
purchased  24:6
Push  35:17
pushed  32:13, 19
pushups  25:18, 20
26:5
put  3:20  10:19
11:11  12:6  14:8
17:5, 6, 7  19:22
28:4, 12, 14  29:7
31:19  33:9  36:13,
13  41:11, 16  45:6
46:5  47:2, 11, 16
49:13
putting  4:12  27:1,
9  44:6

< Q >
quantum 20:18 44:7
Quantumleap.is 31:1
question 23:14
quote 41:5

< R >
rally 28:16
reaction 24:5
read 4:10, 11  6:9 10:17  15:17, 18 27:10, 14  31:1, 20, 22  32:10, 15  33:22 41:11  46:2, 7, 10 47:16  49:12, 14
reading 32:11
ready 4:1
real 31:12  36:4
really 3:11  4:3, 6 8:13  9:18  10:4 31:20  34:12  38:22 45:6
received 29:1
record 10:11
red 30:11  42:3
reduce 36:1
refills 24:1
regained 20:16
regard 29:6  30:16
registered 46:3 49:15
rejection 5:9
relief 41:13  50:12
religion 11:21 29:6  41:7  46:17
religions 33:11
religious 10:4, 6 45:2
remedies 32:21
remember 50:11
repent 40:7
repentance 40:6
report 23:8  47:13
reproduce 33:19
repugnancy 46:4
repugnant 46:12, 13
research 19:16 35:19, 20
resource 21:21
Respond 41:12
response 28:22 45:12  49:10
rest 26:8  37:2
restraining 11:12 27:22  29:1  46:9
result 32:3, 4
results 21:16, 17

Revolution 39:19, 20  50:12
rid 6:16  14:19 24:12  34:14, 15
ride 2:17
ridiculous 34:12 49:2
Right 2:6  3:3 4:22  5:12  7:16, 20 8:2, 6, 7  11:4, 18, 21, 22  12:16, 19 13:3, 21  14:17 16:6, 8  21:12 23:10  25:7  26:18 27:4  35:3  36:7 43:11  46:9, 21 47:1, 2  48:2, 12 49:5
rights 38:12  49:16
rituals 43:1
rivers 34:21
Rockefeller 32:17 33:4  35:19, 22
rolling 35:15
round 23:15
route 8:1
rule 11:18
run 35:11

< S >
sacrament 38:10
sacraments 37:15
sacred 26:21
Sad 42:4
safe 21:6
sanctuary 39:14
satanic 42:20, 21
Satanists 31:6
save 41:14
saved 18:9, 11 22:20
saw 5:5  6:6  8:20 12:8  15:1, 2  43:20 48:17, 22  49:13
saying 2:7  6:5, 14, 18, 21  7:6, 15 14:14  21:14  27:16 40:2  46:7, 15 47:12
says 5:2, 8, 10  9:9 13:9, 10  14:22 15:12  29:16  33:11 40:4  41:2, 5
scammed 7:11
scare 18:4
scared 44:4
school 12:9
schooling 33:16
schools 32:6
science 20:18

21:20  36:4
scrape 20:3
scratch 20:3
screen 6:9
screens 32:10
search 19:18
seats 35:15
second 23:14 29:17  39:18, 20 46:17, 21
secular 5:21  10:3 42:18, 19, 22
see 4:11  6:18 8:12  9:17  10:18 11:4  16:19  17:16 21:16  27:7  29:7 30:15  35:21  39:8, 9  40:14  47:7, 19 48:22
seeing 16:20
seen 26:13
Self-care 22:9 26:12
sell 44:13
sells 14:17
send 7:18  10:7, 17 22:4  23:22  27:21 41:11, 12  47:6, 20
sending 25:1  37:15
sense 36:6, 8  47:3
senses 11:7
sent 10:1  25:2 27:19  42:11  45:13 49:15
separated 40:4
session 23:12
set 26:11
share 8:21
shared 22:2
sharp 20:12
sheriff 39:15
shit 12:10
Shiva 45:8
shoot 3:9  16:8 49:21
shot 39:18
show 29:17  30:2 37:19  38:10
showed 10:5
16:20  29:12
showing 11:10
shows 29:14  31:22
Shut 15:20  16:9 30:6
shutting 6:5
sick 18:13  22:18 34:8  41:20  42:8 44:5
sickest 25:19
side 4:19  15:1 21:6  42:21, 22

sign 43:9  44:22 45:3
signed 27:22
signing 45:21
signs 45:15
silence 39:22
silly 44:5
sin 5:9
Sir 5:10
Sit 4:4  37:20  43:9
site 24:6  27:10 37:16
sitting 38:21
six 25:5  26:3 42:12
six-drop 25:22
skies 34:21
skim 27:15
skin 18:16  20:10 23:8
Sky 35:18
sleep 37:6
slowly 42:10
Smith 43:22
smooth 38:5
soccer 20:6
Society 38:14
sodium 7:3  42:6
Sodom 40:14
solutions 23:19
son 5:3  9:9, 14
soon 23:2
sort 20:4
South 24:10
Spanish 10:9  15:3
speaking 45:7
special 31:7
spend 31:18  40:3
spent 49:11
stake 4:7, 8
stand 30:10, 13 44:22
standforhealthfreed
om.com 45:1
standing 30:12
start 11:22  22:13, 14  24:8  47:12
started 2:16  17:14 18:15, 16  20:13 23:15  24:17, 18 38:13
starting 20:21 38:19
starts 11:13
stated 33:2
STATES 1:7 12:19  33:3  35:18
step 43:7
steps 20:12
sterilization 33:21

34:7
Steven 23:16
stomach 25:6, 8 42:8
stones 38:5
stood 38:2, 3
stop 29:9  32:8 37:1, 14  38:11, 18, 20  45:22  49:14, 15
stopped 10:22 11:2, 3  12:13 34:22  44:13
story 5:6
straight 37:11, 12
strength 20:17
stress 49:18
strong 15:5  25:9 26:3
struggles 8:14
studies 9:11  12:16 13:2  42:11
stuff 6:22  13:8 15:4  18:21  22:6, 10  26:14  28:21 32:22  36:17  37:5, 6, 8  44:13  45:7
submits 45:14
successfully 24:9
suggest 24:13
sulphate 40:21
sulphur 40:17
Sunday 2:3
superficial 37:7
support 31:7
supporter 24:3
supposed 22:7
sure 18:3  30:19
Surgeons 26:13
surgery 26:13
surround 16:17 30:13
swamp 50:8
swelling 20:15
switch 35:15
swollen 20:11
symptoms 17:21
synthetic 33:15 34:15
system 6:20  14:9 26:12  32:1
systems 11:15

< T >
tablets 24:10
tabs 24:14
take 4:3  5:19  6:7 7:8, 9  8:11  10:18, 21  14:17  21:2 26:18  27:17  42:10 47:8

**talk** 43:8
**Talked** 14:1 28:1
**talking** 5:2, 6 6:3,
8 11:12 12:13
32:10 34:1, 17
40:21
**talks** 45:8
**taping** 20:8
**tarred** 13:11
**taste** 24:10
**taxes** 19:10, 13
**teach** 48:9
**teaching** 22:9
**teachings** 21:19
**teams** 3:1
**telephone** 28:2
**tell** 4:5 8:19, 20
9:1, 2, 4 14:10
17:7 26:5, 11 28:2
37:2
**telling** 3:13 4:13
7:2, 3 11:20 14:12
22:16 27:12 33:16
**tells** 11:6 25:16
**temporary** 29:1
**Ten** 2:15, 16
16:10 30:5, 21
50:3, 4
**tendons** 20:16
**tens** 28:3 30:12
**tenth** 50:2
**tenth-year** 2:13
**tested** 17:20 22:20
**testimonies** 16:10
17:12 22:1, 4
26:22 27:8 48:19
**testimony** 48:20
**testing** 7:11 16:6
**tests** 49:4
**text** 25:1
**Thank** 18:8 19:7
23:5, 13, 15, 19
24:1 50:1
**Thanks** 5:11 22:2
24:13
**theory** 34:10
**thereof** 29:10
**thing** 8:2 14:13
16:20 19:12 24:17
27:17 28:12 34:12
37:10
**things** 2:20 4:14
8:21 15:22 17:16
26:10, 14 27:7
32:16 39:22 41:6
44:1, 10, 13, 21
46:10, 22 48:13
50:8
**think** 8:13 11:17
20:21 23:10, 11
25:22 27:5 32:4, 5,

6, 7, 8 33:7 37:11,
12, 17 44:4 49:7
**thinking** 32:8
37:5, 6, 7
**thought** 18:17
**thousand** 41:15
**thousands** 28:3
30:12
**three** 11:9 17:22
20:7 23:4 25:6, 14,
15, 18, 19, 22 26:3,
4, 5 42:13 46:10
**three-drop** 25:19
**threw** 30:10
**time** 3:4 5:6 6:8,
18 11:4 22:14
28:16 32:11 37:16,
18 43:19 46:8
49:11
**times** 25:13 26:4
**tinea** 19:17
**today** 16:2 22:7
31:13 32:17
**toes** 18:17
**told** 10:2, 22 11:1
25:2, 4, 11 27:17
31:11 32:5
**Tom** 18:19
**tooth** 24:12
**topic** 32:9
**totally** 46:14 47:9
**tough** 10:20
**town** 13:18, 19
**towns** 40:12
**toxic** 32:21
**toxins** 8:1 19:1
29:15
**track** 10:7
**Tract** 38:14
**tracts** 38:15
**traditions** 36:3
**training** 21:22
**transportation** 17:3
**tried** 24:16 26:3
30:5 45:1
**TRO** 29:1 45:14
**true** 3:12
**truly** 22:20
**Trump** 14:22 45:8
**truth** 19:21 20:19
30:16, 17 35:12, 13
43:18
**try** 11:20 14:22
24:16 34:16
**trying** 4:3, 15
5:20 12:6 17:2
35:10 41:14
**turn** 40:10
**TV** 32:7
**two** 2:21 17:13
20:15 22:19 23:22

25:2, 5, 17 26:4
41:19
**two-month** 23:12,
15
**type** 16:5 23:2
32:21

< U >
**U.S** 11:9 30:18
46:4
**unbiased** 21:19
**unconstitutional**
45:21
**underneath** 20:10
**understand** 31:2,
12
**ungodly** 31:5
**UNITED** 1:7
12:19 33:3 35:18
**universalis** 23:9
**universities** 32:6
38:16
**University** 32:18
**unjust** 47:4
**unjustly** 29:3
**unlawful** 45:12
**unreasonably** 50:9
**updates** 21:19
**urgent** 28:14
**use** 12:17 20:3, 5
24:21 26:20 34:16
**useful** 25:21
**useless** 11:19
**users** 14:8

< V >
**vaccination** 33:22
**vaccinations** 33:21
34:8
**vaccine** 13:13
**vaccines** 13:7, 8
31:10 35:17
**vagina** 14:5
**valley** 38:3
**versa** 35:14
**verses** 29:12
**versicolor** 19:17, 18
**vice** 35:14
**video** 3:20 4:4, 5,
11 7:17 8:18
11:10 15:15 27:13
41:9 47:22
**videos** 41:8
**views** 23:4
**villages** 48:10
**violating** 49:16
**virus** 23:21 25:4, 5
**vision** 15:12
**voice** 2:3 3:3 44:9
**void** 46:15, 16

**volume** 29:17
31:21

< W >
**Waco** 16:9 49:20
**waking** 47:12
**walk** 20:12
**want** 2:22 3:2
5:18, 19 7:8, 10, 22
8:5 9:1 13:6, 7, 8,
9 14:4, 10 19:10,
13 22:6, 7, 10
26:10, 11 27:11, 13,
15 31:20 53:33
33:6, 19, 21 34:12,
13 36:20 39:8, 9
40:2, 9 44:15 46:6
47:16 48:7 49:14,
20 50:7
**wanted** 19:7 32:4
**wants** 8:1 11:5
14:3 24:14 40:7
**warming** 34:10
**warning** 49:10
**Watch** 4:10 8:18
30:20, 21 41:10
43:21 44:6 47:22
**watchdogs** 31:19
**watching** 44:8
**water** 7:4 36:15
**way** 29:18 38:3
40:8, 16 44:17
**weak** 15:6
**Wealth** 33:1, 15
**week** 2:21 16:11
17:11 19:14 22:7
26:11 27:2 50:1
**weeks** 15:13
17:13 20:15 22:19
42:12
**weeps** 40:5
**weird** 13:1
**Welcome** 2:2
**Well** 3:20 5:15
8:11 10:21 11:15
13:9 16:1, 9 20:16
23:6 24:8, 11 25:3,
5 28:5, 7 29:11
30:10 41:2 44:3
went 12:9 13:16,
21 15:13 18:3
20:8 25:18, 19
30:3 32:20 38:3
40:14 41:20
**we're** 3:1, 3, 8, 10,
13, 19, 20 4:13, 14,
17 5:15, 21 6:5, 9,
14 10:2, 6, 11 11:1,
3, 4, 6 13:3 15:16
16:8 17:7, 9 19:8,
9 27:1, 9 28:7, 9

29:8 30:6, 11 35:1
37:14, 15, 17, 19
38:8, 21 39:2
42:17 44:3, 4, 17
47:5 48:7, 8, 9, 13,
14, 20, 21 50:3, 11
**We've** 2:22 3:4, 5,
12 4:14 6:10 8:11
10:22 15:15 16:18
19:7 20:2 21:4
27:2 28:8 29:18
34:4 38:2, 18
39:12 41:9 43:17
**whatsoever** 42:14
46:1
**Whoa** 10:4
**wide** 50:4
**wife** 39:8, 9 41:19
**willing** 39:6, 7
40:5
**wonder** 40:1
**word** 37:10 42:2
43:14 47:8
**work** 20:8 24:11,
16 43:18
**worked** 26:12
32:3 49:3
**works** 15:21 22:6
25:3 27:19 29:13,
14
**world** 3:11 4:5
8:20 9:21 10:16
22:5, 8 26:11 29:2
31:11 33:22 34:14,
16, 20 36:12 37:19
38:10, 15 39:19
40:1 42:22 43:15
48:6 50:10
**worm** 18:13
**wow** 10:14
**write** 4:1 27:16,
21, 22 28:2, 11, 13
30:13 41:12, 13
44:10 45:4 48:20
**writing** 3:4 4:1, 2
10:16 28:4, 22
**written** 46:2
**wrong** 11:1, 2
27:20 35:13 44:9
47:3
**wrote** 7:21 10:19
15:16, 17, 18 33:1
34:18 35:22 38:18
47:7, 14 49:1, 3

< Y >
**Yale** 38:17
**yard** 11:11
**Yeah** 2:19 3:5, 16
4:20 5:1 8:4
12:11 15:6, 10

16:*13, 21, 22*  21:*9, 13*  22:3  23:3
24:*14, 20*  25:*10*
28:*18*  29:*21*  30:4
33:*13*  34:3, *11*
35:2  38:*1, 5*  39:*15*
40:*13, 19*  42:*15*
47:*10, 18*
**year**  2:*3, 8*  7:*13*
**years**  2:*15, 16*
 6:*11*  9:8  10:*10*
 19:*11*  23:*21*  24:5
30:5, *8*  38:*21*
40:*15*  50:*3, 4*
**YouTube**  23:*4*
 34:*1*

< Z >
**Zealand**  43:*16*
**Z-Pak**  7:7, *9*  15:*11*