# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 20-21601-CIV-WILLIAMS

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**GENESIS II CHURCH OF HEALTH AND HEALING; MARK GRENON; JOSEPH GRENON; JORDAN GRENON; and JONATHAN GRENON,**



SOP2020000636

For:
Matthew Feeley
U.S. ATTORNEY'S OFFICE
99 NE 4th Street, Suite 300
Miami, FL 33132

Received by Service of Process, Inc. on the 24th day of April, 2020 at 11:59 am to be served on **GENESIS II CHURCH OF HEALTH AND HEALING, 2014 Garden Ln., Bradenton, FL 34205.**

I, Jason Stolberg, do hereby affirm that on the **28th day of April, 2020** at **11:10 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION** against All Defendants;Civil Cover Sheet; Civil Complaint Cover Sheet; Clerks Notice of Judge Assignment to Judge Kathleen M. Williams; EX PARTE MOTION UNITED STATES EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW by United States Of America With Exhibit's; ORDER Granting 3 Ex Parte Motion for Temporary Restraining Order; MOTION UNITED STATES MOTION FOR LIFTING OF THE SEAL OF THE DOCKET by UnitedStates Of America; ORDER Granting 5 Motion for Lifting of The Seal of The Docket; CLERK'S NOTICE of Compliance by Unsealing 3 , 5 pursuant to 6 Order; ORDER OF REFERRAL AND NOTICE OF COURT PRACTICES AND PROCEDURES; NOTICE of Attorney Appearance by David Frank; NOTICE of Attorney Appearance by R Goldstein; Letter from Bishop Mark S. Grenon; Letter from Bishop Mark S. Grenon, Bishop Jonathan D. Grenon, Bishop Joseph T. Grenon Bishop Jordan P. Grenon; PAPERLESS ORDER; ORDER. Defendants are ordered to comply with the Federal Rules of Civil Procedure; Notice of Filing Summonses AND Acknowledgement of Service with the date and hour of service endorsed thereon by me, to: **JONATHAN GRENON** as **BISHOP** at the address of: **2014 Garden Ln., Bradenton, FL 34205,** who stated they are authorized to accept service for **GENESIS II CHURCH OF HEALTH AND HEALING,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Jonathan Grenon refused to take the documents in hand. Server advised him that he was being served and the documents were placed on the ground in front of Grenon.

I am over the age of 18 and have no interest in the above action.I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

**GOVERNMENT EXHIBIT**
CASE NO.
EXHIBIT NO. 10

Jason Stolberg
#6009

Service of Process, Inc.
P.O. Box 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2020000636

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                *Defendants.*

Served Date 4/28  Time 11:10am
Server JSh
I.D. # 6009

## SUMMONS IN A CIVIL ACTION

To:    GENESIS II CHURCH OF HEALTH AND HEALING
2014 Garden Ln.
Bradenton, FL 34205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew J. Feeley
Assistant United States Attorney
United States Attorney's Office
for the Southern District of Florida
99 NE 4th Street, Suite 300
Miami, FL 33132

Ross S. Goldstein
David A. Frank
Senior Litigation Counsel
United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts