

GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 13

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE ( )

Mark Grenon
2014 Garden Ln
Bradenton, FL 34205

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
 *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Matthew J. Feeley
Florida Bar No. 0012908
99 N.E 4th St, Suite 300
Miami, FL

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 1 3 2 - 2 1 1 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.