## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-21601-CIV-WILLIAMS

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**GENESIS II CHURCH OF HEALTH AND HEALING; MARK GRENON; JOSEPH GRENON; JORDAN GRENON; and JONATHAN GRENON,**

For:
Matthew Feeley
U.S. ATTORNEY'S OFFICE
99 NE 4th Street, Suite 300
Miami, FL 33132


SOP2020000632

Received by SERVICE OF PROCESS, INC. on the **24th** day of April, 2020 at **11:51 am** to be served on **JOSEPH GRENON, 4109 Residence Dr., Unit 521, Fort Myers, FL 33901.**

I, Valerie Joiner.., do hereby affirm that on the **28th** day of April, 2020 at **3:51 pm**, I:

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION** against All Defendants; Clerks Notice of Judge Assignment to Judge Kathleen M. Williams; EX PARTE MOTION UNITED STATES EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW by United States Of America; ORDER Granting 3 Ex Parte Motion for Temporary Restraining Order; MOTION UNITED STATES MOTION FOR LIFTING OF THE SEAL OF THE DOCKET by UnitedStates Of America; ORDER Granting 5 Motion for Lifting of The Seal of The Docket; CLERK'S NOTICE of Compliance by Unsealing 3 , 5 pursuant to 6 Order; ORDER OF REFERRAL AND NOTICE OF COURT PRACTICES AND PROCEDURES; NOTICE of Attorney Appearance by David Frank; NOTICE of Attorney Appearance by R Goldstein; Letter from Bishop Mark S. Grenon; Letter from Bishop Mark S. Grenon, Bishop Jonathan D. Grenon, Bishop Joseph T. Grenon Bishop Jordan P. Grenon; PAPERLESS ORDER; ORDER. Defendants are ordered to comply with the Federal Rules of Civil Procedure; Notice of Filing Summonses AND Acknowledgement of Service for the reason that I failed to find JOSEPH GRENON or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:
SUBJECT NO LONGER RESIDES AT THE ABOVE ADDRESS. THE CURRENT RESIDENT IS NAMED GABRIEL AND HE HAS LIVED HERE FOR A YEAR. THE NEIGHBOR STATES THAT SUBJECT MOVED TO BRADENTON SEVERAL YEARS AGO.


GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 15



## RETURN OF NON-SERVICE For 20-21601-CIV-WILLIAMS

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true and correct. Notary not required pursuant to F.S. 92.525.

Valerie Joiner..
Certified PS 157192

SERVICE OF PROCESS, INC.
P.O. Box 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2020000632
Ref: R20FLS11007-130

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                              *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                              *Defendants.*

## SUMMONS IN A CIVIL ACTION

To:    JOSEPH GRENON
4109 Residence Dr., Unit 521
Fort Myers, FL 33901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Matthew J. Feeley<br>Assistant United States Attorney<br>United States Attorney's Office<br>for the Southern District of Florida<br>99 NE 4th Street, Suite 300<br>Miami, FL 33132 | Ross S. Goldstein<br>David A. Frank<br>Senior Litigation Counsel<br>United States Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, DC 20044 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.



Date: Apr 27, 2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts