**Feeley, Matthew (USAFLS)**

| | |
|---|---|
| **From:** | Archy <mark@genesis2church.is> |
| **Sent:** | Wednesday, April 29, 2020 11:23 AM |
| **To:** | Goldstein, Ross; jordan@genesis2church.is; joseph@genesis2church.is; jonathan@genesis2church.is; contact@genesis2church.is |
| **Cc:** | Frank, David; Feeley, Matthew (USAFLS) |
| **Subject:** | Re: Pre-filing Conference Requirement -- Motion to Show Cause |

GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 16

This our Complaint sent to: Eric Dreiband, Asst. Attorney General - Civil Rights division

**You are in Breach of your oath of office which is a Treasonous Act!**

ATTN: Eric Dreiband, Asst. Attorney General, Civil Rights Division
**Immediate Relief Needed for 1st Amendment Violations**

We received a TRO to STOP our Genesis II Church Sacraments immediately. This is a GROSS Negligent Treasonous act by the DOJ. Now today, 4-29-20 we received another unconstitutional threat of Contempt and fine if we don't comply.
From the beginning of the TRO we received on April 17, we wrote Mr. Goldstein and Judge Kathleen Williams that we would stop shipping our Sacraments, 'under duress' while we prayed for direction from the Lord and for the sake of peace. We never agreed to the TRO because of our 1st Amendment Right to 'exercise our religious beliefs'. Now, they are telling us that we have violated the TRO indirectly! We are never agreed to not continue telling people about our Church beliefs. This is further harassment and needs to be STOPPED and the Case Dismissed and the Genesis II Church allowed to continue its religious practices.
Here is the Letter received by the Treasonous US Attorney that violated his oath to defend the 1st Amendment:

Genesis II Church of Health and Healing
Mark, Jordan, Joseph, and Jonathan Grenon
2014 Garden Lane
Bradenton, Florida 34205
Re: United States of America v. Genesis II Church, et al., No. 20-21601-CIV (Southern
District of Florida)
Gentlemen:
Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida require that we make a "reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought [by a motion] in a good faith
effort to resolve by agreement the issues to be raised in the motion" prior to filing any such
motion with the court. Local R. 7.4(a)(3). Accordingly, this letter is sent to advise you that
the United States intends to move the district court to issue an order to show cause why you
should not be held in contempt for disobedience and resistance of the temporary restraining
order issued on April 17. More specifically, the United States is aware that Genesis II Church of Health and Healing
("Genesis") has been directing and referring consumers inquiring about obtaining MMS
from Genesis to other MMS providers. In addition, the Genesis websites similarly continue
to provide contact information and links for various "G2 Sacrament Providers." See, e.g., G2
Sacrament Providers – Genesis II Church of Health & Healing (Official),
http://genesis2church.ch/mms/providers. The court's temporary restraining order clearly prohibits each
defendant and any "Associated

1

Persons" from "directly or indirectly, label[ing], hold[ing], or distribut[ing] … MMS." Temporary Restraining Order, at 3. At a minimum, therefore, it appears that you (and Genesis) are disobeying and resisting this provision by indirectly distributing and causing the distribution of MMS.

U.S. Department of Justice
Consumer Protection Branch
Ross S. Goldstein, Senior Litigation Counsel
Ross.Goldstein@usdoj.gov
Direct Line: 202-353-4218
P.O. Box 386
Washington, DC 20044
Overnight and Hand Deliveries Only:
450 Fifth Street NW, Suite 6400
Washington, DC 20001
Genesis II Church of Health and Healing, et al.
April 28, 2020
Page 2

As a result and pursuant to the Local Rule described above, unless each of you (1) takes immediate action to bring your websites, communications, and practices into complete compliance with the court's order, and (2) notifies the United States by return email describing in detail what steps you have taken to do so by no later than 5:00 p.m. EDT tomorrow, April 29, 2020, the United States will thereafter file its motion for an order to show cause with the court. You should be aware that should you ultimately be found to be in contempt, in addition to other sanctions, the court may require you to pay the government's costs and attorney's fees associated with its motion. See, e.g., TracFone Wireless, Inc. v. Holden Property Servs., LLC, 103 F. Supp. 3d 1357, 1360 (S.D. Fla. 2015).

If any of you wish to further confer in good faith with the government in an effort to resolve this issue, please contact me immediately, but no later than 5:00 p.m. tomorrow. If you have retained counsel, please forward this letter to them immediately.

Very truly yours,
Ross S. Goldstein
Senior Litigation Counsel
cc: AUSA Matthew Feeley
SLC David Frank

In closing you should read this:

# April 27, 2020 MEMORANDUM FOR THE ASSISTANT ATTORNEY GENERAL FOR CIVIL RIGHTS AND ALL UNITED STATES ATTORNEYS

### FROM: THE ATTORNEY GENERAL William Barr

**SUBJECT:** Balancing Public Safety with the Preservation of Civil Rights The current national crisis related to COVID-19 has required the imposition of extraordinary restrictions on all of our daily lives. Millions of Americans across the nation have been ordered to stay in their homes, leaving only for essential and necessary reasons, while countless businesses and other gathering places have been ordered to close their doors indefinitely. These kinds of restrictions have been necessary in order to stop the spread of a deadly disease but there is no denying that they have imposed tremendous burdens on the daily lives of all Americans. In prior Memoranda, I directed our prosecutors to prioritize cases against those seeking to illicitly profit from the pandemic, either by hoarding scarce medical resources to sell them for extortionate prices, or by defrauding people who are already in dire circumstances due to the severe problems the pandemic has caused. We have pursued those efforts vigorously and will continue to do so. Now, I am directing each of our United States Attorneys to also be on the lookout for state and local directives **that could be violating the constitutional rights and civil liberties of individual citizens.** As the Department of Justice explained recently in guidance to states and localities taking steps to battle the pandemic, even in times of emergency, when reasonable and temporary restrictions are placed on rights, **the First Amendment and federal statutory law prohibit discrimination against religious institutions and religious believers.** The legal restrictions on state and local authority are not limited to discrimination against religious institutions and religious believers. For example, the Constitution also forbids, in certain circumstances, discrimination against disfavored speech and undue interference with the national economy. If a state or local ordinance crosses the line from an appropriate exercise of authority to stop the spread of COVID-19 into an overbearing infringement of

constitutional and statutory protections, the Department of Justice may have an obligation to address that overreach in federal court.

I am therefore directing the Assistant Attorney General for Civil Rights, Eric Dreiband, and Matthew Schneider; the U.S. Attorney for the Eastern District of Michigan, to oversee and coordinate our efforts to monitor state and local policies and, if necessary, take action to correct them. They should work not only with all Department of Justice offices and other federal agencies, but with state and local officials as well.

**Memorandum from the Attorney General Page 2 Subject:**

Balancing Public Safety with the Preservation of Civil Rights Many policies that would be unthinkable in regular times have become commonplace in recent weeks, and we do not want to unduly interfere with the important efforts of state and local officials to protect the public. But the Constitution is not suspended in times of crisis. We must therefore be vigilant to ensure its protections are preserved, at the same time that the public is protected. I thank you for your attention to this important initiative and for your service to our country.

On 4/28/2020 4:04 PM, Goldstein, Ross wrote:
> Please see the attached correspondence seeking to confer pursuant to Local Rule 7.1 prior to the United States filing a motion with the court.



**Ross S. Goldstein | Senior Litigation Counsel**
United States Department of Justice
Consumer Protection Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel: (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov