UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                *Plaintiff,*

      *vs.*

GENESIS II CHURCH OF HEALTH
   AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                *Defendants.*

## GOVERNMENT'S NOTICE REGARDING WITNESSES AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING

Please take notice that, in anticipation of the hearing on the government's motion for a preliminary injunction currently scheduled for May 1, 2020, the United States of America does not intend to call any witnesses for direct examination or offer any exhibits in its case-in-chief beyond that which has already been submitted to the Court in the form of the declarations and exhibits in support of its motion. The government does intend, however, to make those declarants available to the Court and the parties at the hearing, should further testimony from them become necessary.

Dated: April 30, 2020

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | |

*Ross S. Goldstein*　　　　　　　　　　　　*Matthew J. Feeley*

ROSS S. GOLDSTEIN　　　　　　　　　　MATTHEW J. FEELEY
Court ID No. A5502651　　　　　　　　　　Florida Bar No. 12908
Senior Litigation Counsel　　　　　　　　　Assistant United States Attorney

Ross.Goldstein@usdoj.gov　　　　　　　　99 N.E. 4th Street, Suite 300
202-353-4218 (office)　　　　　　　　　　Miami, FL 33132
202-514-8742 (fax)

　　　　　　　　　　　　　　　　　　　　Matthew.Feeley@usdoj.gov
　　　　　　　　　　　　　　　　　　　　305-961-9235 (office)
　　　　　　　　　　　　　　　　　　　　305-530-7139 (fax)

*David A. Frank*

DAVID A. FRANK
Court ID No. A5500486
Senior Litigation Counsel

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044

David.Frank@usdoj.gov
(202) 307-0061 (office)
(202) 514-8742 (fax)

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Matthew J. Feeley*
Matthew J. Feeley
Assistant United States Attorney

## SERVICE LIST

United States of America
vs.
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

CASE NO.: 20-21601-CIV-WILLIAMS
United States District Court
Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL 34209 |

4

| | |
|---|---|
| **MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>***Counsel for United States of America*** | **JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>***Defendants*** |