UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

      *Plaintiff,*

   *vs*.

GENESIS II CHURCH OF HEALTH
 AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

      *Defendants.*

## GOVERNMENT'S NOTICE OF FILING
## PROPOSED ORDER OF PRELIMINARY INJUNCTION

The United States of America, by and through the undersigned counsel, hereby respectfully files the attached Proposed Order Of Preliminary Injunction.

Dated: April 30, 2020

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | |
| *Ross S. Goldstein*<br>ROSS S. GOLDSTEIN<br>Court ID No. A5502651<br>Senior Litigation Counsel | *Matthew J. Feeley*<br>MATTHEW J. FEELEY<br>Florida Bar No. 12908<br>Assistant United States Attorney |
| Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax) | 99 N.E. 4th Street, Suite 300<br>Miami, FL 33132 |
| *David A. Frank*<br>DAVID A. FRANK<br>Court ID No. A5500486<br>Senior Litigation Counsel | Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax) |
| U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044 | |
| David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | |

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

       I hereby certify that on April 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    *s/ Matthew J. Feeley*
           Matthew J. Feeley
           Assistant United States Attorney

## SERVICE LIST

United States of America
vs.
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

CASE NO.: 20-21601-CIV-WILLIAMS
United States District Court
Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL 34209 |

4

| | |
|---|---|
| **MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>*Counsel for United States of America* | **JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |