UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. The Parties shall use the following telephonic dial-in information to participate in the preliminary injunction hearing scheduled for **May 1, 2020 at 10:00 AM**.

    **Dial**: 1-888-684-8852

    **Access Code**: 7369700#

    **Security Code**: 1133

The Parties shall dial-in five minutes prior to the scheduled time of hearing. It is further **ORDERED** that Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 30th day of April, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE