UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                *Plaintiff*,

vs.

GENESIS II CHURCH OF HEALTH AND
   HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                *Defendants*.

**GOVERNMENT'S MOTION FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT and
INCORPORATED MEMORANDUM IN SUPPORT**

The United States of America hereby moves the Court for an order directing Defendants to appear before it as soon as this matter can be heard and then and there show cause, if any there be, why they should not be held in contempt and sanctioned for failing and refusing to comply with the temporary restraining order issued by this Court on April 17, 2020.

*GROUNDS FOR RELIEF*

On April 17, 2020, this Court issued a temporary restraining order ("TRO") that prohibits Defendants from "directly or indirectly, label[ing], hold[ing], and/or distribut[ing] any [unapproved new drug or misbranded] drug, including but not limited to MMS …" TRO at 3 (D.E. 4). The TRO has been in full force and effect since its entry. All Defendants received actual notice

of the TRO via email on the same day that it was issued; Defendants Genesis II Church of Health and Healing ("Genesis") was also served with the TRO by the United States Marshals Service that same day by posting the document at the address shared by Genesis and Defendant Jonathan Grenon in Bradenton, Florida. Moreover, on April 21, 2020, all of the individual Defendants signed a document styled as a "Stop Harassment Order" and transmitted it to the Court and several government officials, acknowledging their actual notice of this Court's order. *See* D.E. 12. Yet, as outlined below, Defendants are resisting and failing to comply with that Order. And remarkably, Defendants have touted their noncompliance in public statements and in their communications with the government and this Court.

### A. *Defendants Continue to Label MMS*

Today, nearly two weeks after the Court entered the TRO, Defendants continue to label MMS by persisting in making claims on their various websites that demonstrate that their products are intended to cure, mitigate, treat, or prevent disease. Specifically, the Defendants continue to be responsible for false, misleading, and otherwise unlawful labeling of MMS through the violative claims discussed in the Declaration of Tiffany Petty. *See* Decl. of Tiffany Petty, (D.E. 3-1). In one notable example, Defendants continue to issue and provide labeling for MMS that directs "Dosing for Coronavirus" for both "Adults" and "Small Children." G2Voice Broadcast #182, *The Coronavirus is Curable! Do You Believe It? You Better!*, https://g2churchnews.org/577-g2voice-182 (last visited Apr. 30, 2020) (noting that "this should wipe it [sic] out this flu-like virus that many are being scared with its presence in this world!"). *See also* Supp. Decl. of Jason Humbert, ¶ 10, attached as Ex. 1 (observing that as of the date of this Motion, Defendants' continue to publish drug claims for MMS on websites).

### B. *Defendants Continue to "Directly or Indirectly" Distribute MMS*

Defendants continue to provide consumers with information on how to obtain MMS from various Genesis-affiliated providers, including various "Church Chapters" and "G2 Sacrament Providers" operating in the United States and elsewhere. *See, e.g.,* G2 Sacrament Providers – Genesis II Church of Health & Healing (Official), https://genesis2church.ch/mms/providers (last visited Apr. 29, 2020) (listing contact information and product listings). Defendants' continued—albeit indirect—contumacious distribution of MMS is not limited to passively maintaining a website, however.

Eight days after entry of the TRO, in order to verify whether Defendants' were complying with the TRO, an investigator for the United States Food and Drug Administration ("FDA"), utilizing a fictitious identity, attempted to purchase MMS via the Genesis websites. *See* Humbert Supp. Decl. ¶ 5. Although the FDA investigator could not order MMS directly from the Genesis website itself, but rather directed potential consumers to contact Genesis by email with questions at a specific email address: g2sacraments@gmail.com. *Id.*

The FDA investigator then sent an email to g2sacraments@gmail.com (again concealing his true identity) inquiring whether MMS was available for purchase. *Id.* ¶ 6. Later the same day, he received an email response, signed by Defendant Jordan Grenon on behalf of Defendant Genesis. *Id.* ¶ 7. Reverse geolocation of the IP address where the email originated indicates that it was sent from around Bradenton, Florida, where a number of Defendants are known to be located. *Id*. ¶ 9. Rather than advising the undercover FDA investigator that MMS could not be lawfully distributed, Defendant Jordan Grenon and Genesis advised the putative consumer how he could obtain Genesis's unapproved and misbranded drugs from "an alternate source … in the USA" and provided a toll-free telephone number for that source. *Id.* ¶ 7. In addition to identifying a specific contact from which to obtain Genesis's products, the email also directed the consumer to find

3

additional MMS "providers" from the Genesis website map of various "Church Chapters," "Church Providers," "Bishops," and "Health Ministers" throughout the world. *See id.* ¶ 8.

Whether taken together or independently, this evidence manifestly demonstrates that in derogation of this Court's order, Defendants and those acting in concert and participation with them, continue to "directly or indirectly[] label, hold, and/or distribute" MMS. TRO at 3.

### C. *Defendants Have Openly and Notoriously Refused to Obey this Court*

In compliance with Local Rule 7.1(b) (requiring a pre-filing meet and confer for most motions), Plaintiff sent a letter via email to Defendants on April 28, 2020, in a good faith effort to secure Defendants' compliance with the TRO without resorting to seeking relief from the Court. *See* Letter from Ross Goldstein to Defs. (Apr. 28, 2020), attached as Ex. 2. Defendant Mark Grenon reacted with further defiance by sending a letter to Department of Justice leadership on the following day, April 29, 2020. *See* Email from Mark Grenon to Ross Goldstein, et al. (Apr. 29, 2020), attached as Ex. 3. In that email, Defendant accused counsel for the United States of treason and continued to maintain that Defendants are not required to obey this Court, noting that they "never agreed to the TRO." *Id.*

This is consistent with other public statements Genesis has made since the Court issued its TRO. For example, during Genesis' weekly internet broadcast/podcast on April 26, 2020, hosted by Defendants Mark and Joseph Grenon, Mark Grenon stated, "Just because the FDA submits a TRO and the DOJ … signs the order, it doesn't mean it has to be obeyed or even given attention. They hate this. It's called civil disobedience. We will not be participating in any of the injustice. … We are practicing civil disobedience against this unjust order, and that's what we're doing." Tr. of G2Voice Broadcast #189, *PART TWO—THIS INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon*, at 45–47 (Apr. 26, 2020), attached as Ex. 4. Defendants' public protestations against the TRO are occasionally accompanied by veiled threats of violence:

4

"The restraining order's right there … You've got the Second [Amendment]. Right? When Congress does immoral things, passes immoral laws, that's when you pick up guns, right?" *Id.* at 46. Later in the broadcast, Mark Grenon shouts: "You want a Waco? Do they want a Waco? They can say you pulled the gun and just shoot you and you don't even have a gun? What's going to happen here?" *Id.* at 49.

Nowhere in these protestations do Defendants claim that compliance with this Court's order is impossible. Rather, they merely announce their refusal to do so. Defendants' failure and refusal to comply with the Court's order, combined with statements that they will not permit FDA to exercise its oversight and inspection power, has impaired and will continue to impair the government's ability to protect public health as well as to police and enforce the TRO. *Compare* TRO, at 4–5, ¶ 6 ("Representatives of FDA shall be permitted, without prior notice and as and when FDA deems necessary, to inspect Defendants' places of business …") *with* Letter from Mark S. Grenon to Court (Apr. 21, 2020), at 22 (DE 11) (warning that government will not be allowed to enter Defendants' property and that "The County Sheriff will be there to defend [it and] to NOT permit anyone to enter."). Furthermore, there is no reason to believe that their contumacious conduct will cease if the Court grants the government's motion for entry of a preliminary injunction.

    **D.** *The United States Has Met Its Burden for an Order to Show Cause*

The Court has inherent power to enforce compliance with its lawful orders. *See Citronelle-Mobile Gathering, Inc. v. Watkins*, 943 F.2d 1297, 1301 (11th Cir. 1991) (citing *Shillitani v. United States*, 384 U.S. 364, 370 (1966)). "A finding of civil contempt must be supported by clear and convincing evidence that 'the allegedly violated order was valid and lawful; ... the order was clear and unambiguous; and the ... alleged violator had the ability to comply with the order.'" *F.T.C. v. Leshin*, 618 F.3d 1221, 1232 (11th Cir. 2010) (quoting *Riccard v. Prudential Ins. Co.*, 307 F.3d

1277, 1296 (11th Cir. 2002). Because the facts set forth above and in the accompanying declaration evince a *prima facie* showing that those elements have been met with regard to Defendants' violation of the TRO, "the burden then shifts to the alleged contemnor to produce evidence explaining his noncompliance at a 'show cause' hearing." *Chairs v. Burgess,* 143 F.3d 1432, 1436 (11th Cir. 1998). At the show cause hearing, the Defendants "must prove that despite all reasonable efforts to comply with the court's order, compliance was impossible." *TracFone Wireless*, *Inc. v. Holden Property Servs., LLC*, 103 F. Supp. 3d 1357, 1361 (S.D. Fla. 2015).

## *CONCLUSION*

The United States respectfully submits that there is clear and convincing evidence that that Defendants have violated the valid, lawful, clear, and unambiguous TRO despite their ability to comply. As a result, the United States respectfully requests that the Court enter an Order requiring Defendants to appear as soon as this matter may be heard and show cause why they should not be held in contempt of this Court.

## *LOCAL RULE 7.1(b) CERTIFICATION*

The undersigned certifies that counsel for the United States has made reasonable efforts to confer with all parties who may be affected by the relief sought in the motion, by sending the letter attached to this Motion as Ex. 3 by email to all Defendants on April 28, 2020, but has been unable to do so.

Dated this 30th day of April, 2020.

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice<br><br>GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| *Ross S. Goldstein*<br>ROSS S. GOLDSTEIN<br>Court ID No. A5502651<br>Senior Litigation Counsel<br><br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax) | *Matthew J. Feeley*<br>MATTHEW J. FEELEY<br>Florida Bar No. 12908<br>Assistant United States Attorney<br><br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax) |
| *David A. Frank*<br>DAVID A. FRANK<br>Court ID No. A5500486<br>Senior Litigation Counsel<br><br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br><br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | |

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

       I hereby certify that on April 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     *s/ Ross S. Goldstein*
        Ross S. Goldstein
        Senior Litigation Counsel
        U.S. Department of Justice

### SERVICE LIST

United States of America
*vs.*
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON

CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL 34209<br><br>**JONATHAN GRENON**<br>jonathan@genesis2church.is |

| | |
|---|---|
| **MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>*Counsel for the United States of America* | 2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |