UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>GENESIS II CHURCH OF HEALTH AND HEALING, MARK GRENON, JOSEPH GRENON, JORDAN GRENON, and JONATHAN GRENON,<br><br>     Defendants. | No. 1:20-cv-21601-KMW<br><br>**SUPPLEMENTAL DECLARATION OF JASON HUMBERT** |

I, Jason Humbert, declare the following:

1.     My job title and responsibilities were previously set forth in my Declaration in support of the government's motion for a temporary restraining order and preliminary injunction against Genesis II Church of Health and Healing, Mark Grenon, Joseph Grenon, Jordan Grenon, and Jonathan Grenon (collectively "Defendants"), filed with the Court on April 16, 2020 (the "Humbert Declaration I"), and are incorporated herein by reference.  ECF No. 3-2, ¶¶ 1-3.

2.     The documentation referenced herein regarding Defendants' websites and email communications that FDA had with Defendants concerning their MMS products is information investigators at FDA collect as part of their regularly-conducted business activity.  It is FDA's regular practice to upload and store such records in an FDA internal database, known as the Compliance Management System ("CMS"), which is in the custody and control of FDA's Office of Regulatory Affairs ("ORA") and allows users to develop a compliance action and store supporting evidence in an electronic format within a centralized module.  The information is then retained and accessible to all FDA organizational units involved in the action.  The documents

referenced herein were collected as part of FDA's regularly-conducted business activities and, consistent with FDA's regular practice, have been uploaded to, and stored in, CMS.

3.      The statements made in this Declaration are based upon my personal knowledge and information about which I have become knowledgeable through my review of official agency records in the course of my official duties.

4.      Since the Humbert Declaration I was filed, I and my supervisee, Tiffany Petty, a Program Analyst in ORA's Health Fraud Branch, have continued to monitor the Genesis II Church of Health and Healing ("Genesis") websites.

5.      On April 25, 2020, I attempted to purchase MMS from Genesis's newg2sacraments.org website (the "Sales Website").  I first accessed the genesis2church.ch (the "Genesis Website") and clicked on the "G2 Sacrament Providers" tab under the "MMS (Master Mineral Solution)" drop-down list.  That tab directed me to a list of multiple MMS suppliers and included a link to the Sales Website.  A true and correct copy of screenshots of the G2 Sacrament Providers listing and other website pages that I reviewed on April 25, 2020 are attached at Exhibit 1.  I clicked the link to the Sales Website contained on the G2 Sacrament Providers list and attempted to place MMS in the cart for purchase, but instead got a screen stating that Genesis was "in prayer" and a message saying "[i]f you have any questions please email me at g2sacraments@gmail.com."  Ex. 1 at 12.

6.      On April 25, 2020, using an undercover computer and fictitious identity located in Pennsylvania, I emailed Genesis at g2sacraments@gmail.com and asked whether MMS was available for purchase.  A true and correct copy of my undercover email to Genesis is attached at Exhibit 2.

7.      On April 25, 2020, I received a response, signed by Bishop Jordan Grenon, from g2sacraments@gmail.com.  The response stated that the "website is on hold," but "for an alternate source contact in the USA 1-865-654-7147."  The email also stated "for more providers go to https://genesis2church.ch/contact-map," which links to a map of various MMS providers throughout the United States and the world.  Finally, the response included a link to a video titled, "THIS INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon 4-20-20" on brighteon.com.  A true and correct copy of the email I received from Genesis and Jordan Grenon on April 25, 2020 is attached at Exhibit 3.

8.      On April 25, 2020, I also ran an internet search for the phone number "1-865-654-7147" referenced in Genesis's response to my undercover inquiry, and determined it was associated with a "Bob the Plumber," who has appeared on Genesis broadcasts, including G2Voice #184 – "G2Church Sacramental Testimonials from India with Dr. Susan Raj and in Uganda from Bob, the Plumber! 3-16-20."  True and correct copies of the screenshots I took of the websites referencing the video, "Bob the Plumber," and the phone number provided by Jordan Grenon as a source for MMS are attached at Exhibits 4 and 5.

9.      On April 29, 2020, I conducted a search of the IPv6 address included in the emailed response I received from Genesis (Exhibit 3), i.e., 2603:9000:c400:42dc:8479:94d7:be78:5e3f, using the IP location tool on whtop.com. The search result I obtained is attached as Exhibit 6 and shows this IP address is in Bradenton, Florida.

10.     On April 30, 2019, I visited the websites referenced in Paragraphs 19, 20, and 21 of the Declaration of Tiffany Petty in support of the government's motion for a temporary restraining order and preliminary injunction against Defendants (ECF No. 3-1) (the "Petty

Decl.").  I confirmed that the drug claims identified in Paragraphs 19, 20, and 21 of the Petty Decl. remain on Defendants' websites.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2020

Jason Humbert_____

Jason Humbert
Director
Health Fraud Branch
Office of Regulatory Affairs
United States Food and Drug Administration

4

# EXHIBIT
# 1

Select Language ▼



GENESIS II
CHURCH OF HEALTH & HEALING

(/index.php)



(https://g2churchbooks.org/Volume-Two-of-'Imagine-A-World-Without-DIS-EASE'-ebook-p169039425)

**G2 Sacrament Providers: MMS, MMS2, DMSO, HCl 4% activator and more**

🇺🇸 **#1 Genesis2Church Provider**

G2Sacraments Church Chapter #001 (https://newg2sacraments.org)
Website: G2Sacraments.org
(https://newg2sacraments.org)Ships throughout USA
Email: g2sacraments@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2, (https://newg2sacraments.org)

🇬🇭 **Africa**

**Ghana**

Genesis2Church Chapter #314

Bishop Barima Asamoah Kofi IV
Email genesis2church.gh@gmail.com
Products: MMS, MMS2, 5%HCL, DMSO, ZINC OXIDE

🇦🇷 **Argentina**

Genesis2Church Chapter #120 (http://www.iglesia-g2.com.ar)
Website: www.iglesia-g2.com.ar (http://www.iglesia-g2.com.ar)
Email: info@iglesia-g2.com.ar Alterative Email: obispo.luisgarcia@gmail.com
Products: MMS, HCL 4%, DMSO
**Se habla español**.

🇨🇳 **Asia**

Genesis2Church Chapter #255 (http://miraclemineral.co.nz)
Website: miraclemineral.co.nz (https://www.miraclemineral.co.nz)
Email: info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips Cl02, Dropper, WPS, WPS2,

🇦🇺 **Australia**

Genesis2Church Chapter #316 (http://www.mmsaustralia.com.au)

Website: www.mmsaustralia.com.au (http://www.mmsaustralia.com.au)

Email: office@mmsaustralia.com.au

Products: Sacramental Cleansing Kits, MMS Water Purification Drops,

Educational Materials, plus More

Ships: Worldwide

🇨🇦 **Canada**

Genesis2Church Chapter #291

(http://www.genesis-2-church.org)Website: www.genesis-2-church.org (http://www.genesis-2-church.org)

Email: info@genesis-2-church.org

Products: Sacramental Cleansing Water Kit/MMS (http://www.genesis-2-church.org)

(http://g2sacraments.ecwid.com/#!/Sacrament-Cleansing-Water-MMS2-Calcium-Hypochlorite/p/48080502/category=11018237)Ships: Throughout Canada

Genesis2Church Chapter #297 (//genesis2church297.com)

Website:  genesis2church297.com (http://genesis2church297.com)

Email:  genesis2church297@gmail.com

Products:  WP,  MMS,  MMS2,  HCL 4%, Aztec Clay,

DMSO, Zinc Dioxide, Diatomaceous Earth, Capsules,  Bottles & Stickers

🇨🇱 **Chile**

Genesis2Church Chapter #227

(http://genesis2chile.cl/)Website:  (http://g2sacraments.ecwid.com/)genesis2chile.cl (http://genesis2chile.cl/)

Email: genesis2chile@gmail.com

Products: MMS (http://g2sacraments.ecwid.com/#!/Sacramental-Cleansing-Water-MMS-Sodium-Chlorite/p/43171147/category=11018237), HCL 4%

(http://g2sacraments.ecwid.com/#!/Sacramental-Cleansing-Water-HCl-Activator/p/43171151/category=11018237), DMSO (http://g2sacraments.ecwid.com/#!/DMSO-

99/p/47084793/category=11018237), MMS2 (http://g2sacraments.ecwid.com/#!/Sacrament-Cleansing-Water-MMS2-Calcium-Hypochlorite/p/48080502/category=11018237),

🇨🇴 **Colombia**

Genesis II Church Chapter #139 (https://www.facebook.com/IG2Capitulo139)
Bishop Mark Grenon
Santa Marta Colombia
mark@genesis2church.is
joseph@genesis2church.is
**Se habla espanol**.

🇲🇿 **Mozambique**

Genesis2Church Chapter #206

Email: Sam.gesIIchurchofhealth@gmail.com

Phone 258 82 405 9780

Products: MMS, HCL 4%,Citric Acid, MMS2, Moringa, Clays

🇳🇿 **New Zealand**

Genesis2Church Chapter #255 (http://miraclemineral.co.nz)
Website: miraclemineral.co.nz (https://www.miraclemineral.co.nz)
Email:info@miraclemineral.co.nz
CDS, Citric acid, Hydrochloric acid 4%, Hydrochloric acid 10%,
Sodium chlorite powder, Capsules, Test strips Cl02, Dropper, WPS, WPS2,

Genesis2Church Chapter #252
based out of Winton Central Southland
Email: info@genesis2nederland.nl
Products: MMS, HCL 4%, DMSO, MMS2

🇵🇾 **Paraguay**

Genesis2Church Chapter #303
Email escri_ovelar@hotmail.com
Products: MMS, HCL 4%, DMSO, MMS2
**Se habla espanol**.

🇵🇪 **Peru**

Genesis2Church Chapter #306 (http://www.mmsperusalud.com)
Website: www.mmsperusalud.com (resource:/app/res/www.mmsperusalud.com)
Email: mguidoba@gmail.com
Products: MMS, HCL 4%, DMSO, MMS2
**Se habla espanol**.

🇵🇭 **Philippines**

Genesis2Church Chapter #324
Email: qasajorda@gmail.com
(mailto:qasajorda@gmail.com)Phone: +63938 658 1661
Products: MMS, HCL 4%, DMSO, MMS2

🇪🇸 **Spain**

Genesis II Church Chapter #294 (http://www.activatedmineralsolution.com)
Bishop Tobias Laube
The Laube Holistic Health Solutions Ltd.
www.activatedmineralsolution.com (https://www.activatedmineralsolution.com?res=13)
info@activatedmineralsolution.com
Tel: +34 616413756
facebook.com/laubeholistichealth (https://facebook.com/laubeholistichealth)
facebook.com/amazingmms (https://facebook.com/amazingmms)

🇨🇭 **Switzerland**

Genesis2Church Chapter #310
health_minister@bluewin.ch
**(mailto:health_minister@bluewin.ch)**Products: MMS1 / Sodium chlorite 28% (NaClO2), Chlorine Dioxide Solution
3000ppm (CDS),Hydrochloric acid 5% (HCl), DMSO, MMS2, Capsules,
Moringa oleifera, Schwarze Salbe
Languages: D, E, F, I
**Shipping: Switzerland**

🇺🇸 **USA / America**

Genesis2Church Chapter #290
State: California, USA
Products: MMS, HCl 4%
Email: genesis2church290@unseen.is

Genesis2Church Chapter #239
website: www.AtlantisHealingCenter.com/mms
(http://www.AtlantisHealingCenter.com/mms)email: earl@AtlantisHealingCenter.com
(mailto:earl@AtlantisHealingCenter.com)Products: MMS1, MMS2, HCL 4%, DMSO,
Calcium Bentonite Clay, Diatomaceous Earth, Empty Capsules, Spray Bottles

Genesis2Church Chapter #321
(http://www.discovermms.com)Website: https://www.discovermms.com (https://www.discovermms.com)
Email: service@discovermms.com
Sacraments: MMS, HCL 4%, CA 50%, CDS, MMS2, DMSO, Calcium bentonite clay,
Diatomaceous earth, Sodium chlorite flakes, Test strips, Plastic bottles, Empty Capsules
Ships: Worldwide

**License**: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0
Unported License. [cc BY-NC-ND]

**Disclaimer**: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.

Select Language



(/index.php)



---

**Upcoming Genesis II Church Seminars**

---

**G2 Church News**

- G2Voice #189 - THIS INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon 4-21-20 (https://g2churchnews.org/586-g2voice-189)
- G2Voice Broadcast #188 – Letter to President Trump and Response to FDA/FTC about their attack on our Sacraments! 4-14-20 (https://g2churchnews.org/585-g2voice-188)
- Breaking News! FDA & FTC attacks Genesis II Church Sacraments as being fraudulent! 4-9-20 (https://g2churchnews.org/584-fda-and-ftc-attack)

---

**Recently Uploaded Videos**

- THIS INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon 4-20-20 (https://www.brighteon.com/084b61e6-4729-4d15-9c1f-608f1b460f3e)
- G2Voice Broadcast #188 – Letter to President Trump and Response to FDA/FTC about their attack on our Sacraments! 4-19-20 (https://www.brighteon.com/aedb4e1b-3a47-434f-8548-7efe585a1cf1)
- Gross negligence of 1st Amendment by the Dept. of 'justice' against the Genesis II Church! (https://www.brighteon.com/b5c7458a-c03b-481d-a6c7-7ca6aed4f5da)
- G2Voice Broadcast # 187 – Our New G2Missions Site 4-12-20 (https://www.brighteon.com/c2b3ed36-8cd0-45f7-9b53-b698b31a27aa)

---

**The G2Voice Broadcast: Sundays 10AM CST**



| 197 episodes | 369 hours, 42 minutes |
|---|---|
| ▶ G2Voice Broadcast #188 – Letter to President Trump and Response to FDA/FTC abo…   E   ⓘ | 02:06:15 |
| ▶ G2Voice Broadcast #187 – Our New G2Missions Site 4-12-20   E   ⓘ | 02:32:18 |
| ▶ G2Voice Broadcast #186 – Chloroquine and Z-Pak are dangerous! 4-5-20   E   ⓘ | 01:35:39 |

**Visit G2Voice Broadcast** at www.G2Voice.is (http://www.G2Voice.is) **or email** info@g2voice.is
**Weekly broadcast videos at** ~~YouTube~~, Brighteon (https://www.brighteon.com/channel/g2church)
Spreaker (https://www.spreaker.com/show/g2voice-broadcast), ~~YouTube~~, Brighteon (https://www.brighteon.com/channel/g2church), iTunes (https://itunes.apple.com/us/podcast/g2voice-broadcast/id1155166130),
~~Facebook~~, ~~Twitter~~, and the Live Chat (https://www.spreaker.com/show/g2voice-broadcast) during live shows. (http://www.G2Voice.is)



(https://g2churchbooks.org/Volume-Two-of-'Imagine-A-World-Without-DIS-EASE'-ebook-p169039425)



(/course)



(/seminar)



(/sacramental-guidance)



(https://g2churchbooks.org/)



(https://g2churchbooks.org/)



(/contact-map)



(https://newg2sacraments.org)



(/mms/providers)



(/membership)



(/contact-bishop-jordan-grenon)

**Welcome To The Genesis 2 Church of Health & Healing**

**Health Restoration Center**

For information about our health restoration center in Colombia, please contact Bishop Mark Grenon (/contact-bishop-mark-grenon) or Bishop Jonathan Grenon (/contact-bishop-jonathan-grenon).

**LEAKED: Proof The Red Cross Cured 154 Malaria Cases With MMS**

Published Jul 1, 2013

Download video (https://mmstestimonials.co/images/videos/LEAKED_-_Proof_the_Red_Cross_Cured_154_Malaria_Cases_with_MMS-FrwZN1cPfX8.mp4) (mp4) (from mmstestimonials.co)

**Malaria Cured in Hours - Red Cross Study Uganda 2012: What They Don't Want You To Know**

Published May 2, 2013



▷ ──○────────────────────  00:00  ⊲×   ○ ⚙ ▢

**Read more about the Red Cross Curing 154 Malaria Cases with MMS here:**
https://mmstestimonials.co/malaria/leaked-proof-the-red-cross-cured-154-malaria-cases-with-mms (https://mmstestimonials.co/malaria/leaked-proof-the-red-cross-cured-154-malaria-cases-with-mms).

**For more MMS testimonials in writing and on video**
Visit the testimonial database at mmstestimonials.co (http://mmstestimonials.co) and bitchute.com/mmstestimonials (https://bitchute.com/mmstestimonials) (http://mmstestimonials.co)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**License**: Except where otherwise noted (/trademark-tradename-policy), the content on this Genesis II Church of Health and Healing website is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 Unported License. [cc] BY-NC-ND

**Disclaimer**: The protocols described on this site are official sacraments of the Genesis II Church of Health and Healing. The reader accepts 100% responsibility for any and all use made of any information herein.



## Newg2sacraments.org
Church chapter 50





# G2Sacramental products

G2sacraments sacraments



Genesis II Church Apperal



Sacramental Kits



Single Sacraments

Click to Search

Proudly powered by WordPress | Theme: Bulk Shop

 **Gmail**

<div align="right">Angel Martin &lt;itsangelmartin@gmail.com&gt;</div>

---

### mms

**G2sacraments** &lt;g2sacraments@gmail.com&gt;            Sat, Apr 25, 2020 at 6:49 PM
To: Angel Martin &lt;itsangelmartin@gmail.com&gt;

Thank you your email, see more information about our church at genesis2church.ch

Our website is on hold as we are in prayer at this time, for alternate source contact in the USA 1-865-654-7147

for more providers go to https://genesis2church.ch/contact-map

Please pray for us and please share this video!!! https://www.brighteon.com/084b61e6-4729-4d15-9c1f-608f1b460f3e

> On 4/25/2020 5:28 PM, Angel Martin wrote:
>> good day,
>>
>> i tried to make a donation for mms but the website said to email you. do you have mms available? i live in pa.
>>
>> thank you
>> angel m.
>> 717-462-7927

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing

--
This email has been checked for viruses by AVG.
https://www.avg.com



**Newg2sacraments.org**
Church chapter 50

# Donate for the G2Sacraments

Welcome to the Genesis II Church sacramental provider website!
All sacraments and products are to be acquired by donation.
The Genesis II Church is a free church under common law and is not under commercial law.
Please enjoy our easy-to-use donation website!
see our instock sacraments
Sign up for our newsletter to know when we are restocked!



G2Sacramental products



Limited Time Sacramental Kits



Newest Products

Click to Search



# We are currently in prayer!!!

During these difficult and trying times, we are in prayer and seeking The LORD's wisdom & guidance.

Please pray for us.

If you have any questions please email me at g2sacraments@gmail.com (mailto:g2sacraments@gmail.com)

If you would like to sign up for our newsletter please go to http://eepurl.com/dJ244w (http://eepurl.com/dJ244w)

**Newg2sacraments.org**
Church chapter 50

🛒 0



# Sacramental Kits

Sacramental kits

Showing all 4 results

Sort by popularity ▼



Limited Time 2oz G2 Sacramental Kit (1 per donation)

$10.00

ADD DONATION TO CART



MMS2 and Capsules

$15.00

ADD DONATION TO CART



G2Sacramental Travel Kit

$40.00

ADD DONATION TO CART

Click to Search

4/25/2020                                    Sacramental Kits – Newg2sacraments.org

## Newg2sacraments.org
Church chapter 50

🛒 0    ☰



Limited Time 2oz G2 Sacramental Kit
(double) (1 per donation)

$20.00

ADD DONATION TO CART

Proudly powered by WordPress | Theme: Bulk Shop

Click to Search

# EXHIBIT

# 2

 Gmail

**Angel Martin <itsangelmartin@gmail.com>**

---

**mms**

---

**Angel Martin** <itsangelmartin@gmail.com>                                         Sat, Apr 25, 2020 at 5:28 PM
To: g2sacraments@gmail.com

good day,

i tried to make a donation for mms but the website said to email you. do you have mms available? i live in pa.

thank you
angel m.
717-462-7927

# EXHIBIT

# 3

## Original Message

| Message ID | <9936b445-4df2-4af0-552f-031529538e7a@gmail.com> |
|---|---|
| Created at: | Sat, Apr 25, 2020 at 6:49 PM (Delivered after 2 seconds) |
| From: | G2sacraments <g2sacraments@gmail.com> |
| To: | Angel Martin <itsangelmartin@gmail.com> |
| Subject: | Re: mms |
| SPF: | PASS with IP 209.85.220.41  Learn more |
| DKIM: | 'PASS' with domain gmail.com  Learn more |
| DMARC: | 'PASS'  Learn more |

Download Original                                                          Copy to clipboard

```
Delivered-To: itsangelmartin@gmail.com
Received: by 2002:a05:6838:b75c:0:0:0:0 with SMTP id w28csp2260458nkr;
        Sat, 25 Apr 2020 15:49:28 -0700 (PDT)
X-Received: by 2002:aed:2e65::: with SMTP id j92mr16147104qtd.273.1587854968746;
        Sat, 25 Apr 2020 15:49:28 -0700 (PDT)
ARC-Seal: i=1; a=rsa-sha256; t=1587854968; cv=none;
        d=google.com; s=arc-20160816;
        b=tH0VjY4x3OxeetrV+HZkrtEiuyESPQFqZetwMaLdpffHoUrW5p6/g6cv00XT2oJR61
         fxKYIB010LGgHGOfEDzDn2/D7rzCqaGV8Z7fKv6XjOy0CWsUIyqn2wGaUK+xgIMvKArL
         I0AkT2E6Mw9bdoZZ6TydHS5HUc/39SUWgTzzZEAuoZVv3IRsfQFXMG/aJJxbYlA2TYOw
         ucR5844xCNLrFAhnBeVtH1EVkHLFJ67UgZez8IM/pGx2hkoxcNyTDZLkaa4Sno9jsruT
         bvfUk46SlmJQRwQF07p9h62P2ObqZP97sDTTo7OnxmvbmdrnYzaQIRxCLT6aMSNFoK6/
         5Tbg==
ARC-Message-Signature: i=1; a=rsa-sha256; c=relaxed/relaxed; d=google.com; s=arc-
20160816;
        h=content-language:content-transfer-encoding:in-reply-to:mime-version
         :user-agent:date:message-id:from:references:to:subject
         :dkim-signature;
        bh=yhiWEmIG/4WCi823PLaRLhIu+7RYp1UI2V4DQl8SZbU=;
        b=U+KygnSAwL393TbwG7UFBWoX8KcsTZl3ul2kEPHXeSB6JVK/02DUeLv7LvNQnUplEb
         8Nj0UyFpMtcQvzLu1CVKeBmxUbZOkLAUCj0hGLL7h2iiHF83XFlM2HN77igx058suXmH
         8JiRH9vtrWqIilZ0plLDbsdRrhfhTywP8gmpYRtuK89WKjz1NznHhG+0AuzWBSzqVmNO
         sALwfdV9cRtoqLC3nO1TlIWJh2atD1LQa2br+wUZ7V+uK26QkplRAFndw8dA5A8rdoBI
         7TGHfxFByGn3g0EBIlWFKyjaKl3Ek9USnBUjXQFrez/MpggBZEUDKaIr2MCDvhj4hhXb
         iEwg==
ARC-Authentication-Results: i=1; mx.google.com;
        dkim=pass header.i=@gmail.com header.s=20161025 header.b=cecPWd+M;
        spf=pass (google.com: domain of g2sacraments@gmail.com designates 209.85.220.41
as permitted sender) smtp.mailfrom=g2sacraments@gmail.com;
        dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
Return-Path: <g2sacraments@gmail.com>
Received: from mail-sor-f41.google.com (mail-sor-f41.google.com. [209.85.220.41])
        by mx.google.com with SMTPS id l13sor9109401qke.22.2020.04.25.15.49.28
        for <itsangelmartin@gmail.com>
        (Google Transport Security);
        Sat, 25 Apr 2020 15:49:28 -0700 (PDT)
Received-SPF: pass (google.com: domain of g2sacraments@gmail.com designates
```

```
            209.85.220.41 as permitted sender) client-ip=209.85.220.41;
        Authentication-Results: mx.google.com;
                dkim=pass header.i=@gmail.com header.s=20161025 header.b=cecPWd+M;
                spf=pass (google.com: domain of g2sacraments@gmail.com designates 209.85.220.41
        as permitted sender) smtp.mailfrom=g2sacraments@gmail.com;
                dmarc=pass (p=NONE sp=QUARANTINE dis=NONE) header.from=gmail.com
        DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
                d=gmail.com; s=20161025;
                h=subject:to:references:from:message-id:date:user-agent:mime-version
                 :in-reply-to:content-transfer-encoding:content-language;
                bh=yhiWEmIG/4WCi823PLaRLhIu+7RYp1UI2V4DQl8SZbU=;
                b=cecPWd+MV7lAmMteUAXUMZGRlrwU1n9LN+oOpMnIZz//GZ0/2/LjA5OGappSHhQfPw
                 chu57K6Z6RFwEJJnFAxClCO2+URFjC6lSwBjSVk0slvK9KYTDIYk14h5ZT/GTEHdTfbH
                 F24ZucmY5Nw6PZNnNiMCQplzrnyHPHoquasW6emcpLVi48FVk1r9tTFbTzym/sKUJQaA
                 UP2e+hoqYOwkLMSIMAWv2+KKDJ7dz9q8vE8K1AIWa+GT3BJQks2jn1eFwqkz2tgYCn3F
                 9HosIUXXFGn9DfIZsXjUl1GXzsndH3kLyaMSjhwkZvGfEvtSGF3Xu5B7o+JXa+zHiXtH
                 Ll9Q==
        X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
                d=1e100.net; s=20161025;
                h=x-gm-message-state:subject:to:references:from:message-id:date
                 :user-agent:mime-version:in-reply-to:content-transfer-encoding
                 :content-language;
                bh=yhiWEmIG/4WCi823PLaRLhIu+7RYp1UI2V4DQl8SZbU=;
                b=UF1t2irmXlUrsStOWhg08Y4k/EeaZcOVPZRnBKcFhA+9sh3LMHYgu6K37JyXRiSLMz
                 E8qqrtGK4dkeJQURRV74LlNnPfgTym4vPZqBnI44QtG/vLHSR0QeSNbKuja6xHKXNx3Z
                 LwiC15yw+3VDWXxr4s1mwdYB843fc+JSc2HkZtOrsNYpYsD/aGLsrCKZcqkhSoFP+OQ7
                 h1NHztVWahodzJ/MPM7jtrpNC+AogIpVNWAME0mwf1XonggYxP90SkfSazfbpja9FkMt
                 UQkVjK2pF6kSo4BOuWu6uCYRCPKXyV7Osbxw4fPaCmDRV2dfavG9XnFi9XDGLglZ5y5n
                 IWgg==
        X-Gm-Message-State: AGi0PuafdU9TW2ZH4BuRrgV6tn21wsPKDfDFj9M4dSlaFFD5FRAnl9St
        hl0rQt7iqdifenfgOfcrL5kYVVjB46I=
        X-Google-Smtp-Source:
        APiQypLmc0+hzXtc6KXuVsa5khYKLipVF3/fU5WxIfb2cHqtdcVK/JLs06EaZqPBLu3qDvvN6PWm1Q==
        X-Received: by 2002:a37:a9cc:: with SMTP id s195mr14778219qke.124.1587854968057;
                Sat, 25 Apr 2020 15:49:28 -0700 (PDT)
        Return-Path: <g2sacraments@gmail.com>
        Received: from ?IPv6:::1? ([2603:9000:c400:42dc:8479:94d7:be78:5e3f])
                by smtp.gmail.com with ESMTPSA id o33sm6939220qtj.62.2020.04.25.15.49.27
                for <itsangelmartin@gmail.com>
                (version=TLS1_2 cipher=ECDHE-ECDSA-AES128-GCM-SHA256 bits=128/128);
                Sat, 25 Apr 2020 15:49:27 -0700 (PDT)
        Subject: Re: mms
        To: Angel Martin <itsangelmartin@gmail.com>
        References: <CANXeFzZp-NdQ-k+DuQYnzT5Ocw9nmVYOkVURX9Vr_Ns6Op0C5w@mail.gmail.com>
        From: G2sacraments <g2sacraments@gmail.com>
        Message-ID: <9936b445-4df2-4af0-552f-031529538e7a@gmail.com>
        Date: Sat, 25 Apr 2020 18:49:26 -0400
        User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64; rv:68.0) Gecko/20100101
        Thunderbird/68.7.0
        MIME-Version: 1.0
        In-Reply-To: <CANXeFzZp-NdQ-k+DuQYnzT5Ocw9nmVYOkVURX9Vr_Ns6Op0C5w@mail.gmail.com>
        Content-Type: text/plain; charset=utf-8; format=flowed
        Content-Transfer-Encoding: 7bit
        Content-Language: en-US
        X-Antivirus: AVG (VPS 200425-0, 04/25/2020), Outbound message
        X-Antivirus-Status: Clean

        Thank you your email, see more information about our church at
        genesis2church.ch

        Our website is on hold as we are in prayer at this time, for alternate
        source contact in the USA 1-865-654-7147

        for more providers go to https://genesis2church.ch/contact-map

        Please pray for us and please share this video!!!
        https://www.brighteon.com/084b61e6-4729-4d15-9c1f-608f1b460f3e

        On 4/25/2020 5:28 PM, Angel Martin wrote:
        > good day,
        >
        > i tried to make a donation for mms but the website said to email you.
```

```
> do you have mms available? i live in pa.
>
> thank you
> angel m.
> 717-462-7927

--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing


--
This email has been checked for viruses by AVG.
https://www.avg.com
```

# EXHIBIT

# 4





# EXHIBIT

# 5



G2Voice Broadcast
#184 – G2Church Sacramental Testimonials from India with Dr. Susan Raj and in Uganda from Bob, the...

#184 – G2Church Sacramental Testimonials from India with Dr. Susan Raj and in Uganda from Bob, the Plumber! 3-22-20

G2Voice Broadcast

Spela

This week we are talking with Dr. Raj in India about what she has been doing. And we will be talking to Bob the plumber about what he has to offer. God bless everyone

Bob the Plumber
+1-865-654-7147

This weeks newsletter: https://g2church.news.org/578-g2voice-194

Imagine. A World Without DIS-EASE Volume Two out! E-Book and Paper back
https://g2churchbooks.org/Volume-Two-of-%E2%80%98Imagine-A-World-Without-DIS EASE%E2
%80%99-ebook-p/669594625

Share these links with friends and family...
Free Partial E-Book (ENG, ESP)
https://g2church.org...
Genesis II Church
Genesis II Church...
Sacraments: https://...
G2Voice Website
G2Voice Video: www.brighteon.com

Testimonies: www.mmstestimonials.co www.bitchute.com

Protocol videos: G2Church www.bitchute.com

Membership: https://officialg2churchmembership.org/

Colombian Restoration Center!
If anyone wants to come for a 30-day Detox in Colombia, South America
please Contact us at: mark@genesis2church.is
or for Spanish joseph@genesis2church.is

Newsletter Signup:
genesis2church.is/newsletter

Para boletines en Español: lg2eso.genesis2.org
Episodios subtitulados en Español: https://www.brighteon.com/channel/lg2esogenesisll

G2Voice Website: G2Voice.is

Upcoming Seminars:
N/A

Contact our Bishop Joseph at: joseph@genesis2church.is

New Book and New Ebook
https://g2churchbooks.org/

Jim's Books
https://jimhumble.is/bookstore

MMS Health Recovery Guidebook: http://jimhumble.is/bookstore/mms-health-recovery-guidebook

How to Make MMS: Sodium Chlorite (22.4% (Master Mineral Solution)
https://genesis2church.is/videos
How to dilute HCL Hydrochloric acid from 35% to 4% and 5%
https://genesis2church.is/videos

Starting Procedure:
Protocol 1000:
(Daily Protocol Bottle)
Protocol 1000+:
Protocol 2000 https://genesis2church.is/videos
Protocol 4000
Spray Bottle Protocol
MMS Survival Kit

For Sacramental Products contact us at: jordan@genesis2church.is E-mail
or https://www.g2sacraments.org/
Home video course:



Rubbet och Götriamie invägarten på en rav över tittel G2Voice. Innehåller i podden je untett in G2Voice ett må se, eller Måermare mer Poddtoppen

Populärt på poddtoppen just nu

Rättegångspodden   Wahlgren & Wistam   Skitänger & Mannheimer   P3 Dokumentär   Alex & Sigges podcast   Mellan Himmel och Jord   Spårstämmen   P3 Serie

Senast besökta

G2Voice Broadcast
Alternativ vidga

Kategorier

Topplistan   Komedi & humor   Samhälle & kultur
Näringsliv   Konst & kultur   Barn & familj
Verkliga brott   Religion & andlighet   Utbildning
TV & film   Musik   Myndighet & organisation
Teknologi   Hälsa & motion   Historia
Fritid   Vetenskap   Sport
Skönlitteratur   Nyheter

Om Poddtoppen | Om Podcast
Topplistorna hämtas med hjälp av iTunes.

# EXHIBIT

# 6



Home → Webmaster tools → IP geographical localization

# Find where is located any IPv4 or IPv6 IP. DB updated April 2020

The IP you are looking to find the location    2603:9000:c400:42dc:8479:94d7:be78:5e3f

**CHECK IP LOCATION DONE (SEARCH AGAIN)**



**IP 2603:9000:c400:42dc:8479:94d7:be78:5e3f location result on 2020-04-29**

| | |
|---|---|
| Country: | 🇺🇸 United States of America , see **top 10 web hosting in United States of America** |
| City: | Bradenton |
| Region: | Florida |
| Zip Code: | 34209 |
| ISP Name / URL: | Charter Communications Inc / **spectrum.com**  |
| Latitude / Longitude: | 27.4749 / -82.6186 |
| MAP location: **New** | **Google MAP location for Bradenton** |

Beautifully designed
email campaigns.

© 2004 - 2020 WHTop          200429 1449 | 0.10 | 2/3          Contact | Advertising | Become Editor | Sitemap