

# U.S. Department of Justice

## Consumer Protection Branch

---

**Ross S. Goldstein, Senior Litigation Counsel**
Ross.Goldstein@usdoj.gov
*Direct Line: 202-353-4218*

*P.O. Box 386*
*Washington, DC 20044*

*Overnight and Hand Deliveries Only:*
*450 Fifth Street NW, Suite 6400*
*Washington, DC 20001*

April 28, 2020

<u>VIA EMAIL</u>

Genesis II Church of Health and Healing
Mark, Jordan, Joseph, and Jonathan Grenon
2014 Garden Lane
Bradenton, Florida 34205

      Re: *United States of America v. Genesis II Church, et al.*, No. 20-21601-CIV (Southern District of Florida)

Gentlemen:

Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida require that we make a "reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought [by a motion] in a good faith effort to resolve by agreement the issues to be raised in the motion" prior to filing any such motion with the court. Local R. 7.4(a)(3). Accordingly, this letter is sent to advise you that the United States intends to move the district court to issue an order to show cause why you should not be held in contempt for disobedience and resistance of the temporary restraining order issued on April 17.

More specifically, the United States is aware that Genesis II Church of Health and Healing ("Genesis") has been directing and referring consumers inquiring about obtaining MMS from Genesis to other MMS providers. In addition, the Genesis websites similarly continue to provide contact information and links for various "G2 Sacrament Providers." *See, e.g.,* G2 Sacrament Providers – Genesis II Church of Health & Healing (Official), http://genesis2church.ch/mms/providers.

The court's temporary restraining order clearly prohibits each defendant and any "Associated Persons" from "directly or indirectly, label[ing], hold[ing], or distribut[ing] … MMS." Temporary Restraining Order, at 3. At a minimum, therefore, it appears that you (and Genesis) are disobeying and resisting this provision by indirectly distributing and causing the distribution of MMS.

Genesis II Church of Health and Healing, et al.
April 28, 2020
Page 2

As a result and pursuant to the Local Rule described above, unless each of you (1) takes immediate action to bring your websites, communications, and practices into complete compliance with the court's order, and (2) notifies the United States by return email describing in detail what steps you have taken to do so by no later than 5:00 p.m. EDT tomorrow, April 29, 2020, the United States will thereafter file its motion for an order to show cause with the court. You should be aware that should you ultimately be found to be in contempt, in addition to other sanctions, the court may require you to pay the government's costs and attorney's fees associated with its motion. *See, e.g., TracFone Wireless, Inc. v. Holden Property Servs., LLC*, 103 F. Supp. 3d 1357, 1360 (S.D. Fla. 2015).

If any of you wish to further confer in good faith with the government in an effort to resolve this issue, please contact me immediately, but no later than 5:00 p.m. tomorrow. If you have retained counsel, please forward this letter to them immediately.

        Very truly yours,

        Ross S. Goldstein
        Senior Litigation Counsel

cc:  AUSA Matthew Feeley
      SLC David Frank