UNITED STATES DEPARTMENT OF JUSTICE

CONSUMER PROTECTION BRANCH

Genesis II Church of Healing and Health Podcast:

Mark Grenon and Joseph Grenon

G2voice_broadcast_189_this_insanity_has_to_stop_an_urgent_

message_to_the_world_from_bishop_mark_grenon_4_26_20.mp3

Page 2

1   PROCEEDINGS
2   MARK GRENON: Welcome, welcome, welcome to the
3   G2 voice broadcast. It is Sunday, April 26th, in the year
4   of the Lord Jesus Christ 2020, because it is after his
5   birth. That's what the calendar's about. That's what
6   it's based upon. It's based upon the Lord. Right?
7   People ask, why are they saying the name of the Lord and
8   the year of the Lord? Because it's the year of the Lord.
9   It's not the name of anybody else, the Lord Jesus Christ.
10   My name is Mark Grenon, and I'm here with my
11   cohost.
12   JOSEPH GRENON: Joseph Grenon.
13   MARK GRENON: Joe, it's our tenth-year
14   anniversary.
15   JOSEPH GRENON: Ten years.
16   MARK GRENON: Ten years. We started this
17   church, and boy has it been a ride. And the ride might
18   change even differently.
19   JOSEPH GRENON: Yeah.
20   MARK GRENON: So things have been happening,
21   folks, in the last week or two that is not good for those
22   that want freedom. Okay? Health freedom. We've got up,

Page 3

1   we're joining these other teams of people, groups that
2   want health freedom, and hopefully we can have a bigger
3   voice. But right now it seems like we're just on our own.
4   We've got people writing us all the time, praying for us.
5   JOSEPH GRENON: Yeah, we've got people behind
6   us.
7   MARK GRENON: But we have to defend our church
8   on our own. And we're peaceable people. We're not going
9   to pull out guns and shoot people or anything like that.
10   We're going to be peaceful and we're going to let the
11   Lord -- let the Lord and the world decide what's really
12   true. We've got nothing to hide. We've never hid
13   anything. They're telling us we're going to come to your
14   church and open this up and do that. Don't delete it.
15   Why are we deleting it?
16   JOSEPH GRENON: Yeah.
17   MARK GRENON: Nothing.
18   JOSEPH GRENON: Nothing's changed.
19   MARK GRENON: We're not doing anything
20   different. Well, I put out a video that we're going to
21   play in a minute. It's an hour and something. I got up
22   in the morning, 4:00 a.m., the other day, and I was

Page 4

1   getting ready to write because I'm writing the Department
2   of Justice, writing the FDA, writing these people that are
3   trying to really take away our freedoms. And the Lord
4   said to me, "Just do a video. Sit there in front of a
5   video and tell the world what's going on." So I did. And
6   I'm really asking everybody, please, please, if this was,
7   you know, your freedom at stake -- and it is your freedom
8   at stake.
9   JOSEPH GRENON: Mm-hmm.
10   MARK GRENON: Please read this. Watch this
11   video, then read the newsletter, see what they're doing,
12   how their half-truths, conniving, putting us under
13   categories we're not under, telling us we're doing all
14   these evil things that we're not. And we've got nothing
15   to hide, and yet they're trying to make an example out of
16   us.
17   So we're going to fight. We're going to fight
18   with the Lord and fight with God. And, boy, that's a good
19   one to have on your side.
20   JOSEPH GRENON: Yeah.
21   MARK GRENON: The judge of all.
22   JOSEPH GRENON: Behind you. Right?

Page 5

1   MARK GRENON: Yeah. He's not only our judge;
2   he's our lawyer and our advocate, the Bible says, talking
3   to the judge, and he's the judge's son.
4   JOSEPH GRENON: And he's the Creator of all.
5   MARK GRENON: And he died for us. I saw one
6   time, they said -- there was like a little story talking
7   about how Jesus defends us. It's kind of like this:
8   The judge says, "You're guilty. You're guilty
9   for your sin and for your rejection." And Jesus, the
10   advocate, the lawyer, comes up and says, "Sir, they are
11   guilty." You're, like, "Thanks, lawyer." "They are
12   guilty. But a price has to be paid. Right?" "Yes." "A
13   life has to be paid?" "Yes." "I paid it. He doesn't
14   have to pay. I paid it for him. The bill has been paid."
15   And they go, "Okay. Well, I guess that's all we're
16   looking for. The bill has to be paid. It's been paid.
17   Okay. Dismissed."
18   That's what you want to hear one day after you
19   die. You want to take care of it before you die. So, as
20   believers in the Lord Jesus Christ -- and they're trying
21   to make us look like we're secular, Joe.
22   JOSEPH GRENON: I know.

Page 6

1  MARK GRENON: They're such liars.
2  JOSEPH GRENON: They don't even know what
3  they're talking about.
4  MARK GRENON: Newspapers all over America are
5  saying: This cult, we're shutting them down. They're
6  going against the COVID, they're -- I even saw the lady on
7  Fox, "How can they be so disgusting and take advantage of
8  people during this time?" What are you talking about,
9  lady? Just read your screen. We're not taking advantage
10 of anybody, and we've been doing this for
11 years -- personally, about 13.
12 JOSEPH GRENON: Mm-hmm.
13 MARK GRENON: Jim, about over 20, of all kinds
14 of illnesses. All we're saying is it's like a flu. Do
15 this. COVID, it doesn't matter what it is. Do it, and it
16 will get rid of it.
17 JOSEPH GRENON: And it's all over the news. I
18 see it here all the time, they're saying, "This person is
19 now cured. They were positive, and they're now cured, now
20 cured just from the medical system or themselves alone."
21 Everybody's saying it. Your body naturally will cure
22 yourself from this stuff.

Page 7

1  MARK GRENON: And they're using it.
2  JOSEPH GRENON: And they're telling you to drink
3  bleach. They're telling you to drink sodium
4  hydrochloride, you know, 5 mil to a liter of water, and
5  drink that.
6  MARK GRENON: They're also saying also
7  chloroquine and hydrochloroquine and Z-Pak. And I covered
8  that. You want to take it, take it. That's the freedom
9  that we need to have. Take the Z-Pak. Take whatever you
10 want. But it will go away just like any kind of flu. And
11 all this testing is being scammed on the people. They're
12 not having any cancer deaths, they're not having any flu
13 deaths this year. Where is everything going? It's all
14 being categorized.
15 Doctors are coming out and saying this. I've
16 got a couple right here that you can listen to. But,
17 please, listen to the video first. Please, do me a favor
18 and send it to everybody you can. We need to have a
19 cry -- not just to defend us -- to defend everybody's
20 right to free choice.
21 When I wrote the President I personally asked
22 him, we just want the choice, the freedom. If someone

Page 8

1  wants to go the medical route, all the toxins, all the
2  drugs, the pharmaceutical thing, you have a right to do
3  that.
4  JOSEPH GRENON: Yeah.
5  MARK GRENON: But if you want to go natural, why
6  can't you have the right?
7  JOSEPH GRENON: You have the right to choose.
8  MARK GRENON: Of course we have. But the
9  medical Mafia and the FDA that protects them, and now the
10 Department of Justice protects them and the CDC, it's like
11 fighting a monster. Well, we've got the one that can take
12 down the monster. So we'll see what the Lord does with
13 all this. And I really think he will. I really think he
14 will. We might have to go through some struggles, might
15 not. Something might pop up. And I've asked the Lord,
16 "Do something so everybody knows it's you, Lord."
17 JOSEPH GRENON: Mm-hmm.
18 MARK GRENON: So please watch that video. It's
19 from my heart, folks. I don't know what else to tell you.
20 How can we not tell the world what we saw and how we were
21 cured of things? How can we not share that? It's like
22 having a cure for cancer and your friend's got cancer, "I

Page 9

1  don't want to tell them. I don't want to bother them."
2  Or, "I can't. They'll get mad at me." You've got to tell
3  everybody. It's the same with the gospel, which is much
4  more important. This is eternity. You have to tell
5  people.
6  Listen, there's only one mediator between God
7  and man. The man, Christ Jesus, Immanuel came and died
8  2,000 years ago and he's coming again. He promises. But
9  he says, when the son of man cometh, will he find faith on
10 earth? It's like no one believes anymore. No one
11 studies.
12 JOSEPH GRENON: They're blind.
13 MARK GRENON: Even among the Christians, Joe.
14 Go to the Son, pay my obligation, give a little money, I'm
15 okay with God.
16 JOSEPH GRENON: They're all brainwashed. They
17 can't see it.
18 MARK GRENON: It's become really, really dark on
19 this earth.
20 JOSEPH GRENON: Mm-hmm.
21 MARK GRENON: So my message to the world is
22 that -- and I got into it. I included all the documents,

Page 10

1  folks, that I sent to the FDA.  They disregarded it.  I
2  told them we're a church.  They made it look like, oh,
3  they're a secular church, they're a health church, they're
4  not really religious.  Whoa.  Hang on.  We'll get into
5  this in a little bit what it's all about.  But we showed.
6  We're not religious?  Everything that goes out has a Bible
7  track in it.  Everything we send out has one of these.
8          JOSEPH GRENON:  Mm-hmm.
9          MARK GRENON:  Spanish, English, has one of these
10 in it.  I've been preaching for 40 years, all my kids,
11 we're not criminals, we don't have a record for nothing.
12         JOSEPH GRENON:  All I've ever done my whole life
13 is help people as a missionary kid.  You know.  And then
14 we found this and we got cured, and it's like, wow.
15         MARK GRENON:  They're dragging us in front of
16 the world of newspapers.  And they're out writing me, so
17 by now I'm just going to send them the newsletter.  Read
18 this.  See what you're going to take out of that.  Take
19 anything.  I mean, I said, I wrote.  So I'm going to put
20 it in there.  And I was tough with them, because they
21 can't take this away from us.  Well, they can because they
22 have the guns.  I told them, we've stopped.  We stopped

Page 11

1  what they told us we're doing wrong.  We're not doing it
2  wrong.  But we stopped because they have the guns, they
3  have the jails.  So we stopped.  We asked the Lord, we're
4  in time of prayer, we're going to pray right now and see
5  what the Lord wants to do.  At the end of that, if the
6  Lord tells us to keep going, we're going to keep going.
7  But, hopefully, people come to their senses.  Folks, this
8  is insanity.
9          Last Friday, three U.S. Marshals -- I got the
10 video here.  You can go to that showing -- John was in the
11 yard, just happened to be out.  They come up, they put a
12 restraining order on our church door and John was talking
13 to them, and John starts to say, "Listen, you people need
14 the Lord, Jesus Christ, because you people are defending
15 these evil systems, man.  What are you doing?"  "Oh, well,
16 just giving -- posting.  It's our job."
17         Okay.  But, listen, you think about what's
18 right, what's moral.  The rule of law.  The rule of law is
19 useless if the laws are immoral.  You can't have a law
20 that's immoral and try to enforce it.  And they're telling
21 us we have the right to establish a religion.  Whether
22 they like it or not, I have the right to start Genesis II

Page 12

1  Church of Health and Healing.
2          We even mentioned in our Articles of Faith,
3  Jesus Christ is our guide.  Don't they check that out,
4  Joe?  No, they don't check out anything.
5          JOSEPH GRENON:  No.
6          MARK GRENON:  They're just trying to put a bad
7  picture to us in the media.
8          I saw the lady on Fox.  It was horrible.  How
9  can they do this?  I had people I went to high school
10 with, "You're a piece of shit, Mark."
11         JOSEPH GRENON:  Yeah.
12         MARK GRENON:  They don't even know what they're
13 talking about.
14         JOSEPH GRENON:  They haven't even looked into
15 it.
16         MARK GRENON:  They're doing studies right now in
17 many countries about if chlorine dioxide -- what we use,
18 MMS and this -- can cure the COVID-19.  And it's being
19 done by the United States right now.
20         JOSEPH GRENON:  The National Institutes of
21 Health.
22         MARK GRENON:  It's being done by them.  Isn't

Page 13

1  that kind of weird?  They're attacking us for something
2  that they're doing studies on.  And guess what.  If they
3  find out we're right -- which they will -- will they
4  apologize?  Will they back around?  Will they say
5  anything?  Will they promote it?  Will they say they,
6  "Look at this, we do have a cure"?  No, because they want
7  vaccines and they want medicines and antibiotics and all
8  this other stuff.  We don't want that, or vaccines.  We
9  want freedom.  Well, Bill Gates says, "No.  Everybody
10 needs to get it."  Fauci says, "No.  Everybody needs to
11 get it."  Those guys need to be tarred and feathered.
12 They're evil.  Check the history of these murderers.
13 India is taking them to court, Joe.  They did a vaccine
14 here among the girls, where, Carmen.
15         JOSEPH GRENON:  Carmen de Bolivar.
16         MARK GRENON:  1200 girls were infected.  We went
17 there.
18         JOSEPH GRENON:  In one town.
19         MARK GRENON:  One town.
20         JOSEPH GRENON:  In one city.
21         MARK GRENON:  We went there.  Right?
22         JOSEPH GRENON:  Mm-hmm.

Page 14

1  MARK GRENON: Talked to a few there. One of
2  them is kind of like this. And they've got a big lawsuit
3  against Merck. So no one wants to get healed now because
4  they want -- this is insanity, folks.
5  HPV given to boys that don't even have a vagina.
6  Hepatitis B, given to babies. And it's only for
7  hepatitis -- people with hepatitis, intravenous drug
8  users, and prostitutes. What little kid needs -- they put
9  this in the system because they control the system. And
10  this is why these books -- I tell everybody, you want to
11  do me a favor? Get my e-book. Get this e-book. Why?
12  Because it's telling you why they're hitting us so hard.
13  They're not hitting us because of the corona thing or
14  saying that. They're just using that as an excuse.
15  JOSEPH GRENON: Mm-hmm.
16  MARK GRENON: Why would Jim Humble -- he just
17  sells books. Right? Doesn't take donations for products
18  or nothing, and they attack him because he said, "Look,
19  you can get rid of this by doing this."
20  JOSEPH GRENON: Exactly.
21  MARK GRENON: We did, too. They come after us.
22  But Trump says, "Let's try that," and they just try it.

Page 15

1  And I saw all the side effects on that one.
2  JOSEPH GRENON: Oh, I saw something that came
3  out in the Spanish magazine that said most of the people
4  that took that stuff when they were COVID-19 positive died
5  because it's so strong, it's so bad.
6  MARK GRENON: Yeah, because they're weak.
7  JOSEPH GRENON: I don't know. It's more news,
8  probably fake news.
9  MARK GRENON: I took chloroquine, Joe.
10  JOSEPH GRENON: Yeah.
11  MARK GRENON: I took Z-Pak. The chloroquine, we
12  had double vision and hallucinations. And it says it in
13  the -- I went through that a couple weeks ago. Look it
14  up.
15  Okay. We've got an hour and 20 minute video
16  that we're going to play in a minute. I wrote the
17  President. You can read that, what I wrote to him, and
18  read what I wrote to the FDA, FTC, and they just jumped on
19  board because they can. Who knows, Fauci or someone else,
20  CDC, "Hey, jump on those guys. Shut them up, or they're
21  going to find out that it works and it works for so many
22  other things."

Page 16

1  Well, they're going to find out in other
2  countries. I just got some information today, Joe, one
3  country -- a big country, huge country -- is going to let
4  it go as, what do they call it? Adjuvent, you know, the
5  natural type medicine, Ayurvedic? Anyway, natural
6  medicines. And others are testing right now.
7  So after it's all said and done and they find
8  out we're right, what are they going to do, shoot us?
9  It's going to be another Waco just to shut us up? Well,
10  there's too many people that know. I get ten testimonies
11  coming in every week.
12  JOSEPH GRENON: We have a lot of followers.
13  MARK GRENON: Yeah.
14  JOSEPH GRENON: We have a lot of people that
15  are -- you know.
16  MARK GRENON: We need a group of them in the
17  Florida area to surround the church, to surround it and
18  say, "You're not coming in here." We've got nothing to
19  hide. What are they going to do, go in and see who's
20  given a donation or seeing the thing that we showed them?
21  JOSEPH GRENON: Yeah. They know everything --
22  MARK GRENON: Yeah.

Page 17

1  JOSEPH GRENON: -- that we do.
2  MARK GRENON: They're trying to get us
3  interstate transportation.
4  JOSEPH GRENON: They know everything we do
5  because we put it up.
6  MARK GRENON: We put it up.
7  JOSEPH GRENON: We put it up. We tell you we're
8  doing it.
9  MARK GRENON: And we're not a commercial entity
10  that they can control. They hate that.
11  Okay. Here's the good news, a week of
12  testimonies.
13  My husband was coughing for two weeks and then
14  complained that his lungs started to hurt. He also has
15  asthma.
16  See? The things that hit this is people already
17  have problems.
18  JOSEPH GRENON: Mm-hmm.
19  MARK GRENON: Those are the ones that die.
20  And he never got tested for COVID since there
21  was no other symptoms. However, after he said that his
22  lungs hurt, I prepared three drops of chlorine dioxide in

Page 18

1  a nebulizer, probably gave him more than I should, and he
2  inhaled it.  The next day he had no more pain and the
3  cough went away.  We are not sure what it was but it did
4  scare us and CD made some change here.  So we are all
5  healthy and happy, and we always have chlorine dioxide in
6  the house.  Bob.
7         Another one.
8         Thank you very much for all you're doing.  I
9  believe MMS has saved my life.
10        How can I not continue to help those people?  We
11 saved her life.  We didn't -- Jessica, I don't know this
12 lady.
13        A very sick mid-40s man had a worm crawl out of
14 his nostril.  He had been homeless and in and out of jail.
15 Started him on one drop eight hours a day.  Within hours,
16 little black bugs started coming out of his skin, his
17 ears, and his toes.  His mother thought she had lost him
18 before the MMS.  They are both amazed.  Bugs still
19 hightailing it.  Tom.
20        Gets in there.
21        JOSEPH GRENON:  Stuff coming out.
22        MARK GRENON:  The environment's bad for them and

Page 19

1  they leave because all the toxins they're eating are gone.
2         JOSEPH GRENON:  They don't like clean
3  environments.
4         MARK GRENON:  Hello, G2 Church.  First, my
5  family and I would like to extend our deepest gratitude
6  for what you're doing as a church.  This is the first
7  church we've ever wanted to be a part of.  Thank you.
8         Because we're honest with the people.  We're
9  just doing what we say.  We don't hide anything.  We're
10 not hiding because we don't want to pay taxes.  What's
11 that all about?  40 years I've been a missionary, been
12 around this thing all along.  What, I became a missionary
13 so I didn't want to pay taxes?
14        I found MMS back in April 2015, the same week we
15 found out we were pregnant with our daughter.  I have
16 already been on a deep research project line to find a
17 cure for my tinea versicolor.
18        Hey, versicolor.  People that, go search, find
19 it out.  If you believe the mainstream media and the
20 newspapers that are owned by the same people that are
21 attacking us, you're not going to get the truth, folks.
22 They can't put it up.  The editors won't let them.

Page 20

1         Since then -- I had given up on the medical
2  community long ago at this point.  Since then, we've been
3  able to use MMS on any scratch, scrape, bruise, blister,
4  bite, burn, or any ailment of any sort with friends and
5  family.  We often use it in combination externally.  I had
6  a knee-on-knee collision playing soccer and was bedridden
7  for three days after.  I didn't do anything about it and
8  went back to work drywall taping, mudding, and had a limp
9  for the following 12 months.  My kneecap was loose, and I
10 was able to move it around in a circle underneath the skin
11 because it was so swollen with fluid.  Although I was able
12 to walk, every few steps would cause sharp pains behind my
13 knee.  I started using DMSO with MMS chlorine dioxide
14 mixed, and within four days the fluid poured out from
15 under the knee, swelling was gone, and within two weeks
16 all pain was gone, as well as tendons, ligaments regained
17 strength, so I'm able to move my kneecap since.  Based on
18 what I know about quantum physics, no science holds more
19 truth at the moment that any long-lasting change in the
20 body has to happen energetically first before it can
21 happen materiality.  I'm starting to think that the
22 electric charge and $CO_2$ has far more beneficial

Page 21

1  implications in the body than we are currently aware of.
2  It could be creating the conditions for health to take
3  place.
4         We've said that.  We don't know exactly how all
5  the ins and outs are what it's doing to the body, but we
6  know it's safe.  There's no side effects.  If they are,
7  they are very mild.
8         JOSEPH GRENON:  Not with our protocols.
9         MARK GRENON:  Yeah.
10        JOSEPH GRENON:  That's why we designed these
11 protocols.
12        MARK GRENON:  No one's died.  Right?
13        JOSEPH GRENON:  Yeah.
14        MARK GRENON:  And people are saying, this is how
15 it goes.  I don't know exactly.  Of course, I listen to
16 principles and we see.  But the results, this is the
17 results.
18        Anyway, I keep my deep dive into original health
19 teachings and latest updates from unbiased peer-reviewed
20 science papers, especially Heart Math Institute, a great
21 resource.  We would love to meet you guys one day and be
22 there for training.  Until then, I hope to keep the lines

Page 22

1  open of communication. I have countless testimonies from
2  people I've shared this information with. Thanks again.
3  Yeah, Carcimo.
4        Hey, send those in. Send us those testimonies
5  in. Let's get them up. Let's prove to the world that
6  this stuff works. They don't want to know. Next
7  week -- I was supposed to do it today -- I want to cover
8  what the Genesis II plan is for health in the world:
9  Self-care, teaching every nation, a base in every nation.
10       They don't want this stuff out, folks. It will
11  make obsolete all the pharmaceutical drugs, and you can
12  make it in your house, which you're probably going to have
13  to start doing. We backed down, stopped for the present
14  time. We don't know if we'll ever start up again. We
15  don't know. It's up to the Lord. But you can make it
16  yourself. What product they're telling you to make it
17  yourself so you don't have to get it from them?
18       Hi, guys. Oh, no. I was pretty sick with
19  something in January for two weeks, but I took MMS and
20  truly believe it saved me. I never got tested so I don't
21  know what it was. Hope you get some good candidates.
22       It was so hard to promote MMS these days.

Page 23

1  Google presents you with four to five pages of continuous
2  defamation as soon as you type in MMS. Lies.
3        Yeah, they made an algorithm against us. They
4  own YouTube. They took off millions of views, three
5  channels. Thank God we have a backup on BitChute and
6  Brighteon. Well, almost all of them.
7        Hi, guys. Been a while since I emailed. First,
8  I would like to give you a praise report. I had a skin
9  condition called alopecia universalis.
10       I think that's where you got hair loss. Right?
11       JOSEPH GRENON: I think so.
12       MARK GRENON: After the first two-month session
13  on MMS it's completely gone away. Thank you, and thank
14  God. My second question is I might have the coronavirus.
15  I just started a new two-month round of MMS. Thank you,
16  Steven.
17       We answered him. How could we not help these
18  people?
19       Thank you for your information and solutions
20  which have been very helpful over the last couple of
21  years. I had this flu virus a couple months ago and was
22  done within two days, two bad days. Please send me more

Page 24

1  information on whenever MMS refills are available. Thank
2  you, Dan.
3        Brother Jordan. I've been a longtime supporter
4  of Brother Humble. I've been using MMS for at least 12
5  years. I've always had gastric reaction using citric acid
6  so I purchased the hydrochloric from your site. I like it
7  much better. George.
8        Well, let's start here.
9        I've been taking MMS successfully since 2009.
10  The issue was taste when I ordered the tablets from South
11  Africa and find it doesn't work as well as liquid. That's
12  the problem. Liquid gets rid of my abscess tooth in less
13  than 48 hours. What do you suggest? Thanks, Marcel.
14       Yeah, the tabs came out. Someone always wants
15  to do something different, and Jim -- we asked Jim. We'll
16  try it. We tried it, found out it didn't work that good.
17  And then it started in the little thing it comes in.
18       JOSEPH GRENON: It started dissolving because of
19  moisture.
20       MARK GRENON: Yeah. It's just not good. We
21  said use the drops. They're cheaper and they last longer
22  and they do the job.

Page 25

1        Hello. I'm sending you this text to let you
2  know what happened. You sent me two kits because I told
3  you my brother works in a hospital. Well, my neighbor got
4  the virus so I gave him a kit and told him the protocol
5  for virus, six drops every two hours. Well, he only did
6  three because it was affecting his stomach.
7        And that's all right. And it will affect your
8  stomach a little bit.
9        JOSEPH GRENON: That's a strong dose.
10       MARK GRENON: Yeah.
11       I told him to cut back, but he said he was done
12  with it.
13       He only did it four times? How many times?
14       JOSEPH GRENON: Three doses.
15       MARK GRENON: Three doses.
16       Then one day later he tells me he felt much
17  better, then two days later said he felt brand-new, even
18  doing pushups. That was just on three doses. He went
19  three three-drop doses. He went from the sickest he's
20  ever been to doing pushups, just to let you know. Hope
21  it's useful information to you.
22       JOSEPH GRENON: Three six-drop doses, I think he

Page 26

1  said.
2      MARK GRENON: No, but brought it down to one,
3  down to three. He tried six, then said it was too strong
4  so he did three doses two more times. That's it. The
5  guy's doing pushups in three days. How can we not tell
6  the people, folks? This has to get out.
7      This is something you can have in your home, you
8  can make yourself, and the rest of your life you don't
9  need to go to doctors. Unless it's an emergency, of
10 course. We need hospitals. And one of the things I want
11 to tell the world next week about, how we want to set up
12 countries' self-care system is have hospitals. I worked
13 in surgery. I've seen, the mechanics are great. Surgeons
14 can do a lot of stuff, and dentists and things, delivering
15 babies. You can have them at home but, you know, it's
16 gross and dirty.
17     JOSEPH GRENON: But most of all, just have the
18 right to take care of your own health.
19     MARK GRENON: Exactly.
20     JOSEPH GRENON: Use this because, first of all,
21 it's sacred to us. It's cured us. And look at all these
22 testimonies.

Page 27

1      MARK GRENON: Joe, we're putting up like a
2  hundred a week now. We've got about 2,000 that we need to
3  get up that didn't get up. If you go to
4  G2worldwidemissions.org. Right?
5      JOSEPH GRENON: I think so. Yes.
6      MARK GRENON: Check it out, please. We get so
7  many different things. Then you can see, there's over
8  1,000 testimonies there. They're not categorized, but
9  we're taking them and putting them up at the categorized
10 site MMStestimonials.co. You can read them. Folks, the
11 evidence is there. They don't want it because it's going
12 to collapse their monopoly. That's what I was telling in
13 the video. They don't want this.
14     Now, after you read the newsletter that's going
15 to come up -- and I'm going to skim through -- I want you
16 to write this attorney. And I'm not saying blaming him.
17 He was told by the FDA to take on this thing, and they
18 took it on -- the Department of Justice, that's who he
19 works for -- and he sent this. He could be a good guy, I
20 don't know, but what he's doing is wrong. Okay? You can
21 write him, you can send him emails, you can call him.
22 Then the judge that signed the restraining order, write

Page 28

1  her. I have no idea who she is, never talked to her.
2  Write her. Even her telephone is there. Write her. Tell
3  her what you've experienced. You get tens of thousands of
4  people writing these people. And I put in the
5  director -- well, not director of the FDA, but he's in
6  charge of compliance.
7      Well, we're not going to be under compliance to
8  them because they're not over us. We've got nothing to
9  hide. We're not hurting anybody. We're not hiding as a
10 church. I was already a church when Jim came to us,
11 missionary. The head of the FTC, write him. Write the
12 President. Everybody, go there. It's email thing, put it
13 in there, boom. You can write to 1600 Pennsylvania
14 Avenue. One guy said put "urgent and confidential" and
15 he'll open it. I don't know. Just, folks, you've got
16 to -- it's time to rally. Okay? It's time to rally.
17     JOSEPH GRENON: G2worldwidemissions.org.
18     MARK GRENON: Yeah, not church.
19 G2worldwidemissions.org. That's in our description.
20     JOSEPH GRENON: Mm-hmm.
21     MARK GRENON: Go there. A lot of stuff.
22     So, I'm writing this in response -- this letter

Page 29

1  now, to the temporary restraining order, TRO, received by
2  the DOJ, but more importantly to the people of the world
3  to hopefully explain what has unjustly happened to Genesis
4  II Church of Health and Healing and expose the blatant
5  disregard for logic and the gross negligence of the First
6  Amendment in regard to the establishment of religion and
7  its practices. See if they can put us into something, but
8  we're under there. Whether they like it or not, we're
9  under the First Amendment, and you cannot stop the
10 exercise thereof of our beliefs.
11     Well, I don't believe that's a -- I don't care.
12 I showed you the verses that we need to cleanse ourselves,
13 keep it cleansed. That's why this works. In the book
14 here, it shows you why it works: Because it gets the
15 toxins out which are defiling your body which will kill
16 you, God says.
17     And the second one volume will show you what
18 we've been doing, and all the way along.
19     JOSEPH GRENON: Will prove to you that we are a
20 full-blown church.
21     MARK GRENON: Yeah.
22     JOSEPH GRENON: Bible believing, Jesus Christ

Page 30

1  believing.
2      MARK GRENON: Exactly. But also show you,
3  everywhere we went they were attacking us since day one.
4      JOSEPH GRENON: Yeah.
5      MARK GRENON: The FDA tried ten years ago to
6  shut us down in the Dominican. We said no, we're a
7  church.
8      JOSEPH GRENON: In England. A few years ago.
9      MARK GRENON: Get outta here. In England, we
10 threw them out. Now America's going to stand up. Well,
11 this is the dividing line. This is the red line. We're
12 standing on it, and we need tens of thousands of people to
13 stand behind us. Write in, go to the place and surround
14 us.
15     I hope you see the lies, half-truths, disregard
16 to truth, manipulation of hacks and codes, downright lack
17 of care for truth. It can only be that the FDA and the
18 DOJ are not defending the U.S. Constitution in regard to
19 the First Amendment and this case for sure.
20     If you watch the G2 Church documentary, it's
21 free, everybody should watch it. It's in ten languages.
22 Hebrew's being done now. That will be the 11th.

Page 31

1  Quantumleap.is. Read my books. Read my books. You will
2  understand why so many government agencies are hellbent,
3  literally. Some of these people will go to hell, not
4  because they're attacking us, because they hate God.
5  They're ungodly and they'll do anything to follow Bill
6  Gates and those Satanists, literally, only defending the
7  special interest groups that support them and even created
8  them and pay them.
9      The CDC. What do they do having 30 patents of
10 vaccines and medicines and make billions? What are they
11 doing? Does the world know that? I told the world. You
12 need to understand real history to understand why we, as a
13 church, are experiencing this attack today from the health
14 and medical watchdogs -- or, should I say, lapdogs.
15 They're lapdogs. They're defending them, and they've got
16 all the power behind them. They've got the guns, they've
17 got the private jails, they got the lawyers. They don't
18 have to spend a dime because it's already there.
19     So I put it in the excerpt from the part that I
20 really -- some parts I want you to read from my first
21 book. Okay? Chapter 1. Excuse me. Volume 1, chapter 2.
22 I'm not going to read it now, but it shows you their

Page 32

1  educational system back in the early 1800s in Prussia,
2  what they planned and they adapted in America -- it's
3  worked -- to keep everybody blind. In fact, the result
4  wanted to be -- the result will be people will think what
5  someone else told them to think about -- the media,
6  schools, universities -- when to think it, because they
7  have the TV on, how long to think about it and when to
8  stop thinking about it and when to think about something
9  else. Just change the channel or change the topic, and
10 let the talking heads read their screens. They don't even
11 know what they're reading half the time.
12     So this was implemented in the late 1800s
13 and -- under Peabody Foundation, and guess who pushed it.
14 Carnegie and those guys.
15     I want to read you something. Andrew Carnegie,
16 1890s. These same people own the same things that they
17 own today. Okay? Rockefeller, Carnegie, JP Morgan, you
18 go to Johns Hopkins or First Allopathic University, and
19 they had so much money, they pushed everybody out.
20 Holistic, homeopathic-type people went from natural cures,
21 natural remedies to all toxic chemical kind of Nazi type
22 stuff.

Page 33

1      The Gospel of Wealth, he wrote. He said,
2  essentially stated, the free enterprise and capitalism no
3  longer exists in the United States because he and
4  Rockefeller owned everything, including the government,
5  and that competition was impossible unless they allowed
6  it. That's exactly -- they don't want any competition
7  unless they allow it. Do you think they're going to allow
8  us without a fight? No. The American people have to cry
9  out, and it has to be put. Maybe we need an addendum that
10 you cannot -- in bold letters, under the First Amendment:
11 This applies to all churches, religions. It says it, but
12 maybe they have to clarify it even more.
13     JOSEPH GRENON: Yeah.
14     MARK GRENON: Carnegie proposed that men of
15 wealth form a synthetic free enterprise based on cradle to
16 grave schooling. I'm telling you, folks, you've
17 got -- they got into eugenics, they got into population.
18 They castrated inmates in Michigan in 1898 and the
19 feeble-minded. They didn't want them to reproduce. Bill
20 Gates' parents were involved in abortion and
21 sterilization, now vaccinations. And he said: I want to
22 depopulate the world by vaccination. Read it. Go to

Page 34

1  YouTube and look up Bill Gates depopulation.  He's talking
2  about carbon dioxide, which is essential for life.
3       JOSEPH GRENON:  Yeah.
4       MARK GRENON:  We've got to cut this down, and
5  one of the biggest culprits are people breathing.  So
6  let's cut that population down -- because he's already
7  doing sterilization, abortions, and drugs and make people
8  sick and die -- and let's do, my favorite, vaccinations.
9       JOSEPH GRENON:  This is all because of the
10 theory of global warming.
11      MARK GRENON:  Yeah.  And people believe it when
12 it's the most ridiculous thing on earth.  Really?  I want
13 to clean up.  I want to have hemp plants all over the
14 world and get rid of plastics.  Make cars out of hemp.
15 Get rid of all this synthetic, artificial crap that's
16 polluting our world.  But they use carbon dioxide to try
17 to get people to -- what are you talking about?
18      One guy wrote me -- no, called me.  A very
19 influential guy.  I'm not going to mention his name.  He
20 said:  Mark, the whole world is cleaning itself up.  The
21 skies over China are clearing, the rivers are getting
22 cleaned up, the oceans.  We just stopped polluting because

Page 35

1  we're in the houses.
2       JOSEPH GRENON:  Yeah, exactly.
3       MARK GRENON:  Right?
4       JOSEPH GRENON:  It's not the people.
5       MARK GRENON:  No.
6       JOSEPH GRENON:  It's what the people are doing.
7       MARK GRENON:  Exactly.  It's not the breathing.
8       JOSEPH GRENON:  What are they called, the --
9       MARK GRENON:  But the same people.  That's what
10 I was trying to get, the same people own, Joe, the media,
11 they run the FDA.  And I don't care if the FDA knows that
12 and gets pissed at us.  I don't care.  The truth is the
13 truth.  Prove me wrong.  When heads of FDA come from the
14 pharmaceutical and then go to the CDC and vice versa, they
15 just switch seats.  They keep everybody rolling.  Keep
16 Merck going, Murdoch, GlaxoSmithKline, Murdoch, the
17 newspapers you own.  Push the vaccines in Australia,
18 England, United States, Fox News, Sky News.  Eh?
19 Rockefeller Institute for Medical Research, 1909 -- 1901.
20 Eh?  You get them research.  Eh?
21      Folks, you have to see.  Look at what
22 Rockefeller wrote in 1904.  Occasional letter details

Page 36

1  plans to mold the people, reduce natural intelligence to
2  the lowest common denominator.  He said this, boldly.
3  Destroy parental influence, traditions and customs, and
4  eliminate science and real learning in order to perfect
5  human nature.
6       JOSEPH GRENON:  That makes a lot of sense.
7  Right?
8       MARK GRENON:  Makes no sense.
9       JOSEPH GRENON:  To make everybody --
10      MARK GRENON:  It's insanity.
11      JOSEPH GRENON:  Let's make everybody messed up
12 so we can make a perfect world.
13      MARK GRENON:  And they put up a eugenics
14 laboratory in 1904, and they got the fluoride.  The Mellon
15 family, Alcoa, they got that put in the water and they
16 know it's a neurotoxin.  The dentists even said this is
17 horrible stuff.  It's cancer causing.  No, but they just
18 kept going.  They just kept going, Joe.
19      JOSEPH GRENON:  They don't care.  That's what
20 they want.
21      MARK GRENON:  The FDA back then was called the
22 Food and Drug Act, 1905.

Page 37

1       So this is where I'm going to stop, Joe, and
2  then tell people what is in the rest of the letter.  We
3  need your help, especially your prayers, folks, more than
4  anything.
5       Last night I was thinking about all this stuff,
6  thinking about all this stuff, haven't been able to sleep
7  good, John II, thinking, Mark, this is all superficial
8  crap, MMS and all this stuff.  Preach the gospel.  That's
9  what's going to get you.  Preach the gospel.  That's the
10 most important thing.  Preach the word of God.  Then
11 people, when they accept me, then they can think straight.
12 They can't think straight.  They're lost without God,
13 without becoming complete.
14      We're being forced to stop under duress, okay,
15 sending our church sacraments to people in need.  So we're
16 calling this a time of prayer.  You go to our site.  It's
17 under -- no, it's on pause, I think, or something.  We're
18 going to be in a time of prayer while we ask the Lord what
19 to do.  We're asking the Lord to show the world -- and,
20 boy, if he does, everybody's going to sit back.  And that
21 might be what's needed to kick these people's -- or make
22 people's eyes open.

Page 38

1    Yeah, we'll back you, Lord. Yeah, after Goliath
2    is dead and David stood up. We've got to be like the
3    Davids. And, by the way, I've stood in that valley, went
4    down to the brook, and Jonathan and I and they were all
5    around smooth stones. I even have a few here. Yeah,
6    okay, we'll be the Davids. We'll be the Davids. But when
7    the giant's killed -- why don't we get a bunch of Davids
8    behind us, because there's a bunch of giants we're going
9    to have to kill.
10       Let's show the world why the sacrament is needed
11   to have the Lord stop this persecution of the First
12   Amendment rights. The guys that did this. Oh, they
13   weren't believers. They weren't? They started the
14   American Tract Society, Joe, the Congress did, to pass out
15   Bible tracts around the world. And the first 88
16   universities out of 100 in America were Bible colleges.
17   Harvard, Yale, Princeton. Bible colleges. And these same
18   people wrote, we've got to protect that. You can't stop
19   us from starting churches and practicing what we believe.
20   Can't stop us. That's why they left England. And now,
21   200-something years later, we're sitting there fighting
22   what they made really clear.

Page 39

1       JOSEPH GRENON: Mm-hmm.
2       MARK GRENON: We're going to fight.
3       JOSEPH GRENON: Something that can never be
4    changed.
5       MARK GRENON: This isn't a preference, folks.
6    This is a conviction. We'll be willing to die for it. I
7    know Jonathan. He would be willing to die, but he doesn't
8    want to see his kids die and his wife -- pregnant
9    wife -- die and his mother there. He doesn't want to see
10   there. You know?
11      So everything is going to be peaceable.
12   Peaceable. We've got nothing to hide. But you're not
13   coming in. You're not coming in a church. It's a
14   sanctuary. A church can give asylum to people, like an
15   embassy. Even the sheriff confirmed it, yeah, they can't
16   come in. They cannot come in. The Department of Justice
17   has no authority over a church.
18      So it's going to be maybe the second shot fired
19   around the world for the American Revolution. This might
20   be the second American Revolution defending the First
21   Amendment.
22      I ask the Lord to do obvious things to silence

Page 40

1    these evil players that the world will wonder at His power
2    and might. You saying, what do you want everybody dead
3    that's against you? No, because they'll spend eternity in
4    a place separated from God. And the Bible says that he
5    weeps. God is not willing that any should perish that
6    they all come to repentance. He commands every man
7    everywhere to repent. He wants every man -- to repent
8    means change of mind. You're going this way, what you
9    want to do. I want to do this. I don't need God. And
10   you turn around and say, "I need the Lord, Jesus Christ."
11      Immanuel, he came for the most historical fact
12   and our towns that date to Jesus Christ. Even Josephus, a
13   nonbeliever, said, yeah, he was there. In fact, he also
14   went by Sodom and Gomorrah, and said you can see 2,000
15   years later the burnt ashes. And nowhere around those,
16   the whole way up, are there any burnt ashes anywhere
17   except those five places. And the sulphur balls are only
18   in those five places.
19      JOSEPH GRENON: Yeah.
20      MARK GRENON: Which burned so hot it changed
21   limestone to calcium sulphate. That's the God I'm talking
22   to. God, do this, please. Don't kill them. Just make it

Page 41

1    obvious that this has to change. Maybe the
2    President -- one guy says, well, the President's in with
3    the pharmaceuticals. Maybe the President will open his
4    eyes and say, "Leave these people alone. Leave churches
5    alone." I even have a quote from him in January that says
6    one of the most important things is the freedom of
7    religion.
8       So what can you do? Pray. Get these videos
9    we've got here, below here, my video I did the other day
10   that I've asked you to watch, let's get that to everybody.
11   Send a letter to the President. Read the letter I put in.
12   You can send that again. Respond to the FDA. Write the
13   President, write the Attorney General, ask them for relief
14   we asked them for. "Oh, you're just trying to save
15   yourself." Let a thousand people ask them. Maybe they'll
16   put everything on pause until they check it out. And when
17   they check it out, they're going to find no one died,
18   contrary -- and ABC said some guy died, and they found out
19   this guy's wife died not from two drops of MMS. The night
20   before, she left a party deathly sick before she ever went
21   home and took this. She was practicing with medicine --
22      JOSEPH GRENON: Malaria.

Page 42

1  MARK GRENON: An experimental medicine and died
2  from methemoglobinemia -- a big long word -- which
3  doesn't let your red blood cells absorb oxygen. She died.
4  Sad. But no one's died, folks, from chlorine dioxide.
5  It's impossible. Even people that drank it like this --
6  JOSEPH GRENON: Sodium chloride.
7  MARK GRENON: They didn't die. They had their
8  stomach pumped, they got sick. Check it out.
9  JOSEPH GRENON: In these protocols, we designed
10 them so you could slowly take it as you need.
11 MARK GRENON: I sent the FDA clinical studies of
12 people taking it, and at the end of these six weeks of
13 these three groups, it said no physiological damage
14 whatsoever.
15 JOSEPH GRENON: No change. Yeah.
16 MARK GRENON: So, but they disregard that. Oh,
17 no, we're just going to you attack anyway. And you're
18 just a -- you're not even a church. You're a secular.
19 Even if I was a secular church, it's still -- like a
20 satanic, a satanic church can exist. And they're a
21 satanic church, they're not on God's side, they're on the
22 godless world side. Atheistic churches, that is a secular

Page 43

1  church. They exist. They have rituals they do, and they
2  cut blood and they -- Joe, they can exist and we can't.
3  The freaking -- what is it called in California, they go
4  there everywhere and do that owl, all the -- what is it
5  called Bohemian Grove. That exists.
6  The problem is they have a club -- and this is
7  while I'll never step in a courtroom. Never. If they
8  drag me in -- you'll have to drag me in. Won't talk,
9  won't sit down, won't sign anything, because it's a club,
10 folks. The Department of Justice is not -- I hope it
11 cleans up, but right now it's not justice. They're all
12 part of the bar association. The judge, the lawyer, the
13 prosecuting lawyer, the defense lawyer, the attorney.
14 Look up the word attorney. There's five bars in the
15 world, around the world, Canada, America, England,
16 Australia, and New Zealand. They're all in the same club.
17 That's why they go in and say, "Okay, we've got to do this
18 and that." They all work together. The truth has no
19 place most of the time in this.
20 We saw a guy go to jail, and he had a private
21 club. Go back and interview him. I mean, go watch it,
22 Daniel Smith. All he's doing is helping his members with

Page 44

1  things, and they still busted in. They did everything to
2  him, and he had to go to jail.
3  Well, we're the Davids, I guess, now. Lord,
4  help this David. We're not scared. We just think it's so
5  silly what's going on. It's sick.
6  So you can watch the marshals putting that on
7  our church door. Get the Quantum Leap to everybody. Just
8  watching that, you'll say, "What are these people doing
9  wrong?" Listen to this G2 Voice. Pass this around. All
10 these are free things. Write those officials that we
11 mentioned to you. Become a member this month. That will
12 help us. We have no donation income from our products and
13 stuff. I sell my books and things, but we stopped. Okay?
14 You can help us there. Get your membership up to date if
15 you are a member. You might want to get the online course
16 so you can learn how to do everything yourself. If they
17 kill us, we're out of the way, at least you'll have the
18 information to do everything yourself. Please, get both
19 of my e-books. It will cost you $20 and you'll have it
20 immediately in an e-book, and you'll be able to click on
21 things.
22 Sign up for this stand for

Page 45

1  freedom -- standforhealthfreedom.com. They tried even
2  that place to religious freedom, too, okay, not just
3  health freedom. And there's a group there. Sign up.
4  Let's get 20, 30,000 people there. Write them. Let's
5  them know what's going on.
6  Then I put in a few really good doctors, man,
7  that are speaking up about all this stuff. And I
8  hope -- I know Dr. Shiva talks to President Trump. I
9  don't know if the other one has yet, or someone gave it to
10 him. But, boy, I hope they back away from these evil
11 people that are around them, man.
12 So below is my response to the unlawful order
13 sent to us and posted on the door of our G2 Church in
14 Florida. Just because the FDA submits a TRO and the
15 DOJ -- Department of Justice -- signs the order, it
16 doesn't mean it has to be obeyed or even given attention.
17 They hate this. It's called civil disobedience. We will
18 not be participating in any of the injustice. This is
19 gross and I believe criminal negligence from a very
20 incompetent agency called the FDA. They're devious. The
21 DOJ's participating by signing an unconstitutional order
22 to stop a church from exercising its practices which the

Page 46

1    FDA and DOJ have no control over whatsoever.  They don't.
2         So please read what I've written and delivered
3    by registered mail to the DOJ, the FDA.  May the Lord be
4    glorified in exposing this repugnancy to the U.S.
5    Constitution.  I put four documents after this one.  It's
6    long, but I want everybody to know what I've said, what
7    they're saying.  So read them, please, folks, and help us
8    at this time.  Okay?
9         The restraining order's right there, and I'll
10   read three things and I will close here and let you hit
11   that, Joe.
12        All laws which are repugnant
13   against -- repugnant to the Constitution -- I mean, the
14   Constitution, like, what?  This is totally opposite of
15   what it's saying -- are null and void.  Anything that is
16   against the Constitution, any law, is null and void.  Not
17   just for against religion.  Any law.  Like the Second
18   Amendment.  And that's for if they don't listen to the
19   First Amendment.
20        JOSEPH GRENON:  Mm-hmm.
21        MARK GRENON:  You've got the Second.  Right?
22   When Congress does immoral things, passes immoral laws,

Page 47

1    that's when you pick up guns.  Right?
2         I put this in:  Nothing is lawfully right that
3    is morally wrong.  Does that make sense to you?  We are
4    practicing civil disobedience against this unjust order,
5    and that's what we're doing.  So whatever the news media
6    said -- and I'm going to probably send this to the news
7    media, every one of them that wrote me.  Let's see what,
8    they might take out one word here, one word there, and
9    make up something totally different.
10        JOSEPH GRENON:  Yeah.
11        MARK GRENON:  But if they put up anything I'm
12   saying, maybe some people will start waking up.  The
13   Drudge Report covered something out of Newsweek.  Forbes
14   wrote me.
15        JOSEPH GRENON:  CNN.
16        MARK GRENON:  You want it?  Read this.  Put this
17   up.
18        JOSEPH GRENON:  Yeah.
19        MARK GRENON:  We'll see.
20        JOSEPH GRENON:  Send them all the links.
21        MARK GRENON:  So, please.  Joe, hit that.
22   Please listen to this.  It's in video, too.  Watch it.

Page 48

1    And please, folks, pray about physically we need you
2    there.  Physically and prayerfully we need you right now
3    for the freedom.  And this could bust open, to open up
4    chlorine dioxide, not just in our church.  Our
5    church -- if every doctor and every pharmacy had it over
6    the counter, you could get it and change the world.  And I
7    want that.  But we're not going to change what we're
8    doing, because it's not just MMS.  It's we're preaching
9    the gospel.  We're going to teach people how to produce
10   it, go back to their villages, make it, and create jobs.
11        JOSEPH GRENON:  Have a nontoxic life.
12        MARK GRENON:  Right.  The four points of what to
13   do to clean out their body, and then other things we're
14   proposing as a church.  We're going to keep on.
15        So folks -- Joe, hit that.
16        [Music].
17        MARK GRENON:  Okay.  So, folks, you saw all
18   that.  The ball's in your court, if you believe it or not.
19   And in those testimonies we have, folks, everybody that
20   has a testimony, write in, please.  We're not begging you.
21   We're asking you nicely, please.
22        You're going to see that -- you saw what I

Page 49

1    wrote.  But I also wrote to Mr. Feeley and said this is
2    ridiculous.  And they don't care.  They kept hitting us.
3    I wrote the President.  Maybe it worked, because there's
4    some -- there's a couple tests going on being backed by
5    the National Institutes of Health.  If that proves right,
6    boy, they're going to look like idiots arresting us for
7    this, especially as a church.  I don't think they can
8    arrest us.  Maybe they can.  Who knows what these people
9    can do.  But I don't care.
10        Then the response to the FDA warning, that's a
11   long one and I spent a lot of time in that one.  I had
12   lawyers read it and say that was one of the best defenses
13   I ever saw of a church of First Amendment.  And then I put
14   in a stop harassment order.  I want you to read that.  I
15   sent it to them registered:  Stop this harassment of
16   violating our rights.  If you don't, you're hurting us.
17   And these points, even there's some fear and anxiety and
18   stress among the families members that are involved,
19   people come in with guns, look at what could happen.  You
20   want a Waco?  Do they want a Waco?  They can say you
21   pulled the gun and just shoot you and you don't even have
22   a gun?  What's going to happen here?

```
                                    Page 50
 1          Thank you.  Next week, I'm going to come with a
 2     plan.  It's our tenth anniversary, folks, and I'm enjoying
 3     it.  And we're going to get another ten years, Joe.  With
 4     the Lord's help, the next ten years might be wide open for
 5     us.  The FDA might be dissolved or made correct, honest.
 6     The same with the CDC, the same with the EPA, and the same
 7     with the Department of Justice.  You want to clean up the
 8     swamp?  Let's clean up those things.  And they're
 9     attacking us unreasonably.  Let's get this around the
10     world.
11          God bless you.  And remember, we're in a health
12     revolution.  Pray to the Lord, Jesus Christ, for relief.
13     God bless you.
14          JOSEPH GRENON:  God bless you, Lord.
15          [Music].
16
17
18
19
20
21
22
```