UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the United States' motion for an order to show cause why Defendants should not be held in contempt (DE 23). The Court determines that a hearing is required to consider the issues raised in Plaintiff's motion. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. A hearing on Plaintiff's motion is set for **May 11, 2020 at 2:00 PM.**

2. Defendant Genesis II Church of Health and Healing shall obtain counsel by **May 6, 2020**. If individual defendants Mark Grenon, Joseph Grenon, Jordan Grenon, and Jonathan Grenon wish to proceed *pro se*, they shall each file a statement on CM/ECF indicating that they are proceeding without counsel by **May 6, 2020**. Otherwise, Counsel for individual defendants and Genesis II Church of Health and Healing shall file their notices of appearance on CM/ECF by **May 6, 2020**.

3. Individual defendants, whether *pro se* or represented by counsel, shall file a response to Plaintiff's motion on CM/ECF by **May 7, 2020**. Counsel for Genesis

II Church of Health and Healing shall also file a response to Plaintiff's motion on CM/ECF by **May 7, 2020**.

4. Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of May, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE