20-21601-CV-KMW

**From:** Archy <mark@genesis2church.is>
**Sent:** Friday, May 01, 2020 9:54 AM
**To:** Feeley, Matthew (USAFLS) <Matthew.Feeley@usdoj.gov>; Goldstein, Ross <Ross.Goldstein@usdoj.gov>; FLSDdb_efile Williams <Williams@flsd.uscourts.gov>
**Subject:** Statement from Genesis II Church of Health and Healing



May 1st, 20202

**Dear Judge Williams, U.S. Attorneys Feeley, Goldstein and others involved in this case.**

I wrote the following letter to all of you and to President Trump, Attorney General Barr and Asst. Attorney General Eric Dreiband, Civil Rights Division as well as being sent to every Media outlet that wants a statement from us and the American people, our Jury and is submitted it to God, our Judge.

**We ask peaceably, logically and in the name of the Lord to DISMISS IMMEDIATELY the CASE and TRO against the Genesis II Church of Health and Healing and to COMPLETELY STOP this Unconstitutional harassment of the G2Church from this day May 1st**

**forward. If you continue to pursue this unlawful case, then we leave you all to the judgment of the good people of the U.S. and God!**

**Bishop Mark S. Grenon**

**Head Bishop of the Genesis II Church**

# Today, In The U.S. Religious Freedom Is Being Attacked By The FDA, FTC, U.S. Attorneys And A Federal Judge

## Is this Gross Negligence or a Treasonous Act or Both?

Is the U.S. Constitution still valid today?

*By Bishop Mark S. Grenon – Genesis II Church of Health and Healing*

*"When the righteous are in authority, the people rejoice: but when the wicked beareth rule, the people mourn." Proverbs 29:2*

*First of all, I want all to know that I am praying for the following people to have their eyes opened and repent from their unlawful ways and beg the Lord for forgiveness.*

1. *FDA employee -* Mr. Donald D. Ashley, Director, Office of Compliance, Center for Drug Evaluation and Research
2. *FTC Employee –* Mr. Richard A. Quaresima, Acting Associate Director, Division of Advertising Practices
3. *U.S. Attorney* Matthew J. Feeley
4. *U.S. Attorney* Ross S. Goldstein
5. *U.s Federal Judge* Kathleen M. Williams

**The United States Constitution,** Article VI declares the Constitution is the **"supreme law of the land,"** and reinforces the requirement **that judges are bound by it:** "This Constitution...shall be **the supreme Law of the Land**; and **the Judges** in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

Judges are bound by the US Constitution which is the 'supreme law' of the land. **No debate.** Today, we have a U.S. Federal Judge named Kathleen M. Williams violating the 1st Amendment

with 'gross negligence' by allowing our Genesis II Church Sacraments to be label as a 'drug'. **This is VERY offensive to us a Church and should to ALL Religions in the U.S.** and the world. The code below was the basis of the 'warning' we received by the FDA/FTC in early April 2020 and became the **'false premise'** for the U.S. Attorneys to **'build a case'** against the Genesis II Church.

**MMS is a Drug under the FDCA. The definition of "drug" includes "articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man." 21 U.S.C. §§ 321(g)(1)(B).**

Attorney Feeley and Goldstein unconstitutionally and unlawfully submitted a **COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION to** Judge Williams to which she signed a TRO prohibiting our G2Church Sacraments from being supplied to those **who want and need it** for a donation. To keep the peace, we at the G2Church voluntarily and 'under duress' have stopped the sending of our G2Sacraments since April 17th to pray and ask the Lord how we should respond. This action in no way is evidence that we are submitting to this order. **We completely reject this TRO on the grounds that it is violating out 1st Amendment Rights to 'freely exercise our religious beliefs'.** During this time, Attorney General Barr sent out the following memorandum to all US Attorneys to which Judge Williams signed a Temporary Restraining Order, TRO based on the above FDCA code.

"I am directing each of our United States Attorneys to also be on the lookout for state and local directives **that could be violating the constitutional rights and civil liberties of individual citizens.** As the Department of Justice explained recently in guidance to states and localities taking steps to battle the pandemic, even in times of emergency, when reasonable and temporary restrictions are placed on rights, **the First Amendment and federal statutory law prohibit discrimination against religious institutions and religious believers.** The legal restrictions on state and local authority are not limited to discrimination against religious institutions and religious believers." **AG Barr**

So, by categorizing our G2Church Sacrament as a 'drug', the FDA was allowed by the help of oath breaking U.S. Attorneys to obtain a 'completely unlawful and unconstitutional 'restraining order' that has caused considerable hardship on many of our members and followers. It has gained a lot of response from the public to which we make our appeal and the media. Because there is NO Justice among these Constitutional 1st Amendment violators, we at the Genesis II Church of Health and Healing are rejecting this order as not applicable to us as a Constitutional protected Religion with Sacraments that we have been practicing also.

The 1st Amendment CLEARLY states, **" Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof".** No law, **code**, statue or order can be made against the free exercise of a Church's sacraments is what the 1st Amendment says clearly. How can there be a 'order' for any Church to stop their Sacramental practices? There cannot be a one. **You see these people that conspired together to stop the**

**G2Church from practicing our Sacraments is completely violating the 1st Amendment in a gross negligent way to say the least!**

Many have heard it said, 'your actions speak louder that your words'. This is even mentioned in the Bible in I John 3:18, *"My little children, let us not love in word, neither in tongue; but in deed and in truth."* By the actions of a few US attorneys and one US Federal Judge we have had **our 'Religious rights' completely and openly violated.** These individuals have taken oaths to obey the US Constitution

OATH ON ADMISSION For US Attorneys I, , DO SOLEMNLY SWEAR(OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORD-ING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES - https://www.uscourts.gov/sites/default/files/ao153_0.pdf

"I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. **So help me God.**"

**Has this oath been violated by Mr. Feeley and Mr. Goldstein and the other U.S. Attorneys involved? They need to be removed?**

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. **So help me God.**"

(June 25, 1948, ch. 646, 62 Stat. 907; Pub. L. 101–650, title IV, § 404, Dec. 1, 1990, 104 Stat. 5124.)

*Has Judge Williams violated her oath? She need to be removed?*

An oath is defined in Noah Webster's 1828 dictionary thus: "A solemn affirmation or declaration, made with an appeal to God for the truth of what is affirmed. The appeal to God in an oath, implies that the person imprecates his vengeance and renounces his favor if the declaration is false, or if the declaration is a promise, **the person invokes the vengeance of God if he should fail to fulfill it. A false oath is called perjury.**"

The requirement to agree under oath to uphold the Constitution is an unequivocal requirement to holding office. **The primary purpose of our Constitution is to protect the people in their God-given unalienable rights.** The value of a written constitution is beyond measure. Words have meaning, and those meanings may be known. They are not open to arbitrary and unilateral interpretation or redefinition by those who would modify the constitution to meet their whims. The words and the intended scope of the government was clearly established by those who framed the Constitution. There is an established and constitutional method for modifying the Constitution if it becomes necessary to do so. That process is defined in Article V of the U.S. Constitution. There is no other way to legally modify it. Until it is modified legally (by the method defined within Article V of the Constitution), the United States Constitution is obligatory upon all. —Scott N. Bradley

"Gross negligence" means that the defendant's conduct was so reckless or wanting in care that it constituted a conscious disregard or indifference to the life, safety, or rights of persons exposed to such conduct."
http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=0700-0799/0768/Sections/0768.72.html

*"This Constitution, and the Laws of the United States [and Treaties] which shall be made in Pursuance thereof; . . . . shall be the supreme Law of the Land. +++*
*Supremacy Clause, Article VI, Clause 2 of the United States Constitution*

**When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercises no discretion or individual judgment; he acts no longer as a judge**, *but as a " minister" of his own prejudices. [386 U.S. 547, 568].*
*A **judge is liable for injury caused by a ministerial act**; to have immunity the judge must be performing a judicial function. See, e. g., Ex parte Virginia, 100 U.S. 339 ; 2 Harper & James, The Law of Torts 1642-1643 (1956).*
***The presence of malice and the intention to deprive a person of his civil rights is wholly incompatible with the judicial function.***

## Title 18, U.S.C., Section 242
### Deprivation of Rights Under Color of Law

*This statute makes it a crime for any person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person those rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S.*

This law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race.

*Acts under "color of any law" include acts not only done by federal, state, or local officials* within the bounds or limits of their lawful authority*, but also acts done without and beyond the bounds of their lawful authority*; provided that, in order for unlawful acts of any official to be done under "color of any law," *the unlawful acts must be done while such official is purporting or pretending to act in the performance of his/her official duties.* **This definition includes**, in addition to law enforcement officials, individuals such as Mayors, Council persons, **Judges,** Nursing Home Proprietors, Security Guards, etc., persons who are bound by laws, statutes ordinances, or customs.

5

Sec. 1983. - Civil action for deprivation of rights

**Every person who, under color of any statute**, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, **subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights,** privileges, or immunities secured by the Constitution and laws, **shall be liable to the party injured in an action at law**, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia Title 42, U.S.C., Section 14141.

We at the Genesis II Church of Health and Healing are asking the Lord, President Trump, Attorney General Barr, Asst. Attorney General Erik Dreiband – Civil Rights and the American People to stand against violation of the 1st Amendment of the U.S. Constitution.

Bishop Mark S. Grenon – Genesis II Church of Health and Healing

-->