

**20-21601-CV-KMW**

**May 5, 2020**

**Attorneys Feeley, Goldstein and Judge Williams,**

We have to obey God rather than men. We will NOT be participating in any of your UNCONSTITUTIONAL Orders, Summons etc. due to your willful denial of the 1st Amendment and God's Word! We have to reject these due to the fact that the FDA/FTC categorized our G2Church Sacraments unlawfully as a drug which we have been practicing as a Church since 2010. Our G2Church Sacraments bring health to so many that we are committed to God to keep healing as many as come to us for help as He commanded. Again and again I have written you all that according to the 1st Amendment and God's Word you have NO authority over our Church and its practicing no matter how you try to 'invent' reason to stop us from helping our members and followers. We have the 'right to choose' whatever we decide to put in our temples, our bodies, without any government consent needed. You seem to NOT understand us. You need to 'understand' us and respect our God given rights. You US attorneys and judge seem to forget your oath to the US Constitution to which we have reminded you over and over again. The people of the United States and the world are on our side because they understand freedom of choice that God has given us all.

How can we not help people when we see thousands being helped 'outside of the medical industry' with our Church Sacraments that are healing many. Try to tell the following people that they should not have taken our Church Sacraments to cleanse their temples.

**This came in recently. Eczema CURED!**



**Gangrene cured!**

- 



**Cancer Cured!**



**Man dying of Aids CURED!**



- **Skin Cancer CURED!**





## 45 days MMS Treatment his face is Restored from Pemphigus Vulgaris (Autoimmune dis-ease)





- **Tumor in eye of Cat CURED! 14 days**

- **Dying of Prostate Cancer**





## 6 Months later!



- **Spider Bite CURED!**




- **Meningitis Cured**





**We have thousands in the US and worldwide sending in testimonies! The evidence is clear and the FDA, CDC and the DOJ are NOT telling us we cannot use our G2Church Sacraments while God tells us to go forth and HEAL! We have a mandate from God.**

> "**Heal** the sick, cleanse the lepers, raise the dead, cast out devils: freely ye have received, freely give.", Matthew 10:8 KJV

## We ought to Obey God rather than men, Acts 5:29 KJV

Here is a story about what happened to Peter and John in the early Church when they healed a man that was crippled. The man was healed, and it caused an uproar in Jerusalem. The 'religious' leaders and the local officials didn't like it and threatened Peter and John with jail. Read the Story in its entirety in the Book of Acts and see how these men STOOD for the Truth no matter what the authorities told them because they were doing nothing unlawful but Helping people physically and Spiritually! Maybe you will see a similar thing happening to the Genesis II Church today against the 'officials' of the day and how our response should be to them. Romans 13 states that governments were set up 'for good' and to punish evil doers. If the government starts to NOT do their job for good but to do evil, then we OBEY God and not the government.

**Acts Chapters 4-5 King James Version**

⁷ And when they had set them in the midst, they asked, **By what power, or by what name, have ye done this?**

⁹ If we this day be examined of **the good deed done to the impotent man,** by what means he is made whole;

¹⁴ And **beholding the man which was healed standing with them,** they could say nothing against it.

¹⁹ But Peter and John answered and said unto them, **Whether it be right in the sight of God to hearken unto you more than unto God, judge ye.**

**²⁰ For we cannot but speak the things which we have seen and heard.**

²¹ So when **they had further threatened them, they let them go, finding nothing how they might punish them,** because of the people: for all men glorified God for that which was done.

**Acts 5**

²⁹ Then Peter and the other apostles answered and said, **We ought to obey God rather than men.**

³⁵ And said unto them, Ye men of Israel, **take heed to yourselves what ye intend to do as touching these men.**

³⁸ And now I say unto you, **refrain from these men, and let them alone:** for if this counsel or this work be of men, it will come to nought:

³⁹ But **if it be of God, ye cannot overthrow it; lest haply ye be found even to fight against God.**

⁴² And daily in the temple, and in every house, **they ceased not to teach and preach Jesus Christ.**

**The evidence of what we are doing is the healing of thousands worldwide!**

The FDA/FTC created a case based on **the Federal Food, Drug, and Cosmetic Act** ("FDCA"), 21 U.S.C. § 332(a).

The 1st Amendment of the US Constitution protects Religion and its practices very clearly.

**"Congress shall make NO LAW respecting and establishment of religion or prohibiting the free exercise thereof"**

Our founding Fathers wanted to protect the Church from a Government that would take away the rights to establish a religion and practice its beliefs.

**Our Sacramental Belief is as follows and NO MAN shall take them from us!**

The Holy Scriptures teach clearly that our temples are our bodies and they need to be in an undefiled state, NOT DIS-EASED or clean state.

*"Know ye not that ye are the temple of God, and that the Spirit of God dwelleth in you? If any man defile the temple of God, him shall God destroy; for the temple of God is holy, which temple ye are.", I Corinthians 3:16-17 KJV*

This is where we will obey God and NOT man! Thank the Lord we also have a **CLEAR** protection given to us by our Founding Fathers and Inspired by God's Word. There can be no law, act, code, statue etc. created by the US Govt. or any of its agencies to stop the beliefs of ANY religion in the U.S.

## We will obey God rather than men!

**Whether it be right in the sight of God to hearken unto you more than unto God, judge ye", Acts 4:19 KJV**

*"For we cannot but speak the things which we have seen and heard.", Acts 4:20 KJV*

**In the name of the Lord Jesus Christ the Messiah of the world, Emmanuel.**

"Behold, a virgin shall be with child, and shall bring forth a son, and they shall call his name **Emmanuel**, which being interpreted is, God with us.", Matthew 1:23

**God is with us!**

*Bishop Mark S. Grenon*

*Head Bishop Genesis II Church*