# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 20-21601-CIV-WILLIAMS |
| DEFENDANT | TYPE OF PROCESS |
| Genesis II Church of Health and Healing, et al | Preliminary Injunction and Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Genesis II Church of Healing and Healing

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2014 Garden Lane, Bradenton, FL 34205

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Matthew Feeley
United States Attorney's Office
99 NE 4th Street, Miami, FL 33132

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve preliminary injunction and order setting hearing on May 11 to seek counsel by May 6, 2020

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (305) 961-9235
DATE: 05/01/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 04
District to Serve No. 18
Signature of Authorized USMS Deputy or Clerk
Date: 05/01/2020

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Date: 5/5/20   Time: 9:30 ☒ am ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: [signature] JDH-

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $195.00 | $53.58 | $8.00 | $256.58 | 0 | |

REMARKS