UNITED STATES DEPARTMENT OF JUSTICE

CONSUMER PROTECTION BRANCH

Genesis II Church of Healing and Health Podcast:

Mark Grenon and Joseph Grenon

g2voice_broadcast_191_the_proof_is_naturally_being_show

n_to_us_by_the_results_5_10_20

## Page 2

```
 1          P R O C E E D I N G S
 2          MARK GRENON:  Welcome, welcome, welcome to the G2
 3   Voice broadcast.  It is Sunday, May 10th, in the year
 4   of the Lord 2020.  My name is Mark Grenon, and I'm here
 5   with my co-host --
 6          JOSEPH GRENON:  Joseph Grenon.
 7          MARK GRENON:  Joe, we're at 191.  Wow.  We're
 8   getting to 200 pretty soon, Joe.
 9          JOSEPH GRENON:  It's really --
10          MARK GRENON:  It'll be four years, and we have
11   208.  Four years in our G2 Voice.  A lot of people
12   listening, and we appreciate everybody that listens
13   because they're looking for truth, Joe.
14          JOSEPH GRENON:  Mm-hmm.
15          MARK GRENON:  This past week, how many people we
16   know, know of, or know personally -- their whole
17   YouTube, Facebooks, and stuff just gone?
18          JOSEPH GRENON:  Oh yeah, wiped out immediately.
19          MARK GRENON:  Really.  We've been having some
20   studies going on in hospitals about chlorine dioxide
21   and the coronavirus stopped.  These people have a lot
22   of power, but not more power than God, huh?
```

## Page 3

```
 1          JOSEPH GRENON:  Mm-hmm.
 2          MARK GRENON:  And we even have the First
 3   Amendment, and if we didn't, we'd still do what the
 4   Bible tells us to do.  But we have the First Amendment
 5   in our country where there was some men that trusted
 6   God and believed that you should have the right,
 7   because that's why they left England, to worship God
 8   any way you see fit, and they don't like that.  Most of
 9   them don't even like God.  So we got a Nazi, satanic,
10   Luciferian, big pharma that is supported -- well, pays
11   off the FDA, the CDC, Department of Justice.  We've
12   seen this.  We get facts about this.  We're going to
13   hit the FDA really hard now because they're the ones
14   that started this whole warning against us --
15          JOSEPH GRENON:  Yeah.
16          MARK GRENON:  -- and took our sacrament and put it
17   in the category as a drug.  Yeah, that's going to work.
18   You might think it's going to work because you got
19   everybody paid off, but when the truth comes out, it's
20   not going to work.  So we're going to keep fighting.
21   We're going to keep fighting.
22          This week we're going to cover the proof is
```

## Page 4

```
 1   naturally being shown to us by the results, okay?  And
 2   I'm going to talk about trusting science, scientists,
 3   not science because real science --
 4          JOSEPH GRENON:  So-called science.
 5          MARK GRENON:  Yeah, the Bible says science falsely
 6   called.  So there's a lot of that around.  Because a
 7   guy calls himself a scientist or a doctor, oh, we got
 8   to believe him.  Ha ha ha.  Ah, you better think twice
 9   about that.  How were they trained?  Who paid them?
10   We're going to read some medical journals.  You're
11   going to see what some of these editors said about what
12   goes on with these clinical studies, so we'll get in
13   that in a moment.  But that's real science, folks.
14   What the results are is the real science, okay?
15          Last week we covered our 10th-year anniversary
16   because we couldn't cover it the week before.  We got
17   sidetracked with another message.  So we went off and
18   covered it last week.  Ten years, and there are going
19   to be another 10.  They're not going to stop the
20   church.  You know, they're saying in the newspapers,
21   oh, FDA has shut down -- you didn't shut down our
22   church.  We told them you got guns.  You guys are
```

## Page 5

```
 1   unlawful, so we're going to pray because we're going to
 2   ask God what does He want us to do.  At the end of the
 3   day, whatever God tells us to do, we're going to do,
 4   whatever your unlawful legality says, and we're going
 5   to prove you wrong.  We're going to fight, so we're not
 6   really too concerned.  They want us to go to court.
 7   We're not going to court.  We have no -- in fact, they
 8   want us to plea.  The plea we should plea is no case to
 9   answer?
10          JOSEPH GRENON:  No case to answer, yeah.
11          MARK GRENON:  Yeah, so this is like there should
12   be no case here.  First of all, our Constitution tells
13   us there's no case, okay?  I don't care what they
14   classify -- whatever the FDA says, but they're so
15   corrupt, so paid off.  They've approved so many drugs
16   that have killed people and paid billions later, and
17   they just take it off, okay, but they approved it.  So
18   you want to listen to this agency that has been known
19   to be paid off, okay?  People that work for them after
20   they retire or quit or leave, they go work for the
21   pharmaceuticals.  Who's that tell you who they work
22   for?
```

Page 6

```
 1        Same with the CDC, okay?  Same with the EPA.  Just
 2   do some research, folks.  You'll find out.  Very, very
 3   corrupt agencies.  Just like you got the fake news, you
 4   know, CNN is writing me, Forbes, New York Times.
 5   Everybody is writing me wanting me to make a statement.
 6    My statement, I'm not going to make a statement to
 7   them because they twist everything, and I'm going to
 8   show you how they twist some things today and the half
 9   truths.  They don't tell the whole story.  They take it
10   out of context and make it a pretext to prove that
11   we're lying or something.
12        No, we're not going to -- we're just going to go
13   with truth.  We don't have any fear.  We're at peace.
14   We're going to tell these people exactly -- and we
15   don't hate these people.  We don't.  We pray for them,
16   but we're going to tell them they're liars.
17        JOSEPH GRENON:  They're wrong, yeah.
18        MARK GRENON:  Yeah, God doesn't hate us.  He tells
19   us exactly what we are, right?  We're being attacked
20   viciously and unlawfully, not illegally.  That's a term
21   they like, "unlawfully," because the law has to be
22   moral.  These are legal things that they pass.  They
```

Page 7

```
 1   can't be laws.  They can't -- statutes, codes.
 2        JOSEPH GRENON:  This is written by a person.
 3        MARK GRENON:  Yeah.  Well, no, it has to be moral,
 4   Joe.  It has to be moral, you know.  You can't be a
 5   law.  We're being denied our religious rights
 6   guaranteed to us by the First Amendment and God.  We
 7   will not and cannot obey men when they are trying to
 8   stop us from obeying God.  You can watch videos and
 9   read about the attack on the Genesis II Church
10   beginning with a warning from the FDA, who has no
11   authority over the Genesis II Church or any church in
12   regard to the exercise of our religious or church
13   beliefs.  No, they have no, no power, no authority.
14        And then they write this warning and submit it to
15   a U.S. attorney, and then they grab it and back it.
16   They took an oath --
17        JOSEPH GRENON:  Mm-hmm.
18        MARK GRENON:  -- never, never go against the
19   Constitution or defend it, right?  Same with this
20   judge.  So they're off -- to me, they're just
21   completely disqualified, okay?
22        JOSEPH GRENON:  Yeah.
```

Page 8

```
 1        MARK GRENON:  Never mind the FDA and all the
 2   things they passed that hurts people, kills people.
 3   It's just sick, and we're going to stop it.  We're
 4   going to stop it.  We're going to stop them.  We're
 5   calling for the closure of the FDA and the CDC.  Close
 6   them down, and if they ever make another agency that
 7   oversees some things, then make the American people sit
 8   on the board, not some paid-off prostitute that works
 9   for FDA paid off.  They're paid off, folks.  The CDC
10   has 30 patents, and they're listed on Dun & Bradstreet
11   as a company.  They make billions, Joe, CDC.
12        So I put it in the last few weeks just to get
13   people -- if you're listening for the first time
14   because every week we're having more first-time
15   visitors and listeners.  So I put it in the letter we
16   wrote to the President, and the media took off with
17   that.  President Trump is talking about MMS bleach.  We
18   didn't say that.  All we said was he got our
19   information.  They received our letter.
20        JOSEPH GRENON:  Yeah.
21        MARK GRENON:  They acknowledged that.
22        JOSEPH GRENON:  Yeah, it was the fake news that
```

Page 9

```
 1   said that they're talking about now taking bleach.  He
 2   was talking about some other, whatever.
 3        MARK GRENON:  Well, he was talking about how
 4   disinfectant --
 5        JOSEPH GRENON:  He was talking about how
 6   disinfecting can kill and clean and all that stuff.
 7        MARK GRENON:  Yeah.
 8        JOSEPH GRENON:  And then he's not -- I don't know
 9   if he's talking about MMS, but we didn't say he was.
10        MARK GRENON:  No, we said he's got the information
11   about MMS.
12        JOSEPH GRENON:  Yeah, right away --
13        MARK GRENON:  And many people wrote him
14   personally, wrote him from around the world with their
15   testimonies.  So I'm sure he knows about it, but did I
16   talk to him?  No, I wrote him a letter, and I saw him
17   making some tweets, and I even saw him saying religious
18   freedom needs to be guarded even during this time of
19   emergency.  And yesterday, Day of Prayer, he told
20   people, don't pray -- you have the constitutional right
21   to go to church, huh?
22        JOSEPH GRENON:  Mm-hmm.
```

Page 10

1    MARK GRENON: So I like -- I like that.
2    JOSEPH GRENON: Because the church, we need God in
3    these times.
4    MARK GRENON: And we are to obey God rather than
5    men. That's what last week -- well, I sent out a
6    special newsletter this week. We're going to obey God
7    rather than men, and this is what I wrote to the judge
8    and the -- and the attorneys, Joe.
9    JOSEPH GRENON: Mm-hmm.
10   MARK GRENON: We're not going to play games, oh,
11   you have to file it. We won't read it unless you file
12   it with the clerk of courts. We're not entering your
13   evil system. What, are you crazy? You think we're
14   going to enter that system? Look at what they did to
15   the President.
16   JOSEPH GRENON: Yeah.
17   MARK GRENON: Look what they did to him. You
18   know, he's the President of the executive branch,
19   right, of the whole United States, and look what they
20   did to him. He has all the money to fight them,
21   lawyers. They don't care. I'm not going to go into a
22   corrupt system and think we're going to get -- that's

Page 11

1    like walking into the lions' den without the Lord. No,
2    we're not going to do it. We're not afraid, but we're
3    not going to put our -- be stupid and put ourselves
4    under their authority. I don't care if they like it or
5    not.
6    Here's a story about what happened to Peter and
7    John in the early church when they healed a man that
8    was crippled. And the early church was in houses,
9    folks, not in buildings. "How can you have a -- you're
10   not a real church. You're in a house." Well, house
11   churches were the first churches, Joe. House Sister
12   Farnas, and this guy's house, and that guy's house,
13   Cornelius and Simon the Tanner. I've been to some of
14   those places.
15   So they're complaining. And here we got the --
16   there's an uproar because one guy got healed. The man
17   was healed, and it caused an uproar in Jerusalem. The
18   religious leaders and the local officials didn't like
19   it and threatened Peter and John with jail. Read the
20   story in its entirety in the Book of Acts and see how
21   these men stood for the truth no matter what the
22   authorities told them because they were doing nothing

Page 12

1    unlawful, but only helping people physically and
2    spiritually. Maybe you'll see a similar thing
3    happening to the Genesis II Church today against the
4    officials of the day and how our response should be to
5    them.
6    People think, ah, you're just nuts. Why would you
7    do that, believe the Bible. You know why? Because
8    back 100, 200 years ago, you could use the Bible in
9    court as illustrations of historical facts that
10   happened to people. What? Yeah, that's how accurate
11   it is, and historically correct it is, and how morally
12   correct it is.
13   JOSEPH GRENON: Mm-hmm.
14   MARK GRENON: Romans 13. Everybody quotes this,
15   you know. Oh, you got to obey the powers. Romans 13
16   states that the governments were set up for good and to
17   punish evildoers, okay? If the government starts not
18   to do their job for good, but to do evil, then we obey
19   God and not the government, and that's what they're
20   saying. We're going to obey God rather than man. You
21   guys are evil. This guy's been laying around crippled
22   for 35, 40 years. He gets healed, and you come after

Page 13

1    us? Joe, how can we stop healing people?
2    I sent to the pictures. That's what I did this
3    week. When Forbes, CNN, all these wrote us, I sent
4    them all our testimony. Hey, look what we've been
5    doing. This is our proof. I mean, a guy with cancer
6    in his face, gone. Big sores in the legs, gone, before
7    and after.
8    JOSEPH GRENON: And MRSA ourselves.
9    MARK GRENON: Yeah, MRSA ourselves. How can we
10   stop? We're not going to. What, because of some paid-
11   off FDA culpa agency that puts up stuff that's poison?
12   Look at the side effects of every approved drug. More
13   people die from approved drugs than anything else in
14   America. It's the number one, and the doctors -- the
15   doctors are a council. It's called iatrogenics. What
16   the doctors tell you do, what the doctors tell you to
17   take is the number-one killer because of the side
18   effects, and they can keep going on? No, we're done.
19   We're stopping. There was a lady, Joe. You put up
20   that video on the description?
21   JOSEPH GRENON: Judy --
22   MARK GRENON: Molovich?

Page 14

1    JOSEPH GRENON: Voliskens or something. I don't
2  know.
3    MARK GRENON: Makolovich. Let me see. I don't
4  like to -- here it is, Judy Mikolvitz. She was --
5  listen, this lady is not one of us as far as part of
6  our church or anything like that. She worked with
7  Fauci. She worked with the HIV, which is another thing
8  altogether that we've covered. Horrible what they did
9  to the people, how it came about. Fauci, Gallo. She
10  worked there. She exposed what -- some things that
11  were bad going on, and they threw her in jail, Joe.
12  Didn't even charge her. She was there four years.
13  Threw her in jail, and she's coming out now. Gave her
14  a gag order, and she couldn't talk about it. She come
15  out and she's published it. They're taking it off.
16  Wherever it is, they're taking it down. We put it up
17  on Brighteon. You can go there and see it.
18    Man, they raked her over the coals, horrible
19  situation. She's talking about it, and other people
20  are talking about the vaccines and what they're doing.
21   We're going to just -- we got a -- what do you call
22  it -- a silent majority that's not silent anymore.

Page 15

1  We're speaking up. That's why they're knocking us off
2  all the places.
3    JOSEPH GRENON: Yeah.
4    MARK GRENON: Does that tell you they own it?
5    JOSEPH GRENON: Oh yeah, very well does, and also
6  the First Amendment, freedom of speech. We can't even
7  say these things now because the FDA says no? No, it's
8  not going to work like that. The FDA can't tell us to
9  stop talking.
10    MARK GRENON: Nope, we're not going to do it. So
11  look at -- look at the similarity. I just put a few
12  verses in Chapter 4 and 5 of Acts: "And when they set
13  them in the midst, they asked" -- so they got -- they
14  got Peter and John -- "by what power or by what name
15  have you done this?" We're doing it in the name of
16  God. I prayed that God, and I've been working with
17  medical people. I had a pharmacy in my house as a
18  missionary. Joe saw surgeries. That's where we got
19  the MRSA. We helped doctors for many, many years
20  mechanically fix things and people in their bodies.
21  Great things, great people. Then we got MRSA, couldn't
22  cure it with the most strongest antibiotics because

Page 16

1  it's antibiotic-resistant. Couldn't cure it. Tried.
2  Prayed. Lord, help. Don't let them cut off my son's
3  leg. Lord, what are we going to do, all my eight kids?
4   So I found this guy's book called Jim Humble, a book
5  he called Miracle Mineral Supplement for the 20th
6  Century, and I read it, and he's the one that got me
7  the idea. Gave away half of the book for free. Get
8  people reading it.
9    JOSEPH GRENON: Mm-hmm.
10    MARK GRENON: And then they bought the rest. I
11  bought the rest. Got the stuff, healed myself. So I'm
12  like, Lord, this is answer to prayer. So I'm going to
13  stop now? God answered your prayer, and you're going
14  to stop? No. That's why I would do it in the Lord's
15  Name.
16    JOSEPH GRENON: And been going 10 years helping
17  now, and now we're just going to stop?
18    MARK GRENON: Yeah, and they say we made it up,
19  our sacrament as a religion to hide. We're already
20  preaching the gospel for 30 years. It's been 40 years
21  now.
22    JOSEPH GRENON: From that -- saved my life,

Page 17

1  something that cured me.
2    MARK GRENON: Yeah, don't tell anybody that's
3  crippled -- I mean, hurting and sick. Don't tell your
4  neighbor has AIDS that we cured it, or the guy with
5  diabetes, or the guy that had a stroke and recovered,
6  or the guy with elephantitis, or a bunch of people --
7    JOSEPH GRENON: Tell them to go to the hospital,
8  right?
9    MARK GRENON: Yeah. No, we can help them. We're
10  not going to help you. So this is what they said. "If
11  we this day be examined of the good deed done to the
12  impotent man, by what means he was made whole?" You're
13  going to -- you're going to examine us about something
14  good we did? "And beholding the man which was healed
15  standing with them, they could say nothing against it."
16   That's why, you know, well we have a scientist that's
17  breaking it down, what's happening. Well, what if all
18  of his physics are wrong? What about physiologically
19  in the body? It's really not happening exactly the way
20  they're saying, right? And now they're going to say,
21  oh, it's not that way, it's this way. Well, I deal
22  with the results, folks. That's the end -- that's the

Page 18

1  end game. The end results is the proof, not the
2  theories of how it's working because there's so many
3  variables that you can enter into that equation that is
4  it really doing it this time that way? I'm talking
5  about chlorine oxide.
6      So we go -- we're going to show you the guy
7  healed. He just said, he's healed. They can't say
8  nothing. I add this to my face, it's gone. No, you
9  didn't. No, you didn't. You're lying. Yes, I did. I
10  had AIDS and now I'm alive. I was dying of prostate
11  cancer. I put all these up, plus like over 2,000
12  written ones. Oh, you wrote them. Oh yeah, I sat down
13  and wrote every one of them, Joe. What a stupid thing.
14  You're just liars. You're lying like a Persian rug.
15  So they couldn't say anything.
16      "Then Peter and John answered and said unto them,
17  whether it be right in the sight of God to hearken to
18  you more than unto God, judge ye." So he's going to
19  say, you judged, and should we obey God or you? You
20  could judge that, but we're going to obey God. "We
21  cannot but speak to things which we have seen and
22  heard." I can't -- I don't know what to tell you, but

Page 19

1  Jesus died, I saw Him resurrected, and we ate fish with
2  Him. Peter. We did, and then we seen 500 more people.
3  Josephus, an unbeliever even mentioned that He was
4  seen after His resurrection.
5      JOSEPH GRENON: Mm-hmm.
6      MARK GRENON: So they're healing people, and they
7  say all we can do is tell you what we've seen and
8  hearing. That's all we can do. So when they had no --
9  they had further threatened them -- threatened them,
10  oh, they let them go. That's what I want to see
11  happen. Let us go.
12      JOSEPH GRENON: Yeah, because you've got no case.
13      MARK GRENON: Well, we're already free.
14      JOSEPH GRENON: You have no case.
15      MARK GRENON: "Finding nothing how they might
16  punish them because of the people." That's who we're
17  giving it to, Joe, the information, the people. I put
18  a meme up, "The people of the world are our jury, and
19  God is our judge." Let the good people of the world
20  see what we're doing and say, hey, leave them alone.
21  They're not doing anything.
22      Then it goes in Acts, Chapter 5, "Peter and the

Page 20

1  other apostles answered and said, we ought to obey God
2  rather than men," and that's where we stand. We're
3  going to obey God rather than men. Well, what about if
4  you go to jail? Ha ha ha ha. Hey, we're going to obey
5  God. He opened jail cells, okay, for Peter and John.
6  He opened jail cells. You think were afraid of some
7  Obama-appointed judge that broke their oath? Once you
8  break your oath, you're not even a judge. You're no
9  judge. U.S. attorneys that broke your oath.
10      You got the Attorney General saying don't even --
11  during an emergency, don't forsake or violate the First
12  Amendment rights, constitutional rights, of people,
13  then Trump says it again. They'll have to -- they
14  don't listen, Joe. They don't care. They're paid off.
15  They're being protected by Bill Gates, you know.
16  They're going after him for crimes of humanity. I
17  signed a petition. They needed 100,000 They got over
18  half a million.
19      JOSEPH GRENON: Mm-hmm.
20      MARK GRENON: George Soros, too. These guys are
21  going down. Fauci is going down. They're going to be
22  tried, and if they're tried for what they really did,

Page 21

1  they'll be hung or executed, maybe with a lethal
2  injection they did try to give to us.
3      "And daily in the temple" oh, no, here we go. I
4  missed this. I want to read the whole thing. "And
5  said unto them, ye men of Israel, take heed to
6  yourselves. What you intend to do as touching these
7  men. Take heed, the one that keeps you breathing and
8  beaten -- your heart beating." The people who attack
9  you, take heed. Take heed. Yeah, and if you're
10  watching this news media that watches our stuff, take
11  heed also of your lies.
12      "And now I say unto you, refrain from these men
13  and let them alone for this council or this work be of
14  men, it will come to naught." Leave them alone.
15  People will find out. If you take the protocols,
16  people will find out if it doesn't work. They'll find
17  out just the opposite. There was a really wise man
18  called Gamaliel. I can't even say his name. Anyways,
19  "But if be of God, you cannot overthrow it." But if it
20  be of God, you cannot overthrow it, Joe.
21      I love these. These are examples of real
22  historical facts and people. "Lest haply ye be found

Page 22

1  even to fight against God." Go ahead, keep fighting
2  against God. Keep fighting against God. Paul the
3  Apostle was killing Christians. This is why you got to
4  pray for people no matter how bad they are. He got
5  kicked off his horse, and Jesus himself appeared and
6  said, are you going to -- I don't know why that phone
7  rings -- are you going to kick against the pricks? Why
8  are you doing this? Why are you kicking against the
9  pricks?
10      I'm shutting off my phone.
11      Why are you kicking against the pricks? Why are
12  you fighting against Me, Paul? He blinded him, sent
13  him into Damascus, and three days later, one of the
14  disciples came in and touched him. He could see again,
15  then he was a believer, and that guy never stopped,
16  man. He became the prophet -- excuse me -- the apostle
17  to the Gentiles, and because of him, what he did, the
18  gospel went to Europe, and we could get the gospel to
19  the Gentiles.
20      You can't fight against God. So what do they do?
21  "And daily in the temple and in every house they
22  ceased not to teach and preach Jesus Christ." Cease

Page 23

1  not to preach and teach Jesus Christ.
2      I got to shut off my phone, folks. I'm sorry.
3  This phone --
4      JOSEPH GRENON: You might have to just take the
5  battery out.
6      MARK GRENON: Yeah, man. I think sometimes it's
7  -- you know people from the --
8      JOSEPH GRENON: It might be people calling --
9      MARK GRENON: I don't have any nails, trying to
10  interview us. We don't give interviews to the -- we
11  don't give interviews to the media unless they're
12  alternative media that doesn't edit it and tells the
13  truth. I got a few coming up we're going to meet with
14  and talk to, and if I said anything to the mass media,
15  the fake news, I sent them testimonies because that's
16  -- they'll never put that stuff up, and I hope they do.
17  I hope they do. So we're not going to cease to
18  preach. They came the other day and brought another
19  order or something.
20      JOSEPH GRENON: It was a preliminary injunction
21  supposedly.
22      JOSEPH GRENON: Yeah, to my son. We videotaped

Page 24

1  it, and they were calm. They didn't come up and even
2  touch the door. Bishop Jonathan said stay away, you're
3  in trespass. I'm not taking your papers, so they put
4  it over there, but they were nice people. I mean, not
5  nice. They were polite, but then they had, like, three
6  sheriffs, which we -- they asked them to come, which is
7  good. Sheriffs can stop people from coming into your
8  church, so I'm glad they were there. But they had --
9  Joe said they had all kinds of clips for their guns and
10  everything else.
11      JOSEPH GRENON: Yeah, I saw them.
12      MARK GRENON: And they're like loaded for bear,
13  right? See, this is why we voluntarily backing down to
14  pray because they'll come in and do another Waco, okay,
15  although during the Waco time, the Attorney General was
16  a dyke lesbian named Ranet Gino -- Janet Reno -- Ranet
17  Gino -- Janet Reno, and, man, they came in Waco and
18  they killed everybody. That's just horrible, kids and
19  everything, that's -- burned them out. I don't want
20  that to happen, so I'm praying.
21      And they're stopping people from getting the
22  sacraments to help them. But what's really cool, and

Page 25

1  they're even telling us indirectly we're violating
2  their order that we never have agreed to anyways by
3  telling people, keep doing it. Get it out. Make it.
4  Get it. And people are, which is what we wanted. We
5  don't even want to have to supply it. Make it
6  yourself.
7      JOSEPH GRENON: Yeah.
8      MARK GRENON: And it's happening all over the
9  world. I love it. So the evidence of what we're doing
10  is healing thousands of people worldwide. We think
11  millions, but we could definitely say thousands. So
12  you got this FDA, which is, you know, Federal Drug
13  Administration, and the FTC, the Federal Trade
14  Commission, okay? They're involved in commercial
15  trade, and we're not part of any of that, okay? We're
16  a church. We're not part of this commercial system.
17  They can try to put us into it all they want. We take
18  donations. We don't pay taxes. We are a free church.
19  And according to the First Amendment -- I'll keep
20  saying it because they don't -- I guess they don't
21  understand "Congress shall make no law respecting the
22  establishment of a religion."

Page 26

1      JOSEPH GRENON:  They don't understand their own
2  oath that they took.
3      MARK GRENON:  So they can't make a law, a code, a
4  statute.  They can't base on the act of the -- what do
5  they call it -- the Federal Food Drug and Cosmetic Act,
6  21 U.S.C., 32(a), 332(a).  They can't.  They got that
7  act, and they go, you violated this act.  What, do you
8  mean I did?  Because it's a drug.  You said it heals.
9  Yeah, we said it heals.  We say it cures.  We say it
10  restores health, whatever we want.  In Jesus' Name,
11  you'll be healed.
12      JOSEPH GRENON:  And God will.  God will heal you,
13  yeah.
14      MARK GRENON:  Right?
15      JOSEPH GRENON:  Mm-hmm.
16      JOSEPH GRENON:  God told us to go and heal people,
17  so that's what we're doing.  We have Scriptures that
18  say -- we're not talking baptism and ordinance, Lord's
19  Supper, foot washing.  Those are ordinances in the
20  Bible.  But we have clear, clear instructions in I
21  Corinthians 3:16 that tells us, "Know ye not that you
22  are the temple of God and that the spirit of God

Page 27

1  dwelleth in you?  If any man defile the temple of God,
2  him shall God destroy."  I certainly don't want to
3  defile my temple.  And He says, "For the temple of God
4  is Holy, which Temple ye are," talking about our
5  bodies.  Our bodies are the temple of God, okay?
6      So we found something we prayed for, it healed our
7  temple, and we started healing others.  So we're going
8  to keep the -- we're going to keep that doctrine, that
9  belief, and we're going to do it.  Even if we didn't
10  have the First Amendment, I would still be doing this,
11  folks.  People think we're trying to hide behind the
12  First Amendment.  No, we're just happy it's there.  And
13  then it goes on and say, "or prohibiting the free
14  exercise thereof."  That was religious beliefs.  That's
15  what we're doing, and they're just pitching it aside,
16  disregarding it blatantly, gross negligence, and
17  they're saying, no, we don't care what that says
18  because we're going to focus on this."  And guess what?
19  We've got an appointed -- Obama-appointed judge that
20  will uphold it, and we have U.S. attorneys.  They broke
21  their oath, too, so we're just going to get them to
22  push it, and the FTC sits back and laughs.  Well,

Page 28

1  you're not going to be laughing pretty soon when you're
2  all in jail for the evil you've done and the people
3  you've killed by approving stuff that killed people.
4  Killed people.
5      Our founding fathers wanted to protect the church
6  from a government that would take away the rights to
7  establish a religion and practice its beliefs.  That's
8  why they left England, okay?  That's why the -- even in
9  England, the Catholic church, they used to be Catholic.
10  Bloody Mary, she was Catholic, killing people that
11  didn't follow her.  Then Henry the VIII came along.  He
12  had eight wives, right?  He had a bunch of wives.  The
13  pope said no.  He goes, oh yeah?  I'm going to stop my
14  own religion, right?  So he did, the Anglican Church,
15  Church of England.  And then they became almost like
16  the Catholic suppression, so they just got out of
17  there.  The Pilgrims said we're out of here.  We're not
18  going to stay there.
19      Well, we're not going to run.  We're not going to
20  run from America because those same people decided to
21  give us the right to never let a government become
22  tyrannical, and oppress you, and take away your rights,

Page 29

1  and tell a church what to do.  It's just the opposite.
2  The church is there, if you notice, to tell the
3  government what to do.  You are not touching our
4  worship or what we do.  You're not touching it.  You
5  could come up and say you're going to make a law.  You
6  can't, and that's how we're fighting it.
7      The Holy Scriptures clearly teach us this is where
8  we obey God and not man.  Thank the Lord we also have a
9  clear protection given to us by our founding fathers.
10  People always ask me, why you -- because of an approved
11  vaccine, 1976, called the swine flu killed over 25
12  people.  They paid out billions of dollars.  That's
13  when they weren't protected.  Now they can make
14  anything they want, test it on the American people.  If
15  it kills people, they can't be sued --
16      JOSEPH GRENON:  Yeah.
17      MARK GRENON:  -- although people are still suing
18  them.
19      JOSEPH GRENON:  Yeah.
20      MARK GRENON:  Thank God there can be no law, act,
21  code, statue, et cetera, created by the U.S. government
22  or any of its agencies to stop the beliefs of any

Page 30

1  religion in the U.S., period, and there's a period
2  after that. No, I don't believe it. Well, that's
3  reality, folks.
4    Now, if you got a corrupt government and you got
5  people -- I'm not saying everybody corrupt in the FDA,
6  or the U.S. attorney, or the Department of Justice, or
7  the CDC, or the EPA. I'm not saying everybody there is
8  corrupt. I'm saying the people that make the
9  decisions, they're paid off. They're practicing the
10  oldest job, occupation that's paid off. You're paid
11  off. What is the oldest occupation? Prostitution, and
12  they're paid off for services. "Whether it be in the
13  sight -- right in the sight of God to hearken unto you
14  more than unto God, judge ye." Hey, if you don't like
15  us, you judge it. If it's better for us to obey you or
16  God, you judge it.
17    And they could -- they might judge it. Tomorrow,
18  the 11th, they're going to -- they want us to be there.
19  We're not going. We're not going. We've rejected
20  everything they've said. I've written to them
21  personally. You're liars. You break -- you broke your
22  oath. This cannot be done. There can't be a law that

Page 31

1  you try and enforce. How can you be a logical person
2  and try to enforce a law that you can't even have about
3  a church and its practices? It makes no sense. To
4  them it makes all sense because they do it all the
5  time. "We cannot but speak the things we have seen and
6  heard." I'm sorry, I have to help people. We have to
7  keep telling people what we're seeing and hearing from
8  those doing our church sacraments around the world.
9    For the past four years, we've been reading --
10  almost four years -- 10-plus testimonies coming from
11  around the world each week. Every week here, you hear
12  us. We're going to do it again today, proving that the
13  G2 sacraments are healing people from 95 percent of the
14  world's illnesses, including all types of influenzas.
15  And when this COVID came up, we said, yeah, take the --
16  it's another influenza, or maybe it's -- maybe it's
17  even worse. Maybe it's not a naturally-occurring
18  influenza. Maybe it's made in a laboratory and they
19  reverse engineered it. Remember we said that at the
20  beginning? I heard Fox say the other day --
21    JOSEPH GRENON: Mm-hmm.
22    MARK GRENON: -- that they're thinking it was in

Page 32

1  North Carolina created, and Fauci even paid to have it
2  sent over to Wuhan because they had a limit on how long
3  they could do this biological warfare.
4    JOSEPH GRENON: And he's funding one of the major
5  -- what was it -- one of the offices or something close
6  by there --
7    MARK GRENON: Where?
8    JOSEPH GRENON: Close by the Wuhan --
9    MARK GRENON: Oh yeah, Fort Detrick. He works
10  there. Fort Detrick.
11    JOSEPH GRENON: But the lab in Wuhan, there's some
12  -- there's some office that Fauci is really promoting
13  there that has --
14    MARK GRENON: It's all coming out. It's all
15  coming out.
16    JOSEPH GRENON: Yeah.
17    MARK GRENON: And they're talking about it, and
18  we're just going to keep rolling, folks. We don't
19  care. We're going to -- we have to. We cannot keep
20  silent. Read this week's testimonies below, then read
21  the 2,000-plus. When I go down, the proof is naturally
22  shown by the results, okay? That's the proof

Page 33

1  everybody's looking for? Look at the results, not
2  theories, okay? You got to show the results. That's
3  we get a focus on.
4    So what I did was because there was a newspaper
5  article in the local in Bradenton. Some guy did it,
6  and, you know, it's just a joke making it look like
7  we're kind of contradicting ourselves and all this
8  stuff. Push all that aside. You still -- you still
9  can't make a law against a religion, okay? Oh, he's
10  lying. Oh, he's saying half-truths, taking things out
11  of context and, to me, bold-faced lies about what we
12  say, but what do we do? Okay. Let's just look at the
13  word "religion." Let's just look at that, okay?
14    "Congress shall make no law respecting an
15  establishment of religion." Do we fall into that
16  category, Joe? Well, the Bible -- first I'm going to
17  look at -- the Bible mentions religion five times,
18  okay? In Acts 26, he said -- Paul is saying I follow
19  the strictest sect of our religion. I lived as a
20  Pharisee. He meant the Jews' religion. Galatians says
21  my conversation, my lifestyle in time past in the Jews'
22  religion, okay? Okay? What the Jews believed. "And

Page 34

1 profit in the Jews' religion."  Paul was preaching
2 because he was a Pharisee.  He was in the Jewish belief
3 system, their religion, okay?  "If any man among you
4 seemed to be religious, but deceiveth his own heart, if
5 he doesn't hold his tongue, this man's religion is in
6 vain," okay?  He's a gossiper if you read the context.
7     Now, James 1:27, pure religion and undefiled
8 before God and man is this"  "to visit the fatherless,"
9 so the orphans, "and the widows in their affliction,"
10 needing help, "and to keep himself unspotted from the
11 world," not following the world's ways.  Follow God's
12 ways.  That's pure religion.  That's a belief.  I'm
13 defiled.  And we do help.  You guys were giving out
14 clothing to people.
15     John and I go down to the Dominican Republic, give
16 out clothing, help the fatherless, help the widows.  We
17 helped some widows that -- you know, the guy, Desi
18 Dalieu, died.  We helped his wife.  That's pure
19 religion, folks.  Just in that context we're considered
20 a religion.  So religion is a belief.
21     The Bible mentioned Jews' religion; in other
22 words, Jews' beliefs, pure religion, what God says it

Page 35

1 is, helping those that need help, orphans and widows,
2 and keeping ourselves from the world systems, and
3 following His system and His Word.  So what I did, okay
4 -- well, I don't believe the Bible.  Ha ha.  Well,
5 obviously you don't because if you did, you wouldn't be
6 coming after us.
7     So what I did was, okay, let's go to the time
8 period of the people that wrote that, what they meant
9 by religion.  So I got a guy named Noah Webster, which
10 the Webster's Dictionary came from.  He lived from 1758
11 to 1843, okay?  So he was definitely a contemporary of
12 the time when this was written, First Amendment, okay?
13 Look what he says: "a system of faith and worship.
14 In this sense, religion comprehends the belief and
15 worship of pagans and Mohammedans, as well as of
16 Christians.  Any religion consisting in the belief of a
17 superior power or powers governing the world, and in
18 worship of such power or powers.  Thus, we speak of the
19 religion of the Turks, of the Hindus, of the Indians,
20 as well as of the Christian religion.  We speak of
21 false religion as well as of a true religion."  So it's
22 a belief, Joe.

Page 36

1     JOSEPH GRENON:  Yeah.
2     MARK GRENON:  Do we fall under that?  Do we have a
3 belief, that if based -- we believe it's based on the
4 Bible because we have Scriptures that we show you.  We
5 want our temple clean.  So just by Noah Webster that
6 lived at that time, we fall under that religion.  Don't
7 tell us with some fake religion.  Noah Webster says we
8 fall under that category, not under a drug, under the
9 act of some cosmetic act.
10     So, okay.  You don't like that?  Well, let's go to
11 the guy that wrote that, penned it.  Him and John
12 Adams, Thomas Jefferson.  They didn't even sign because
13 they were in Europe at the time.  Other people signed
14 it, but they put it together.  Look what he said in
15 1802 to a Baptist Association in Danbury, Connecticut:
16 "Believing with you that religion is a matter which
17 lies solely between man and his God, that he owes
18 account to none other for his faith or his worship,
19 that the legitimate powers of government reach actions
20 only and not opinions, I contemplate with sovereign
21 reference that the act of the whole American people,
22 which declare that their legislature should make no law

Page 37

1 respecting an establishment of religion or prohibiting
2 the free exercise thereof."  That's building a wall of
3 separation between church and state.  This is where
4 they came up with that, but when he wrote this,
5 speaking to these people, see, the church can't -- no,
6 it's -- there's a separation.  The church believes
7 this, and the state can never go into that realm and
8 tell them what to believe and what to do, ever.
9     JOSEPH GRENON:  Yeah.
10     MARK GRENON:  He just said that clearly, the guy
11 that wrote that.  That's what he meant by religion.
12     JOSEPH GRENON:  It's freedom.
13     MARK GRENON:  Of worship, of faith to God between
14 God and man.  We fall under that category, just like
15 the medical system is diametrically opposed to the
16 truth.  Look at us.  Here we are believing this, and
17 the government is opposed to us?  Medical does that all
18 the time.  They say do this, and the truth is don't.
19 Do just the opposite of what they say.  Don't take a
20 vaccination.  Don't stop a fever.  Let it do its work.
21 Don't try to get herd immunity by injecting something
22 in you.  That's impossible.  You have to get the virus

Page 38

1   or the bacteria and build immunity. That's herd
2   immunity, not trying to inject people. That's a lie,
3   and what's-her-name said that. No vaccine on the
4   market head works.
5       JOSEPH GRENON: Yeah.
6       MARK GRENON: And she helped develop these things.
7   That ain't good enough? Okay. Let's go to a guy,
8   contemporary from 1723 to 1780, William Blackstone. He
9   wrote a book called Blackstone Laws, a series of books.
10  He was like the authority on law based upon common law
11  at that time, okay. Let's see what he says: "Those
12  rights then which God and nature have established" --
13  natural law -- "are therefore called natural rights,
14  such as life and liberty, need not the aid of human
15  laws to be more effectually investing in every man than
16  they are. Neither do they receive any additional
17  strength when declared by the municipal laws to be
18  inviolate. On the contrary, no human legislator --
19  legislature has power to abridge or destroy them unless
20  the owner shall himself commit some act that amounts to
21  its forfeiture." He says again, "Man must necessarily
22  be subject to the laws of his Creator. Thus, the will

Page 39

1   of His maker is called the law of nature. This law of
2   nature is superior to any other. No human laws are of
3   any validity if contrary to this."
4       This is what they believed about it, folks. "Man
5   must necessarily be subject to the laws of his Creator.
6   This will of his maker is called the law of nature.
7   This law of nature is superior to any other. No human
8   laws are of any validity if contrary to this." He said
9   it again, or I said it again. "Upon these two
10  foundations, the law of nature and the law of
11  revelation, depend all human laws." The law of
12  Revelation was the Word of God. "The Bible always has
13  been regarded as part of the common law of England. In
14  tyrannical governments, the superior magistracy --
15  magistrates or the right both of making and enforcing
16  the laws is vested in one and in the same man, or one
17  and the same body of men. Wherever these two powers
18  are united together, there could be no public liberty.
19  The doctrines thus delivered, we call the revealed or
20  divine law -- they are to be found only in the Holy
21  Scriptures -- are found upon comparison to be really
22  part of the original law of nature." He's calling this

Page 40

1   the law of nature, you know. This is why it's like
2   ridiculous to even have to write this down because
3   people know it.
4       JOSEPH GRENON: Yeah, you naturally have it
5   written inside you.
6       MARK GRENON: "Upon these two foundations, the law
7   of nature and the law of Revelations, depend all human
8   laws. That is to say, no human laws can be suffered to
9   contradict these." So we got it from Blackstone, we
10  got it from Noah Webster, and we got up from Thomas
11  Jefferson that no law can go against a person's belief,
12  but worshiping God, the Creator. I mean, that enough,
13  huh? Are we -- do we fall into that category, Joe?
14      JOSEPH GRENON: Yeah, Declaration of Universal
15  Human Rights, it says it right there.
16      MARK GRENON: Right.
17      JOSEPH GRENON: This was written back in '48.
18      MARK GRENON: Way back, and people that have logic
19  and sincere and not liars will say, yeah, we cannot --
20  we cannot make a law. Well, we got this act we came up
21  with that says if you made this, well, you could put us
22  under any category you want. It means nothing. So

Page 41

1   your basic preface of this whole case is of -- is an
2   act that says if you say something heals, then it's a
3   drug. Can you see how stupid that is? We're not going
4   to court. If we did, they would have to have a corrupt
5   jury, really corrupt like they had with Daniel. Daniel
6   had corrupt people. The judge would not even let
7   doctors come in.
8       JOSEPH GRENON: The whole law system is corrupt.
9       MARK GRENON: No, they would let people come in
10  and testify. They wouldn't let me. They wouldn't let
11  a doctor that was trained at Harvard.
12      JOSEPH GRENON: Judy said the same thing. The
13  lady Judy, she said there was like 97 witnesses.
14      MARK GRENON: They wouldn't let them.
15      JOSEPH GRENON: They wouldn't let them speak.
16      MARK GRENON: No, they wouldn't let them. So this
17  is just corrupt. We're not going to put our self into
18  that system. We're going to let God rectify this, and
19  when God does it, everybody is going to know, and then
20  we'll continue on, but we're not going to stop
21  anything. What, we're going to stop telling people how
22  to heal themselves, huh? Read my book. Read my --

### Page 42

1 both books.  It tells you how to heal yourself using
2 this.  "Indirectly they" -- what are you talk -- you
3 people are so sick.  You people are so --
4      JOSEPH GRENON:  Yeah, we can't get you directly,
5 we'll get you indirectly.
6      MARK GRENON:  Yeah.
7      JOSEPH GRENON:  We'll get you over here.
8      MARK GRENON:  Yeah, what's that all about?  The
9 American people -- and that's why they have the Second
10 Amendment.  If the government just disregards
11 completely the First and become tyrannical, take up the
12 guns and change the government.  That's what they said.
13 And we're peaceful people.  We're not going to do
14 that.  We're not -- we can, but we're not going to do
15 it.  We're going to let God do it because when God
16 doesn't, man, whoo, whoo, baby, everybody knows.
17      So let's get into the testimonies.  I love this
18 part.  That's why I do it every week.  These are our
19 scientific facts, folks.  Uh-uh-uh, huh-huh, it wasn't
20 done in a petri dish.  No, it's done in a human body.
21      JOSEPH GRENON:  Yeah.
22      MARK GRENON:  A lot better than a --

### Page 43

1      JOSEPH GRENON:  And they wrote -- and they wrote
2 it.
3      MARK GRENON:  Yeah, they wrote to us.  "Hey again
4 from Illinois.  Mark, I hope you answer me now.  I
5 bought from South Africa some tabs.  The tabs should be
6 mixed."  Okay.  "Then I gave them to my daughter two
7 days each.  One glass, it didn't work.  My shelves took
8 three drops every hour, and it works to stop the
9 coronavirus.  So I now think that only MMS drops that
10 works are in good days when Jim -- in the good old days
11 when Jim found out that it cured malaria."  We say that
12 all the time.  People have made different ways of
13 making chlorine dioxide, but they're a lot weaker.  You
14 have to make them stronger.  These tabs, hey fall in a
15 pod, and the blisters, we see that they're not working.
16 They go into the stomach, and they just weren't
17 strong, okay?  So we say use the drops.  Those activate
18 and they're continually activating.
19      One guy, they're not reactivating in your stomach.
20 Of course they are.  They're not even done activating.
21 Of course they go into the stomach and activating, and
22 if there's more -- if there's any presence of sodium

### Page 44

1 chlorite there with the stomach acid, there'll be
2 another activation.  That's what we've said.  It lasts
3 longer.  Soon as it hits the stomach, it's done, so
4 yeah.  "Can you please give me your thoughts about what
5 we should do?"  And we told him, we said get rid of the
6 tabs.  They're not -- they don't even purify water very
7 good, Joe.  It's ridiculous.  So we found out the guy
8 was saying Jim agreed to all this stuff, and Jim was
9 like, I never agreed to that stuff.
10      JOSEPH GRENON:  Yeah.
11      MARK GRENON:  He said he'd try it, and he said
12 he'd give me a portion of it, you know, as a -- as a
13 help for us.  Never gave -- he lied about everything.
14 So, I mean, years ago, he said -- five or six years
15 ago, don't take those MMS tabs.  They're useless, okay?
16 Get the drops.  Better, make them and do them in your
17 house so you can have it.  They can't take it away from
18 you.
19      "Thank you, Bishop Jordan, you and your wife."
20 It's really Jonathan.  "We were at Leavenworth last
21 year.  It was a pleasure meeting and interacting with
22 you both as well as your dad, Mark.  The whole

### Page 45

1 experience was great and worth way more than the cost.
2 Should you do presentation close to wherever I am, I
3 will partake in the experience again.  God bless you
4 all.  Jim Kennedy."  Why did you put that down?
5 Because that's a testimony.  He loved what we taught
6 him, and he's been doing it.
7      JOSEPH GRENON:  Yeah, he learned.
8      MARK GRENON:  He wants it, and he's teaching other
9 people.  I know Jim.  Zara Vaughn.  "This MMS saved my
10 life.  I was on antibiotics for a couple months, and I
11 had ordered this long before and finally tried it.  It
12 was much better three days, but stopped.  It came back.
13 One week later, I was back sick.  Started MMS again.
14 Three days later, symptom free, but I kept taking MMS
15 for two weeks, and it never came back."  Joe, did you
16 write that one?  We're being accused of writing that
17 one.
18      JOSEPH GRENON:  Mmh-mmh.
19      MARK GRENON:  Why would you come up with a name,
20 Zara Vaughn, huh?  How did you come up with that if you
21 wrote it?
22      JOSEPH GRENON:  Watching some Star Wars or

Page 46

1  something, huh?
2      MARK GRENON: What a joke. "Saved or slaved." I
3  like this one. "This cured me for many years of
4  miserable Lyme disease, along with several other tick-
5  borne diseases a couple of years ago. This stuff is a
6  game changer. Thank you." That's why they wanted off.
7  That's why they want the Genesis II Church sacraments
8  off the market. Not going to happen, ever. Ever. You
9  could kill us all, the people we've taught still making
10  it. I love that. That's why probably didn't get hit
11  until now. We got enough people trained up around the
12  world in 145 countries and more -- even other countries
13  doing testing on it as I speak.
14      It's a game changer. It's going to get rid of --
15  if you listened last week about what we want to do in
16  the world. We want to set up a base in every country
17  and practice self-care, train people, guide people what
18  to do, then send them back in their villages, set up
19  churches, let them do the same. And then they could
20  take donations and create jobs, and really help people.
21  Do that for 10 years in every country of the world,
22  and the pharmaceuticals will fade away. People won't

Page 47

1  want to get it. They'll make it them self. They'll
2  get it cheap or they'll make it them self, and they'll
3  take care of everything, and they'll practice self-
4  care, and we'll eliminate the big pharma.
5      JOSEPH GRENON: Can you imagine that? Everybody
6  in the world has MMS in their house?
7      MARK GRENON: Yeah.
8      JOSEPH GRENON: Not to make money or anything, but
9  everybody else can do it themselves, and everything is
10  like --
11      MARK GRENON: I bet you everybody in the world has
12  Clorox in their house, right?
13      JOSEPH GRENON: Oh yeah, and --
14      MARK GRENON: And you have the right. You have
15  the right to have Clorox in your house. That's bleach.
16  That's hypochlorous --
17      JOSEPH GRENON: Sodium hypochlorite.
18      MARK GRENON: Thank you, sodium hypochlorite.
19  That's what we call bleach.
20      JOSEPH GRENON: Clorox bleach, yeah.
21      MARK GRENON: Yeah, Clorox bleach, and they have
22  the right to put it in there. What about if their kid

Page 48

1  drinks it? And a lot of things they say about people
2  drinking bleach is that, Clorox.
3      JOSEPH GRENON: Yeah.
4      MARK GRENON: And they get sick, and they still
5  don't even die.
6      JOSEPH GRENON: But they tell you to purify your
7  water using Clorox bleach. They say add a cap, so many
8  milliliters to a gallon, and tell you to drink this
9  poison.
10      MARK GRENON: Right, and it is poison because it's
11  even less carcinogen, but people have used it and even
12  purified water. But chlorine dioxide is not Clorox
13  bleach, okay?
14      JOSEPH GRENON: Mmh-mmh.
15      MARK GRENON: And I saw in Australia, they shut
16  down one of our -- they just take it off. They just --
17  they have that power.
18      JOSEPH GRENON: Yeah. Yeah.
19      MARK GRENON: One of our bishops, and they're
20  doing a test, but they don't tell you. They're not
21  testing for chlorine dioxide, Joe. They're calling it
22  free chloride. That's a different test, so it shows

Page 49

1  up. Oh, I would never do this. This is poison. Wait
2  a minute. You're using -- you're testing something in
3  the wrong test, so they just keep doing it.
4      JOSEPH GRENON: Yeah.
5      MARK GRENON: Now, well, isn't chlorine dioxide
6  used to bleach fabrics in the textile mill? Yes, it
7  is, and it does bleach at high concentrations.
8      JOSEPH GRENON: But mostly they use sodium
9  chloride.
10      MARK GRENON: Yes, but they use both, okay?
11      JOSEPH GRENON: Yes.
12      MARK GRENON: And this is sodium chlorite, so,
13  yeah, this can bleach. So does lemons. So does strong
14  lemons.
15      JOSEPH GRENON: But either way, sodium chlorite is
16  still not sodium hypochlorite.
17      MARK GRENON: Right.
18      JOSEPH GRENON: There's a huge difference.
19      MARK GRENON: But let me -- let me explain to them
20  because people like this. They need to know that this
21  can bleach. Vodka can bleach, the sun can bleach, but
22  in high concentrations, which we never, ever do. If

## Page 50

1  someone drinks this, they'll probably go to the
2  hospital, and we've had people do that at seminars and
3  not know it, but we gave him milk.  They had an awful
4  night.  The next morning, they were fine.  So this can
5  bleach, but we never take it at that concentration.
6  That's why we tell people, yes, it's a bleach, and
7  that's what they said in the article.  "He says it's a
8  bleach, then he says it's not."  They even quoted you."
9      JOSEPH GRENON:  Mm-hmm.
10     MARK GRENON:  "You said it was a bleach, then you
11 say it's not."  We say it can bleach, but we never take
12 it in the concentration that it can bleach things.
13     JOSEPH GRENON:  Yeah.
14     MARK GRENON:  We never do that.
15     JOSEPH GRENON:  Well, the word -- the word
16 "bleach" alone is completely wrong because the word
17 "bleach" means to discolor something.
18     MARK GRENON:  Yeah.
19     JOSEPH GRENON:  So lemons can discolor things.
20 Many things can discolor things.  It doesn't mean it is
21 Clorox bleach.
22     MARK GRENON:  But a lot of times when they go to

## Page 51

1  the poison control, people drank Clorox.
2      JOSEPH GRENON:  Mm-hmm.
3      MARK GRENON:  And even if they drank straight
4  sodium chlorite, yeah, it can upset your stomach.
5      JOSEPH GRENON:  Yeah.
6      MARK GRENON:  This is very strong.
7      JOSEPH GRENON:  And the --
8      MARK GRENON:  This is 22.4 percent sodium
9  chlorite.  We take it at .0004 percent for a three-drop
10 dose, and we don't even start there.  We start at a
11 half drop, and then when we figured that out, it was
12 like .00000.
13     JOSEPH GRENON:  And all those people that did the
14 report anyways, first of all, they probably don't even
15 have sodium chlorite.  They probably don't even know
16 what -- I mean, sodium chlorite is.  So they're just
17 reporting, I drank something that's called bleach.
18     MARK GRENON:  Well, they poured this on some -- at
19 this concentration on some jeans, and it bleaches.
20 "Look."
21     JOSEPH GRENON:  Well, they activated it --
22     MARK GRENON:  "You're putting that in your

## Page 52

1  stomach."  No, you're not.
2      JOSEPH GRENON:  They activated it --
3      MARK GRENON:  Not at that concentration you're
4  not.
5      JOSEPH GRENON:  -- like 20 milliliters.  They
6  activated it, mixed them both, and poured it on their
7  jeans, and then immediately just --
8      MARK GRENON:  No, I think they put it in -- I
9  think they poured it in -- put it on straight, didn't
10 they?
11     JOSEPH GRENON:  No, they --
12     MARK GRENON:  Oh, they didn't?
13     JOSEPH GRENON:  It was mixed.
14     MARK GRENON:  Okay.  So --
15     JOSEPH GRENON:  So, I mean, mixed --
16     MARK GRENON:  They trick you.
17     JOSEPH GRENON:  -- that amount is like a bath.
18     MARK GRENON:  Yeah.  Well, that's why they're all
19 fake news.
20     JOSEPH GRENON:  Yeah.
21     MARK GRENON:  "Hello.  I have successfully removed
22 fungus from a big toe with MMS.  Can I get more?"  So,

## Page 53

1  no, we're not going to give you.  We're not going to
2  tell you.  Keep your fungus.  No, why would we do that,
3  Joe?
4      Entrepreneurial Girl on Fire:  "MMS saved my life
5  and the ones around me, so I am so grateful for it and
6  for people like Mark for sharing it with others.
7  There's too many people out there that have this --
8  that has it works for you, but it might not work for
9  me,' or it's the fear of the unknown.  I am so glad I
10 gave it a chance.  I've given it to my husband,
11 friends, my cats and dogs.  It really works."
12     Teddy Boy.  "It's not bleach.  When I had third-
13 degree burns on my back, I sprayed 22.4 sodium chlorite
14 straight out of the bottle.  It felt like a thousand
15 sewing needles jacking my back about 100 times a
16 second, but then I -- then I done as you supposed to,
17 rinsed it off after exactly five minutes with cold
18 water in the shower, and guess what?"  Guess what?
19 "Any scars from that burn -- I didn't have any scars
20 from the burn, and it healed in one week.  This stuff
21 is amazing."
22     JOSEPH GRENON:  Mm-hmm.

**Page 54**

MARK GRENON: It happened to me.

JOSEPH GRENON: It hurts -- in the moment, it hurts 10 times worse, but then after they rinse it off, it's done. There's no more pain. It's gone.

MARK GRENON: Yeah, it happened to me frying French fries. I spilt the oil all over my chest. I had no shirt on, but I had in the kitchen MMS because we were doing videos. I poured it on there. It was 10 times worse. Augh. I don't think I lasted five minutes. I ran in, and within a half an hour, a light pain like a light sunburn. Next day, it was basically gone.

Here's another one: "So wonderful see Mike on your channel." Oh, that was Mike Adams. "Congratulations on your 10th-year anniversary. I have MMS and following the Protocol 1000. My body is already feeling healthier." A man who's 72. He's on his feet all the time for work, mostly in one place, has virtually no circulation in his feet, Joe. Has a sore in the top of his second toe that won't heal. He did one soak. "We're going to get him the MMS. Any suggestion for topical or continue doing baths with the

**Page 55**

power -- powder," okay? We had him on MMS, too. They're soaking it.

Update: "Great improvement with my friend's foot in literally less than two days. He's 72. He has had foot problems for 40 years. Nothing surprises you anymore, I'm sure, but praising God nevertheless. We appreciate your help, brother." Thank you. "After three soaks, the sore that wouldn't heal is on the mend. After one day of MMS, half a drop for the day, pain in the foot subsided. He hasn't been able to walk on it for several days." So now he's walking. Isn't that crazy?

Here's another one. "Dear, sir. Here's a copy of a stone that I got out of Matt with a pen next to the picture to show the size. I used MMS drops for Matthew about three years ago. The doctor would do -- was to do a surgical procedure, spending thousands of dollars in the hospital. He did not -- he did not have to spend a penny. He has no surgery and no doctor expensive fees. He was well and back to high school the next day. And like this testimony, I've been helping hundreds of people to get well and very soon

**Page 56**

with excellent results." So this guy had a thing they were going to do surgery on, and he came out of them, Joe, and he's fine now, back to school, the son of this Wally Wansk.

JOSEPH GRENON: The guy is helping hundreds of people.

MARK GRENON: Hundreds.

JOSEPH GRENON: Hundreds of people.

MARK GRENON: So the FDA and the DOJ, Department of Justice, these people representing those, have committed gross negligence against the First Amendment. If we don't fight for the rights of the First Amendment, the Second will be next, then the rest will be conquered quickly. They wipe out the first one, they wipe out the second one and take everybody's guns, Joe, because they'll say, oh no, we don't obey that, you don't have the right.

JOSEPH GRENON: Mm-hmm, yeah.

MARK GRENON: They do that, then they --

JOSEPH GRENON: Then they just remove the whole Constitution.

MARK GRENON: Yeah. Well, that's what they want

**Page 57**

to do.

JOSEPH GRENON: That's what they want to do.

MARK GRENON: They want to have a constitutional conference, convention and throw it away and make another one. And whoever did that in that evil government before this one, with Obama in there? Wow. They would've made it -- First Amendment serve Satan. Second, only the government can have guns, you know, freedom of saying only what the government tells you to say. It would look like that.

JOSEPH GRENON: That's what it would've been if they didn't get -- leave England.

MARK GRENON: Exactly.

JOSEPH GRENON: Mm-hmm.

MARK GRENON: So we need your help, especially your prayers, folks. I believe in prayer more. Prayer can save you for eternity. I believe in prayer, and we got a lot of people writing us, a lot of people writing the President, and they're showing their testimonies. They're saying, hey, keep going, we're praying for you. We're praying for you. We're praying for you. People say, we'll come and surround the house church if you

Page 58

1    want us to.  We're like, hey, we're just asking God to
2    have people pray, and we ask you also that we're in a
3    time of prayer, you be in a time of prayer, to
4    intervene in regard to this unjust attack of our church
5    and its sacraments.
6        We are being forced to stop under duress
7    voluntarily sending out our G2 Church sacraments to
8    people who need it.  They're in need of this stuff,
9    folks.  We're writing back and tell them make it.  Get
10   the stuff.  Make it.  Keep going.  Don't stop.  We did
11   this voluntary to keep the peace as we pray, and that's
12   why we did it, to keep the peace, because they'll come
13   in and shoot you, folks.  They will.  You just can't --
14   you just can't let them come in with these guns.  So
15   we're stopped.
16       And now that's what's funny.  We stopped.  No,
17   you're still indirectly old disobeying us.  Like you
18   people are sick.  You people just make things up as you
19   go.  This will be a time of prayer while we ask the
20   Lord what to do.  We're asking the Lord to show the
21   world why this sacrament is needed, and to have Him
22   stop this persecution of our First Amendment rights.

Page 59

1    When the Lord does it, everybody knows.  Ask the Lord
2    to do obvious things, to silence these evil players,
3    that the world will wonder at His power and might.  And
4    you better watch it.  All the people involved, you're
5    fighting against God.  That's a dangerous place to be.
6    Please change your mind.
7        The judge tomorrow, change your mind.  Something
8    pop into the U.S. attorney and say, Judge, we're going
9    to dismiss this case.  We don't have any right to be
10   doing this case, or the -- even the judge say, no,
11   there's no case here.  This is a church.  They have the
12   right.  Boy, that would be something, wouldn't it?
13   Well, it'll never happen because then they'll admit
14   they're wrong, and everybody else will follow suit.
15   Everybody else will follow suit, what, to obey the
16   First Amendment?  That's good.
17       So if you can help us this month, number one,
18   we're asking you to pray.  Number two, get these videos
19   to as many as you can, the one I did about the
20   "Insanity Has to Stop."  Just sitting in front of a
21   video saying what happened to me and how I can't stop,
22   folks.  I can't stop helping people.  When I would talk

Page 60

1    to people spiritually, I'd use the analogy, hey, if I
2    had cancer -- this was before I knew about MMS -- and
3    didn't tell you, what would you think of me as you're
4    dying of cancer, spiritually.  I have -- I have the
5    answer for your eternal destiny.  Why wouldn't I want
6    to tell you, and I'd tell them what the Bible said
7    about it.  But now that analogy I used to use, we are
8    curing cancers.  I show you pictures.  Why wouldn't I
9    tell you, someone horribly dying, why?  And I know we
10   can reverse that most of the time.  Not 100 percent.
11   Most of the time.
12       They got to not neutralize it.  They got to
13   continually do it, you know.  They got to do it right.
14   We have 31 reasons why MMS won't work, and one of them
15   is you got to do it right.  You got to have the right
16   stuff.  So you can look that up.  We did a whole
17   broadcast about that.  But if you do it right, you
18   don't take the chemo, you don't destroy yourself, you
19   don't take the radiation, you don't do the surgery and
20   cut up your immune system and all that.  We want you to
21   watch "What Happened To Me."
22       Then what I wrote to the President, and then my

Page 61

1    response to the FDA, to their warning, the first
2    warning we got from them, and the U.S. eternities took
3    -- "eternities" -- attorneys took it up.  Then write
4    the President.  Go to the WhiteHouse.gov/contact, put
5    in there "President," and there's other places.  You
6    can write the Attorney General.  Write them both, say,
7    you know, "Attention:  President."  Well, it says on
8    the first one.  The other one you put, "Attention:
9    Attorney General Barr."  Write in, I've been cured by
10   this.  I've done this.  Please stop this gross
11   negligence against --
12       JOSEPH GRENON:  I need my sacraments.
13       MARK GRENON:  Yeah.
14       JOSEPH GRENON:  That's what you got to tell them.
15       MARK GRENON:  They do.  We live off it.
16       JOSEPH GRENON:  Mm-hmm.
17       MARK GRENON:  I have it with me all the time right
18   by my desk.  Right by my desk.  I drink this, okay?  We
19   practice what we preach, folks.  It's why I'm 63,
20   healthy, strong.  We got to get out in the sun, folks.
21   We got to get back to the ocean.  Wearing these masks,
22   even -- what I like about this surgeon general, he says

## Page 62

1  the masks are bad.  When you exhale, Joe, you know,
2  you're not supposed to inhale carbon dioxide by putting
3  it in a mask.  You're supposed to interact with
4  bacteria, viruses --
5      JOSEPH GRENON:  Yeah.
6      MARK GRENON:  -- so your body can create herd
7  immunity.  "That's an awful thing."  "Oh, you're evil."
8  Yeah, I might wear a mask if I'm sanding.  I don't
9  want dust particles in my -- I might do it during that
10  time, or you're dealing with someone with tuberculosis
11  that really can be spread by someone coughing at you.
12  Okay.  I understand that.  But this?  This is nothing.
13  A virus leaves.  It doesn't last hours and hours and
14  days on things.  It's a lie.  And you're washing
15  everything all the time, disinfecting with some very
16  powerful stuff that has its own side effects is stupid.
17  You need to interact.
18      We have 60 -- 600 trillion bacteria in our body
19  and only 60 trillion human cells.  Then there's
20  viruses, thousands of viruses our bodies makes.  That's
21  how a cell cleans itself.  It creates a solvent in the
22  cells to clean itself.  Let's call it a virus.  We got

## Page 63

1  even the module showing up the first time.  And, Joe,
2  I'm just preaching to them.  You people need to know
3  God set this up, and you need God.  Why would you do
4  this?  And even the last one we did the other day.  It
5  was really short.
6      JOSEPH GRENON:  Yeah.
7      MARK GRENON:  Jon apologized.  He goes, you know,
8  I'm sorry for yelling at you guys.  Here, take a Bible
9  tract, and I'm not taking your stuff, but, you guys,
10  you know, you just doing your job, which I don't think
11  you should break the First Amendment.  I saw a sheriff
12  in a -- and a -- and a police office the other day
13  saying I am not going to enforce unconstitutional laws.
14  I'm not going to do it.
15      Then get the G2 Church documentary to people.
16  It's free.  Get the G2 Voice to people.  They can
17  listen to us, and if we don't sound logical or show you
18  facts, don't listen to us.  You got to make your own
19  choice.  Get our newsletters.  They're being blocked,
20  Joe, all the time.  "I signed up and never got it."
21  Well, just go where we keep them all, g2churchnews.  Go
22  there.  They're right there.  There's about -- you said

## Page 64

1  about 400 of them, right, newsletters there now?
2      JOSEPH GRENON:  Yeah, close to 400 total, mm-hmm.
3      MARK GRENON:  Yeah, been doing it for 10 years,
4  folks.  The first year or two, Jim wrote most of them.
5  I helped a little bit.  But after that, I wrote the
6  majority of them.  Get a membership.  Become a member.
7  This helps us as a donation also, but you get a card,
8  and you can become a member of something that's
9  standing up.  "Well, you're not a real church because
10  you let atheists" -- they have a belief, okay?
11      JOSEPH GRENON:  Mm-hmm.
12      MARK GRENON:  I don't agree with their belief, but
13  I don't have to.  They don't have to agree with me to
14  be part of our church.
15      JOSEPH GRENON:  Yeah.
16      MARK GRENON:  Because our church religion is about
17  health and sacraments.  Health sacraments.  I'm a Bible
18  believer.  You're going to hear that from me, but
19  someone else that uses it becomes a member, they're not
20  bound to believe what I believe, except principles of
21  our creed and the protocols.  They don't --
22      JOSEPH GRENON:  The Ten Commandments.

## Page 65

1      MARK GRENON:  -- of our church and of the world,
2  so become a member.  Take the course.  Learn how to
3  heal people.  That helps us tremendously and you.  Help
4  us help you to help others, so we train you up.  One
5  guy says I can't get the sacraments anymore, you guys
6  are shut down.  Well, It just says we're in a time of
7  prayer, but I said, get the course, make it yourself.
8  Why are you -- why are you not doing that?
9      JOSEPH GRENON:  Yeah, I tell people when you get
10  the stuff, let me know.  I'll tell you how to make it
11  or I'll give you a video or something.
12      MARK GRENON:  But indirectly, you're disobeying,
13  Joe.
14      JOSEPH GRENON:  Information.  I'm giving you
15  information anyway, so.
16      MARK GRENON:  We're going to do it.
17      JOSEPH GRENON:  I'm not going to stop talking.
18      MARK GRENON:  We're not going to stop that.  Then
19  I tell people get these both books, okay?  "I don't
20  want to spend the money to get the printed ones."
21  Okay.  I understand, but this is why they're attacking
22  us.  What we talk about in here, this shows you what

Page 66

 1  we've been doing since 2007-2014.  Volume three is
 2  coming out pretty soon.  I'm getting close, Joe, okay?
 3   This one, they're in three languages.  This one is in
 4  three languages, but I tell people get the e-book,
 5  folks.  We don't even have to print it.  It's costly.
 6  That's why it costs 35 bucks for the book.  It's
 7  costly.  It's heavy to ship, so but I recommend
 8  everybody getting those two books.  But get the e-
 9  books.  Why?  Because you got them immediately.  You
10  don't have to wait for it to be shipped to you.  It's
11  cheaper, and you can click on all these links, Joe.
12      You can look it up.  You could show your friends,
13  look at this testimony.  Look at this.  You can look at
14  it yourself.  You can put it on your computer and read
15  it there.  This will really help us, and I see more
16  people are doing it, and it's helping tremendously,
17  folks.  Please.  I told a couple people by a few e-
18  books, send them to your friends.  Send them to your
19  friends, okay?
20      JOSEPH GRENON:  Mm-hmm.
21      MARK GRENON:  You can't copy them because it's a
22  PDF, and I really wish you wouldn't, but try to get

Page 67

 1  this to people.  Yesterday I saw President declare
 2  National Prayer.  I wanted to read one section of it,
 3  of what he said about -- "In the midst of these trying
 4  and unprecedented times, we are reminded that just as
 5  those before us turn to God in these darkest hours, so
 6  must we seek His wisdom, strength, and healing hand.
 7  We pray that He comforts those who have lost loved
 8  ones, heals those who are sick, strengthen those in the
 9  front lines, and reassures all Americans that trust in
10  Him, we can overcome all obstacles."  And this is what
11  we want.  This is what we want, folks.  We want people.
12      He says -- well, in the beginning he says
13  everything I believe.  "On the National Day of Prayer,
14  Americans reaffirm that prayer guides and strengthens
15  our Nation, and we express with humility and gratitude
16  our firm reliance on the protection of Divine
17  Providence.  As one Nation under God, we share a legacy
18  of faith that sustains and inspires us, and a heritage
19  of religious liberty.  Today we join together and lift
20  up our hearts, remembering the words of I John 5:14
21  that tell us if we ask anything according to His will,
22  He hears us."

Page 68

 1      We're asking according to His will, Lord, stop
 2  this craziness and let us heal people, and You can heal
 3  them all with just prayer.  The effectual, fervent
 4  prayer of a righteous man healeth much, and it heals
 5  the sick in that verse in James.  The prayer of faith
 6  shall heal the sick.  So is that a drug, prayer, huh?
 7      JOSEPH GRENON:  It looks like it.
 8      MARK GRENON:  Water heals thirst.  Is that a drug?
 9   Holy water in the Catholic church they talk about, it
10  has healing -- God will take it, okay?  Whether you
11  believe that or not, they're saying it.  So is holy
12  water a drug?
13      Battery is dead.
14      So thank God for Donald Trump, our President.  You
15  agree with him on everything?  Probably not.  Does he
16  agree with me on everything?  Probably not.  Do I agree
17  with you on everything?  Probably not.  Do you agree
18  with your spouse on everything?  Probably not.
19  Probably not anybody will agree completely on this
20  Earth, okay?  So I love what he's saying here.  Thank
21  you, Mr. President, and I pray that you uphold our
22  righteous -- "our righteous" -- really righteous

Page 69

 1  religious conviction and our right on the First
 2  Amendment to continue.
 3      So the proof is naturally being shown to us by the
 4  results.  Isn't that real science, observation and
 5  repeatability?  And this is where they get the
 6  scientists.  "Well, we did this in a petri dish."
 7  Okay.  They've taken sodium chlorite, and they've also
 8  taken chlorine dioxide when it's mixed, and had all
 9  kinds of bacterias and stuff, and microorganisms and
10  pathogens, and they put it in a petri dish.  Kills
11  everything that's bad.  Wow.  Okay.  Now,
12  scientifically, that's correct.  Now, put that in a
13  body and say, let me see what it does there, okay, and
14  that's what we're doing, and then we're giving you the
15  results of what the people say happened.
16      JOSEPH GRENON:  Mm-hmm.
17      MARK GRENON:  I can give you three results for me.
18   Well, more, but MRSA, dengue fever, infections I've
19  had.  Oh, we had Zika.  Me and you had Zika.  What are
20  other things we've dealt with?  Tooth abscessed, skin
21  problems.  Just different health --
22      JOSEPH GRENON:  Just overall stuff, yeah.

Page 70

1    MARK GRENON:  Energy level.  My bowels, my
2  intestines working good.  The reason why we, the people
3  of the world, are being fooled so much by the so-called
4  healthcare system that does not know anything about the
5  care of health, is the majority belief -- the majority
6  believe the scientists or their fake science.  We have
7  scientists saying this virus or that virus is doing
8  such and such in the body, and are they correct?  Has
9  their theory been tested scientifically and honestly?
10  We have for a long time, long time, trusted the FDA,
11  CDC, and big pharma, and are paying for our lack of
12  doing due diligence or being too trusting of the so-
13  called experts.
14    Let me give you a quote from two editors of some
15  of the most prestigious medical journals in the world,
16  okay?  You don't want to believe me?  Believe these
17  guys.  Dr. Horton recently published a statement
18  declaring that a lot of published research is, in fact,
19  unreliable at best, if not completely false.  This is
20  what he said, Richard Horton, editor and chief of the
21  Lancet.  That's a medical journal out of England.
22  "Much of the scientific literature, perhaps half, may

Page 71

1  simply be untrue, afflicted by studies with small
2  sample sizes, tiny effects, invalid exploratory
3  analysis, and flagrant conflicts of interest.  Together
4  with an obsession for pursuing fashionable trends of
5  dubious importance, science has taken a turn towards
6  darkness."  Then he goes on to say, "The case against
7  science is straightforward.  Much of the science
8  literature, perhaps half, may be simply untrue,
9  afflicted by studies with small samples" -- oh, I read
10  it again, right?
11    JOSEPH GRENON:  Yeah, as it's written.
12    MARK GRENON:  Yeah, he said it again.  So he's
13  saying basically that a lot of it's fake.  "This is
14  quite disturbing given the fact that all of these
15  studies, which are industry sponsored, are used to
16  develop drugs, vaccines to supposedly help people,
17  train medical staff, and educate medical students and
18  more.  It's common for many to dismiss a lot of great
19  work by experts and researchers at various institutions
20  around the world, which isn't peer reviewed and doesn't
21  appear in a credible medical journal.  But as we can
22  see, peer reviewed doesn't mean much anymore.  Credible

Page 72

1  medical journals continue to lose their" --
2    JOSEPH GRENON:  Tenability.
3    MARK GRENON:  -- "tenability in the eyes of
4  experts and employees of journals themselves," like Dr.
5  Horton.  He says I don't even -- he's an editor.  He
6  goes I don't trust it.  He also went on to call himself
7  -- call himself out in a sense, stating that, "Journal
8  editors aid and abed the worst behaviors, that an
9  amount of bad research is alarming, that data is
10  sculpted to fit a preferred theory."  He goes on to
11  observe that, "Important confirmations are often
12  rejected, and little is done to correct bad practices.
13   What is worse, much of what goes on could even be
14  considered borderline misconduct."  That Dr. Judy?
15    JOSEPH GRENON:  Mm-hmm.
16    MARK GRENON:  She found pieces of animals and
17  babies and stuff in the -- in the vaccines and stuff
18  they were doing.  They didn't want people to know that.
19  She went to jail.  She's a hero in my book.  So we
20  have another one, Marcia Angell, a physician and
21  longtime editor-in-chief of the New England Medical
22  Journal -- you hear about that one all the time --

Page 73

1  which is considered to be one of the most prestigious
2  peer-reviewed -- who are the peers; are they paid off
3  -- medical journals in the world, makes her view of the
4  subject quite plain.  Now, listen to what she says:
5  "It is simply no longer possible to believe much of the
6  clinical research that is published or to rely on the
7  judgment of trusted physicians or authoritative medical
8  guidelines.  I take no pleasure in this conclusion,
9  which I reach slowly and reluctantly over my two
10  decades as an editor of the New England Journal of
11  Medicine."  Dr. Marcia Angell.
12    She says I've been around.  She's a doctor.  It's
13  been -- it's been lied about, that so-called trusted
14  physicians and medical guidelines are lying.  It's
15  awful.  It's not reliable, okay?  So, and she's saying,
16  hey, I'm not going to be part of it.  Here is the
17  results of the Genesis II Church of Health and Healing,
18  and it was receiving and recording a voluntary, unpaid
19  human self-dosing of the standardized G2 Church
20  sacraments from every part of the world.  You decide if
21  the G2 sacraments work and why we are being attacked so
22  viciously from those who benefit from people being

Page 74

1  sick.  You decide, folks.
2      This is why I sent to the newspapers.  Let them
3  decide.  Do you believe this, huh?  Do you believe
4  this?  So what I did was, "The results of the Genesis
5  II Church Care of Health is the restoration of health
6  in 95 percent of the people that do protocols
7  correctly," okay?  So I put in there -- it's 29 reasons
8  why, but we added two more, why MMS will not heal you.
9  So it's important that you read it, make sure you're
10  doing it right, see the number-one killer of the world
11  defeated.
12      So we showed you a video about how the number-one
13  killer, malaria, in the history of the world.  Over two
14  billion people have died from it -- from it, billions
15  upon billions have contracted it.  Every year, 300
16  million to a half a billion contract malaria to this
17  day.  One to two million people die.  Half of them are
18  kids.  That can be completely eliminated.  I've asked
19  the President's wife, well, in her Facebook thing.  I
20  don't know if she read it, but hopefully somebody might
21  have.  If I ever meet him, I'll ask her, let's go.
22  Let's do a project in Africa because she's got a, you

Page 75

1  know, a good soft spot for Africa where they practice
2  on everybody, right?  Let's go there, and let's
3  eliminate malaria in Africa.  Let's do it.  Call it the
4  Trump test, TT.
5      There was a guy in Tanzania, the president the
6  other day, he got the tests, coronavirus tests, right?
7  He tested a goat and a -- and a fruit, and they're
8  positive.  He gave them names, sent them in, and they
9  came back positive.  The fruit and the goat, and he's
10  telling the people in his country to get a video to see
11  how fake these tests are.  I tested a goat, gave it a
12  human name, tested this -- I think it was in papaya or
13  something, what they call it in their country.
14      JOSEPH GRENON:  Mm-hmm.
15      MARK GRENON:  And it came back positive.  So we
16  got a fruit and a goat that are coronavirus positive.
17  Then we have a channel, folks, a site,
18  MMStestimonials.co, categorized with different
19  illnesses you can read.  People go in there, they put
20  up their topic, they put in the illness.  You can go in
21  there and put it in yourself.  Thousands are there.  We
22  have many written testimonies also on g2church.is.  We

Page 76

1  have MMS testimonials there, okay?  Some are the same.
2  Some are different.  Conclusion?  You weigh the
3  evidence.  You make the decision.  You need to take
4  responsibility for your health and that of your family
5  and friends.
6      See, we're putting it in your lap.  We're teaching
7  you self-care.  We're not only teaching you how to take
8  MMS.  We're teaching you don't take the meds.  Get
9  those toxins out of your body.  I don't know if you
10  know this -- well, you don't -- but --
11      JOSEPH GRENON:  It was in Tanzania when they --
12  where they did that, the president --
13      MARK GRENON:  Yeah, I know.  What did I say?
14      JOSEPH GRENON:  You didn't say.  You said
15  somewhere, but it was in Tanzania.
16      MARK GRENON:  Yeah, I saw the video of him telling
17  the people.
18      JOSEPH GRENON:  Yeah, they tested a goat, a sheep,
19  papaya, the fruit.
20      MARK GRENON:  Papaya, that's it, yeah.
21      JOSEPH GRENON:  And they named it, and they sent
22  it in.  It showed it up positive.

Page 77

1      MARK GRENON:  Isn't that crazy?
2      JOSEPH GRENON:  That's what it is.  It's the
3  tests.  The tests are showing what everything has in
4  this world.
5      MARK GRENON:  And if you have been injected,
6  okay --
7      JOSEPH GRENON:  With a coronavirus influenza over
8  the past few years --
9      MARK GRENON:  Right.
10      JOSEPH GRENON:  -- you have those things in you,
11  too.
12      MARK GRENON:  That's what Dr. Tenpenny says, and
13  she's getting her videos taken off.  Well, I had a
14  scientist write me referring to that and saying, Mark
15  -- well, she put it on Facebook, so I can say Stephanie
16  Seneff.  She said, Mark, this lady is saying the same
17  thing you've been saying about toxicity.
18      JOSEPH GRENON:  Yeah.  Well, this -- what's it
19  called?  These tests, they're just showing up and
20  making everybody positive.  It's just -- it's
21  ridiculous.
22      MARK GRENON:  It's sick.  I was asked to provide

Page 78

1   testimonies that have been coming to us in the past 10
2   years.  Below is a lot of evidence proving our G2
3   sacraments work.  Our G2 Church documentary, that has
4   some in it, okay?  Well, I sent this to the President,
5   too.  I sent this list.  Here, people lying about us,
6   look it up: 1,129 testimonies we put up last week on
7   our -- well, a couple weeks ago now because it was a
8   couple weeks ago, g2worldwidemissions,
9   g2worldwidemissions.  We're worldwide, 145 countries.
10  Bishops, churches, health ministers, members, go there
11  and click on --
12      They got reviews about us sending them sacraments
13  and how quickly got it to them.  That's stopped right
14  at the moment voluntarily.  They didn't stop us.  You
15  know that witch bitch over to the island, "Oh, we
16  stopped them." Wait until you see what happens.  She
17  was just sued for lying about somebody and found guilty
18  in Croatia.  The people sent me that.  But no one
19  believes or trusts her anymore even in her own country.
20  I pray for her soul -- Fiona -- I do, but when it all
21  comes full circle, some people are in jail for lying.
22  These U.S. attorneys could go to jail.

Page 79

1       JOSEPH GRENON:  Oh yeah.
2       MARK GRENON:  That's treason.
3       JOSEPH GRENON:  Yeah.
4       MARK GRENON:  This judge could go to jail.  "She's
5   a lifetime judge."  Not if you lie, commit a -- commit
6   gross negligence and go against your oath.
7       JOSEPH GRENON:  Yeah.
8       MARK GRENON:  You could be taken out, Mrs. -- Ms.
9   Williams, huh?  Fili, Goldstein.  Those are the three
10  that are meeting tomorrow.  Is the FDA, FTC showing up?
11  You guys, too, huh?  I'm praying that God just shuts
12  down the FDA.  You know, do I want people looking over
13  what the pharmaceutical -- or anybody.  It could be
14  just us naturally, right?  Somebody like us, chlorine
15  dioxide.  Not us as a church.  We're always going to
16  have -- but there's other people testing it right now.
17  They could go to the FDA and say, hey, this works.
18      And we have a peer group that say, yeah, it did
19  work, and they did it in people.  Look, no side
20  effects.  A little diarrhea, stomachache, go too fast.
21  That's it.  No one is dying.  They're saying people
22  are dying.  No one is dying.  They're lying.  They're

Page 80

1   taken out of context.  No one is dying.  Did someone
2   gets sick drinking Clorox or this straight?  Probably.
3   People around the world have done it.  I've seen it in
4   our seminar, and it like water.  Some downed a little
5   bit.  They were thirsty.  Boy, they had a stomach
6   problem all night.  We didn't even take him to the
7   hospital.  We gave him milk.  I think we gave him
8   saltwater, too.  They puked.  That was it.  They had a
9   bad night.  Next day they were back in the seminar.
10      JOSEPH GRENON:  Yeah, they felt great the -- they
11  even felt better the next day.
12      MARK GRENON:  Yeah, they did.  They said --
13      JOSEPH GRENON:  It cleaned him out somehow.
14      MARK GRENON:  Really quick.  Too bad -- too fast.
15  We never tell people do that, so that's just an
16  outright lie.  ABC tried to pull that crap.  The guy --
17  remember that guy, Wong?  He was really Wong.  Remember
18  up in Canada?  "This is horrible."
19      JOSEPH GRENON:  Yeah, yeah, he was really Wong.
20      MARK GRENON:  Yet the EPA approves it.  The FDA
21  approves it.  You know, it's all approved by them when
22  they make money for it and help another company like

Page 81

1   Johnson & Johnson, and like a water purifying company
2   like Coleman.  Approved by the FDA, EPA, yeah.  They
3   don't mention that crap.  No, they don't mention that,
4   Joe.  That's why I don't give these newspapers and
5   these TV stations that are owned by the same people
6   that are paying for these fake studies.  Just wake up,
7   folks.  Research.  We knew before they ever mentioned
8   it because the people we know and the people who
9   researched it that the coronavirus was started in a
10  clinic, in a -- in a lab in North Carolina.  Maybe some
11  soldiers brought it over to Wuhan.  Maybe Fauci
12  definitely sent it over there because they had a --
13  they had -- they couldn't do biological warfare
14  anymore, so when that was closed in that North Carolina
15  laboratory, he paid $3.5 million, and it's coming out
16  of the -- I think it was National Institute of Health
17  money, American money, to ship it over to Wuhan.  Did
18  you know he's on Bill Gates's board, Fauci, Microsoft?
19      JOSEPH GRENON:  And what's-his-name is involved in
20  that.  Clinton's.
21      MARK GRENON:  Oh yeah, for sure.
22      JOSEPH GRENON:  Mm-hmm.

## Page 82

1  MARK GRENON: They're all involved.  They're all
2  the same people.  They get around and drink blood,
3  torture.  I saw quote the other day about Zuckerberg
4  saying, yeah, I drink the adrenochrome.  When you get
5  it out of a person that's really scared, you suck the
6  blood out of them.
7  JOSEPH GRENON: The adrenalin?
8  MARK GRENON: Adrenochrome it's called.  They even
9  sell it China.  So where are they getting it from, huh?
10  He says, yeah, I don't like when they take it out of
11  the younger participants.  That means they're torturing
12  kids and sucking the -- taking the blood out of it and
13  drinking it.  This is sick.  It's got to stop.  That's
14  why when they found Hillary Clinton's videos, some of
15  the police in New York puked when they saw some of the
16  videos of what they were doing.  That's all coming back
17  around.
18  We've had our YouTube shut down, three channels
19  last May, over two million views.  YouTube kept all our
20  data and gave us no ability to contest this obvious
21  silencing.  Well, now that's maybe not true.  I think
22  they did say if you have any -- what's the word -- any

## Page 83

1  input about why, please, and I wrote back, you did this
2  because of -- they didn't even answer.  No, there's no
3  debate, they said, so they didn't even listen to my
4  response.
5  JOSEPH GRENON: Your complaint, yeah.
6  MARK GRENON: So we put everything up on
7  Brighteon, and BitChute, and other places.  Our bishop
8  in New Zealand, his site right there, great site,
9  MiracleMineral.co.nz.  He has over 100-something
10  testimonies he's receiving in New Zealand on BitChute,
11  our MMS testimonial channel, testimonials.  We have
12  over 200 there.  I've been mentioning this every week.
13  So our newsletters, every week for -- well, let' say,
14  150 --
15  JOSEPH GRENON: Episodes?
16  MARK GRENON: No more than that probably.
17  JOSEPH GRENON: A hundred seventy, 180.
18  MARK GRENON: Yeah, times 10.
19  JOSEPH GRENON: Yeah.
20  MARK GRENON: There's about 1,800, 1,900.  We're
21  taking them off, the newsletters, we have been, and
22  putting up on the site, MMStestimonials.co, okay?  So

## Page 84

1  we've been doing that.  Many medical doctors, they use
2  MMS around the world with great results.  Can't tell
3  anyone or they're fired and lose their license, or
4  they're threatened with jail, okay?  This is why
5  they're -- this is how they attack us.
6  There's a guy in Bogota, been taken out.  He was
7  testing chlorine dioxide.  It was called the Genesis
8  Foundation.
9  JOSEPH GRENON: Yeah.
10  MARK GRENON: We didn't set it up, yet he was in
11  one of our seminars, knows what's going on, tried it on
12  his own because he knows it works.  We've been -- they
13  took my books off of Amazon.  Why would they do that,
14  Joe?  I put out -- this book was there about two years
15  on Amazon.
16  JOSEPH GRENON: Freedom of speech.
17  MARK GRENON: I put this one up.  Within a few
18  days, it taken down, huh, around the same time we
19  interviewed Mike Adams and his site was hit.  For a
20  couple days, you couldn't even -- he couldn't put
21  anything up.  They've fixed it since then.  Twitter
22  canceled us.  Facebook took -- it was five channels or

## Page 85

1  four?  I think it was like five because we had MMS
2  Testimonials, G2 Voice, Genesis II Church.  I had a
3  personal one.  You had a personal one.  MMS Hispaniola.
4  Yeah, it was five or six.
5  Vimeo.  We thought they were uncensored.  Yeah,
6  right.  We find out who owns them, the same crackpots,
7  evil bastards that own them.  PayPal closed a bunch of
8  our accounts.  ClickBank.  We put our movie up, and we
9  are -- we had if you wanted to after the movie to get
10  our course.  Took it down.  ClickBank.  GoDaddy took
11  our .com.  McAfee Antivirus is blocking us.  Yahoo is
12  blocking us.
13  JOSEPH GRENON: Yeah, Google --
14  MARK GRENON: Google.
15  JOSEPH GRENON: -- not Google.  YouTube just did
16  something the other day that anything that goes against
17  the WHO is completely banned.
18  MARK GRENON: Yeah.
19  JOSEPH GRENON: That's why the Judy video, the
20  pandemic one was immediately erased also.
21  MARK GRENON: And Trump at the WHO, he's stopping.
22  Now the major supplier or supporter of the WHO is Bill

Page 86

1  Gates.  They're going to get that guy.  They're going
2  to get him.  We've had at least 10 merchant accounts
3  shut down.  We just keep plugging along.  Now we got
4  the warning.  Now we got this case against us that
5  means nothing.  That's complete disrespect.  Of course
6  it is.
7        JOSEPH GRENON:  Hey, you're disrespecting us.
8        MARK GRENON:  You're disrespecting, violating my
9  rights, so I violate your order, and I'm -- come on,
10  man.  They're violating the First Amendment.
11  Disgraced.  Defying it.  An interview with a Google
12  spokesman with the Business Insider where we have all
13  the Pickle Head Ed writing stuff.  They think they won
14  because they got a few battles there they supposedly
15  won on.  Wait until it comes full circle.  They
16  revealed, the Google spokesman, that they wrote an
17  algorithm against us, Joe, created specifically against
18  Genesis II Church and MMS to stop people from finding
19  out what we are doing.
20        That's why I say get the books.  You'll know what
21  we're doing, okay, if they shut down everything.  They
22  own these things.  They shut down everything, you got

Page 87

1  the books.  You got it.  You know how to make it in the
2  books.  You know how to use it in the books.  You know
3  what we've doing it in the books.  You got the history
4  of why we have dis-ease, what the pharmaceuticals been
5  up to, all the key players, what they've been doing.
6  These books will keep you safe, keep you healthy.  Get
7  them.
8        We did two studies in Uganda.  They've taken it
9  down.  We had almost a million views on that.
10        JOSEPH GRENON:  Yeah.
11        MARK GRENON:  The pufty Red Cross.  We cured 154
12  people.  One of the guys that came to our seminar, Leo,
13  he was there.  We have other people that went back last
14  year, drove through that town.  What was it, Kampala,
15  something like -- no, no, that's the capital.  I forget
16  the name of the town.
17        JOSEPH GRENON:  I forget the name of it, yeah.
18        MARK GRENON:  But Bob went to it, our bishop.
19  We've been on his TV station, I am TV, IAmTV.us, and
20  with Alan Keyes.  They both went there last year, saw
21  firsthand malaria cured.  Well, they went through the
22  town on the way, stopped where they did that, and asked

Page 88

1  people on the street, hey, are they doing that MMS, you
2  know, the -- "Oh yeah, yeah.  We still do it.  We do it
3  for everything.  It's curing everything.  We use it for
4  not just malaria, but everything."  Alan Keyes went
5  there, and they just put out another video, Joe,
6  Finding God.  Alan and Bob are both believers.  Alan
7  ran for president against Bush in 2000.  Great guy.
8  Great logical guy.  He was on Alex Jones last week
9  again and mentioned chlorine dioxide.  Why is that
10  being persecuted so much?  He was ambassador for all of
11  Africa.
12        Look at the Spanish testimonies we have.  Si habla
13  espanol, testimonials in Espanol (Spanish language
14  spoken).
15        JOSEPH GRENON:  (Spanish language spoken) in
16  BitChute.  (Spanish language spoken.)
17        MARK GRENON:  (Spanish language spoken.)
18        JOSEPH GRENON:  (Spanish language spoken.)
19        MARK GRENON:  Yep, that's where we're at.  Now,
20  I'm going to show you some before and after pictures
21  that I sent to the news media.  Did you see any of
22  these testimonies so far I put up?  Did you see this

Page 89

1  girl with eczema?  Look at this stuff.  Look at the
2  eczema, so bad.  If you're not listening or watching,
3  or looking at it -- excuse me -- click on the
4  newsletter, right?  It's right there in the
5  description.
6        JOSEPH GRENON:  I'll put it up in the video.
7  It'll be right there.
8        MARK GRENON:  Yeah, okay.  You'll see.  Look.
9  Boom.  I don't know how long it took her because she
10  didn't say, but you got the before and after.  Well,
11  look at the wart.  Horrible wart on the big toe.  Boom.
12  Fell out, gone.  The eye, a growth in a person's eye
13  gone.  Look at this gangrene, the person's feet.  They
14  cut off the feet.  They cut them off.  Boom.  Gone.
15  This guy had MRSA.  He went from healthy to really like
16  -- almost looks like an AIDS victim because it was all
17  throughout his body, and at the end he's like, I'm
18  back.  This cop or security guy.  I don't if he was a
19  cop.  He might be.  Allergies, whole life -- we read
20  this one.  I remember this one -- his whole life, and
21  now he's got a cat on his shoulder.  Look at this
22  cancer How can I not keep telling people?  How, Joe?

Page 90

1    We'd be just really bad people, a disgrace to the human
2    race, like they are being to us, by stopping this.
3        This guy, I remember prostate cancer.  No, excuse
4    me, this was AIDS, and Nela, our bishop down in
5    Paraguay, great lady.  We got a -- we got to get her --
6    we got to go there and help her even more.  She built a
7    building, Genesis II Church.  She's a lawyer.  She gets
8    on the radio.  Look at this infection.  Look at it.
9    It's almost gone.  I didn't have the last one.  Look at
10   this kid up in the Andes.  Had this growth on his face.
11    We don't even know what it was, but look at it.  It's
12   gone.  Got a little residual scar in the nose.
13       JOSEPH GRENON:  Yeah, it's --
14       MARK GRENON:  Poison sumac from one of our health
15   ministers sent in.  He gets it every year.  He said,
16   man, I got it.  Look how bad it was.  Gone.  The skin
17   cancer, a lady I talked to many times.  Look, can't
18   even hardly see where it was.  This was a weird one.
19   We don't even know what it was.  We just think it was
20   some kind of autoimmune deficiency.
21       JOSEPH GRENON:  This was strange.
22       MARK GRENON:  Look at the spider bite eating the

Page 91

1    food.  Gone.  There's people in the Philippines,
2    meningitis, that I read -- I remember reading this one,
3    and I didn't put up the whole testimony.  I just put
4    the pictures.  In bed dying.  They had baths and
5    everything, and at the end, I remember the whole
6    village was like, "It's a miracle."
7        JOSEPH GRENON:  And they've got a church now,
8    don't they, yeah.
9        MARK GRENON:  Yeah.  Yeah.  "It's a miracle."
10   Also healed.  Look at this guy on his face, this
11   growth.  How can we stop?  This guy would -- if you
12   stopped, he would probably die or maybe it covered his
13   whole face.  Look at this tumor on the cat's eye.  Look
14   at this guy with prostate cancer, died -- dying, and
15   look at him later.  Look at him.  I think it was six --
16   yeah, it was six months later.
17       JOSEPH GRENON:  Six months later, yeah.
18       MARK GRENON:  Then in our -- in our first -- in
19   our seminar, right, we go through these testimonies,
20   and I'm not going to read them all just because of
21   time's sake.  But you got a lady, ovarian cancer.  You
22   got another one, prostate cancer.  You got a dengue

Page 92

1    leishmaniasis and HIV, three testimonies there.
2    Tuberculosis, meningitis, HIV, HIV, HIV, HIV, diabetes,
3    diabetes, hepatitis C, candida.  Intestinal candida
4    removed with MMS.  Hepatitis B.  You know there's
5    hepatitis, I think, all the way up to J.  Maybe not J.
6    HP, C, C.  J, H, I --
7        JOSEPH GRENON:  E, F or something like that.
8        MARK GRENON:  Yeah, something like that.  It's a
9    bunch of them, but it's a -- hepatitis means "the
10   liver" basically.  It cleans the liver.  When the liver
11   is clean, that stuff goes away, okay?  Crohn's disease,
12   arthritis, virus in the medulla, the medulla.
13       JOSEPH GRENON:  Medulla.
14       MARK GRENON:  I think they say "Medulla."  No,
15   that's Spanish.  "Medulla" in English.
16       JOSEPH GRENON:  Yeah, that's right.
17       MARK GRENON:  Cancer, MRSA, MRSA, malaria.  Folks,
18   we have to tell the world, and I'll say this publicly
19   to President Trump; we have to tell the world.
20   Attorney General, we have to tell the world.  You have
21   to uphold our religious rights, and we fall under the
22   category of a religion.  This is our beliefs, our

Page 93

1    Creator.  We're a religion.  "Well, you can say --
2    you're not religious."  This is where they -- "see,
3    they're contradicting their self."  Religious.  This is
4    why I use the old definitions, at the time when they
5    wrote it.  Religion today is -- we call it spiritual,
6    okay?  We're non-religious like in a denomination.
7        JOSEPH GRENON:  Yeah.
8        MARK GRENON:  We're non-religious that way, and
9    you don't have to be religious to be a part of us or
10   spiritual to be a part of us.  Anybody can come.  What
11   church does that?
12       JOSEPH GRENON:  But they have -- they have the
13   First Amendment, but also the law of universal law
14   about religion -- freedom of religion and freedom of
15   church.  (Spanish language spoken) in Spanish.  They're
16   two separate things.  That's the -- that's the meaning
17   and that's the belief.
18       MARK GRENON:  Yeah.
19       JOSEPH GRENON:  So you can have a group that
20   doesn't believe anything religious, and that's a
21   church.  That's considered --
22       MARK GRENON:  You've got satanic churches.

Page 94

1    They're a religion, Joe.
2        JOSEPH GRENON:  Yeah, exactly.
3        MARK GRENON:  This is what -- so they're lying to
4    us, but it's so easy to me that I don't have to even
5    keep writing letters.  I'm writing it to trying to
6    reason with them and show the world what they're saying
7    and what we're saying.
8        JOSEPH GRENON:  Yeah, yeah, you have to.
9        MARK GRENON:  That's why I'm writing these people.
10   I don't -- I write the judge personally, the U.S.
11   attorney personally, and even the FDA official
12   personally.  Hey, you guys are wrong.  This is it.
13   Stop it.  Cease and desist.  I've sent them I a
14   warning.  I've sent them that you'll be fined if you do
15   this, every day if you continue.  I've told them they
16   broke their oath.  I've said it all.  But basically,
17   the bottom line is they tried to categorize our
18   sacrament as a drug.
19       JOSEPH GRENON:  Mm-hmm.
20       MARK GRENON:  And that's how they got the U.S.
21   attorney from some stupid, ungodly unlawful act, and
22   we're not obeying it.  Don't care what you do.  You can

Page 95

1    kill the body, but you can't kill my spirit, and you
2    better feel -- fear Him that can kill both the body and
3    spirit in Hell forever.  I put up -- they put up half
4    -- I told the judge you better worry about this and
5    then eternity, like -- you know, they didn't even
6    finish --
7        JOSEPH GRENON:  They don't.  They don't.  That's
8    why you can't talk to them.
9        MARK GRENON:  They make it all up, Joe.
10       JOSEPH GRENON:  Mm-hmm.
11       MARK GRENON:  They take things out of context.
12       JOSEPH GRENON:  Yep.
13       MARK GRENON:  So we don't give these people, these
14   liars -- you'll see a few soon that's going to come
15   out.  Some documentaries are going to be on, some other
16   things, people that are interviewing us.  We're going
17   to be on.  You'll see it soon.  And I'll just tell them
18   what I'm telling you on the G2 Voice: we're in a
19   health revolution.  We're not giving up.  And tomorrow,
20   whatever they do, pray.  I pray that they just dismiss
21   it, forget it, we carry on.  We're going to carry on
22   anyways, so it's not going to stop us.  But we're going

Page 96

1    to carry on directly, indirectly, whatever you say.
2    We're going to be obeying the First Amendment and God.
3     There's no law that can go against our religious
4    beliefs, and these are our sacraments.  Next they'll be
5    saying you can't say the Word of God heals you, huh?
6        JOSEPH GRENON:  Yeah, you can't --
7        MARK GRENON:  Can't say that.
8        JOSEPH GRENON:  Well, freedom of speech is being
9    attacked also.
10       MARK GRENON:  Yeah.  Well, of course it is.  You
11   saw the -- watch that video we put up about that lady,
12   that doctor, sweet person wanting to fight.  She goes,
13   I got to do it for the future of the generations that
14   are coming.  We're doing the same thing, and we're
15   mentioning the gospel of the Lord Jesus Christ.  After
16   this world, you have the world to come that lasts for
17   eternity, and this life is nothing compared to
18   eternity.  The Messiah has come the Jews rejected in
19   the first century.  He's coming again.  He came as a
20   lamb.  Second time he's coming as a lion from the tribe
21   of Judah.
22       And we tell every one of you, please, please,

Page 97

1    listen to the Word of God, and that's the moral code
2    for this universe forever.  The Messiah has come, the
3    Lord Jesus Christ.  He rose from the dead.  He died, He
4    was buried and rose from the dead.  If he didn't rise
5    from the dead, He had no power.  He rose from the dead.
6     Accept the Lord Jesus Christ and truth, and be saved
7    today.  That's the most important thing.  When we first
8    found MMS, remember what we said?  After curing people,
9    we got to take this -- before we knew Jim -- to the
10   world and preach the gospel and show people we can help
11   them physically also.
12       JOSEPH GRENON:  Mm-hmm, yeah.
13       MARK GRENON:  And it's happening.  That's why the
14   devil hates this, and the devil is running the world
15   The Bible says he's even the prince of the power of the
16   air.  If you go all back to these evil companies,
17   behind them, the Rothschilds and all them, are the
18   Luciferians.
19       JOSEPH GRENON:  It's all evil.
20       MARK GRENON:  They're satanic, and then Lucifer
21   himself.  If you don't believe it, you're going to miss
22   the boat.  "Ah, don't talk that."  I'm going to talk it

Page 98

1   all the time and speak it all the time.  There's only
2   one mediator between God and man, the man, Christ
3   Jesus.  "Broad is the way that leadeth unto
4   destruction, and many go there in that" -- they're in
5   that -- "but narrow is the way, and few there be that
6   find it, that leads to life," eternal life.
7       God bless you, folks.  I hope to see you next
8   week, well, at least hear you.
9       JOSEPH GRENON:  Mm-hmm.
10      MARK GRENON:  You can hear us.  You can see us
11  next week, and pray for tomorrow.  Pray that God does
12  something spectacular, that Mark Grenon and Joe had
13  nothing to do with, not even Donald Trump.  It's just
14  like, boom.  God, stop this craziness.
15      JOSEPH GRENON:  Mm-hmm, done.
16      MARK GRENON:  And we start turning this around for
17  good like the government's supposed to be, for good.
18  Otherwise, you practice religious disobedience, civil
19  religious disobedience, like this doctor did and this
20  lady that I saw.  She got out of prison in Dallas,
21  Texas.  They locked her up for like a week because she
22  wanted to go back to work.

Page 99

1       JOSEPH GRENON:  The hair salon lady?
2       MARK GRENON:  Yeah.
3       JOSEPH GRENON:  Yeah.  Yeah.  Yeah.
4       MARK GRENON:  Yeah.  That was called civil
5   disobedience.  She did it for that.  We're doing it for
6   religious disobedience against a corrupt, satanic
7   people that are attacking us.  God bless you.  We'll
8   see you next week.  We're in a health revolution.
9       JOSEPH GRENON:  God bless everyone.