**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-21601-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*.  The Parties shall use the following telephonic dial-in information to participate in the hearing scheduled for **May 11, 2020 at 2:00PM**.

      **Dial**: 1-888-684-8852

      **Access Code**: 7369700#

      **Security Code**: 1133

The Parties shall dial-in five minutes prior to the scheduled time of hearing.  It is further **ORDERED** that Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 11th day of May, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE