UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                    *Plaintiff,*

           *vs.*

GENESIS II CHURCH OF HEALTH
  AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                    *Defendants.*

**NOTICE BY THE UNITED STATES OF FILING OF
CORRESPONDENCE FROM DEFENDANT MARK GRENON**

      The United States of America, hereby respectfully files the attached portable document format copy of an electronic mail correspondence sent to counsel for the United States and received this morning, May 11, 2020. The communication was sent from "mark@genesis2church.is" and is signed by "Bishop Mark Grenon."

      Dated this 11th day of May, 2020.

                                                    Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT | ARIANA FAJARDO ORSHAN |
| Assistant Attorney General | United States Attorney |
| U.S. Department of Justice | |

GUSTAV W. EYLER
Director
Consumer Protection Branch

| *Ross S. Goldstein* | *Matthew J. Feeley* |
|---|---|
| ROSS S. GOLDSTEIN | MATTHEW J. FEELEY |
| Court ID No. A5502651 | Florida Bar No. 12908 |
| Senior Litigation Counsel | Assistant United States Attorney |

Ross.Goldstein@usdoj.gov
202-353-4218 (office)
202-514-8742 (fax)

99 N.E. 4th Street, Suite 300
Miami, FL 33132

Matthew.Feeley@usdoj.gov
305-961-9235 (office)
305-530-7139 (fax)

*David A. Frank*
DAVID A. FRANK
Court ID No. A5500486
Senior Litigation Counsel

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044

David.Frank@usdoj.gov
(202) 307-0061 (office)
(202) 514-8742 (fax)

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ Ross S. Goldstein*
Ross S. Goldstein
Senior Litigation Counsel
U.S. Department of Justice

## SERVICE LIST

United States of America
*vs.*
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON

CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL  34209 |

4

| | |
|---|---|
| **MATTHEW J. FEELEY** <br> Florida Bar No. 12908 <br> Assistant United States Attorney <br> 99 N.E. 4th Street, Suite 300 <br> Miami, FL 33132 <br> Matthew.Feeley@usdoj.gov <br> 305-961-9235 (office) <br> 305-530-7139 (fax) <br><br> *Counsel for the United States of America* | **JONATHAN GRENON** <br> jonathan@genesis2church.is <br> 2014 Garden Ln. <br> Bradenton, FL 34205 <br><br> *Defendants* |