**Goldstein, Ross**

| | |
|---|---|
| **From:** | Archy <mark@genesis2church.is> |
| **Sent:** | Monday, May 11, 2020 10:38 AM |
| **To:** | Goldstein, Ross; jonathan@genesis2church.is; jordan@genesis2church.is; joseph@genesis2church.is; contact@genesis2church.is |
| **Cc:** | Frank, David; Feeley, Matthew (USAFLS) |
| **Subject:** | Response to No Case to answer |

To all involved in this NO CASE against the Genesis II Church and its members,

You all seem to keep pursuing this **'NO CASE TO ANSWER'**. This case **needs to be DISMISSED IMMEDIATELY!** A Church cannot be in contempt of a NO CASE TO ANSWER especially when it has to do with the practice of our Sacraments! You have allowed the FDA to trick you into building a case against us by categorizing our HOLY SACRAMENTS as a drug! This is offensive to us and other religions in this country. Why to you continue to harass us? We want Judge Williams to counsel with AG Barr about his stance in violating our 1st Amendment Rights. The FDA/FTC are the criminals here by putting a Church Sacrament under a code that doesn't apply to a Church Sacrament. So many have told us that we can sue the United States for this GROSS Negligence and even go after the agencies and the individuals involved as well as criminal charges against the FDA, FTC, U.S. Attorneys and Judge. We DO NOT want to pursue this. We have much more important things to do in our Church. **STOP TODAY! DISMISS THIS CASE!** The FDA, CDC and EPA are being exposed as for who they really represent and it isn't the American People for sure. <u>**We are NOT in CONTEMPT**</u> simply because this case is a NO CASE. What is being done is unlawful and those involved will be punishment by the REAL RULE OF LAW which is ALWAYS MORAL and God. Your court has NO AUTHORITY over the Genesis II Church and its members and **this is the reason why why don't participate in this UNLAWFUL and UNCONSTITUTIONAL case.** The whole world is watching and **you need to UNDERSTAND us and the 1st Amendment NOW!**

<u>**DISMISS THIS CASE TODAY AND ALL WILL BE FORGIVEN!**</u> **If continue to pursue this NO CASE then ONLY THOSE INVOLVED in the unlawful acts will suffer as the REAL RULE OF LAW AND GOD JUDGE IT.**

We pray the Lord open your eyes to the TRUTH

Bishop Mark Grenon

Proverbs 3:5&6

**The Free Exercise Clause reserves the right of American citizens to accept any religious belief and engage in religious rituals.** Free-exercise clauses of state constitutions which protected religious "[o]pinion, expression of opinion, and practice were all expressly protected"

by the Free Exercise Clause.[1]  **The Clause protects not just religious beliefs but actions made on behalf of those beliefs.** More importantly, the wording of state constitutions suggest that "free exercise envisions religiously compelled exemptions from at least some generally applicable laws."[2] **The Free Exercise Clause not only protects religious belief and expression; it also seems to allow for violation of laws, as long as that violation is made for religious reasons.**  In the terms of economic theory, the Free Exercise Clause promotes a free religious market by precluding taxation of religious activities by minority sects.[3]

> Constitutional scholars and even Supreme Court opinions have contended that the two religion clauses are in conflict. *E.g.*, *Thomas v. Review Board,* 450 U.S. 707 (1981). As mentioned previously, the Free Exercise Clause implies special accommodation of religious ideas and actions, even to the point of exemptions to generally applicable laws. Such a special benefit seems to violate the neutrality between "religion and non-religion" mandated by the [Establishment Clause](). McConnell explains:
>
> > If there is a constitutional requirement for accommodation of religious conduct, it will most likely be found in the Free Exercise Clause. Some say, though, that it is a violation of the Establishment Clause for the government to give any special benefit or recognition of religion. In that case, we have a First Amendment in conflict with itself—the Establishment Clause forbidding what the Free Exercise Clause requires.[4]

Historically, the Supreme Court has been inconsistent in dealing with this problem. At various times, the Court has either applied a broad or narrow application of the clause.

When the First Amendment was drafted, it applied only to the U.S. Congress. As such, state and local governments could abridge the Free Exercise Clause as long as there was no similar provision in the state constitution. In 1940, the Supreme Court held in *Cantwell v. Connecticut* that, due to the Fourteenth Amendment, the Free Exercise Clause is enforceable against state and local governments (this act of using the Fourteenth Amendment as the vehicle through which the Court applies the Bill of Rights to the states is also known as the [Incorporation Doctrine]()).

[1] Michael McConnell, *Religion and the Constitution* (2002), pg. 105.
[2] *Id.* at 107.
[3] Richard Posner and Michael McConnell, "An Economic Approach to Issues of Religious Freedom," 56 *University of Chicago Law Review* 1 (1989).
[4] McConnell, note 1 above, at 102.

https://www.law.cornell.edu/wex/free_exercise_clause


On 5/11/2020 8:29 AM, Goldstein, Ross wrote:

> Please see the attached documents that we filed this morning with the court along with an order that the court just issued and has directed us to provide to you.



**Ross S. Goldstein | Senior Litigation Counsel**
United States Department of Justice
Consumer Protection Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel:  (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov