UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

   *Plaintiff,*
 vs.

GENESIS II CHURCH OF
HEALTH AND HEALING, *et al.*,

   *Defendants.*

_____/

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO
PROVIDE SUPPLEMENTAL CASE LAW AND BRIEFING**

 Plaintiff, through the undersigned counsel, respectfully request a four (4) day enlargement of time from May 14, 2020 to May 18, 2020, for Plaintiff to provide the Court supplemental case law and briefing in support of its Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt ("Motion for Order to Show Cause") [D.E. 23].

 1. On April 30, 2020, Plaintiff Filed the Motion for Order to Show Cause.

 2. On May 1, 2020, the Court entered an order setting the Motion for Order to Show Cause for hearing on May 11, 2020 [D.E. 27].

 3. At the May 11, 2020 hearing, Plaintiff requested the opportunity to provide additional case law and briefing to the Court in relation to the Motion for Order to Show Cause.

 4. At the May 11, 2020 hearing, the Court agreed to allow Plaintiff to submit additional case law and briefing and instructed Plaintiff to submit the same within three (3) days of the hearing – or May 14, 2020.

5. Plaintiff is currently working to provide the Court additional case law and briefing and requires a few additional days to complete the submission.

6. Accordingly, Plaintiff requests that this Court enter an order that Plaintiff provide the additional case law and briefing no later than May 18, 2020.

7. Plaintiff requested Defendants to provide their positions on this motion but Defendants have not provided their positions.

8. Defendants assert that relief sought herein is not for the purposes of delay and that Plaintiff will not be prejudiced.

9. A proposed order accompanies this Motion.

Dated: May 13, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice

GUSTAV W. EYLER
Director
Consumer Protection Branch

*Ross S. Goldstein*
ROSS S. GOLDSTEIN
Court ID No. A5502651
Senior Litigation Counsel

Ross.Goldstein@usdoj.gov
202-353-4218 (office)
202-514-8742 (fax)

*David A. Frank*
DAVID A. FRANK
Court ID No. A5500486
Senior Litigation Counsel

U.S. Department of Justice
Consumer Protection Branch

ARIANA FAJARDO ORSHAN
United States Attorney

*Matthew J. Feeley*
MATTHEW J. FEELEY
Florida Bar No. 12908
Assistant United States Attorney

99 N.E. 4th Street, Suite 300
Miami, FL 33132

Matthew.Feeley@usdoj.gov
305-961-9235 (office)
305-530-7139 (fax)

P.O. Box 386
Washington, D.C. 20044

David.Frank@usdoj.gov
(202) 307-0061 (office)
(202) 514-8742 (fax)

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services


ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        By:   *s/ Matthew J. Feeley*
                                                              Matthew J. Feeley
                                                              Assistant United States Attorney

## SERVICE LIST

United States of America

*vs.*

GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,
CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL  34209 |

| | |
|---|---|
| **MATTHEW J. FEELEY** <br> Florida Bar No. 12908 <br> Assistant United States Attorney <br> 99 N.E. 4th Street, Suite 300 <br> Miami, FL 33132 <br> Matthew.Feeley@usdoj.gov <br> 305-961-9235 (office) <br> 305-530-7139 (fax) <br><br> *Counsel for United States of America* | **JONATHAN GRENON** <br> jonathan@genesis2church.is <br> 2014 Garden Ln. <br> Bradenton, FL 34205 <br><br> *Defendants* |