UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                *Plaintiff,*

    *vs.*

GENESIS II CHURCH OF
HEALTH AND HEALING, *et al.*,

                *Defendants.*

_____/

## [PROPOSED] ORDER

Upon consideration of the United States' Motion for Enlargement of Time to Provide Supplemental Case Law and Briefing, it is hereby **ORDERED** that the United States' Motion is **GRANTED**;

and **FURTHER ORDERED** that the United States shall have until and including May 18, 2020 to provide supplemental case law and briefing to the Court in this matter.

**DONE** and **ORDERED** in chambers in Miami, Florida this __ day of May, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE