**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-21601-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

               Plaintiff,

     vs.

GENESIS II CHURCH OF HEALTH
  AND HEALING, et al,

               Defendants.

_____/

## SECOND SUPPLEMENTAL DECLARATION OF JASON HUMBERT

I, Jason Humbert, declare the following:

1.      My job title and responsibilities were previously set forth in my Declaration in support of the government's motion for a temporary restraining order and preliminary injunction against Genesis II Church of Health and Healing, Mark Grenon, Joseph Grenon, Jordan Grenon, and Jonathan Grenon (collectively "Defendants"), filed with the Court on April 16, 2020 (the "Humbert Declaration I"), and are incorporated herein by reference. ECF No. 3-2, ¶¶ 1-3.

2.      The documentation referenced herein regarding Defendants' websites and communications that FDA had with Defendants concerning their MMS products is information investigators at FDA collect as part of their regularly-conducted business activity. It is FDA's regular practice to upload and store such records in an FDA internal database, known as the Compliance Management System ("CMS"), which is in the custody and control of FDA's Office of Regulatory Affairs ("ORA") and allows users to develop a compliance action and store supporting evidence in an electronic format within a centralized module. The information is then retained and accessible to all FDA organizational units involved in the action. The documents

1

referenced herein were collected as part of FDA's regularly-conducted business activities and, consistent with FDA's regular practice, have been uploaded to, and stored in, CMS.

3.     The statements made in this Declaration are based upon my personal knowledge and information about which I have become knowledgeable through my review of official agency records in the course of my official duties.

4.     Since the Humbert Declaration I was filed, I and my supervisee, Tiffany Petty, a Program Analyst in ORA's Health Fraud Branch, have continued to monitor the Genesis II Church of Health and Healing ("Genesis") websites.

5.     On May 12, 2020, using an undercover identity, I subscribed to the Genesis Newsletter on genesis2church.ch (the "Genesis Website"). The subscription to the Newsletter came with a 10% off coupon to be used "for your next order." A true and correct copy of the Newsletter communication I received from Genesis is attached as Exhibit 1. Also on May 12, 2020, using the same undercover identity I used to join the Newsletter, I e-mailed Defendant Jordan Grenon to inquire about using the 10% off coupon for MMS. A true and correct copy of the undercover e-mail I sent to Jordan Grenon is attached as Exhibit 2.

6.     I received an e-mail from "Bishop Jordan Grenon" in response to my undercover inquiry on May 12, 2020. A true and correct copy of the e-mail I received is attached as Exhibit 3. Exhibit 3 is identical to the e-mail I received from "Bishop Jordan Grenon" on April 25, 2020, when I attempted an undercover purchase of MMS through the Genesis Website. *See* Supplemental Declaration of Jason Humbert ("Humbert Declaration II"), at ¶ 7, Ex. 3, ECF No. 23-1. The May 12, 2020 e-mail from Defendant Jordan Grenon stated that the "website is on hold," but "for an alternate source contact in the USA 1-865-654-7147." The e-mail also stated "for more providers go to https://genesis2church.ch/contact-map," which linked to a map of

various MMS providers, including multiple Genesis church "chapters" throughout the United States and the world. Finally, the response included a link to a video titled, "THIS INSANITY HAS TO STOP!! An Urgent Message to the World from Bishop Mark Grenon 4-20-20" on brighteon.com.

7.      As set forth in the Humbert Declaration II (at ¶ 8, Exs. 4, 5), I ran an internet search for the phone number "1-865-654-7147" referenced in Jordan Grenon's April 25, 2020 and May 12, 2020 e-mails and determined that it was associated with a "Bob the Plumber," who has appeared on various Genesis broadcasts.

8.      On May 13, 2020, using a different undercover identity, I called 1-865-654-7147 and spoke to a person who identified himself as "Bob." I recorded this call, and the recording was provided to the Department of Justice for transcription. Attached as Exhibit 4 is a true and correct transcription of the call I had with Bob, which I understand was prepared by a court reporting service. During the call, Bob agreed to send me MMS and requested that I provide my address via text. Ex. 4 at 7, 10. He also told me he was shipping four or five other orders for MMS at the same time. Ex. 4 at 10:12-16. I provided the address information for an undercover mailbox located in Broadlands, Virginia, to Bob via text on May 13, 2020. A true and correct copy of my text exchange with Bob is attached as Exhibit 5. Bob called me on May 14, 2020 to confirm that the MMS had been shipped, and said that I should receive the package by May 16, 2020, or no later than May 18, 2020.

9.      On May 17, 2020, I traveled to the undercover mailbox in Broadlands, Virginia, that is associated with the fictitious identity I used to obtain the MMS from Bob. I collected the shipment with USPS Tracking # 9505513258730135117696. The package bore a return address of Robert Sisson, 1406 Alum Cave Cv., Sevierville, TN, 37862, and contained two (2) bottles of

Genesis MMS and two (2) bottles of Genesis Activator. The products in the package all reference Defendant Mark Grenon on their labels. The package also contained: a Genesis Church booklet that references multiple Genesis websites and Defendants Jonathan Grenon and Jordan Grenon and their respective e-mail addresses; a Genesis Church pamphlet that references multiple Genesis websites, including mmstestimonials.is, which re-directs to another website containing claims that MMS treats, cures, mitigates, and/or prevents multiple diseases, including coronavirus; and literature referencing the website witnessinguganda.com, the e-mail address, witnessinguagnda@gmail (misspelling in original), and the phone number (865) 654-7147. True and correct copies of photographs of the contents of the shipment that I received on May 17, 2020, are attached as Exhibits 6-14.

      10.    On May 18, 2020, I visited the websites referenced in Paragraphs 19, 20, and 21 of the Declaration of Tiffany Petty in support of the government's motion for a temporary restraining order and preliminary injunction against Defendants (ECF No. 3-1) (the "Petty Decl."). I confirmed that the drug claims identified in Paragraphs 19, 20, and 21 of the Petty Decl. remain on Defendants' websites.


      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 18, 2020

                        Jason Humbert_____
                        Jason Humbert
                        Director
                        Health Fraud Branch
                        Office of Regulatory Affairs
                        United States Food and Drug Administration

# EXHIBIT

# 1

# NewG2Sacraments!

## Thank you for subscribing to the G2sacraments.org newsletter

Thank you for signing up to our list!
here is a 10% coupon that you can use for your next order!
Signup10
Genesis 2 church of health and healing Chapter number 50
1180 8th ave west apt #117
palmetto, FL 34221

Add us to your address book

continue to our website »    or    manage your preferences

# EXHIBIT

# 2

 Gmail

<div align="right">Cameron Yung &lt;yung.cameron1@gmail.com&gt;</div>

---

**coupon**

---

**Cameron Yung** &lt;yung.cameron1@gmail.com&gt;                                                    Tue, May 12, 2020 at 11:59 AM
To: jordan@genesis2church.is

Greeting Mr. Jordan,
How may I apply the coupon for sacrament?
Warmly,
C. Yung

# EXHIBIT

# 3

 Gmail

Cameron Yung <yung.cameron1@gmail.com>

---

**coupon**

---

**Bishop Jordan Grenon** <jordan@genesis2church.is>                                                       Tue, May 12, 2020 at 1:39 PM
To: Cameron Yung <yung.cameron1@gmail.com>

Thank you your email, see more information about our church at genesis2church.ch

Our website is on hold as we are in prayer at this time, for alternate source contact in the USA 1-865-654-7147

for more providers go to https://genesis2church.ch/contact-map

Please pray for us and please share this video!!! https://www.brighteon.com/084b61e6-4729-4d15-9c1f-608f1b460f3e
[Quoted text hidden]
--
God Bless,

Bishop Jordan Grenon
Genesis II Church of Health & Healing

--
This email has been checked for viruses by AVG.
https://www.avg.com

# EXHIBIT

# 4

UNITED STATES DEPARTMENT OF JUSTICE

CONSUMER PROTECTION BRANCH

In re:  USA v Genesis II Church

Phone Call

2020-5-13_21-06-03.mp4

## Page 2

1  (Phone ringing.)
2      BOB:  Hello?
3      MR. JENNINGS:  Hello.  I'm calling to place an
4  order.
5      BOB:  Oh?
6      MR. JENNINGS:  Hello?  Can you hear me?
7      BOB:  Yeah, I can hear you.  Sounds like you're
8  on a speakerphone.
9      MR. JENNINGS:  Oh, yeah, I am.  I'm sorry.
10  Let's see if I can get off here.
11      BOB:  It's okay, I'm not -- I am --
12      MR. JENNINGS:  Okay.  Oh, okay.
13      BOB:  But --
14      MR. JENNINGS:  I'm sorry, I was --
15      BOB:  You're trying to --
16      MR. JENNINGS:  I'm sorry, go ahead.
17      BOB:  You're trying to order something?
18      MR. JENNINGS:  Yeah, I got an e-mail and it
19  said to call this phone number.
20      BOB:  To order?
21      MR. JENNINGS:  Oh, sorry.  The -- the
22  sacraments, the MMS.

## Page 3

1      BOB:  Okay.  I was just checking.
2      MR. JENNINGS:  Oh, okay.
3      BOB:  I didn't hear what you were --
4      MR. JENNINGS:  I'm sorry.
5      BOB:  No, I'm just -- I'm just trying to have a
6  little fun.
7      MR. JENNINGS:  Okay.
8      BOB:  Life is boring.  Just having a little
9  fun.
10      MR. JENNINGS:  And I know -- I'm not sure where
11  you are, but I know it's late in parts of the country.  So
12  I apologize if I'm calling too late.
13      BOB:  No, you're not calling too late.  I put
14  my phone in the kitchen and I turn it off when it's too
15  late.  So you can't bother me.  I get some -- in California
16  who call me, like, at 3:00 in the morning.  It's
17  like -- their time, but it's like, "What the heck are you
18  guys doing, man?  Get a life."  But --
19      MR. JENNINGS:  Well, I promise I won't call you
20  that late.
21      BOB:  No.  No.  I appreciate it.  And I
22  guarantee you I will not answer.  But -- have you used this

## Page 4

1  before?
2      MR. JENNINGS:  Yeah, so here's what happened.
3  So I have.  I used it and then my father-in-law, who had
4  some gum problems and he's got diabetes, too, and he likes
5  it.  But what we try to do -- he and I tried to, I guess,
6  order it -- was it last week?  The website, I guess it
7  wasn't working or they were fixing it or something, so we
8  e-mailed them.  And then we got the e-mail from Bishop
9  Jordan and he said, "We can't help you, but if you call
10  this phone number, he'll be able to help you out."
11      BOB:  Well, that's correct.  So if you and your
12  father-in-law -- what about your wife?  Does she not get
13  involved?
14      MR. JENNINGS:  You know what?  She's tried it
15  because she has, like, this -- it's a minor --
16      BOB:  Sorry?
17      MR. JENNINGS:  -- like -- I'm sorry, she has,
18  like, a minor skin condition.  So she's tried it --
19      (Computer chiming.)
20      MR. JENNINGS:  -- but she -- sorry, did I lose
21  you?
22      BOB:  No.  No.

## Page 5

1      MR. JENNINGS:  Oh, okay.  I'm sorry.  But -- so
2  yeah, and -- but no, it's -- it's basically -- it's
3  actually more for my father-in-law at this point.
4      BOB:  Okay.  Well, I would just encourage you
5  to -- everybody that uses it over any period of time finds
6  out that it has great value.  I mean, I had it -- I had it
7  at my house for six or seven years before I ever used it.
8  I had no idea what it was and what it could do.  And -- and
9  it was only a couple years ago I was diagnosed with cancer
10  that I really started taking it on a regular basis
11  and -- and I realized that it -- it really is pretty
12  interesting stuff.  Especially if you're a little older.
13  How old are -- how old are you --
14      MR. JENNINGS:  Oh, I'm --
15      BOB:  -- and how old is your dad?
16      MR. JENNINGS:  I'm 39, he's 67.  So he's -- I
17  mean, he's hopefully still got some years there in front of
18  him, but he does have some -- some health challenges.
19  And -- but I hope you're doing all right ever since your
20  diagnosis.
21      BOB:  Oh, no, no, no.  I'm doing fine.
22      MR. JENNINGS:  Okay.  Good.

Page 6

```
 1        BOB:  And -- and I'm 70.  But one of the things
 2   that I learned is that it's -- to some degree it's a
 3   fountain of youth.  And by that I simply mean that if you
 4   get all the bad crap out of our bodies that these evil
 5   people have been pumping into us -- and we've been helping.
 6   We -- we've been eating at McDonald's and stuff, but -- but
 7   we -- but our bodies work pretty doggone good.  Our
 8   Creator, pretty sharp guy.
 9        MR. JENNINGS:  Yes, He is.
10        BOB:  And -- and we're a lot better built than
11   we realize.  And if we listen to what He says, then we'll
12   pay more attention to what we put in our bodies.
13   And -- and that's part of what's going on now.  We the
14   people have been taking pharmaceutical drugs that we
15   probably never should have.  We should have known better,
16   but we didn't.  So whatever.  Get over it.  Anyway --
17        MR. JENNINGS:  I -- I hear you, because I
18   was -- I mean, they put me on blood pressure medicine,
19   like, my early -- or late 20s and -- but I notice that, you
20   know, when I've taken the MMS, I mean, my blood pressure is
21   better.  I still take the medicine, but it
22   definitely -- it's -- I think it's helping.
```

Page 7

```
 1        BOB:  Well, you should take your MMS seriously,
 2   I'd say 10 to 12 drops a day, and then wean yourself off of
 3   blood pressure medicine.  Because all those kind
 4   of -- toxic.  And they may lower your blood pressure a
 5   little bit, but they'll destroy your liver, they'll
 6   destroy -- they're toxins.
 7        MR. JENNINGS:  Yeah, and I can definitely tell.
 8   I get muscle aches and things like that and -- yeah,
 9   there's definitely side effects.
10        BOB:  Absolutely.  At any rate, so to get some
11   MMS you need to text me your address --
12        MR. JENNINGS:  Okay.
13        BOB:  -- and I will -- I will send you a couple
14   of sacks, bottles, hopefully tomorrow.
15        MR. JENNINGS:  Okay.  Yeah, I'd be happy to do
16   that.  Do -- just text to this number here?
17        BOB:  Yes, please.
18        MR. JENNINGS:  Okay.
19        BOB:  What's -- what's your first --
20        MR. JENNINGS:  I'm sorry, I didn't introduce
21   myself.  My first name is Casey, my last name's Jennings.
22   And --
```

Page 8

```
 1        BOB:  Casey Jennings.  I'm --
 2        MR. JENNINGS:  I'm sorry?
 3        BOB:  I'm Bob.
 4        MR. JENNINGS:  Nice to meet you, Bob.
 5        BOB:  My pleasure, Casey.  So where -- where do
 6   you live?
 7        MR. JENNINGS:  Well, all over really.  I'm
 8   working -- I work railroad, but -- so my father-in-law's up
 9   in Ohio.  I'm -- right now I'm down in -- well, Delaware,
10   but I'm going to be in Virginia tomorrow.
11        BOB:  Wow.
12        MR. JENNINGS:  Yeah.  So we're one of, I guess,
13   the few -- last few things that are still working.
14   Everything's shut down now.
15        BOB:  So what do you do that -- you -- someone?
16        MR. JENNINGS:  We're just -- we're moving a lot
17   of coal really, like up through Pennsylvania and up into
18   Ohio --
19        BOB:  So you --
20        MR. JENNINGS:  -- and then south for West
21   Virginia.
22        BOB:  You move coal?  So --
```

Page 9

```
 1        MR. JENNINGS:  Yes, sir.
 2        BOB:  -- I would assume we -- most coal moved
 3   on rail, but you must be driving.  You go --
 4        MR. JENNINGS:  Oh, no, no.  I'm sorry.  No, I
 5   work for the railroad.  I didn't know if I told you that.
 6   Yeah.
 7        BOB:  Okay.  Cool.  Yeah, I've read a little
 8   bit -- well, I watched that -- that -- The Men Who
 9   Move -- the Men Who Made America.  It's interesting
10   to -- to, you know, go watch some of the early
11   railroad -- what would be the -- that went on with the big
12   shots in the railroad.  It's interesting stuff.
13        MR. JENNINGS:  Yeah.  Yeah.  It's good work.  I
14   mean, it's hard, but it's good.  It takes me away from my
15   family, so I'm looking forward to getting back to Ohio.
16        BOB:  I -- I bet you are.  Well, so you're
17   going to text me your daddy-in-law's address or your home
18   address?
19        MR. JENNINGS:  I will -- actually you know
20   what?  You said you -- you can send it tomorrow?
21        BOB:  Yes.
22        MR. JENNINGS:  Okay.
```

Page 10

1      BOB:  And it'll get there -- it'll get there
2  probably -- what's tomorrow, Thursday?  It may be Saturday
3  or Monday before you receive it.
4      MR. JENNINGS:  Well, that's perfect, then,
5  because that's -- yeah, so then I might have you -- if you
6  don't mind, I'll give you my address and then -- I'm
7  actually going to be taking it up -- I'm going up to Ohio,
8  so I'll take it up to him.
9      BOB:  Okay.  That's fine.  I don't -- doesn't
10  matter to me.
11      MR. JENNINGS:  Okay.
12      BOB:  So if you'll shoot that to me, I
13  will -- I will make sure I get that -- I've already made
14  the packages.  I've just got to address them and send them
15  off.  So I've got about, I don't know, four or five already
16  tomorrow to send off.
17      MR. JENNINGS:  Okay.  I will -- I will text you
18  that then tonight, sir.
19      BOB:  Well, that would be great.  Yeah, as soon
20  as you can, because if -- sometimes if I don't get it in
21  the evening and get it addressed in the mornings, I get in
22  a hurry, then I just put it off until the next day.  The

Page 11

1  sooner the better.  All right?
2      MR. JENNINGS:  Will do.  Will do.  I
3  appreciate --
4      BOB:  All right.
5      MR. JENNINGS:  -- you taking my call, and
6  again, good talking with you and I appreciate your help.
7      BOB:  And -- and you know how to take it and
8  all, right?
9      MR. JENNINGS:  Yes, sir.  Yes, sir.
10      BOB:  Okay.  Good.  All right.  If you have any
11  questions, you can holler back at me, but I appreciate your
12  call.
13      MR. JENNINGS:  Thank you, Bob.  Take care.
14      BOB:  Thank you, man.  You, too.
15      MR. JENNINGS:  All right.
16      BOB:  Bye-bye.
17      MR. JENNINGS:  Bye-bye.
18      (Call ended.)
19
20
21
22

Page 12

1          CERTIFICATE OF TRANSCRIBER
2
3  I, Rebecca L. Stonerock, do hereby certify that to the best
4  of my knowledge and belief, the attached transcript is a
5  true and accurate transcription of the indicated audio
6  recording.
7
8  I further certify that I am neither attorney nor counsel
9  for nor related to nor employed by any of the parties to
10  the action; further, that I am not a relative or employee
11  of any attorney or counsel employed by the parties hereto,
12  nor financially or otherwise interested in the outcome of
13  this action.
14
15  _____     _____
16      Date            Rebecca L. Stonerock
17                      Transcriber
18
19
20
21
22

# EXHIBIT

# 5



# EXHIBIT

# 6



# EXHIBIT

# 7



# EXHIBIT

# 8

# Genesis II Church of Health and Healing

**Church website:** genesis2church.is

**G2C Provider:** g2sacraments.org

**G2 Radio station:** g2voice.is

**G2 Documentary:** quantumleap.is

**G2C Books:** g2churchbooks.org

**Emails:**
Bishop Jonathan Grenon: jonathan@genesis2church.is
Bishop Jordan Grenon: jordan@genesis2church.is

RESTORING HEALTH TO THE WORLD

GENESIS II

CHURCH OF HEALTH & HEALING

*A Free Church under Common Law*

0211.20

10001

**CHICK • USA (909) 987-0771** www.chick.com

# EXHIBIT

# 9







# G2sacraments
## and the
## Genesis II Church

*We of the Church believe in...*

*Doing good deeds*
*Doing what is right*
*Good health for all mankind*
*Freedom for all mankind*
*Enlightening others with truth*
*Helping one another*
*Maintaining integrity in all things*

# EXHIBIT

# 10

## Common Questions and Answers

Q: Why pour out half the dose?
A: In the starting procedure you need to start with less than 1 drop per hour.

Q: Can I save the other half and not pour it out?
A: No, it may weaken over the next hour.

Q: Why did my DMSO freeze?
A; DMSO freezes at 60 degrees F. Place it in warm water to thaw.

Q: When can I start the protocol 1000?
A: After the starting procedure, do not rush go slow and steady.

Q:My DMSO leaked, what do I do?
A: Apologies, As DMSO freezes it can expand and leak. The DMSO should still be usable but for a replacement please contact us at g2sacraments@gmail.com.

Q:How long does mms last?
A:Unactivated last 3-5 years.

Q:How to store MMS and HCl?
A: In a cool dry place out of sunlight.

Q: Can I take MMS with juices?
A: You must acquire chlorine dioxide test strips and do the proper testing to be sure.

## Contact information

Read the history of the Genesis II Church and what causes DIS-EASE in the book **"Imagine, A World Without DIS-EASE"** by Archbishop Mark Grenon www.g2churchbooks.org

- **Support questions:**
- Support@genesis2church.is
- **Seminar inquires:**
- Jonathan@genesis2church.is
- **Sacramental Guidance:**
- Joseph@genesis2church.is
- **Order inquires**
- G2sacraments@gmail.com
- **Membership interest:**
- Membership@genesis2church.is
- **Colombia restoration Center:**
- Mark@genesis2church.is

**Websites:**
**Genesis2church.is**
**G2sacraments.org**
**Quantumleap.is/**
**G2voice.is**
**MMStestimonials.is**
**MMS testimonials youtube**





RESTORING HEALTH TO THE WORLD
GENESIS II
CHURCH OF HEALTH & HEALING

## G2sacraments and the Genesis II Church

*We of the Church believe in...*

*Doing good deeds*
*Doing what is right*
*Good health for all mankind*
*Freedom for all mankind*
*Enlightening others with truth*
*Helping one another*
*Maintaining integrity in all things*

# EXHIBIT

# 11

## What are the Sacraments of the Genesis II Church?

Our sacraments are minerals that have proven healing properties. The most popular being MMS1 (Chlorine Dioxide) that has been used for over 90 years to clean hospitals, gymnasiums, meat and fish markets without needing to rinse off the products because it leaves behind no toxins.

Our most common sacramental kit is the g2kit2 which has the MMS, HCL activator, and the DMSO,

MMS is the mineral sodium chlorite that needs to be activated to become chlorine dioxide.

HCL is Hydrochloric acid (stomach acid) that we use to acivate the MMS.

DMSO is a solvent made from trees during the process of making paper. It naturally has anti-inflammatory properties and is used to help bring MMS1 deeper into the body.

## The Starting Procedure Day one

Step 1. Use an empty, clean, dry, drinking glass. Tilt the glass slightly sideways and drop one drop of MMS1 so the drop goes to the corner of the down part of the glass. Drop one drop of activator on top of the MMS drop. Shake the glass a little to mix the drops.

Step 2. Wait 20 to 30 seconds and then use a cup to measure 1/2 cup of water to put in the glass... This is 4 ounces. Make sure the drops are mixed into the water.

Step 3. Then pour off one ounce of water and take it. That is 1/4 of the liquid now in the glass you can take it as it is or you can add some additional water to the ounce before you take it.

**God bless! Enjoy the free gift tract and business card. Please share it!**

To continue with the starting procedure go to genesis2church.is/videos

for more protocols go to g2voice on youtube

**NOTE: Things that Neutralize Chlorine Dioxide are: Vitamin C, Any Antioxidant, Coffee, Tea, Milk, Alcohol, chocolate, many supplements and medications.**

| Time | Sacrament |
|------|-----------|
| 9:00 AM | MMS1 |
| 10:00 AM | MMS1 |
| 11:00 AM | MMS1 |
| 12:00 PM | MMS1 |
| 12:30 PM | MMS1 |
| 1:00 PM | Lunch |
| 2:00 PM | MMS1 |
| 3:00 PM | MMS1 |
| 4:00 PM | MMS1 |
| | MMS1 |

# EXHIBIT

# 12



## The entire Bible is God's Word and is equally important.

**Matthew 4:4** [4] But he answered, "It is written, "'Man shall not live by bread alone, but by every word that comes from the mouth of God.'"

**Deuteronomy 32:47** [47] For it is no empty word for you, but your very life, and by this word you shall live long in the land that you are going over the Jordan to possess."

*People have made the mistake of being unbalanced and not reading all the Scriptures. Only knowing PARTS of God (certain books of Bible) is a form of idolatry. You cannot pick the parts of God to love without becoming an idolater.*

**John 4:23-24** [23] But the hour is coming, and is now here, when the true worshipers will worship the Father in spirit and truth, for the Father is seeking such people to worship him. [24] God is spirit, and those who worship him must worship in spirit and truth."

## Live a godly life and overcome temptation.

*How did Jesus send off the devil? If Jesus needed scripture to defend Himself against the devil, what chance do we have without it?*

**Matthew 4:4** [4] But he answered, "It is written, "'Man shall not live by bread alone, but by every word that comes from the mouth of God.'"

**Matthew 4:7** [7] Jesus said to him, "Again it is written, 'You shall not put the Lord your God to the test.'"

**Matthew 4:10** [10] Then Jesus said to him, "Be gone, Satan! For it is written, "'You shall worship the Lord your God and him only shall you serve.'"

**Psalm 119:11** [11] I have stored up your word in my heart, that I might not sin against you.

## You will find wisdom for everything in the Scriptures.

**Proverbs 2:6** [6] For the LORD gives wisdom; from his mouth come knowledge and understanding;

**James 1:5** [5] If any of you lacks wisdom, let him ask God, who gives generously to all without reproach, and it will be given him.

## To understand answers to prayer, we must know the Scriptures.

**Matthew 11:2-5** [2] Now when John heard in prison about the deeds of the Christ, he sent word by his disciples [3] and said to him, "Are you the one who is to come, or shall we look for another?" [4] And Jesus answered them, "Go and tell John what you hear and see: [5] the blind receive their sight and the lame walk, lepers[a] are cleansed and the deaf hear, and the dead are raised up, and the poor have good news preached to them.

*John asked Jesus a simple question and Jesus' answer seemed strange. Jesus didn't give him a straight answer. John HAD to know scripture. WISDOM FOR EVERY SITUATION IS FOUND IN THE SCRIPTURES.*

**Our ministry would love to show you a fun and easy way to encourage people to read the Bible. We do not discuss doctrine, theology or denomination, just the importance of reading of God's Word. This bookmark is a gift from Witnessing Uganda Ministries, a non-denominational ministry.**

*http://witnessinguganda.com*
*witnessinguagnda@gmail.com*
*(865) 654-7147*

# EXHIBIT

# 13

ntal **Cleansing Water**

MMS

to be cleansed for health, so must
ody, **the blood** and its tissues be
health - Archbishop Mark Grenon

ONLY for Sacramental Protocols

Chlorite (a mineral found in natural deposits),
alt), 1% trace minerals, 71.6% purified water

# EXHIBIT

# 14

