UNITED STATES DEPARTMENT OF JUSTICE

CONSUMER PROTECTION BRANCH

Genesis II Church of Healing and Health Podcast:

Jonathan Grenon

G2 Church Sacramental Daily Bottle

Page 2

```
 1              P R O C E E D I N G S
 2       JONATHAN GRENON:  Good morning, everyone.  Bishop
 3   Jonathan Grenon here on this May 3rd, Sunday.  I just
 4   wanted to do a little piece on what's been going on a
 5   little bit and get more information out.  Just passing
 6   it on.
 7       First, I'd like to start off with a -- with
 8   reading a little Scripture from the Bible, King James
 9   version, and here's what it says.  Psalms 96, verse 10
10   through 13:  Say among the heathen that the LORD
11   reigneth:  the world also shall be established that it
12   shall not be moved:  He shall judge the people
13   righteously.  Let the heavens rejoice, and let the
14   earth be glad; let the sea roar, and the fulness
15   thereof.  Let the field be joyful, and all that is
16   therein:  then shall all the trees of the wood rejoice
17   before the Lord:  for He cometh, for He cometh to judge
18   the earth:  He shall judge the world with
19   righteousness, and the people with His truth."
20       I was reading this the other day and seeing how
21   we've been attacked, harassed, and basically wrongfully
22   accused, if you want to say, of many things, and also
```

Page 3

```
 1   stating that we aren't a church by the media, FDA, DOJ,
 2   et cetera.  And really is -- we serve the Lord Jesus
 3   Christ, and as it states in the Word, He's coming soon
 4   to judge, and that's what we're doing.  We're leaving
 5   it in the hands of the Lord to take care of everything.
 6       If you're still seeking our sacraments, there are
 7   many members and bishops that are providing it freely,
 8   okay?  Some people accept donations, and some can
 9   freely.  Some donate so others can receive freely.  So
10   it's basically a great system to help others, which
11   we're commanded to do.  And especially in this church,
12   that's one of our things is helping others, okay, in
13   their health and many other ways, food, et cetera,
14   clothing.  As a missionary, we've also built houses,
15   shelters for people.  So for them to say that is
16   demeaning and wrong.  It's a blatant lie.  And so I'm
17   just trying to spread the word of truth.  God is going
18   to judge every one of you that are trying and working
19   on shutting down the Genesis II Church and lying about
20   it because we aren't.  We're going forward as our Lord
21   commands us.
22       So to keep going and going with a little bit of
```

Page 4

```
 1   good news here that we're receiving, I read something
 2   -- I'm trying to read something every week, at least
 3   when I do present something, so here we go.  "I just
 4   got the course."  That's our video course.  You can
 5   learn and study how to help others with our sacraments,
 6   and yourself, and to live a healthy lifestyle, you
 7   know?  We have a right to choose from God, first of
 8   all, yeah?  "Very happy and excited about it.  I'd like
 9   to embellish on my testimony as it is a big deal for
10   me.  I've been experiencing dental sensitivity, which
11   had developed into a tooth infection, however, could
12   not get to my dentist as the COVID-19 pandemic order
13   for all dental clinics to close.  My dentist insisted
14   that I take antibiotics or recommended I take an over-
15   the-counter pain killer for the pain, and he confirmed
16   that nothing else would cure a tooth infection.  He
17   called in a prescription to my local pharmacy, which I
18   retrieved, but I refused to take as I had not taken
19   antibiotics since I could remember and had been
20   building my immune system for years, and did not want
21   to destroy my microbiome and compromise my immunity by
22   taking a penicillin antibiotic, especially during a
```

Page 5

```
 1   viral pandemic, COVID-19.
 2       My dentist was happy I had the antibiotics if I
 3   needed them and was compliant with my decision to not
 4   take the antibiotics.  The pain lessened and became
 5   manageable until about two weeks later when I was up
 6   all night in constant pain.  I literally stayed up most
 7   of the night in prayer and meditation, praying for an
 8   answer to what seemed like a hopeless situation.  That
 9   morning I reluctantly grabbed the Tylenol extra
10   strength from my prepper kit and set it on the kitchen
11   counter, and pondered taking it while preparing my
12   morning coffee.  Then suddenly like a slap upside the
13   head, I remembered that I recently purchased just about
14   100 grams of sodium chlorite in citric acid.  I was
15   having trouble procuring hydrochloric acid" -- or
16   finding it, getting it, acquiring it; it's an activator
17   -- "until I switched my search engine from Google.Go as
18   Google," and YouTube censors such things.
19       "I suddenly felt compelled to make my first batch
20   of MMS," which is considered -- named as MMS, also
21   sodium chlorite, or cleansing waters, or G2 Sacraments,
22   et cetera, okay?  There's many names for things.  We
```

Page 6

1  have it as our sacrament in the church, one of them.
2  There are many things that we use. So "and I quickly
3  got to work. I whipped it up, waited for a bit and
4  took a dose. I then began to make some breakfast. I
5  literally didn't even finish frying an egg, and I
6  noticed I was no longer in pain. I could still notice
7  a twang in my jaw, but there was no pain associated
8  with that at all. I was flabbergasted. A few hours
9  later, the twang was gone, and I found myself sharing a
10 Rice Crispy square with my daughter and noticed I was
11 chewing on the infected side of my jaw." That should
12 affect it, right? "And I hadn't been able to chew on
13 that side of my mouth for weeks.
14    At this point, it has been three days since I
15 started the protocol. I'm completely pain free. I had
16 been briefing information on MMS for weeks at this
17 point and had a general understanding of it, and to me,
18 the science just makes sense." So already had faith in
19 it, okay? That's what we say, take it with faith.
20 "But then after personally experiencing this miraculous
21 incident firsthand, I was completely 100 percent
22 convinced in the power of MMS," our sacrament. "I'm so

Page 7

1  grateful to have you and your family in taking the
2  front lines in this advocacy. I think I first saw you
3  on the Age of Truth TV, and I am very grateful that you
4  are providing a course so that I can better understand
5  this master mineral solution and maybe become a part of
6  this miraculous movement."
7     Thank you for sending that in. It's wonderful to
8  hear these. We receive so many all the time, reviews,
9  testimonies, written, videos lately of many different
10 -- always different illnesses, diseases. I don't know
11 all how it works completely. I don't think anyone in
12 the world does. We know much about it because we're
13 learning more and more, but it's simple. I see it and
14 take it with faith. The Lord Jesus Christ has provided
15 it for me, and -- while I was sick, and so I'm just
16 passing on the information to everyone there, okay?
17    Also, this -- in this -- in this newsletter,
18 you're going to see some video testimonies, new ones,
19 English, Spanish, I think German in one also, and we're
20 just trying to get the information out. And, you know,
21 quick and easy, this is what it does. That's why
22 people say it's miraculous, okay, because how fast and

Page 8

1  how quick and so broad spectrum, how our sacraments are
2  working, okay?
3     So really, this is not how to do it because you
4  can find those protocol videos and stuff online. I'm
5  just trying to show you kind of my daily things I do,
6  my family and I. We did the other day -- what did we
7  do -- we took a dose, right? That's what I did. Then
8  the other day I brushed my teeth with it on the last
9  more recent video. So this is something I prepare
10 every day usually, and we tell you how to mark it for
11 your doses, hourly for the eight-hour sacrament
12 protocol.
13    But I just -- I just know what numbers I need, how
14 many drops I figure I want this, and I just go ahead
15 and sip on it throughout the day, take some doses, you
16 know, keep this water cleansing my blood, keep my
17 health of me and my family. And basically, it's
18 already prepared. I think I did this whole liter-and-
19 a-half or something bottle, and I did -- it made like
20 20 to 24 drops activated, and we show how to do that.
21 I'm just trying to show you what I do.
22    Then I take a dose. Sometimes I'll pour some out,

Page 9

1  or sometimes I'll just grab it and take some chugs when
2  I'm even thirsty because I also want to be giving
3  myself minerals and things, right? This is -- is this
4  a mineral. When you're drinking it, you're getting
5  things you need, not just water, which water is great,
6  okay? They can say that -- they can say that we can't
7  say this cures and heals. You're not taking that away
8  from anyone. This is a church, and it must be
9  respected. And what we do with this is just see
10 healing, okay? That's all we're doing. And here, I'll
11 have a little chug for everyone out there. Here you
12 go.
13    (Drinking solution.)
14    JONATHAN GRENON: Take a chug, sips throughout the
15 day. I just make sure I'm not taking anything that
16 could neutralize it so I get the good effects of it.
17 That's what it is. Very simple.
18    God bless you all. I hope you have a great day,
19 and enjoy the video and this information. Check out
20 what we've got, and see you soon.
21    (End of video.)
22