**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the United States' supplemental memorandum in support of its motion for an order to show cause why Defendants should not be held in contempt (DE 39). It is **ORDERED AND ADJUDGED** that:

1. Individual defendants, whether *pro se* or represented by counsel, shall file a response to Plaintiff's memorandum by **June 1, 2020**. Counsel for Genesis II Church of Health and Healing shall also file a response to Plaintiff's memorandum by **June 1, 2020**.

2. Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of May, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE