### RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 20-21601-CIV-WILLIAMS

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**GENESIS II CHURCH OF HEALTH AND HEALING; MARK GRENON; JOSEPH GRENON; JORDAN GRENON; and JONATHAN GRENON,**

For:
Matthew Feeley
U.S. ATTORNEY'S OFFICE
99 NE 4th Street, Suite 300
Miami, FL 33132

SOP2020000783

Received by Service of Process, Inc. on the 27th day of May, 2020 at 8:33 am to be served on **JORDAN GRENON, 6210 35th Avenue West, Bradenton, FL 34209**.

I, Jason Stolberg, do hereby affirm that on the **27th day of May, 2020** at **12:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **ORDER TO SHOW CAUSE** with the date and hour of service endorsed thereon by me, to: **JORDAN GRENON** at the address of: **6210 35th Avenue West, Bradenton, FL 34209**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served. No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Jason Stolberg
#6009

Service of Process, Inc.
P.O. Box 653653
Miami, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2020000783
Ref: R20FLS11007-130

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the United States' supplemental memorandum in support of its motion for an order to show cause why Defendants should not be held in contempt (DE 39). It is **ORDERED AND ADJUDGED** that:

1. Individual defendants, whether *pro se* or represented by counsel, shall file a response to Plaintiff's memorandum by **June 1, 2020**. Counsel for Genesis II Church of Health and Healing shall also file a response to Plaintiff's memorandum by **June 1, 2020**.

2. Plaintiff shall immediately provide a copy of this Order to Defendants by service at their last known email addresses and physical addresses.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of May, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE