## Goldstein, Ross

| | |
|---|---|
| **From:** | Goldstein, Ross |
| **Sent:** | Thursday, April 23, 2020 8:33 PM |
| **To:** | Archy; jordan@genesis2church.is; joseph@genesis2church.is; jonathan@genesis2church.is; contact@genesis2church.is |
| **Cc:** | Frank, David; Feeley, Matthew (USAFLS) |
| **Subject:** | United States v. Genesis II Church et al. |
| **Attachments:** | 051122027768.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Archy | | |
| | jordan@genesis2church.is | | |
| | joseph@genesis2church.is | | |
| | jonathan@genesis2church.is | | |
| | contact@genesis2church.is | | |
| | Frank, David | Delivered: 4/23/2020 8:33 PM | Read: 4/24/2020 10:59 AM |
| | Feeley, Matthew (USAFLS) | Delivered: 4/23/2020 8:33 PM | Read: 4/24/2020 6:53 AM |

In accordance with the attached order, I am hereby providing you with a copy of said order, entered by the court this evening. To effect paragraph 6 the court's order, kindly provide us with valid physical addresses for each defendant by return email.

Very truly yours,



**Ross S. Goldstein | Senior Litigation Counsel**
United States Department of Justice
Consumer Protection Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel:  (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov