## Goldstein, Ross

| | |
|---|---|
| **From:** | Archy <mark@genesis2church.is> |
| **Sent:** | Saturday, May 9, 2020 6:38 PM |
| **To:** | Goldstein, Ross; joseph@genesis2church.is |
| **Cc:** | Frank, David; Feeley, Matthew (USAFLS); Bishop Jonathan Grenon; Bishop Jordan Grenon; williams@flsd.uscourts.gov |
| **Subject:** | Re: United States v. Genesis II Church, et al. |
| **Attachments:** | Respsonse to Goldstein about our address and their contempt of the 1st Amendment-Final.docx |

Mr. Goldstein, Please see the attachment and obey it.

In the Name of the Lord Jesus Christ

Bishop Mark Grenon

On 5/8/2020 3:15 PM, Goldstein, Ross wrote:
> Please see the attached correspondence.



**Ross S. Goldstein | Senior Litigation Counsel**
United States Department of Justice
Consumer Protection Branch
450 Fifth Street, NW #6400
Washington, D.C. 20001

Tel:  (202) 353-4218
Fax: (202) 514-8742
ross.goldstein@usdoj.gov



May 9th, 2020

**Mr. Goldstein,**

**Joseph and I are working as missionaries outside of the U.S. at this time. Our U.S. address is our Home Church, the Genesis II Church of Health and Healing at 2014 Garden Lane, Bradenton, Florida.**

You need to **UNDERSTAND** us and drop this unlawful Constitutional violating case against the Genesis II Church of Health and Healing and its members immediately!

We are a religion in every sense of the word and the U.S. Government has NO say or can make NO Law stopping our Church's Sacraments whatsoever! **For you to say we are 'secular' and NOT is VERY OFFENSIVE TO US!**

**Again**, I have to mention the obvious because you, Mr. Goldstein and all the U.S. attorneys involved as well as and the U.S. judge involved in this case seem to NOT understand the meaning on it! Maybe, that is why you all choose to disobey your oaths to defend because of ignorance OR you know what it says and you all willfully disobeying it! Either way you are wrong and committing "GROSS NEGLIGENCE" and CONTEMPT against the 1st Amendment of the U.S. Constitution! **You are ALL in Contempt of the 1st Amendment and the Word of God!**

# 1st Amendment of the U.S. Constitution



**What is religion in the 1st Amendment anyways?**

## The word "religion" in the Bible – God's Word

**5 times the word 'religion' is mentioned in the King James Bible**

"Which knew me from the beginning, if they would testify, that after the most straitest sect of our religion I lived a Pharisee.", Acts 26:5

"For ye have heard of my conversation in time past in the Jews' religion, how that beyond measure I persecuted the church of God, and wasted it:", Galatians 1:13

"And profited in the Jews' religion above many my equals in mine own nation, being more exceedingly zealous of the traditions of my fathers.", Galatians 1:14

"If any man among you seem to be religious, and bridled not his tongue, but receiveth his own heart, this man's religion is vain.", James 1:26

> **"Pure religion and undefiled before God and the Father is this, To visit the fatherless and widows in their affliction, and to keep himself unspotted from the world.", James 1:27**

### The Contempt of the U.S. Federal Court against the 1st Amendment and God has begun!

The rule of law found in the 1st Amendment of the U.S. Constitution in regard to our Church or religion is being blatantly ignored by you as the U.S. Attorneys that took an oath to uphold it. The Judge in charge of this case is also signing orders that are completely unconstitutional as she is also violating her oath in defending the U.S. Constitution. The U.S. Attorneys and Judge are defending a proven corrupt agency that is responsible for 'approving' drugs that are literally responsible for killing many yearly.

**Question:** Do you care about public safety or protecting the 'monopoly' the FDA has in regard to 'approving' or 'non approving' drugs for the pharmaceutical industry?

The Sacraments of a Church or a religion **DO NOT** need any approval by any government agency. In fact, Churches are protected from ANY government agency prohibiting our exercise of our beliefs.

Look at what the man involved in writing the 1st Amendment said about government involvement in any religion.

**1802 January 1.** (Thomas Jefferson to the Baptist Association of Danbury, Connecticut).

"Believing with you that religion is a matter which lies solely between Man & his God, that he owes account to none other for his faith or his worship, that the legitimate powers of government reach actions only, & not opinions, I contemplate with sovereign reverence that act of the whole American people which declared that their legislature should 'make no law respecting an establishment of religion, or prohibiting the free exercise thereof,' **thus building a wall of separation between Church & State."**

The Church is completely separate from the State!

**NOTE: You can't make a law to even ask me to come to court to defend our 1st Amendment Rights!**

Do you know basic law? William Blackstone knew Law and was a contemporary of Thomas Jefferson when he wrote:

"The doctrines thus delivered we call the revealed or divine law, and they are to be found only in the holy scriptures are found upon comparison to be really part of the original law of nature. Upon these two foundations, the law of nature and the law of revelation, depend all human laws; that is to say, **no human laws should be suffered to contradict these**."

William Blackstone

"Man must necessarily be subject to the laws of his Creator. This will of his Maker is called the Law of Nature. This Law of Nature is superior to any other. **No human laws are of any validity if contrary to this.**"

William Blackstone

Man must necessarily be subject to the laws of his Creator. This will of his Maker is called the Law of Nature. This Law of Nature is superior to any other. No human laws are of any validity if contrary to this.

William Blackstone

Noah Webster in his dictionary wrote what was meant by religion as Jefferson did also. They knew what the definition of the word religion meant. **Do you?**

**RELIGION**, *noun* relij'on. [Latin religio, from religo, to bind anew; re and ligo, to bind. This word seems originally to have signified an oath or vow to the gods, or the obligation of such an oath or vow, which was held very sacred by the Romans.]

1. *religion* in its most comprehensive sense**, includes a belief in the being and perfections of God, in the revelation of his will to man, in man's obligation to obey his commands, in a state of reward and punishment, and in man's accountableness to God;** and also true godliness or piety of life, with the practice

of all moral duties. It therefore comprehends theology, as a system of doctrines or principles, as well as practical piety; for the practice of moral duties without a belief in a divine lawgiver, and without reference to his will or commands, is not *religion*

**2.** *religion* as distinct from theology, **is godliness or real piety in practice, consisting in the performance of all known duties to God and our fellow men, in obedience to divine command, or from love to God and his law. James 1:26.**

**3.** *religion* as distinct from virtue, or morality, **consists in the performance of the duties we owe directly to God, from a principle of obedience to his will.** Hence, we often speak of *religion* and virtue, as different branches of one system, or the duties of the first and second tables of the law.

***Let us with caution indulge the supposition, that morality can be maintained without* religion**

4. **Any system of faith and worship.** In this sense, *religion* comprehends the belief and worship of pagans and Mohammedans, as well as of Christians; **any *religion* consisting in the belief of a superior power or powers governing the world,** and in the worship of such power or powers. Thus we speak of the *religion* of the Turks, of the Hindus, of the Indians, etc. as well as of the Christian *religion* We speak of false *religion* as well as of true *religion*

**Noah Webster's 1828 Dictionary**

So, religion is a belief system. The Bible mentions, Jew's religion i.e. Jews beliefs. Pure religion is what God says it is! Helping those that need help, orphans and widows and keeping ourselves form the world's systems and following His System, His Word!

**Cease and Desist your unlawful acts in the name of the Lord Jesus Christ, the King of Kings, and the Lord of Lords!**

*"And he hath on his vesture and on his thigh a name written, KING OF KINGS, AND LORD OF LORDS.", Rev.19:16*

You all will be judged in this life and in the life to come. If you all will NOT bow your knees to the Lord and His Word now,  you will one day for sure! You can not

escape the judgment of God. None of us can! **DO what is right and dismiss this unlawful case** against the Genesis II Church of Health and Healing.

*"Wherefore God also hath highly exalted him, and given him a name which is above every name: That at the name of Jesus every knee should bow, of things in heaven, and things in earth, and things under the earth; And that every tongue should confess that Jesus Christ is Lord, to the glory of God the Father.", Philippians 2:9-11*

May the Lord help you all to accept His authority and repent of the evil you are doing and the evil you are protecting!

Bishop Mark S. Grenon

Genesis II Church of Health and **Healing**