

UNITED STATES DEPARTMENT OF JUSTICE

CONSUMER PROTECTION BRANCH

Genesis II Church of Healing and Health Podcast:

Mark Grenon and Joseph Grenon

G2voice_broadcast_190_5_03_20.mp3

Page 2

PROCEEDINGS

1  PROCEEDINGS
2      (Music playing.) "It's a health
3  revolution. It's a health revolution. It's a thorn
4  in the side of corrupt institutions. A drop of
5  chlorine dioxide starts a health revolution. How
6  they duck and they dive, spread with lies and
7  confusion. But in truth we abide. We've got the
8  solution. It's a health revolution, it's a health
9  revolution, a health revolution" -- (Music fading.)
10      MARK GRENON: Welcome, welcome, welcome
11  to the G2voice broadcast. It is Sunday, May 3, in
12  the year of the Lord 2020. My name is Mark Grenon
13  and I'm here with my cohost --
14      JOSEPH GRENON: Joseph Grenon.
15      MARK GRENON: Joe is in the house for
16  what was supposed to be last week --
17      JOSEPH GRENON: Mm-hmm.
18      MARK GRENON: -- the tenth year
19  anniversary. We need a cake. We need a -- we need
20  a -- you know, fireworks and stuff. Ten years, Joe.
21      JOSEPH GRENON: I know. Passed so fast.
22      MARK GRENON: These people that are

Page 3

1  fighting against us think, "Oh, they're just doing
2  this for the coronavirus." We've been doing this ten
3  years as a church, three years before that, and Jim
4  since 1997. Come on.
5      JOSEPH GRENON: Mm-hmm.
6      MARK GRENON: This has been going on,
7  and all the things that are coming out about chlorine
8  dioxide, everybody knows it's safe. Even the FDA
9  that is attacking it --
10      JOSEPH GRENON: Yeah.
11      MARK GRENON: -- the CDC, the EPA. So
12  the truth's coming out, folks. And what I like about
13  that -- we're going to talk about the tenth -- last
14  week's broadcast this week about the tenth year
15  anniversary and our plans for the world. Okay? For
16  the world. We're going to talk about that in a
17  little bit.
18      Thank the Lord for people that defend
19  the U.S. Constitution and the law of God. Here's the
20  U.S. Constitution right here. Can they see it up
21  here on the --
22      JOSEPH GRENON: Mm-hmm.

Page 4

1      MARK GRENON: On the big one, right?
2      JOSEPH GRENON: Mm-hmm.
3      MARK GRENON: We've got it everywhere.
4  Not the U.S. Constitution, excuse me, the First
5  Amendment of the U.S. Constitution. And it's based
6  upon the law of God. Moral laws, you think man made
7  them? No. That's -- that's natural law. Don't
8  kill, don't steal. Don't lie FDA. Don't lie CDC.
9  Don't lie U.S. Judge. Don't lie U.S. Attorneys.
10  They're lying. They base their whole
11  lie on -- attack us like we come up with this to scam
12  people during the coronavirus.
13      JOSEPH GRENON: Yeah, to make the money
14  now, right.
15      MARK GRENON: Yeah. What -- I guess you
16  guys don't pay attention, do you?
17      Well, anyways, I really like
18  what -- Attorney General Barr sent out a memo to all
19  the U.S. Attorneys, basically everybody in
20  their -- in their system, I -- I believe, and this is
21  what he said. As the Department of Justice explained
22  recently in guidance to states and

Page 5

1  localities -- localities taking steps to battle the
2  pandemic, even in times of emergency -- see,
3  people -- emergency, stop all rights, "when
4  reasonable and temporary restrictions are placed on
5  rights, the First Amendment and first statutory law
6  prohibit discrimination against religious
7  institutions and religious believers." Okay?
8      He wrote a big memo. I even put it in a
9  Complaint I sent to the civil rights department of
10  the Justice Department. You guys pray for
11  Mr. Attorney General Dreiband, yeah.
12      JOSEPH GRENON: Dreiband, yeah.
13      MARK GRENON: He's the head of
14  the -- the civil rights department there. And we've
15  got my -- I wrote both. I wrote about the judge
16  that's lying and breach of their oath. They have to
17  take an oath to uphold that First Amendment -- all of
18  them, but let's just say the First right now -- and
19  they break it. That's like treason, folks. They
20  have to publish the -- the oath is published
21  basically. They -- they broke it. Okay? That's
22  treason.

Page 6

1      Plus their gross negligence against the
2  First Amendment.  How could you call a sacrament,
3  Joe, a drug?  You can't do that.  That's not only
4  offensive to man; God.  Okay.  So now the Lord's
5  supper's a drug because it has some efficacious
6  healing to it spiritually?
7      JOSEPH GRENON:  Mm-hmm.
8      MARK GRENON:  Huh?  So -- so water heals
9  thirst, right?  So according to the FDA code -- I
10 think it's 21 or whatever it is, some stupid
11 codes -- that it's a drug.  Classify -- if it
12 mitigates, heals, cures, and you say --
13     JOSEPH GRENON:  Can't use any of your
14 physiological -- yeah.
15     MARK GRENON:  Yeah, if you claim it,
16 it's what?
17     JOSEPH GRENON:  A drug.
18     MARK GRENON:  A drug.  Makes no sense at
19 all.
20     JOSEPH GRENON:  So the water they say is
21 a drug.
22     MARK GRENON:  Has to be.

Page 7

1      JOSEPH GRENON:  If they drink water,
2  then --
3      MARK GRENON:  It heals thirst.
4      JOSEPH GRENON:  Yep.
5      MARK GRENON:  It heals other things,
6  too, right?
7      JOSEPH GRENON:  Mm-hmm.
8      MARK GRENON:  But if you're fasting,
9  okay, it detoxes the body, takes the toxins out.  Is
10 that a -- is it a drug, water?  According to them it
11 is.  This is how insane this whole world is in way of
12 thoughts.  Once you leave the Bible, leave prayer,
13 leave the word of God, man, they're loc -- they're
14 crazy.  I was going to say loco.  They're crazy, Joe.
15     JOSEPH GRENON:  Mm-hmm.
16     MARK GRENON:  So you can look into The
17 Daily Caller, the bill -- I put the link there.  You
18 can watch it -- I mean read it, the whole thing, what
19 he said.  And we had -- President Trump even
20 retweeted that, right?
21     JOSEPH GRENON:  Yeah.
22     MARK GRENON:  What did he say about it?

Page 8

1      JOSEPH GRENON:  No, he just retweeted
2  what -- let me see --
3      MARK GRENON:  Kind of confirmed --
4      JOSEPH GRENON:  -- what this guy Jim
5  Jordan said.  He repeat -- he retweeted Donald
6  Trump's retweet.
7      MARK GRENON:  About --
8      JOSEPH GRENON:  Anyway, it says,
9  "Attorney General Barr's memo to the U.S. Attorneys.
10 The Constitution is not suspended in time of crisis."
11 And it says, "The Attorney General is right.  We
12 can't get" -- "forget freedom during coronavirus
13 crisis."
14     MARK GRENON:  Right.
15     JOSEPH GRENON:  And then he put his
16 whole entire thing in there.  So --
17     MARK GRENON:  So everybody should go to
18 church.  "Foresake not the assembling of yourselves
19 together as some is, but so much the more as you see
20 the day approaching," in Hebrews.  So they should
21 take that first and go to church.
22     First of all, folks, I don't care -- I

Page 9

1  don't care if people want to argue with me.  I don't
2  even answer the arguers.  I'm -- we're too busy.  But
3  this mass thing is a joke, as I cough -- it's a joke
4  because when you exhale you exhale carbon dioxide.
5  That a toxin that you're putting out.  You're
6  getting rid of toxic waste.  So you put it -- you put
7  it in your mouth and rebreathe it, Joe?  How can that
8  help your immune system?
9      JOSEPH GRENON:  But it's a toxin to our
10 body.  It's necessary to the planet.
11     MARK GRENON:  Yes.
12     JOSEPH GRENON:  So it's not really a
13 toxin.
14     MARK GRENON:  No, I mean it's something
15 that we can't --
16     JOSEPH GRENON:  You can't be breathing
17 it in and out.
18     MARK GRENON:  -- we can't live off of.
19     JOSEPH GRENON:  No.  Exactly.
20     MARK GRENON:  Right?  So -- and the fact
21 that you think -- they're telling you it's wrong
22 science.  Viruses are dead when they leave the body.

Page 10

1  There's very few -- very few things -- maybe
2  tuberculosis if you cough you can -- you know, it can
3  be done that way. Okay?
4       JOSEPH GRENON: They were never alive.
5       MARK GRENON: Right. But -- but you
6  understand a virus is when the body's cell starts
7  cleaning itself, the cell is infected, toxic, and
8  it's -- creates a virus, which is a solvent, to clean
9  it. Okay? And then it gets into your blood and you
10 feel -- there's all these crap leaving your cells and
11 then it goes out. Okay? That's what a virus is.
12       Viruses don't live on surfaces. Okay?
13 If they -- if they drop -- first, they're not -- not
14 alive. But if they drop on something, within seconds
15 they're gone. Okay? That's why light can kill them,
16 sunlight can kill them, so many things. And for us
17 to be cleaning all the surfaces, we're hurting our
18 immune systems, Joe.
19       JOSEPH GRENON: Mm-hmm. Mm-hmm.
20       MARK GRENON: You call it acquired
21 immunity because you let bacteria in the body. The
22 body deals with it, records it, knows what to do the

Page 11

1  next time. Okay? That's not how -- what -- the fake
2  science with the fake news is telling people this,
3  this and this is true. So many doctors, so many
4  scientists say it's wrong.
5       JOSEPH GRENON: You've got the human
6  virome and you've got the human bacterium, and those
7  are billions and trillions --
8       MARK GRENON: Yeah.
9       JOSEPH GRENON: -- of viruses and
10 bacterias that our body need to survive.
11       MARK GRENON: Right.
12       JOSEPH GRENON: So --
13       MARK GRENON: Because we are bacteria.
14       JOSEPH GRENON: We're going to be afraid
15 of this little thing.
16       MARK GRENON: No, they're trying to make
17 a sterile environment which will kill people. They
18 won't have an immune system.
19       JOSEPH GRENON: They're making healthy
20 people afraid of healthy people. I mean, literally
21 people walk across the street to not walk by you.
22       MARK GRENON: Yeah, that's just crazy,

Page 12

1  man. Then they're going to push the vaccine.
2  They're pushing it already. Oh, I heard the other
3  day Israel got one. They found -- it should be out
4  soon. Like what? Then San Diego, they just got one.
5  So they're pushing -- Bill Gates and all his evil
6  imps of hell are pushing the vaccine, folks. Don't
7  take the vaccine.
8       And now they're talking about putting in
9  the mark, "Oh, now Grenon's saying don't take the
10 vac" -- we've been saying that for years --
11       JOSEPH GRENON: Mm-hmm.
12       MARK GRENON: -- because my voice, swine
13 flu 1976 paralyzed. Never came back.
14       JOSEPH GRENON: Watch, everything's
15 going down. Numbers are going down right now.
16 They're going to put the -- the vaccine in when it's
17 almost at zero and then all of a sudden it's nothing.
18 "Oh, see? We did it."
19       MARK GRENON: Yeah.
20       JOSEPH GRENON: "It worked." They do it
21 all the time.
22       MARK GRENON: I heard a guy, his

Page 13

1  kid -- son, it's tragic, committed suicide and
2  they -- they posted it as a COVID-19 death. Suicide.
3  All these people in this rest home, 70 yesterday
4  died, right? Seventy people in Massachusetts where
5  my -- my aunt used to live, Holyoke. That's why I
6  remembered it. Seventy people died of -- well, is
7  there 5G right there? They're all sick. What
8  happened? So you've got to understand 5G is
9  radiation and it gives -- causes radiation poisoning
10 to the cells and the cells start producing viruses.
11       JOSEPH GRENON: That's just so --
12       MARK GRENON: They say the people that
13 died like hypoxia when lack of -- you know, climbing,
14 lack of oxygen, and that's exactly what radiation
15 poisoning does.
16       JOSEPH GRENON: Exactly. And what they
17 were saying, also, is that it shuts your ability to
18 absorb air, oxygen. So what your body does is your
19 body just shuts down. You start even convulsing --
20       MARK GRENON: You can't breathe.
21       JOSEPH GRENON: Yeah, you can't breathe.
22 Your body --

Page 14

1        MARK GRENON:  Because the body can't
2  absorb the oxygen.
3        JOSEPH GRENON:  Exactly.
4        MARK GRENON:  That's what's happening.
5  These -- all these doctors are talking about it,
6  folks.
7        JOSEPH GRENON:  And then the vent -- the
8  ventilators, they're forcing oxygen in and causing
9  people to die.
10        MARK GRENON:  Yes.
11        JOSEPH GRENON:  I was reading that many
12  times.
13        MARK GRENON:  Oh, no, it's so true.
14  They're -- that -- ventilators will kill you.  I saw
15  a doctor last night, he's really controversial, but
16  he's really right.  What was his name, Buttar Rashid?
17  Anyways, he -- doesn't matter.  He's everywhere and
18  they took him off YouTube.  He had nine million
19  views, Joe, in, like, a week.  They took him off, so
20  he's got his own little place and they're putting it
21  up in sections.  Good guy.  I like the guy.  I mean,
22  he's a doctor and still talks some of the -- the

Page 15

1  stuff I don't agree with because I want to go
2  natural, but when he's talking on that, you know,
3  topic he's right.
4        You know, when a guy's right, they're
5  right.  Truth is truth --
6        JOSEPH GRENON:  Mm-hmm.
7        MARK GRENON:  -- right?  I don't care
8  who says it.  So I like the guy.  I really do.
9        Now let's get into some happy times.
10        JOSEPH GRENON:  The good stuff.
11        MARK GRENON:  That's what's going on,
12  folks.  You pray.  Everybody out there praying, a lot
13  of people.  Thank you so much for writing us, telling
14  us you're praying, God's going to help.  I mean, just
15  wonderful people.  I get a few real asses.  One guy
16  said, "God hates you.  He F-ing hates you."  I'm like
17  why would you write that?  Why would you -- God
18  doesn't hate anybody.
19        JOSEPH GRENON:  That's what I was going
20  to say.
21        MARK GRENON:  God is love, right?
22        JOSEPH GRENON:  God doesn't hate

Page 16

1  anybody.
2        MARK GRENON:  So first of all, he's
3  talking like the devil, "God hates you."  God doesn't
4  hate anybody.  He might hate what you're doing, but
5  He doesn't hate you.
6        JOSEPH GRENON:  Mm-hmm.
7        MARK GRENON:  He -- you're made in His
8  image.  How can He hate something --
9        JOSEPH GRENON:  We're his child.
10        MARK GRENON:  Yeah.  So first of all,
11  the guy's a retard by even saying that.  Probably
12  just cursed himself from God -- see, every time I
13  talk a lot I cough because of my paralyzed vocal
14  cord.  I have to clear my throat.  So people think,
15  "How come MMS hasn't cured that?"  You poke your eye
16  out, is MMS going to cure that, Joe?
17        JOSEPH GRENON:  No.
18        MARK GRENON:  You cut your finger
19  off -- well, maybe.  We've read some.
20        JOSEPH GRENON:  Maybe.
21        MARK GRENON:  -- good testimony, fingers
22  grew back.  That's crazy.  Not with MMS, but other

Page 17

1  things.
2        Okay.  This is Jim and I.  We've got a
3  picture of ten -- this was in 2012.  We tried to
4  back --
5        JOSEPH GRENON:  I think it was 2012,
6  yeah.
7        MARK GRENON:  Right around there because
8  we were in Bulgaria.
9        JOSEPH GRENON:  End -- end of 2012.
10        MARK GRENON:  Yeah.  We were in Bulgaria
11  where we injected a lot of people.  For a year I was
12  injecting people, plus they were drinking very strong
13  doses.  We cured a lot of people, yet we tortured a
14  lot of people.  And so now we have protocols that we
15  don't inject, we don't -- we -- we make it every hour
16  and we put it in the body very slowly.  And boy, what
17  a -- well, I'll read the testimonies.
18        They can tell you what they want.  And
19  this is -- kind of pisses me off.  Well, not kind of,
20  it does.  Because people who listen to, "Well, the
21  scientists are proving" -- okay.  That's good.  You
22  can -- you can say this does this and MMS does this

Page 18

1    and chlorine dioxide does this and then turns
2    in -- and there's a lot of things you can observe
3    that are basic things that, yeah, you can prove it.
4          JOSEPH GRENON:  Mm-hmm.
5          MARK GRENON:  But whether it's proved or
6    not -- proven or not, they could be wrong about the
7    physics of what's going on.  Okay?  So if they're
8    wrong, are you going to go, "Oh, MMS doesn't work"?
9    No.  The reason it works might -- what they're saying
10   might not be correct.  But I got the stuff that I'm
11   going to read in a second that shows it does work and
12   this is the evidence.
13         What would you rather have, some theory
14   that may be wrong because they've got this does this
15   and they find out later it doesn't do that that way
16   and this way in the body because they've got
17   microscopes now, more technology to -- okay.  Fine.
18   Cellular level this is going on.  What about the
19   molecular level?  What about down to the atomic
20   level?
21         So I really stand -- and I was fighting
22   with some people.  They're friends.  "Well, we need

Page 19

1    to prove to President Trump" -- they've done all that
2    proof.  That's why they have the -- the studies and
3    the --
4          JOSEPH GRENON:  Mm-hmm.
5          MARK GRENON:  -- patents -- excuse
6    me -- the patents --
7          JOSEPH GRENON:  Of chlorine dioxide.
8          MARK GRENON:  Yeah.  And they're
9    approved.
10         JOSEPH GRENON:  Mm-hmm.
11         MARK GRENON:  They've been using it for
12   a long time.
13         JOSEPH GRENON:  Who approves them?
14         MARK GRENON:  FDA, EPA use it on food
15   that you eat, use it to -- oh, man, it's a list of
16   stuff.  For them to attack us is so stupid.  But
17   they're evil.  All the people that told them to do it
18   are evil.  Okay?
19         So, folks, we were in Bulgaria -- excuse
20   me, Prague.  Had a great seminar there.  Good guy
21   over there, Pavel, one of our bishops.  They had,
22   like -- when we were over there a million people

Page 20

1    watched the TV.
2          JOSEPH GRENON:  Yeah, it was something
3    like that.
4          MARK GRENON:  About somewhere -- a guy
5    with his doctor we interviewed -- well, they
6    interviewed.  We were just there.  And then we were
7    interviewed in Prague.  Had, like, 300,000 e-mails in
8    a couple days.  Czech Republic knows about MMS.  And
9    Pavel translated Jim's book.  The Quantum Leap is in
10   Slovak, right?  Slovak, yeah.
11         JOSEPH GRENON:  Slovak, yeah.
12         MARK GRENON:  Slovakian.
13         JOSEPH GRENON:  Slovakian.
14         MARK GRENON:  Slovakian.  Because they
15   have Slovenian, too.
16         JOSEPH GRENON:  Mm-hmm.
17         MARK GRENON:  We're in both languages.
18   The best thing you could do is get the Quantum Leap,
19   the film, QuantumLeap.is.  Why .is?  That's Iceland.
20   We had to go to Iceland because GoDaddy called us and
21   said, "We're not going to keep" -- "honor your .com."
22   What did we do?

Page 21

1          JOSEPH GRENON:  Yeah.
2          MARK GRENON:  "You're saying you can
3    mitigate," you know, all this crap.
4          JOSEPH GRENON:  Yeah.  Or .org or
5    anything they took off, too.
6          MARK GRENON:  So that's why we went
7    there.  But that's one of the easiest things you can
8    send to people.  We've got before and after pictures.
9    We're talking about how I found it, what happened,
10   and -- folks, that's the best way.
11         Then you get a -- you get a book, free
12   eBook, free partial eBook.  And I did it that way
13   because after you read the first 90 pages -- it's
14   like 350 pages -- the first 90 pages, you don't want
15   to read any more, then don't buy the book.  Okay?
16   Don't waste my time or your time.  But a lot of
17   people are reading it free and going, "Hmm, I want to
18   get the rest."
19         And I tell people, you got the eBook,
20   you can click on it.  You can click on links and
21   stuff.  It's really cool.  I got one in my phone.
22   And you can put it on your computer and click on

1    things and study.  The book, which I love, of
2    course -- and people love reading books -- is you
3    can't click on some of this stuff, right?  Well, you
4    can't click on anything, you know.
5              JOSEPH GRENON:  Yeah, can't click on
6    anything in a book.
7              MARK GRENON:  You'd have to put it in
8    and study, and which you can do that.  But I
9    recommend that to everybody.  I'm getting a lot of
10   good people telling me they read it, they're
11   following it, the diet, they're following what we're
12   saying.  Because I live this, too.  Joe lives this,
13   too.  Jonathan, Jordan, all of us live what we're
14   saying in this book and we're healthy.  That's
15   another testimony.  That's our theory.  Okay?
16             So that was a great seminar.  We had,
17   like, 500 people there.  What's really cool is we all
18   spoke in English and everybody had headsets on and
19   they heard in -- in their language Slovakian.
20             JOSEPH GRENON:  Mm-hmm.
21             MARK GRENON:  Last week we -- we didn't
22   do the tenth year anniversary because this kind of

1    stuff popped up.  Okay?  I -- I showed the week
2    before the letter to the President and boy, did he
3    get flak because he mentioned a disinfectant.  Okay?
4    And we all know basically it was MMS, chlorine
5    dioxide.  And it is a disinfectant.  That's what
6    detoxing -- if you're infected and it changes that
7    infection, the things that are infecting --
8              JOSEPH GRENON:  Yeah.
9              MARK GRENON:  -- detoxing -- so
10   disinfectants are not bad.
11             And they -- they inject stuff all the
12   time into people.  I don't go for that.  Even though
13   I did it, I don't do it anymore.  Why?  Because
14   it's -- it's too invasive.  It's bypassing the body's
15   natural sensors, Joe.
16             JOSEPH GRENON:  Mm-hmm.
17             MARK GRENON:  It has to go through the
18   mouth.  I have a chapter here, "From the pie hole to
19   the butt hole."  What is the digestive tract?  What
20   does it do?  It's 80 percent of the immune system.
21   If that's -- if it gets through that, you're screwed.
22   You don't want it to get out of the -- out of the

1    digestive tract and get into the blood.
2              JOSEPH GRENON:  No.
3              MARK GRENON:  Pathogens anyways.  You
4    want food and nutrients for sure.
5              Then I did a -- we've got four things
6    that people should watch if you have it.  I spent an
7    hour and a half one morning and I just told everybody
8    how insane everything's going on and this is what
9    happened to us.  How can we stop telling people what
10   happened to us?
11             JOSEPH GRENON:  Mm-hmm.
12             MARK GRENON:  We can't.  I mean, there's
13   a -- there's a section in -- a verse in Acts 4:20.
14   Peter and John, they healed this guy.  Everybody knew
15   this guy in Jerusalem.  He was a cripple, right?  And
16   the local town gets -- the officials, like FDA, they
17   get upset.  "He got healed.  What's going on here,"
18   right?  And he goes, "All" -- they basically just
19   said, "All we can tell you is what we've seen and
20   heard.  We've seen it happen, other people have seen
21   it happen, we heard it.  We -- that's all we can do."
22             JOSEPH GRENON:  Mm-hmm.

1              MARK GRENON:  All I can do is tell you
2    what happened to me.  I got cured of MRSA.  You can
3    read my story.  Joe got cured of MRSA.  All my kids
4    working with medical people in surgery for ten years
5    plus in Dominican Republic, dengue fever, infections.
6    Then we started giving it to other people.  Diabetes,
7    cancers, HIV, elephantiasis, infections, mouth
8    infections --
9              JOSEPH GRENON:  Diabetes, yeah.
10             MARK GRENON:  All kinds of stuff.  How
11   can we not tell people?  And that's -- got to get the
12   people that are supporting us as missionaries, the
13   medical people, to back down.  "What are you doing?
14   What are you giving that to people?"  Now some of
15   them are saying, "Wow, what a good" -- "that was a
16   good thing."  And the idea is -- I'll talk in a
17   minute our plan.  You're going to see how this is
18   going to fit in, our plan for the world.
19             And so last week we put up, "The
20   Insanity Has to Stop, Part 2," because we got more
21   information.  We heard basically the President was
22   getting hit.  We were trying to say, hey -- then Barr

Page 26

1    came out with some stuff, and now we're just waiting
2    on the sanity to hit where they say, "Listen, you've
3    been abused, your sacraments have been abused. It
4    can't happen." Even during a time of emergency you
5    can't shut people's sacraments down. You can't do
6    that. You can't call them a drug.
7          Now I'm asking for the -- to reprimand
8    the judge and the U.S. attorities -- attorities --
9    attorneys and basically dismiss the case, this
10   temporary restraining order. So everybody pray.
11   When they meet March 1 -- May 1, Friday -- no
12   last -- yeah, pray that they make the right decision
13   when they made their -- when they have their reunion
14   on the 1st -- or did. So that's what we're praying.
15         Then Jonathan got up and just kind of
16   bared his heart with people, said, "Listen, for you
17   to call us secular" -- that's what they called us,
18   too.
19         JOSEPH GRENON: Mm-hmm.
20         MARK GRENON: What an offensive thing.
21   "You don't even -- you're not even a real church.
22   You're" -- what do you mean? We preach more than

Page 27

1    most churches. Right? The gospel, the death, burial
2    and resurrection of the Lord Jesus Christ, historical
3    fact, scientific fact, biblical fact, spiritual fact.
4    It's our date based upon His birth --
5          JOSEPH GRENON: Yeah.
6          MARK GRENON: -- the One that was
7    crucified. I've been to those places. I've seen the
8    place of the skull. I've seen the tomb that the rich
9    guy, Joseph of Arimathea gave Him and no one used it
10   after Jesus. That's cool. I love that one.
11         Anyways, Jonathan got up there, and
12   really watch these things. Folks, if you're going to
13   study with us, listen to us, you're going to have
14   patience and have an ability or a desire to do your
15   due diligence. If you don't, you won't take this
16   every hour.
17         JOSEPH GRENON: Yeah, we do as much as
18   we can. You have to put your 100 percent in.
19         MARK GRENON: Right. And people are
20   like, "Just give me a ten-minute message." You
21   can't. "No, 30 minute." You can't.
22   "Well" -- "Well, get to the topic quicker." Listen,

Page 28

1    we're going to go through the evidence of weekly
2    testimonies. I'm not going to stop that. No. And I
3    told a guy yesterday no. "Well, you guys just don't
4    want to" -- "It's pride." No, it's not pride. We're
5    trying to get information to people and
6    slowly -- like a classroom. What do you have a
7    classroom for ten minutes? Get in, biology, "Yeah,
8    let's just kind of do this quick because I know
9    you're in a hurry" --
10         JOSEPH GRENON: Yeah.
11         MARK GRENON: -- and then go to the next
12   class.
13         JOSEPH GRENON: You don't have time to
14   learn this.
15         MARK GRENON: You're done with school in
16   two hours because you have ten classes and ten
17   minutes apiece. This is stupid. People are lazy.
18   They don't want to read. They do a video. I do
19   videos because people don't want to read. But the
20   people that really do this, they study, they go
21   through it and they do it. Because it takes
22   self-determination, self-motivation to -- to practice

Page 29

1    self-care. We're going to talk about it in a little
2    bit. Here are some people that practice self-care.
3          JOSEPH GRENON: Exactly.
4          MARK GRENON: "Just want to share with
5    you I always carry a 15-drop spray" -- me, too -- and
6    that's what these kits -- that's what these kits are
7    all about. Keep them where they carry on the plane,
8    all the time, man. All the time.
9          A lady that cured her mother of breast
10   cancer in France. Right? She got the flu, whatever
11   you want to call it there, and she didn't have MMS,
12   some of that. And she shipped it over to her really
13   quick. She almost -- she got really sick, but she
14   finally got it, got rid of it. But that was a close
15   call. Always carry this stuff with you. That's why
16   they want to stop it, folks.
17         "The other day I entered a store and
18   they were spraying the carts. I entered, shopped and
19   left. When I returned to my car I could feel a
20   tingle in the back of my nose and throat. I felt I
21   got something from the store. So I used the spray
22   bottle" -- probably the chemicals.

Page 30

1    JOSEPH GRENON:  Probably the, yeah,
2  aerosol sprays.
3    MARK GRENON:  Yeah.  "So I used the
4  spray bottle and snorted the sacrament."  (Sniffs.)
5  Yeah, through the nose because it goes right into
6  your blood.  That's why you get high with cocaine.
7  (Sniffs.)  Goes into your nose, goes into your brain,
8  into your lungs and is absorbed right into the blood.
9    JOSEPH GRENON:  Just breathing paint,
10  too, can do that.
11    MARK GRENON:  Yeah.  So, okay, "I felt
12  better within minutes.  The tickle disappeared.  I
13  feel the spray truly helped eliminate anything that
14  caused the tickle.  Thanks for all you do.  Cheers.
15  Dave."
16    And it could have been a toxin from the
17  chemicals, you know --
18    JOSEPH GRENON:  Mm-hmm.
19    MARK GRENON:  -- and it'll neutralize
20  it.
21    "Hello, all.  I would like to share my
22  experience with all of you.  September I fell off my

Page 31

1  bike.  Elbow totally crushed, and now operated three
2  times.  The wound has been" -- "the wound" -- "wound
3  has been exposed for six months by means of a vacuum
4  pump drain.  This because there was not enough skin
5  to adhere to it.  I will spare you the details and
6  photos."
7    "So in February again operated and
8  removed the metal plates from the elbow.  One metal
9  plate had been pressing on the nerve for six months,
10  which had caused a lot of radiation pain in the
11  forearm" -- radiating pain.  "I really could not do
12  anything with it.  During the period I was also six
13  months on antibiotics due to bacterial infection with
14  six different bacteria."  Probably MRSA.  And in May
15  2019 this was under control."
16    "January 2020 I still could not do
17  anything with my arm.  In February I contacted Peter
18  and he advised me to use MMS, chlorine dioxide with
19  DMSO.  I had to mix DMSO with aloe vera and use it as
20  an ointment on my arm" -- "on my arm.  Now, I do this
21  for four weeks and with astonishing results.  January
22  I could not make a fist.  Now" -- "Now with much more

Page 32

1  strength.  No more pain in the forearm."
2    "I am in the process that I will be
3  rejected" -- "I was going to be rejected as a bus
4  driver in September.  This week for inspection my
5  Code 95 and in principal approved.  Now we have to
6  wait to see what the CBR Dutch Central Office for
7  Driving Skills will say.  So January I was
8  like" -- "I was like life didn't make sense to me
9  anymore, and now thanks to combination Peter advised,
10  I am full of life and energy and I can do more
11  again."
12    "Since two weeks I can also wipe my
13  buttocks again.  Oh, you must have toilet paper.
14  Thank you, Peter."  Yeah, that's -- when you've got
15  one arm that's not working and then it starts working
16  again, you're like, "Man, this is great."
17    JOSEPH GRENON:  Yeah.
18    MARK GRENON:  "I was watching" -- I read
19  these just as they come in, even if they spell things
20  wrong.  Because I mispronounce words all the time
21  wrong, mispronounce.
22    "I was watching a podcast.  After few

Page 33

1  minutes got an x-ray saying" -- "X saying 'blocked.'
2  I've been taking" -- "been taking and will take.
3  They can kiss ass.  Actually illegal to sell it in
4  UK.  They have a special unit to enforce.  I had a
5  balance problem, took MMS and it went away.  A tooth
6  infection then went away as well.  God bless.  Z."
7    Oh, yeah, man, I'm telling you, the UK
8  is horrible against chlorine dioxide, yet they
9  probably use it in many applications.
10    JOSEPH GRENON:  Probably, yes.
11    MARK GRENON:  But the people, they were
12  listening.  They're like, "We're sick of walking
13  around fat and unhealthy from all the stuff they're
14  giving us.  The spraying of the skies there is
15  horrible.  Looked like soup coming in.
16    JOSEPH GRENON:  There's no sun.
17    MARK GRENON:  It's horrible.  Bee
18  colonies were dying.  I mean, we saw a lot of crap
19  when we were over there in England.
20    "Hi, Mark.  Just wanted to say how
21  thankful I am for your work.  I could see how much
22  effort you and your family put in and how unselfishly

Page 34

1  you go about it.  I've been a follower of you and MMS
2  for a long while" -- excuse me, "for a little while
3  now, and after reading your book, 'Imagine, a World
4  Without DIS-EASE,' my health has drastically
5  improved."
6        That's what I'm telling people.  He
7  reads the book and he follows it.  When I sign
8  someone's book I say, "God bless you as you do this
9  book."  He will, because it's based upon how the body
10  works, natural things.  And if they do it -- we've
11  got all the protocols in there that you need and even
12  where to get every other one.  This is what happens.
13  He's -- drastically his health has -- has increased,
14  improved.
15        "I've suffered for five years now with
16  many ailments such as lupus, autoimmune hepatitis,
17  staph infection that would have cost me my leg if I
18  had listened to the doctors, digestive disorders,
19  splenomegaly" -- something to do with the spleen,
20  right?  "It has just never an ending story of
21  problems.  I changed my diet, went organic, which
22  eliminated my lupus pains, but I still couldn't get

Page 35

1  on top of my health, only until recently after
2  reading your book when I found the liver flush as my
3  body began to heal."
4        And that's something we -- we put out
5  because we have patients after the second week we do
6  a liver flush.  And after the liver flush, boy, we
7  see the protocols they're doing so much more
8  efficacy, so much more results.
9        "That my" -- "I found the liver flush as
10  my body began to heal.  That's when I understood how
11  important the liver" -- "clean liver is and how many
12  functions it has.  I've done two liver flushes so far
13  and been using MMS.  The first flush left me
14  bedridden as all my previous symptoms came flooding
15  back.  The detox was incredible.  Very painful, but
16  obviously much needed.  However, after the second
17  flush my digestive problems, aches and pains in
18  various part of my body have just about disappeared.
19  Feeling so much better and at ease within my body.
20  Thank you for sharing all this information.  It's
21  changed my life.
22        "I've also wanted to say I agree 100

Page 36

1  percent with your views concerning the medical
2  establishment.  As also being a Christian, I can't
3  wait for the King to come back.  Thank you for so
4  much, once again."
5        And he used the term, "My body feels at
6  ease," Joe.  Because it's in dis-ease -- because
7  that's only one thing -- dis-ease, and now it feels
8  at ease as you clean the toxins out, cleans his
9  liver, clean the toxins out of his liver and his
10  tissues.  And boy, see?  Exactly what we're talking
11  about.
12        "MMS has stopped the growth of
13  metastis" -- "metastic renal cancer" -- "renal cancer
14  that is stage 4.  It has shrunk the size of the
15  tumors in my lungs and liver.  Therefore, they want
16  to know if it works on the coronavirus, and he thinks
17  this product is the answer."  Well, you mention that,
18  the FDA comes after you.  But --
19        JOSEPH GRENON:  Mm-hmm.
20        MARK GRENON:  -- people are mentioning.
21  We were on Univision in Miami, a Spanish channel.
22        JOSEPH GRENON:  Univision, yeah.

Page 37

1        MARK GRENON:  And the doctor that's
2  doing the studies said, "Yeah, it's" -- "we're doing
3  it professionally and it's looking good."  So, folks,
4  the thing they're accusing us of that started all
5  this that we said it's a mild whatever it is, let's
6  just say flu, right, it'll knock it out.  We pluck
7  many kind of flus, coronavirus, COVID-19, whatever
8  you want to call it, whatever what they concocted in
9  a lab.  Folks, 100 percent lab made.  They reverse
10  engineered it.  It's got splices in it, it's
11  got -- what do you call that thing, Joe?  Function
12  something.
13        JOSEPH GRENON:  Gain of function.
14        MARK GRENON:  Gain of function which
15  makes it replicate really quickly, whatever it was.
16  And the same guys that were working on it worked on
17  the HIV.  It has that component in it, too.
18  Definitely no doubt 100 percent made in the lab.
19        Now, was it made in North Carolina by
20  Fauci and his buddies and then when they ran out of
21  their limit of studying it they sent it to Wuhan?
22  Did the 5G aggravate what they did?  I don't know all

1 that, but I know people have done -- had that
2 symptoms, one to three days gone with the protocols.
3 We mention that and they come after us, try to take
4 away our sacraments. Not going to work. People all
5 over the world are doing it.
6 And this crap they pulled this
7 week -- this is why I finally went to the civil
8 rights, said this is ridiculous. Now they're
9 saying -- how are they saying it, Joe? Indirectly we
10 are telling -- we are giving it out?
11 JOSEPH GRENON: Yeah.
12 MARK GRENON: First of all, we're not
13 indirectly -- we never approved or agree --
14 JOSEPH GRENON: We're not abiding by
15 your --
16 MARK GRENON: Yeah.
17 JOSEPH GRENON: -- TRO.
18 MARK GRENON: They gave us a temporary
19 restraining order to not send out our sacraments.
20 Okay? This is exactly what I told them. We're going
21 to go in a time of prayer because you guys got guns,
22 you've got -- you've got private prisons you can put

1 us in. You -- the judge and the attorneys, all a
2 part of the Bar Association. We as a church are not
3 going to enter that lion's den because God's not
4 there. Okay? We're not going to --
5 JOSEPH GRENON: And you can't -- you
6 can't beat them at their own game.
7 MARK GRENON: No. So we chose to do it
8 as the -- as the First Amendment and God said you're
9 free. "Congress shall make no law respecting
10 establishment of religion." What does that mean?
11 Well, I'm no scientist or a legislator or --
12 JOSEPH GRENON: Lawyer or anything.
13 MARK GRENON: -- writer of the
14 Constitution, but I can read English, and that was
15 pretty plain. You can't have a law against any
16 establishment of any religion. Hmm. "No, I don't
17 like that one. Don't let it" -- no. That's why they
18 left England.
19 The second one is, "or prohibiting the
20 free exercise thereof," of the religion. And we're
21 reading in the -- what do you call it -- civil
22 rights, that section in the .gov, what we were

1 saying, that practices of religion cannot be touched.
2 JOSEPH GRENON: You can't.
3 MARK GRENON: Religious beliefs. Wow.
4 So we're right on the money. I'm going to the right
5 people and hopefully they'll give us what we want.
6 We want dismissal of the case. And now they're
7 trying to make it permanent. Let's see what happens
8 with that.
9 But this stuff, folks, we've had
10 it -- it works, and the components of it are in your
11 body. Salt, chlorine, oxygen, that's in our body.
12 Hydrochloric acid, in our stomach. All these
13 components are naturally found in your body. That's
14 why it can handle it. It does great with it. We're
15 just adding more.
16 "Hi. My uncle recently successfully
17 treated his Lyme disease with your MMS product. A
18 couple of months ago my girlfriend, who lives in
19 Bogota, Colombia, was diagnosed with hydatid
20 cyst" -- "hydatid cyst. My uncle suggested she tries
21 your MMS to eradicate the parasite. I was wondering
22 if you had any experiences treating these parasites

1 in this way or have any other recommendations.
2 Thanks so much for your time and assistance.
3 Sincerely, Jamison." So we sent off what to do and
4 he -- his -- his uncle got rid of his Lyme.
5 "Thank you for your prompt actions in
6 reply to my order. I am grateful" -- "very grateful
7 for all that Bishop Mark and his team have provided
8 in this course." She took the course -- he did.
9 "The information and videos on all the sacrament and
10 protocols are very easy for me to follow and
11 understand."
12 "I was turned on to MMS about ten years
13 ago by my sister back when Jim Humble was informing
14 the public, but I was ignorant to the proper
15 protocols. I have been praying several weeks ago for
16 Jesus to open doors for me for health resources to
17 help protect myself, family and friends during this
18 uncertain times of health threats. I was then led to
19 your information on the internet and recognized the
20 term 'MMS.' I could not believe how much Satan,
21 undermining and fake news was out there when I
22 searched the internet for more information. But like

Page 42

1    I said, I had taken it in the past and I knew it was
2    safe.  It made me feel better.  Thank all of you and
3    Genesis II Church of Health and Healing.  I will
4    study hard and will stay in touch.  George" -- "John
5    George."
6         "Hi, Mark and Joe.  Strength to all
7    during these times.  Margaret most recent big wow is
8    speaking in her sleep.  I woke to hear the last four
9    words.  It has been since 2012 since she has spoken
10   four words in a row that's understandable.  Many
11   recoveries received and a few big ones to go."
12        "Midnight, our dog" -- this is talking
13   about an autistic kid and the dog Midnight, an
14   American bull I've been writing in about, can also
15   add new whiskers to his recovery list.  Some have
16   just over half an inch."  So he's growing whiskers
17   again.  "This has made a big difference in his
18   balance and movements."
19        "I must close with telling you guys
20   Dr. Group gave his support for number 1 sacrament and
21   referenced the research he did with Jim all those
22   years ago.  Hopefully you can find with his picture

Page 43

1    that shows the timestamp.  Godspeed.  Michelle."
2         "Hi.  My uncle recently
3    successfully" -- oh, wait.  Wait.  I put another one
4    in twice, Joe.  Sorry.  Sorry.  That happens.
5    Remember, we don't have secretaries.  "How come you
6    don't" -- "How come you're making errors?"  We don't
7    have secretaries.  It's just a couple of us doing all
8    this.
9         JOSEPH GRENON:  It happens.
10        MARK GRENON:  Happens.  Sorry.
11        "Hi, Mark.  Hope you are all well.  Top
12   of the" -- this is great.  Look at, "Top of south
13   New Zealand, approximately 80,000 households, only
14   one confirmed case of C-19.  All my people are well
15   and geared up with plenty of supplies.  Top of the
16   north above Auckland, all sovereign Maoro -- Maori
17   tribes under Chief Charles, have now officially
18   adopted it and bulk stocked MMS for most of its
19   applications."  So we've got a whole tribe of the
20   Maoris.
21        "Ongoing training is provided via the
22   internet online platform two evenings a week for

Page 44

1    three hours each by myself.  Average participation so
2    far is 150-plus per session.  Great response.  I wish
3    you all a lot of feedback with testimonies with
4    endeavor to collect more the way you did with the
5    Quantum Leap movie when I -- when I go up north
6    again.  All the best, Marcus."
7         Now, so he was in our -- they were in
8    our seminar there and they got the book.  The Maoris
9    got the book.  They're using it.  They're studying,
10   okay, the whole tribe.  Now we need to do that in
11   every country.  Okay?  We have a tribe here that uses
12   it, the Arhuacos, and we have the --
13        JOSEPH GRENON:  Few of them, yeah.
14        MARK GRENON:  -- Kogis and the Wayuus.
15   Another one of our bishops went up there to the
16   Wayuus.
17        JOSEPH GRENON:  The Wayuu?
18        MARK GRENON:  Wayuu.  So, yeah, we're
19   just going to keep picking away.  Countries, tribes,
20   they learn it, they see it, they keep going and they
21   can make it themself, folks.  We're scammers?  Why
22   would we have you make it yourself?  Why would you

Page 45

1    have -- why would we want you to eliminate us in the
2    equation because you do it by yourself?
3         JOSEPH GRENON:  Why would we tell you
4    every way to do it and where to get it and how to use
5    it and everything?
6         MARK GRENON:  Well, indirectly we're
7    doing bad things, Joe.  So now indirectly telling
8    people about our sacraments like here on the radio
9    and we're -- we're violating a temporary restraining
10   order.  Well, we don't care.  Okay?  Don't care.
11   You're not going to -- and the reason -- the only
12   reason they got that is because they talked -- the
13   U.S. Attorney, the FDA found a code that said, "Oh,
14   they're talking about healing something and we didn't
15   approve them to say that," like Jesus' blood heals.
16   By His stripes ye are healed, by what happened to
17   Him.  Fasting heals you.  Water heals you.  You say
18   that, it's a drug to them.  So they use that to go to
19   the U.S. Attorney, say, "We've got to get these
20   people out of there, man.  They're saying" -- "Now
21   they're saying clearing the COVID."  It's been
22   proven.  But they've got to shut them up, "So we're

Page 46

1 going to use this. Ha, ha, ha, we got 'em." Well,
2 funny you didn't. You're going to find out you're
3 going to pay for it. I put that little meme in
4 there.
5        Water heals thirst, so is it a drug?
6 FDA says so. Fasting with water heals the body by
7 detoxing it, so is it a drug? FDA says yes. God
8 says no. See Isaiah 58. The FDA, the DOJ have
9 committed gross negligence against the First
10 Amendment. If we don't fight for the rights of the
11 First Amendment, the Second will be next where it
12 says -- and this is why they put the Second
13 there -- if you don't give liberty for everyone to
14 worship God and practice what they want and the
15 government's tyrannical draconian measures where it's
16 basically fascism, "They shut up and do what we say,"
17 then you've got to take arms up and you've got to go
18 change the government.
19        We're peaceable people, folks. We -- we
20 stopped in time of prayer to pray and we said we'll
21 stop for peace sake. Now they're saying, "No,
22 indirectly you've been doing" -- no, no. This ain't

Page 47

1 going to fly. We're going to do it whether you like
2 it or not. We're an established church quoting the
3 First Amendment, and you're breaching -- breaching
4 your oath to uphold that, and that's treason. They
5 could hang you over that.
6        So we need your help, especially your
7 prayers, folks, because we -- we -- we took a time of
8 prayer out and asked the Lord to intervene against
9 this unjust attack. We're being forced to stop under
10 duress I told them. We didn't want to, but because
11 of that in peer -- in peace we want -- we didn't want
12 to fight them. They'll just come in and shoot you.
13 Be another Waco.
14        We're asking the Lord to show the world
15 why this sacrament is needed and to have Him stop
16 this persecution of the First Amendment rights. When
17 the Lord Jesus does something, everybody knows. Ask
18 the Lord to do obvious things to silence these evil
19 players that the world will wonder at his power and
20 might, and he's doing it.
21        Trump mentioned -- some people we know
22 that know talked to him and said, "Hey, you cured my

Page 48

1 mother of breast cancer. It works." Barr picks it
2 up and says, yeah, religious freedom needs to be
3 there. It's -- and they'd better listen to him. And
4 if they don't, they're probably going to get fired.
5 He's -- I don't know. Treason, they could kill him,
6 lock him up for a long time at least. And day before
7 yesterday I heard Trump with a tweet treason, all
8 these treasonous acts are going to be -- and they're
9 going to spend a lot of time in jail. I wonder if he
10 was referring to that, too.
11        I hope the fear of God goes into all
12 these people. And really honestly, I hope the judge
13 accepts the Lord and changes. And all the attorneys
14 and even the people in the FDA and the FTC, Federal
15 Trade Commission. I even want Bill Gates to accept
16 the Lord and repent and change all his wickedness,
17 Hillary Clint, all these people, because the
18 second -- the second -- the split second they leave
19 this body and the 21 -- or 23 -- 23 grams that the
20 soul weighs leaves -- because they've weighed dead
21 bodies and they all leave -- lose 23 ounces -- grams,
22 excuse me --

Page 49

1        JOSEPH GRENON: Grams.
2        MARK GRENON: -- goes, that split second
3 (gasps) they're going to know why they were wrong and
4 they should have accepted the Lord that 2,000 years
5 ago, Emanuel, God with us -- it was prophesied in
6 Isaiah, "For unto us a Son is born, for unto us a
7 child is given, and the government shall be upon Him
8 and He shall be called Wonderful Counselor, the
9 Mighty God, the Prince of Peace, the Everlasting
10 Father," that child.
11        So it was God came down and said, "You
12 know what? Your sacrifices, your religion that
13 you've created apart from me -- what's from me is not
14 pleasing to me. I will come. And whosoever shall
15 call upon the name of the Lord shall be saved." The
16 split second Hillary Clinton goes into eternity,
17 that's all that's going to matter. George Soros,
18 Bill Gates.
19        Now, these guys -- these people could be
20 clones, too. So it's not going to matter to them.
21 They already were killed and they're cloned. Their
22 clone has no soul. So doesn't weigh anything, Joe,

Page 50

1    when it dies.
2         JOSEPH GRENON:  Mm-hmm.
3         MARK GRENON:  It has no soul.  So that's
4    the reason why the Genesis II Church exists.  Okay?
5    You think it's for MMS.  It's for MMS to go into the
6    world so that we can preach the gospel.  That was our
7    plan all along.  That's what we prayed for, teach
8    people, help them and then tell them the truth and
9    they can accept the MMS, and you want to accept the
10   Lord?  Boy, you have the best of both worlds, a clean
11   spirit and a clean physical body.
12        So this is what we're asking you to do,
13   folks.  Number one, pray.  A lot of people are
14   writing in saying they're praying.  A lot of people
15   are writing to the White House directly, 1600
16   Pennsylvania Avenue, registered letters they're
17   writing telling their testimonies.  They're writing
18   to the President through the -- through the
19   WhiteHouse.gov site.  Okay?  Keep doing it.  Keep
20   doing it.  Keep sending it in, more evidence.
21        "Well, I got this scientist that said
22   this."  No.  That's the evidence they want to hear.

Page 51

1    "What is it doing?  Does it" -- "Did it hurt you?"
2    "No, it cured me."  That's what we focus on.  Do I
3    care about all the scientific proof?  Of course.
4    That's great.  Just -- just kind of confirms what
5    we're showing you.  Okay?  But I don't go -- that's
6    not my number one thing.  I sent them -- you know
7    what I sent in in my letter?  I sent in all the
8    places we have testimonies from the last ten years.
9         JOSEPH GRENON:  Mm-hmm.  Mm-hmm.
10        MARK GRENON:  Thousands.  Now, tell me
11   those people are lying.  Read -- watch the video I
12   put up above of those -- about the letter to the
13   President and the insanity.  Write to the President.
14   You could see the U.S. Marshals, how they served
15   Jonathan the TRO.  And we rejected it.  We sent -- we
16   sent things they sent us back because it doesn't
17   apply to us.  You can't make a law -- "Well, we're
18   saying this because the law says we can send you a
19   warrant."  You can't make a law to tell the church to
20   stop doing anything.
21        JOSEPH GRENON:  Mm-hmm.
22        MARK GRENON:  So we reject it because it

Page 52

1    doesn't apply.  "How can you just say that?"  I just
2    did and that's the reason.
3         Write all those officials.  Keep hitting
4    them.  Get that Quantum Leap them, to everybody.
5    Get your membership up to date if you're a member.
6    Get it up to date.  This helps us.  Remember, we're
7    not sending out a donations -- getting donations for
8    our sacraments.  Okay?  I tell people get my book.
9    Get the online course.  It helps us and it helps you.
10   We've got a saying, help us help you to help others.
11        JOSEPH GRENON:  Mm-hmm.
12        MARK GRENON:  You've got to first
13   benefit.  Then when you're feeling great -- one guy,
14   remember, he got the -- said he got the COVID
15   symptoms and first day he took just three drops three
16   times, said, "I don't want to take it anymore."  Next
17   day he was better and the third day he was doing
18   push-ups.  And he stopped after the first day.  This
19   is how efficacious this stuff is.
20        I'm asking people get both my eBooks.
21   What, 40 bucks going to cost you.  You get them
22   immediately.  "Well, you're just" -- "you're just a

Page 53

1    charlatan trying to sell books."  I'm trying to get
2    you that information that you can read in the comfort
3    of your home, click on the research, check it out and
4    then go on and maybe get -- do a course, maybe become
5    a health minister.  Many people are doing it because
6    they're saying, "We want this."
7         JOSEPH GRENON:  Yeah, get the book and
8    read it and then make the decision for yourself.  Was
9    it worth it?  No?
10        MARK GRENON:  Yeah.
11        JOSEPH GRENON:  Give it to someone else.
12        MARK GRENON:  They can spend that in one
13   night going out to eat eating crap, too.
14        JOSEPH GRENON:  Easy, yeah.
15        MARK GRENON:  So we're just saying,
16   folks, let's do this.  These things really help us.
17   Let's get this done.  Out of all the people that
18   watch us, can you take five minutes to -- to go click
19   on a newsletter?  The newsletters are always there on
20   our site G2churchnews.org.  Always there.  Because
21   they're blocking us.  A lot of people are being
22   blocked, even -- what do you call it -- virus

Page 54

1   protection programs.  Spam -- they're spamming us.
2   Check your spam.
3         But you can always go to that site.  And
4   we've got over 400 newsletters there, Joe.  Some of
5   them are old and we were just learning.  Kind
6   of -- kind of funny some of the things we were saying
7   back then.  As a whole they're right, but saying do
8   too much and so -- you can go back and see how this
9   whole thing has unfolded and how God's blessed it all
10  the way, folks.
11        So we're really asking everybody please
12  help us.  We've had so many people on -- on our
13  audio, just the G2voice audio, so many each week.
14  Thousands of people.  Please take the time.  We've
15  got the Spanish book, we've got the English book and
16  we've got a Portuguese.  Okay?  We've got them in the
17  first book.  The second one, the volume II, it's
18  really like eight years of what we've been doing from
19  2007 to 2014.  Okay?  Wow, follow what happened, what
20  we've gone through.
21        Volume III will be out -- I keep
22  saying -- we've been dealing with so much more stuff.

Page 55

1   We're editing it.  I don't know when it's going to
2   come out, but within a month or so I'm sure, and it
3   covers from 2015 to 2020.  What's happened this year
4   alone could be a whole book.
5         JOSEPH GRENON:  Yeah.
6         MARK GRENON:  Oh, it's crazy what's
7   happened.  You know, pray that we win this.  They
8   don't want us to win it, folks.  Pray that we win it
9   and it can just keep going on.  "Well, you could sue
10  the FDA if you win."  We're not concerned about that.
11  We're concerned about getting this information to the
12  world.
13        And I'll tell you what we're going to
14  do, what our plans are now.  So April 26, 2010, which
15  was last week, the tenth year anniversary.  We
16  couldn't put it out because we had some things we had
17  to cover that were really important.  Tenth year
18  anniversary, Joe.  It went by -- it seems like 20
19  years.
20        JOSEPH GRENON:  It really does.
21        MARK GRENON:  But it's gone by so quick.
22  This radio is almost four years.  Almost four years

Page 56

1   we've been --
2         JOSEPH GRENON:  Hmm.
3         MARK GRENON:  -- talking like this every
4   week and so many more people.  Got a quarter of a
5   million people that have listened.  Well, not people,
6   but downloads.
7         JOSEPH GRENON:  Very close, yeah.
8         MARK GRENON:  Yeah.  We're going crazy
9   on Brighteon.  Over 100,000 views on our things.
10  We've got 200-plus videos.  Some of them have been
11  taken down because of a problem.  We're putting them
12  back up.  And if you see one that's not there, search
13  again for the same --
14        JOSEPH GRENON:  Yeah.
15        MARK GRENON:  -- title.  You'll probably
16  find it.
17        JOSEPH GRENON:  It should be there later
18  on.
19        MARK GRENON:  We don't have a lot of
20  people working for us, so we have to do it slowly.
21  Okay?  Do it slowly, and that's what we're doing.
22        Mike Adams is a -- is a trooper.  I

Page 57

1   mean, he's a -- he's a warrior.  He's got thrown off
2   YouTube.  So many people get thrown off YouTube.  And
3   the CEO said, "Anybody that goes against" -- she
4   said, "Anybody that goes against what the WHO says
5   I'm taking you off."  WHO?
6         JOSEPH GRENON:  Yeah, Facebook, too.
7         MARK GRENON:  Facebook, too, yeah.
8         Now, the goals of Genesis II Church of
9   Health and Healing in beyond 2019, what are our
10  goals?  From 2020 and beyond is -- we've said this
11  since the beginning -- a world without dis-ease.
12  That's why I named my book, "Imagine, a World Without
13  DIS-EASE."  Okay?  Imagine your body not dis-eased
14  feeling good.  I'm 63, I can fight, I can swim, I
15  can -- I'm not a good runner.  I've never been a good
16  runner.  I don't like running.  I like bicycling, I
17  like swimming, I like kayaking.  I like playing
18  sports.  That means running, but, you know,
19  basketball, volleyball, football.  We're on the beach
20  zipping that football and diving in the water and
21  catching it.  I love that stuff.  That's the kind of
22  exercise used to do -- you need to do, natural ones.

Page 58

1  "I'm going to join a gym, pump iron and look in the
2  mirror." That's not good, folks. It's moving,
3  bending. That's why -- working. That's why farmers
4  didn't have to work out.
5       JOSEPH GRENON: No.
6       MARK GRENON: They were just naturally
7  strong.
8       JOSEPH GRENON: If you have a naturally
9  strong --
10      MARK GRENON: Yeah.
11      JOSEPH GRENON: Just working on the
12  vehicle alone I feel much stronger.
13      MARK GRENON: That's the kind of
14  exercise you need, natural movement, bending over. A
15  woman cleans the house, right? "Wow, you shouldn't
16  say that. Women don't" -- I'm just saying clean the
17  house, bending over, sweeping, cooking, moving your
18  arms, lifting, reaching up, those are all things
19  you're supposed to do, not sitting in front of a
20  computer playing video games. No wonder the kids are
21  fat, lazy and weak and their immune system
22  gets -- because they're eating crap sitting in front

Page 59

1  of a computer.
2       JOSEPH GRENON: Drinking Mountain Dew
3  and eating Cheetos.
4       MARK GRENON: Shew.
5       JOSEPH GRENON: It's healthy.
6       MARK GRENON: No. So in ten years we
7  have -- this is up to date -- 3,826 members. We're
8  telling people let's have 100,000 members. You get a
9  card and the card, it tells you things that you have
10  the right as a church to do. Well -- you have to
11  tell people, "I have this right."
12      JOSEPH GRENON: No, no.
13      MARK GRENON: Okay? Well, they didn't
14  accept it. Who cares? You make them accept it. You
15  go and find the -- law that makes them have to do
16  it.
17      So we've got 2,008 health ministers.
18  Those are people who have been through the course.
19  Those are people that -- that know how to use it.
20  Okay? They went -- they took an exam and they went
21  through the different protocols, then they took an
22  exam and said, "What would you do in this situation?"

Page 60

1  Twenty-five situations. "How would you handle this
2  one? How would you handle this guy? How would you
3  handle that?" And they answer correctly, okay, now
4  you can go on -- we can go forth and heal, start
5  practicing.
6       And after you start helping people -- I
7  don't even like the word "treat" -- guiding people
8  how to cleanse their body, their temple, you can
9  become a bishop. We have 115 of them. We have 252
10  church chapters around the world. You say everybody
11  who signed up lined up in front of their houses? No.
12  It means they have a church in their house, they've
13  been -- they've been given approval to start a church
14  chapter.
15      Health restoration centers -- and that's
16  in over 145 countries, folks. I didn't put that in
17  there, how many countries.
18      JOSEPH GRENON: I know, right?
19      MARK GRENON: Health restoration center,
20  really one official one is us here in Colombia. And
21  honestly, we're not doing anything now because no one
22  can get to us, right?

Page 61

1       JOSEPH GRENON: Everything's shut down.
2       MARK GRENON: But we've got people for
3  an hour a day in their home through different means,
4  video talk -- talking video-wise. But we do have
5  other places around the world that are also helping
6  people. They're just not mentioned yet, but soon
7  we'll have some listed in different parts of the
8  world. We do have a map on where people are on
9  www.G --
10      JOSEPH GRENON: No, Genesis II Church
11  dot --
12      MARK GRENON: No, G2WorldwideMissions.
13      JOSEPH GRENON: Oh, okay. I was
14  thinking the main map.
15      MARK GRENON: No.
16  Genesis -- G2Church -- G2WorldwideMissions.org.
17      JOSEPH GRENON: Mm-hmm.
18      MARK GRENON: We've got too many sites.
19  Now, what you're talking about is what?
20      JOSEPH GRENON: I'm talking the
21  Genesis2Church.is contact/map. That's the main one
22  on the main site.

Page 62

1          MARK GRENON:  But there you can find the
2  course, my books --
3          JOSEPH GRENON:  Exactly.
4          MARK GRENON:  -- you can find online
5  course, you can find membership.  There is our church
6  main website.  Okay?  And it's .is.  So soon we'll
7  have more listed.
8          Everyone welcome to be a part of our
9  health revolution for the freedom to practice
10  self-care.  A self-sustaining plan for the G2 Church
11  to reach the world -- whole world one country at a
12  time.  I'd say right now we've got a good -- that I
13  could say right off the top of my head 30 countries
14  we could send somebody to.  You know, they could
15  write us and say, "Do you have some" -- probably
16  more.
17          JOSEPH GRENON:  I think more than that.
18          MARK GRENON:  Yeah.
19          JOSEPH GRENON:  I think more than 50.
20          MARK GRENON:  Yeah.  Yeah.  But I'm
21  thinking of the ones like in Paraguay, Uruguay --
22          JOSEPH GRENON:  Yeah.

Page 63

1          MARK GRENON:  -- you know, Chile.  We've
2  got probably ten right in South America.
3          JOSEPH GRENON:  Yeah, exactly.
4          MARK GRENON:  Ecuador.
5          JOSEPH GRENON:  I would say 50.
6          MARK GRENON:  Yeah.  Yeah, probably.
7  Because you go up to Central America, United
8  States -- oh, yeah.  Yeah.
9          JOSEPH GRENON:  Yeah.
10          MARK GRENON:  That's not even Europe and
11  Africa.
12          JOSEPH GRENON:  No, exactly.
13          MARK GRENON:  Oh, yeah.  Yeah, for sure.
14          JOSEPH GRENON:  We're -- we're a quarter
15  of the way around the world.
16          MARK GRENON:  Yeah.
17          JOSEPH GRENON:  About 50-plus countries.
18          MARK GRENON:  So things are happening,
19  folks.  That's our goal.  We've got -- there's almost
20  200 countries in the world.  Our goal is to have at
21  least one Genesis II Church restoration center in
22  every country of the world.  Like India, we could

Page 64

1  have ten there it's so big, China, different places.
2  There are almost 200 countries in the world and we'd
3  like to reach every one of them with our G2 Church
4  self-care or care of health, not health care, plan.
5          Each location will have -- this is our
6  plan.  We're not trying to eliminate hospitals,
7  folks.  We're not trying to do that.  Okay?  But
8  we're not even trying to eliminate doctors.  That
9  will naturally happen when people don't go to the
10  doctor.
11          JOSEPH GRENON:  Mm-hmm.
12          MARK GRENON:  They won't have to.  And
13  see, you -- we're trying to get you people -- you
14  people -- we already do this -- practice self-care
15  that you don't need someone to go to.  You do it
16  yourself.  So the doctors -- the need for doctors
17  will fade away.
18          But hospitals will always be there.  You
19  need surgery.  You're broken, you get in an accident,
20  your teeth, your baby born, all -- you'll have
21  hospitals, but you won't have the pharmaceuticals
22  needed.  Okay?  Maybe morphine.  Broke my femur.

Page 65

1  Thank God for morphine, Joe.  I couldn't feel
2  nothing -- feel anything.
3          JOSEPH GRENON:  Yeah, but you
4  could -- you can make natural ways of using those
5  things.
6          MARK GRENON:  And the natural thing that
7  will happen is the doctors and the need for them,
8  they'll either switch to teaching people how to take
9  care of themself or they'll be -- they'll fade away.
10          JOSEPH GRENON:  Yeah, exactly.
11          MARK GRENON:  They'll fade away.
12          But in every location we're going to
13  have health guidance for the sick.  So let's just
14  pick a country, yeah.  No, let's just pick Colombia.
15  We'll use it because we do it here.  Everywhere in
16  Colombia people can come -- and we've got people in
17  Colombia that already help people, so we do
18  have -- there's even, like, I think, 20 doctors plus
19  that use it.  And they have to do it quietly.  "I
20  want some doctors' testimonies."  A lot of them won't
21  give them to you.
22          JOSEPH GRENON:  Mm-hmm.

Page 66

1     MARK GRENON:  We'll most because they'll
2  lose their license.
3     JOSEPH GRENON:  Exactly.
4     MARK GRENON:  So we'll have a base,
5  okay, like we have in Colombia where you can come and
6  learn how to be healed.  Secondly, there will be
7  training for those that want to be
8  healings -- healers.
9     The best thing to do I tell
10  people -- we've got a group of seven that want to
11  come down this summer.  Okay?  They want to spend 90
12  days -- excuse me -- 30 days -- and the best way to
13  learn is to go through the whole protocols.  Not all
14  of them, but what we do when we have people come down
15  here to heal them.
16     JOSEPH GRENON:  Yeah, the -- the month
17  of detox.
18     MARK GRENON:  The base -- yeah, the
19  month of detox.  The liver flush, the food,
20  everything we do.  We have a full-point plan I'll
21  talk about in a moment.  Okay?  Training for those
22  who want to be healers.  Then sending the health

Page 67

1  ministers -- that's what we call it when you're a
2  healer, you've taken the test, you know what you're
3  doing -- into their country to heal and train others.
4     JOSEPH GRENON:  Mm-hmm.
5     MARK GRENON:  Bible says that, Timothy,
6  "Find faithful men who will be able to train
7  others" -- "teach others."  See, it's a big country.
8  Look, Colombia's a big country.  We have done that,
9  trained people, and they went throughout Colombia.
10     JOSEPH GRENON:  And they're doing that,
11  yeah.
12     MARK GRENON:  Medellin you could go, you
13  could go -- not about base, but we've got someone
14  there that could help you.
15     JOSEPH GRENON:  Yeah, you could go down
16  the coast.
17     MARK GRENON:  Bogota, Cucutao --
18     JOSEPH GRENON:  Palomino.
19     MARK GRENON:  -- Barranquilla, Palomino,
20  with the Indians.
21     JOSEPH GRENON:  Mm-hmm.
22     MARK GRENON:  We delivered some just

Page 68

1  before the closure.
2     JOSEPH GRENON:  Yeah, and he's using it.
3  We've got testimonies.
4     MARK GRENON:  Villavicencio --
5     JOSEPH GRENON:  Yeah.
6     MARK GRENON:  -- Cali.  We have people
7  all over.  All over.  And that's what we want to do,
8  send them out.  Okay?  What will that do?  Well, say
9  they'll go to an area, open their church chapter,
10  start training people.  They're going to give
11  them -- and treating people, guiding people -- keep
12  using that word "treat" because it's in my head.
13  Treat what?  Like how you treat me?  That doesn't
14  even -- that's lunatism.
15     JOSEPH GRENON:  Yeah.
16     MARK GRENON:  Wrong word.  Guide people,
17  okay, to detox.  What will that do?  Well, those
18  people you help, they should give you a donation.  So
19  now we're creating jobs.  We're helping the economy.
20  We're helping the government.  They don't have to pay
21  out so much for people that are sick.  The older
22  people will enjoy their retirement age, not walk

Page 69

1  around drooling and running through 7-Eleven windows
2  because they can't drive correctly, you know, or
3  they're stroking out.  In Florida it's ridiculous.
4  You see people driving and you're like they have no
5  reflex.  They can't -- they're going to get killed.
6     JOSEPH GRENON:  That's why there's a lot
7  of motorcycle accidents.  They just run them over.
8     MARK GRENON:  Yeah.
9     JOSEPH GRENON:  They don't even see
10  them, too.  Their glasses are this thick and they're
11  sitting like --
12     MARK GRENON:  And they just took their
13  injection from CVS for the flu and they're -- it's
14  craziness.
15     So we'll help the governments we go
16  into.  And this is what I want to propose to
17  governments.  I want to go in there and say we're not
18  going to compete with the doctors.  We're not going
19  to compete with the hospitals.  We're not going to
20  compete with your health care system.  That's yours.
21  We just want freedom -- and this is why I asked
22  Mr. Trump, the President -- he worked with the

Page 70

1  Goldwater Institute and we're going to
2  contact -- we're in contact, okay, and another one,
3  Freedom of Health movement to be able to say, listen,
4  all we want -- the Goldwater Institute worked with
5  Trump about -- what was it -- right to choose, to
6  pass that.  You have the right to choose.
7        Okay.  So we go into a government, we
8  just want the -- your people have the right to choose
9  self-care, come to our church, learn how to do this
10  and then we can send them out.  And let's wait five
11  or ten years, even less, really, let's just say five
12  years, a few years, and watch the results.  If it was
13  in Africa, the malaria would be eradicated.
14  I -- like I said, I asked the President,
15  "Mr. President, please," Mr. President's wife
16  Melania -- Melania, Melania, Melania --
17        JOSEPH GRENON:  Melania, yeah.
18        MARK GRENON:  -- "Melania, please, I
19  wrote you on Facebook.  Listen to what I said.  I
20  showed" -- "Here's the film Quantum Leap.  Let's go
21  to Africa," and have her initiate it and eradicate,
22  eliminate malaria once and for all throughout Africa.

Page 71

1  Then maybe we'll go to India and Philippines and some
2  other places where it exists and let's start a
3  project.  Okay?  We'll help and guide and show people
4  how to do it.
5        Not only will it create jobs, we'll
6  create a lot of testimonies, Joe.  And that's our
7  solid rock proof.
8        JOSEPH GRENON:  Mm-hmm.
9        MARK GRENON:  More than any scientist
10  or -- or any -- any technician, say, "This is how
11  chlorine dioxide works on the molecules and the
12  protein Z4 time and then it does this."  And it could
13  be, yeah.  Good.  Fine.  But if you're not right,
14  it's still doing this, what we're showing.  To me
15  that is the observation and repeatability.  It is a
16  scientific method.  And we're not doing rats, we're
17  not doing it in a petri dish.  We're -- people are
18  writing us voluntarily, Joe.
19        In the beginning of my book, I stated
20  right in the beginning, "Real science.  We at the
21  Genesis II Church of Health and Healing have been
22  involved in one of the most comprehensive worldwide

Page 72

1  cross-cultural broad spectrum voluntary human health
2  studies of this world for the past seven years,"
3  because that's when I wrote the book.  If you include
4  Jim Humble and his studies in Africa, it has been
5  almost 20 years.
6        Ninety-five percent of the world's
7  illnesses -- I put "diseases" back then because I
8  just -- people don't understand the
9  hyphenation -- have been cured with the Genesis II
10  Church protocols.  No moneys were received from any
11  pharmaceutical/ medical companies wanting certain
12  results like they do in the journals of medicine.
13  The people of this world who have followed the G2
14  protocols have not been paid in any way, but they
15  have self-dosed themselves voluntarily.  Self-care is
16  what we're -- is being taught and encouraged by
17  Genesis II Church worldwide and is working incredibly
18  well.
19        Every person on this earth has the
20  God-given right to control their own health and not
21  rely on the pharmaceutical/medical industry.  If you
22  read 90 pages I put in here, folks, you're going to

Page 73

1  go, "What the heck?  No wonder we're in this
2  situation.  No wonder we have to detox."  Now, that's
3  science, which is observation and repeatability.
4  This is why you'll hear me say we are doing clinical
5  studies all over the world with humans with our G2
6  sacraments and seeing consistent results.
7        Folks, that's what we're doing and this
8  is what we want to do worldwide.  I will say we'll
9  contact -- we'll collect, excuse me, all those
10  testimonies.
11        What else will happen?  We'll help the
12  hospitals in the emergency.  We'll train them.  We'll
13  help those guys.  Hey, infection comes in -- we've
14  got horrible gangrene --
15        JOSEPH GRENON:  Yeah.
16        MARK GRENON:  -- pictures before and
17  after.
18        JOSEPH GRENON:  Keep your entire
19  hospitals clean, free of MRSA.
20        MARK GRENON:  Yeah, no MRSA.  They
21  already spray chlorine dioxide.
22        JOSEPH GRENON:  Yeah.

Page 74

1       MARK GRENON:  The hospitals in Ghana,
2  front page, using chlorine dioxide donated by the
3  Genesis II Church of Health and Healing.  Our bishop
4  there is doing that.
5       So this is what I want to do.  "Oh,
6  you've got to crazy plan, and boy, what a vision you
7  have."  Well, an old preacher said if you shoot at
8  nothing, you hit it every time.  So we're shooting at
9  it.
10       I remember when we were praying over ten
11  years ago, 2009, that we could use MMS -- because we
12  had two years of experience about -- we had talked to
13  Jim, also, and he liked what we said.  We were
14  learning more from him and we didn't have any idea
15  just a few months after we prayed he'd be living with
16  us.  So we prayed, "Lord, help us use this around the
17  world and then teach people about you, Lord."  Within
18  two months Jim is living with us in Barahona,
19  Dominican Republic and we start a health church.
20       JOSEPH GRENON:  Mm-hmm.
21       MARK GRENON:  Boy, we never had any idea
22  that was going to happen.  We asked God and, boy, God

Page 75

1  did it.
2       JOSEPH GRENON:  We didn't have any clue
3  we would be where we're at now.
4       MARK GRENON:  Right.  Crazy.  Now we're
5  fighting the pits of hell, the FDA, the CDC, Federal
6  Trade Commission.  I mean, they hit Alex Jones while
7  we were on the air and they've taken him off places.
8  Poor guy.  He just wants to preach.  I don't know if
9  you like him or not.  You know, he gets kind of
10  crazy.  I get kind of crazy.  But he's passionate
11  about what he does.
12       And pray, folks, that we dismiss this
13  case and get freedom for every church in America.
14  Wow, we're on the front lines, Joe.  We're on the
15  front lines.  Pray that God will intercede.
16       I just read my book and I just put it in
17  there, Joe.  "A pathogen or an infectious agent is a
18  biological agent that causes disease or illness to
19  its host.  The term is most used for agents that
20  disrupt the normal physiology of a multicellular
21  animal or plant.  Many toxins can be synthetic and
22  artificial and not found in nature.  If these toxins

Page 76

1  are allowed" -- "toxins are allowed to enter the
2  human body without being neutralized or destroyed,
3  they will disrupt the normal physiology of the body
4  resulting in the whole being becoming diseased."
5  That's physics, right?
6       So you follow that, you detox.  We're
7  getting the results in testimonies.  That's real
8  science.  And for the life of me, these people that
9  want to prove it, the reason why they want to prove
10  it outside the church is not because they don't like
11  what we're doing, it's because they want to market
12  it, Joe.  They want to get a license for it.  They
13  want it accepted --
14       JOSEPH GRENON:  And they don't want to
15  be part of the church.
16       MARK GRENON:  Well, that's okay because
17  some of them are part of the church that still want
18  to make it legal so that they can offer it.  And you
19  know what?  I want the whole world -- I want it to be
20  over the counter.  Take your MMS.  It's not going to
21  change what we do.  We're still going to have a
22  church in every country.  We're still going to train

Page 77

1  people, send people out.  And it's going to be a lot
2  cheaper for them than -- but to make it available
3  everywhere for everybody, yeah, I want doctors to be
4  using it.  Yes.  100 percent yes.
5       That's the goal of Jim Humble before I
6  ever knew Jim Humble, before we ever started the
7  church.  That's his dream, to have everyone
8  everywhere using this.  Not only to eradicate
9  malaria, but to eradicate dis-ease off the earth.
10  Yeah, I want that.  We're not trying to just hold on,
11  just the church, we're trying to keep it to ourself.
12  We want every human being.  That's why we offer
13  everybody to come to us.  The only prerequisite to be
14  a member of the Genesis II Church is agreeing in
15  principle to our creed.
16       JOSEPH GRENON:  Basically be a good
17  person.
18       MARK GRENON:  Yeah.  That should
19  be -- be moral.  Being a moral person, right?  Follow
20  the Ten Commandments.
21       JOSEPH GRENON:  Mm-hmm.
22       MARK GRENON:  This is our creed.  Do

Page 78

1  good deeds.  That -- what's the opposite of that?
2  Doing bad deeds.
3        JOSEPH GRENON:  Doing bad things.
4        MARK GRENON:  Do you want people to
5  remember our church just doing bad deeds all the
6  time?
7        JOSEPH GRENON:  No.
8        MARK GRENON:  Instead of helping an old
9  lady cross the street, they kick her?  I mean, come
10  on.  I learned this as a Boy Scout.  Boy Scout is
11  trustworthy, loyal, helpful, friendly, courteous,
12  kind, obedient, thrifty, brave, clean and referent.
13  I remember that when I was a kid because I memorized
14  it.
15        So we want people doing good deeds.  We
16  do what is right.  Doing what is right opposed to
17  doing what is wrong.  That's what we want the FDA to
18  do.  We wouldn't let them become members because they
19  won't do what's right.
20        JOSEPH GRENON:  Mm-hmm.
21        MARK GRENON:  Hopefully the -- civil
22  rights -- Assistant Attorney General in charge of

Page 79

1  civil rights, Mr. -- what was his first name?  Eric.
2        JOSEPH GRENON:  Eric.
3        MARK GRENON:  Eric Drei --
4        JOSEPH GRENON:  Dreiband.
5        MARK GRENON:  -- Dreiband.  I get that
6  name wrong.
7        JOSEPH GRENON:  Dreibander.
8        MARK GRENON:  Dreiband.  God bless you,
9  man.  I hope you do what's right.
10        Good health for all mankind.  Do you
11  want bad health?  Do you want disease for all
12  mankind?  No.
13        Freedom for all mankind.  Don't you want
14  freedom, especially you guys that are locked up
15  wearing masks?  I mean, crazy.  Do they ever wear a
16  mask in their home, people?
17        Enlightening others with truth.  Not
18  fake news, truth.  I heard Trump say yesterday to
19  CNN, "CNN, shut up.  Don't talk to me.  You're fake
20  news."
21        JOSEPH GRENON:  He always says that.
22        MARK GRENON:  We had New York Times, you

Page 80

1  said that to them.  They wrote me, "We would like to
2  know" -- you don't like to know anything.  So we sent
3  one -- we sent one all the testimonies just to kind
4  of -- they didn't mention anything.  But all those
5  testimonies.  We had before and after pictures and
6  everything, but not one thing, Joe.
7        So you write us, news, I'm going to send
8  you all our testimonies.  See if you put them up,
9  huh?  What are you going to do with them apples?
10  We're going to enlighten people with truth.  Then you
11  figure it out.  You go investigate it.
12        Helping one another, what's the opposite
13  of that?  Not helping anybody, huh?
14        JOSEPH GRENON:  Mm-hmm.
15        MARK GRENON:  No, help people.  Life's
16  worth -- you know the most important thing when you
17  get older is relationships.  You have grandkids, you
18  have kids, you have spouses, you have relatives, you
19  have friends.  You're a miserable person unless
20  you're not helping.  That brings so much
21  satisfaction.  Give and it shall be given unto you,
22  right?  Help others.  If you have the -- if you have

Page 81

1  the ability to help someone and you don't, how
2  dwelleth the love of God in you?  We have all these
3  Venezuelans, ladies with babies.  I had change in my
4  pocket yesterday.  I don't know, it's probably 20,000
5  pesos.  That's a lot of money here.
6        JOSEPH GRENON:  It's a day's wage.
7        MARK GRENON:  And they can feed
8  their -- I just grabbed in my pocket, "Here."  "God,
9  bless you."  I love that.  Yeah, and a lot of them
10  say, "God multiply what you just gave to me."
11        JOSEPH GRENON:  That's what some guy
12  said to me yesterday.  He was walking around, one
13  leg.  He only had one leg.  So he was just asking for
14  some -- I gave it to him.  He goes, "May God multiply
15  this many, many times for you."  I'm like, "Thanks,
16  man."
17        MARK GRENON:  See, we give out the word
18  of God.  Jack Chick, he died recently, a couple of
19  years ago.  He was a cartoonist.  Cartoonist.  And so
20  we have scripture in these cartoons.  Guy
21  dies -- this rich guy dies.  Rich guy, top of the
22  world, he dies.  And then boom, just like I was

Page 82

1  talking about, he's standing before God.  And what
2  did he do?  And God shows him his life.
3         And see, you're going to condemn
4  yourself.  God ain't going to condemn you.  He's
5  going to show you your life and say -- you're going
6  to go, "No.  No.  I cursed God there."  You stand in
7  front of God, "Why did I" -- "No.  Did God ask me to
8  go to church?  He told me about Je -- and I said,
9  'Get away from me, you stupid relig'" -- and he goes
10  through the whole thing.  Then at the end you
11  basically say, "I'm guilty."  Without the blood of
12  Jesus Christ, the advocate, the lawyer, to take your
13  place, pay it -- the penalty was paid in Him -- you
14  pay it yourself for eternity.
15         That's why we're passionate about what
16  we do, folks.  Eternity is forever.  If you had a
17  graph of time, your life wouldn't even show up.  It
18  wouldn't even be there.  The Bible calls it a vapor.
19         And lastly, maintaining integrity in all
20  things.  You know what integrity is -- integrity is?
21  It's like the cops saying to you with no integrity,
22  "I'm just doing my job, folks," as he's shooting you

Page 83

1  with a -- with a -- a pastor friend of ours in
2  Worcester, zapping him with a -- what do you call
3  those things, the gun that shoots you and electrifies
4  you.
5         JOSEPH GRENON:  Um, TASER.
6         MARK GRENON:  TASER.  TASERs him.  Kicks
7  in the door and TASERs the guy because they're trying
8  to take some lady out of his service or some person
9  for some -- I don't know what it was.  But you don't
10  do that in a church.  They didn't do that in England
11  when they kicked the door in.  We kicked them out.
12  Not in Massachusetts.
13         And you know the state police have
14  the -- the gestapo uniform of the Nazis was made from
15  the Massachusetts police because they rode horses and
16  they have those -- those baggy pants.
17         JOSEPH GRENON:  Yeah, the round --
18         MARK GRENON:  That was -- the Nazis took
19  the Massachusetts State Patrol and patterned their
20  uniforms after them.  I know, I was a pastor in
21  Massachusetts.  We had the fastest growing church in
22  Massachusetts.  I had professors and scientists,

Page 84

1  military police.  Our treasurer was a Massachusetts
2  police state trooper.  So I've been there, folks.
3         This is what our creed says and we're
4  just saying, listen, follow this.  And I went -- a
5  few weeks ago -- Joe, how much time we got?
6         JOSEPH GRENON:  We have 40 minutes.
7         MARK GRENON:  Okay.  We have a lot to
8  cover, so I'm going to skim over a few of these
9  things.  Not that I should skim over the scriptures,
10  but I put, like, five or six scriptures for every
11  point.  Because people go, "What's that?
12  That" -- Christians even say, "That's not biblical."
13  I'm showing you it's biblical, every one of those
14  points.
15         Do good deeds.  In fact, you'll be
16  judged by these deeds.  Romans said here, "Oh, God
17  will render to every man according to his deeds."
18  He'll show you.  "But he that cometh" -- "he that
19  doeth truth cometh to the light that his deeds may be
20  made manifest that they are wrought in God."
21         So you're going to -- you -- you do the
22  deeds of your father, the devil, then they say to

Page 85

1  him, "We are not born of fornication.  We have one
2  father, even God."  And he says, "You're of your
3  father, the devil, and by your deeds you show it."
4         "I always do what's right.  Blessed are
5  they that keep judgment, he that doeth righteousness
6  at all time."  Huh?  I pray that the -- that the U.S.
7  senators -- excuse me, the U.S. -- I'm just going to
8  call them, what, attorney -- the Assistant Attorney
9  General -- they got these long --
10         JOSEPH GRENON:  Yeah.
11         MARK GRENON:  -- long titles.  Civil
12  rights, Eric Dreiband, I pray for you.  And Barr,
13  thank God for you making a stand.  And the President
14  confirming it.  "To do justice and judgment is more
15  acceptable to the Lord than sacrifice."  Do what's
16  right.
17         Good health to all mankind.  "Behold, I
18  wish above all things that thou mayest prosper and be
19  in health even as thy soul prospers."  Spiritual and
20  the physical tied together.  You're spiritually
21  miserable.  Look at these evil bastards, son of a
22  motherless goat -- Rockefellers, Gates, look at

Page 86

1    Hillary, look at the Queen of England, look at the
2    Rothschilds.  They look like imps of hell, Joe.
3    That's why I think a lot of them are cloned.  They've
4    got blank eyes.  Look at Soros, look at Gallo, look
5    at this imp of hell Fauci.
6            JOSEPH GRENON:  Fauci, yeah.
7            MARK GRENON:  "For I will restore health
8    unto thee and I will heal thy wounds, sayeth the
9    Lord, because thou called me an outcast saying this
10   is Zion, who no man seeketh after."  God says, "I'm
11   going to restore Israel."
12           Freedom for all mankind.  "Ye shall know
13   the truth and the truth shall make you free."  John
14   8:32.  That's all we have to say, Joe, about that
15   one.
16           JOSEPH GRENON:  Mm-hmm.
17           MARK GRENON:  Truth will make you free.
18   But I've got about six, ten verses for that.
19           Enlightening others with truth.
20   "Sanctify them through thy word.  Thy word is truth."
21   And I'm giving these lawyers and these judges the
22   Bible.  1 Corinthians 3:16 says we have to cleanse

Page 87

1    our temple.  This is what our -- this is what our
2    sacraments do.  We detox our temple.  Why would you
3    make that illegal?
4            JOSEPH GRENON:  Yeah, that's what the
5    country was based upon --
6            MARK GRENON:  Yeah.
7            JOSEPH GRENON:  -- the Bible.
8            MARK GRENON:  It's --
9            JOSEPH GRENON:  Freedom of religion.
10           MARK GRENON:  It's according to
11   scriptures, Joe, what we do.  And these -- these
12   people are going to pay in this life and the life to
13   come.  Judge Williams, Judge Kathleen M. Williams,
14   U.S. Attornity in -- U.S. Attorney, District of
15   Miami, Southern District, whatever they call it.  She
16   needs -- she signed that TRO.  She broke her oath to
17   the First Amendment by signing it.  She didn't have
18   to sign that.  She goes, "No, this -- you can't do
19   this."  No.  She -- she just wiped away the First
20   Amendment and signed the T -- temporary restraining
21   order.
22           And the U.S. Attorney that did it,

Page 88

1    Thiele and Goldstein and their helpers, they brought
2    it and presented it to put together this Complaint
3    and this thing and that she would sign.
4            JOSEPH GRENON:  Mm-hmm.
5            MARK GRENON:  Back up, FDA, FTC cut a
6    code and made it a drug and put -- presented this,
7    the U.S. Attorney said -- you can call it what you
8    want.  That's what they should have said.  "You can't
9    do that.  It's a sacrament of a church.  I can't
10   present this.  They'll" -- "They'll have my head if
11   they ever go to the civil rights."  We could go to
12   the ACLU, also.  They're outside of the government.
13   But I want the government to admit and then get rid
14   of these corrupt judges.  This might be the reason
15   why they like -- and Trump and these people saying,
16   so they can get rid of these corrupt judges.
17           JOSEPH GRENON:  Mm-hmm.
18           MARK GRENON:  And if it's treason, they
19   can really get rid of them forever.
20           Maintaining integrity in all things.
21   Integrity definition is, "A firm adherence to a code,
22   especially moral or artistic values."  Sounds like

Page 89

1    the Bible to me.  "Therefore, my beloved brethren, be
2    steadfast, unmovable, always abounding in the work of
3    the Lord for as much as you know that your labor is
4    not" -- "is not in vain in the Lord.  I thank God
5    whom I serve from my forefathers with pure conscience
6    that without ceasing I have remembrance of thee in
7    prayers day and night."  That's integrity, when you
8    close your eyes at night.  That's who you are.  You
9    have integrity?  Did you rob all day?  You don't
10   sleep good?  Do you have peace in your sleep?  Does
11   God talk to you in the night visions?
12           I've prayed -- because it says in Job
13   God talks to you in the visions at night, your
14   dreams, just like Pilate's wife before Jesus was
15   brought for him.  His wife had a horrible dream,
16   "Leave this guy alone.  I had a dream last
17   night" -- her husband, Pilate.  "I had a dream he's a
18   just man."  He didn't listen.  He washed his hands of
19   it, but he sent it off -- "I'm not going to judge
20   this," but he just kind of stayed neutral.
21           JOSEPH GRENON:  Yeah.  And you can't
22   stay neutral.  You have to make a stand.

1     MARK GRENON:  Yeah, you can't sit on the
2  fence.
3     JOSEPH GRENON:  Indecision is a
4  decision.
5     MARK GRENON:  Thank you.  That's right.
6  Joe Grenon.  Bishop Joe Grenon.
7     So they're based upon scriptures.  Since
8  the founding of the Genesis II Church of Health and
9  Healing, we have always had as our goal to create a
10  world without dis-ease.  This month, tenth
11  anniversary, becoming a reality -- it is becoming
12  more of a reality every year.
13     After ten years we are getting to that
14  point where people are listening.  It's around
15  the -- going around the world.  Every
16  country -- every country someone has MMS and tried
17  it.  That's every country.  But the ones that are
18  trained, we're about 145 we have a health minister
19  in.
20     We have always believed that it would
21  take a lot of blood, sweat and tears and much
22  perseverance to convince people that it is even

1  possible to have a world without dis-ease.  But we
2  are finding out that when people can understand what
3  the word "dis-ease" means to us, then it becomes
4  easier, even becomes more logical to them.
5     So I took a little excerpt from my book
6  and I -- I want to kind of -- you people to
7  understand, dis-ease is just the opposite of at ease.
8  A little leaven leaveneth the whole lump.  We know
9  that from making bread.  A little leaven in the flour
10  and water, in the dough, leavens the whole thing,
11  spreads through.  Okay?
12     The word -- I'm not going to get into
13  all of it because it's in my book, but -- and we
14  don't have much time.  I want to get into some other
15  things, but this is important.  This is the million
16  dollar question.  What is dis-ease?  Believe it or
17  not, you'll find out that the answer to that question
18  is really a natural one.  First of all, let me
19  explain.  I hyphenated the word because dis means
20  against.  Okay?  Dis -- dis-ease.  It's against
21  disease -- against ease.  So you're at ease, dis-ease
22  is just the opposite.  Okay?  That's why I did that.

1     Dis is a prefix.  A disadvantage, like,
2  is a negative, negation.  It's taking away from the
3  ease.  It's wiping out ease.  Okay?  So dis-ease.  In
4  a nutshell, that's what I mean by it.  Okay?  That's
5  why I say you only have one dis-ease.  Either you're
6  in homeostasis, in balance --
7     JOSEPH GRENON:  At ease.
8     MARK GRENON:  -- at ease, all the
9  systems -- 12, 13 systems of the body -- and you'll
10  probably find more.  That's why I say don't go by
11  what the scientists -- what they believe about
12  physics.  They have a lot of things right I'm sure,
13  but go by what we're doing, the results.  That's
14  the -- that's the kicker.  That's the real truth --
15     JOSEPH GRENON:  Mm-hmm.
16     MARK GRENON:  -- of the matter.
17     So I broke it down into two things.  You
18  have dis-ease of the body for two reasons.  And
19  really one gives way to the other.  The first one is
20  toxicity.  That is to me the number one reason why
21  the body's in a dis-ease state, the toxicity.  You go
22  back 300 years ago -- even less, but let's just go

1  back 300 years ago, before Jenner started
2  vaccinations for -- for cowpox and things like that.
3  The revolution -- industrial revolution, the pots and
4  pans and the toxins in that and the fluoride and, you
5  know -- in the water, in the air, and all these
6  different things started.  People had their own
7  gardens, Joe.  They had -- usually had eggs or they
8  had milk because someone nearby had milk.  They
9  weren't pasteurizing at that time.  Didn't exist.
10     JOSEPH GRENON:  Mm-hmm.
11     MARK GRENON:  They knew raw milk
12  was -- is so powerful, like the Bible says.
13     JOSEPH GRENON:  Healthy, healing.
14     MARK GRENON:  Oh, it -- you -- I have so
15  many testimonies, people have leaky gut and other
16  intestinal problems, gastritis and things.  "I took
17  milk for two weeks and it was gone."  I read one this
18  week.  Won't come out for a few weeks because I'm --
19     JOSEPH GRENON:  Backordering --
20     MARK GRENON:  Backordering.
21     JOSEPH GRENON:  -- or back-categorizing.
22     MARK GRENON:  I've got 30-something

Page 94

1   already.  So every week I take ten.  Usually another
2   ten or so comes in.  So it stays, like, around 30
3   testimonies always sitting there ready to go.
4        So I think if you look in my book, the
5   number one reason the body is in a state of dis-ease
6   is toxicity.  And I show you how it's getting in
7   there.  One of the most important ways it gets in
8   there is vaccinations.  I'd say because kids are
9   starting out at birth getting banged with it.  They
10  don't even have an acquired immunity system yet.
11       And they don't even know -- these
12  idiots -- and I think they really know, but they're
13  just lying devils.  Herd immunity -- I hear them
14  talking about herd immunity being done by a vaccine.
15  That's impossible.  Never happened.  Herd immunity
16  only comes when your body naturally gets something,
17  fights it and you never get it again.
18       JOSEPH GRENON:  Mm-hmm.
19       MARK GRENON:  Case in point, mumps,
20  measles, German measles --
21       JOSEPH GRENON:  Rubella.
22       MARK GRENON:  That is measles, isn't it?

Page 95

1        JOSEPH GRENON:  I think that's one of
2   the three in the --
3        MARK GRENON:  That's German measles.
4   You get those -- chicken pox, that's the other one.
5   You get that -- I had them, never had them again.
6   That's acquired herd immunity.
7        Trying to inject and bypass the system
8   and inject into the tissue a toxicity that
9   contains -- name some of them, Joe.
10       JOSEPH GRENON:  Formaldehyde, aluminum,
11  mercury -- what else do they got?
12       MARK GRENON:  Glyphosate.
13       JOSEPH GRENON:  Glyphosate, the actual
14  viruses.
15       MARK GRENON:  Aborted babies.
16       JOSEPH GRENON:  Yeah.
17       MARK GRENON:  MRC --
18       JOSEPH GRENON:  Pig fetus and all that
19  stuff.  It's just -- just --
20       MARK GRENON:  Oh, it's so evil.  It's a
21  Nazi medicine.  It's a Nazi -- you got Bill Gates,
22  eugenics, his parents involved in aborting babies,

Page 96

1   sterilization.  He wants to vaccinate the world,
2   wants to bring the population down.  He has a
3   foundation of depopulation, of depopulating the
4   world.  He has a foundation for that, too.
5        Folks, this whole scam of the
6   coronavirus, people have died that are sick and
7   that's horrible.  Okay?  Horrible.  But less than
8   they've died of last year's flu shot, right?  The
9   flu, and probably the positives are because of that.
10  The doctor, Rashid Bassur or something like
11  that -- some people are screaming the name, "You
12  never pronounce things right."
13       JOSEPH GRENON:  Mm-hmm.
14       MARK GRENON:  Anyways, he's all over the
15  internet and he's even going up against that
16  Dr. Shiva.  He calls him a fake.  Doesn't even know
17  what he's talking about.  That's crazy.  That's going
18  to be a head-on thing.
19       But again, they're medical doctors.
20  They're in that system.  And they can have some
21  things right, too.  Just because they're in that
22  system, they're not all wrong.  They're making

Page 97

1   observations about things.  We're out of that system
2   completely.  We do natural.  Natural stuff found in
3   nature.  That's what we do and that's how we clean
4   the body.  We use certified organic stuff naturally
5   found and they're not made from a laboratory.
6        So you want to stay away from those
7   vaccines.  That's one of the main reasons, and then
8   the food.  I get into that a lot.  What's in the
9   food?  It's processed crap.  It's -- it's nonfood.
10       JOSEPH GRENON:  Mm-hmm.
11       MARK GRENON:  Go down the snack aisle,
12  Joe.  Wow, that's bad stuff.
13       JOSEPH GRENON:  Yeah, there's a few
14  aisles in the stores I don't even go down.
15       MARK GRENON:  Cheetos.  What the heck is
16  Cheetos?  But they make it so desirable to the
17  palate.
18       JOSEPH GRENON:  It's addicting.
19       MARK GRENON:  Oh, it's addicting.
20       JOSEPH GRENON:  Chemical addictions.
21       MARK GRENON:  And the stuff they cook it
22  in and the oils they use and the preservatives,

Page 98

1   there's -- it's disrupting the body and causing the
2   body -- body to be in a state of dis-ease. Add to
3   that medications that you're taking, bad nonfoods,
4   and then let's cook in some aluminum --
5        JOSEPH GRENON: Yeah.
6        MARK GRENON: -- and some Teflon, then
7   let's microwave it. And let's breathe all and wash
8   in all these toxic --
9        JOSEPH GRENON: Brush your teeth with
10  fluoride.
11       MARK GRENON: Yeah. Let's do that, too.
12       JOSEPH GRENON: Drink fluoride water,
13  you know.
14       MARK GRENON: I get into all the things
15  that are disrupting the body, okay -- not all, but
16  many -- and show you links and stuff where you can
17  look for more.
18       JOSEPH GRENON: They're causing dis-ease
19  of the body.
20       MARK GRENON: You're sleeping on a
21  pillow eight hours, a third of your life you sleep,
22  and the pillow's giving off dioxins because it's made

Page 99

1   of polyester. The clothes that you're absorbing
2   chemicals. They had the American Airlines -- there's
3   one study, the uniforms they gave the American
4   Airlines one year, they all got sick and they found
5   it was in the clothing, the toxins and the dyes and
6   things.
7        Folks, how about the air? Bill Gates is
8   involved in that, too. Spraying the air with barium,
9   different chemicals, nanoparticles. Morgellons has
10  propped up because are breathing in stuff. It's
11  these nanoparticles are getting under their skin
12  and -- wow. Folks, you've got to get this book to
13  know what's going on and then practice self-care.
14       I feel like all I do is push this book
15  to people because you know what? I told a lady last
16  night, "You have my book?" "No." "That's why you're
17  calling me, because if you'd just get the book, you
18  read it, you won't have to call me. You'll know what
19  to do.
20       JOSEPH GRENON: Mm-hmm.
21       MARK GRENON: You'll -- in fact, you'll
22  know what to do so much you can -- you can learn, get

Page 100

1   the course and help other people and never have to
2   talk to us. Boy, doctors don't want that.
3        So we don't want those toxins in us.
4   That's up. So what we do, our four-point plan, the
5   Genesis II Church, is really logical. One, we detox
6   the bodies that are accumulated -- deep dark toxins
7   that are accumulated in your body. Okay? And
8   they're pathogens. The toxins become pathogenic in
9   the body. They disrupt it, they try to kill it, they
10  try to take down the host. That's what the
11  pathogen is. And they can be in the form of a bad
12  bacteria, bad virus, bad parasite. Because you've
13  got those in good that can help you, too.
14       Joe, help me here. Glyphosate, heavy
15  metals --
16       JOSEPH GRENON: There's toxins
17  everywhere.
18       MARK GRENON: Everywhere. They'll take
19  them out, the MMS, the -- the chlorine dioxide will
20  oxidize them out.
21       Secondly, don't put them in your mouth
22  anymore. I get people that many have medications.

Page 101

1   And I say, "Listen, you come here -- you don't have
2   to -- bring your medications, but I want you to stop
3   cold turkey and see. You've got them. You'll see if
4   you need them."
5        JOSEPH GRENON: If you need it.
6        MARK GRENON: Right?
7        JOSEPH GRENON: Take it if you need it.
8        MARK GRENON: You have people with
9   diabetes taking -- we ween them on -- off if they're
10  on injections. But if you're having -- taking the
11  pills, high blood pressure, cholesterol scam, all
12  that stuff, eliminate them and they do fine. They're
13  like "What?" Remember the guy from Brazil was on 15?
14  He went cold turkey. Went a month, didn't use them.
15  He threw them away when he left.
16       So you stop the nonfoods and
17  medications -- those are the real drugs -- from
18  coming in your body. Talking about a sacrament a
19  drug and those are all legal? Those are drugs.
20       JOSEPH GRENON: Mm-hmm.
21       MARK GRENON: Recover the body's
22  built-in immune system. Hmm.

---

Page 102

1      JOSEPH GRENON: How do you do that?
2      MARK GRENON: That's the healer.
3      JOSEPH GRENON: How do you do that?
4      MARK GRENON: Huh?
5      JOSEPH GRENON: Feeding it.
6      MARK GRENON: By feeding it the right
7  stuff and stopping those -- doing those other two
8  things. Now you're giving it a little breathe,
9  right?
10     JOSEPH GRENON: Mm-hmm.
11     MARK GRENON: Now you're giving
12 it -- those are out of the way so it can work and
13 then it starts building. You do that by the right
14 foods. You need nutrition. Doctors have -- you got
15 cancer? What they put you on? The cancer diet,
16 fruits and vegetables. Well, that's not going to
17 help you too much to rebuild cells. You need meat.
18 You need protein -- excuse me -- protein and fats.
19 And ever since they went from low salt, low fat diet,
20 low protein, they've -- they've destroyed hearts --
21     JOSEPH GRENON: Mm-hmm.
22     MARK GRENON: -- the heart literally.

---

Page 103

1  They've destroyed people's health. Salt is 22
2  percent of your bones. You can't absorb water in the
3  cells without salt. Twenty-two percent of your bones
4  have salt. I said that, didn't I?
5  You're -- you -- you need salt. You need fat, the
6  good fats.
7      JOSEPH GRENON: Salt helps your body
8  regulate water, also.
9      MARK GRENON: Yeah. Run from corn oil.
10     JOSEPH GRENON: Mm-hmm.
11     MARK GRENON: Run from canola. That
12 just means Canadian oil company from rapeseed oil.
13 Get rid of that crap. Go to the good oils, the
14 coconut oils, the real really, really virgin oil,
15 that means you put it in the fridge and it
16 coagulates.
17     JOSEPH GRENON: Yeah. Yeah. Hemp seed
18 oil, avocado oil. Just get all organic.
19     MARK GRENON: How about pork fat? Beef
20 fat?
21     JOSEPH GRENON: Beef fat, yeah.
22     MARK GRENON: Yeah. Ghee. That's -- we

---

Page 104

1  make our own. Then you can see the body start
2  building. And that's the ultimate healer, because
3  now toxins are out of the way, the systems are
4  working again. It will keep it in a state of at ease
5  health, homeostasis. The body will. That's the
6  ultimate. We're just like janitors and just
7  getting -- stopping the toxins from coming in, like
8  tollgates; "No, you're not coming in here."
9      And then fourthly, the toxic
10 relationships cause stress, which weakens the immune
11 system and in turn the whole body. Your personal
12 relationships with your wife, your kids, your family,
13 family pressures, stress at work can be toxic to the
14 body, mind and spirit, and which turn -- in turn
15 causes dis-ease of the body. This toxic environment
16 can cause the beginning of the dis-ease of the body.
17     I remember many people told us they went
18 through a bad divorce and that's when their cancer
19 started. Had a bad job or lost a lot of money, the
20 kids ran away or a kid died, whatever that stress
21 was. And from that point on they said, "I felt
22 something weird in my breast" or "in my prostate" or

---

Page 105

1  "in my brain. My" -- "I was stressed and boom,
2  something took hold."
3      JOSEPH GRENON: Mm-hmm.
4      MARK GRENON: "Something died and
5  started rotting and it turned into a cancer.
6      JOSEPH GRENON: Yeah.
7      MARK GRENON: So practice self-care, not
8  health care. Tell me when we're five minutes -- five
9  minutes away, Joe.
10     JOSEPH GRENON: Okay. We still got 20.
11     MARK GRENON: The Genesis II Church of
12 Health and Healing is vehemently -- that means
13 really -- opposed to any toxin or poison being
14 introduced into the body, our temple, by vaccine or
15 any other means. The religious belief that our
16 bodies are our personal temples that our spirits and
17 souls live in is based on the following scripture.
18 And I wrote this to all the officials I'm writing to.
19 "Know ye not that ye are the temple of God and the
20 spirit of God dwelleth within you? If any man defile
21 the temple of God, him shall God destroy." Oh, yeah,
22 "God's not destroying people He" -- no, He's -- of

Page 106

1  course He isn't.

2        JOSEPH GRENON:  He's not.

3        MARK GRENON:  The body's not being

4  protected and they're dying.  "For the temple of God

5  is holy whose temple ye are."  1 Corinthians.  I put

6  Second.  Hmm.  1 Corinthians 3:16 and 17.

7        The personal right and responsibility to

8  maintain a healthy, clean temple is a fundamental

9  belief of the Genesis II Church of Health and

10  Healing.  Okay?  If you don't take your health into

11  your own hands, you will be poisoned slowly and not

12  have any quality of life.  And by the time you're

13  60 -- not have any quality of life by the time you're

14  60, and many times earlier.  I talk to a lot of

15  people that are in their 40s and they look older than

16  I do, Joe.

17        JOSEPH GRENON:  Oh, yeah.

18        MARK GRENON:  They even have white hair

19  like I do.  Bible calls it wisdom.  I just call it

20  naturally getting older, right?

21        JOSEPH GRENON:  Well, when you get older

22  you get wiser.

Page 107

1        MARK GRENON:  Right.  Take control of

2  your health or someone or something will take care of

3  it for you -- or no, will take it from you.  And they

4  do.

5        Why a church?  Hmm.  Some people think

6  that we started Genesis II Church of Health and

7  Healing to hide from governments.  "Oh, they're

8  trying to make it a sacrament.  We'll make it a drug

9  and we'll destroy them."  No, we were already

10  missionaries.  Okay?  This is not the truth.  I was a

11  missionary for 30 years at the time Jim came to live

12  with us in Africa in 2010.

13        From 2006 when I first picked up Jim's

14  book and healed myself and my eight children from

15  MRSA to 2010, I was using MMS, chlorine dioxide, to

16  heal many in Dominican Republic and Haiti.  I only

17  had correspondence with Jim twice.  Once thanking him

18  for publicizing his discovery and another time when

19  he wanted to go -- when I wanted to go to Africa to

20  help him he told me he needed a place to develop more

21  protocols to train people from around the world, and

22  he came to us.

Page 108

1        A church does not operate under

2  government laws, statutes, codes or rules.  In fact,

3  a church is the conscience of the government to make

4  sure it never tries to enforce laws, statute, codes

5  and rules that are immoral.  And what they're doing

6  to us is immoral.  That's why the -- the

7  Constitution, the first thing they said, "Congress,

8  you better not make a law stopping a church, like you

9  only want the Catholics to be in power or the

10  Anglicans or" -- "or the" -- "the Jews or

11  the Mus" -- "You don't do that.  Don't stop them from

12  exercising their religion.  Don't do that."  They

13  don't have any power over us at all.

14        "You can't disregard a TRO."  We did.

15  We said no.  "But you" -- "But you obeyed it."  Under

16  duress we voluntarily stopped.  Now, May 1, that's

17  what we've got to worry about.  Let's see what they

18  did.  Let's pay -- see how far they go.

19        Even the U.S. Constitution says it.  We

20  talk about it all the time.  In five out of six of

21  the points of the First Amendment are directly or

22  indirectly referring to the church.

Page 109

1        JOSEPH GRENON:  Mm-hmm.

2        MARK GRENON:  "Congress shall make no

3  law respecting establishing

4  religion" -- church -- "or prohibiting the free

5  exercise of" -- church -- "or abridging the freedom

6  of speech" -- what is the context?  Church -- "or of

7  the press" -- that's not the church -- "or of the

8  right of the people to peaceably assemble."

9        JOSEPH GRENON:  Church.

10        MARK GRENON:  Church, right?  They

11  peaceably assemble.  "Or to petition the government

12  for a redress of grievances."  I just did that.  I

13  petitioned the government.  I made a Complaint to the

14  government that this judge, this lawyer and these

15  criminals, the FDA/FTC, have -- well, they didn't

16  take an oath, I don't think, the FTC/FDA.  But the

17  attorney -- U.S. Attorney and the judge breached that

18  trust, that truth.

19        The rule of law is a rule that is

20  obligated to be moral.  The rule of law, the FDA has

21  a rule of law here.  If it's immoral, it's null and

22  void.

Page 110

1  Nothing is lawfully right that is
2  morally wrong.  The real church -- I'm just reading
3  some memes that I put up.  In other words, those that
4  believe the Bible have always been the conscience of
5  the government, no matter what type of government.
6  Always the church was the moral code, moral law for
7  whatever country and they looked to the
8  churches -- and many churches, they're called NGOs,
9  nongovernment org -- they do a lot of the work that
10  the government should be doing supposedly, but the
11  church is doing it.
12  JOSEPH GRENON:  Mm-hmm.
13  MARK GRENON:  We'd rather have the
14  church doing it and have a little government and
15  NGOs.
16  I know that the subject of health care
17  is all we've been hearing about lately, and for good
18  reason.  Everyone is concerned about their health
19  because without good health life is not enjoyable.
20  Bad health takes a lot of extra effort and expense
21  each and every day.  I've seen people take up to 20
22  pills and medications daily.  We all want to be in

Page 111

1  optimum health at all times.  Making toxic drugs
2  cheaper is not the answer.  Getting rid of the toxic
3  health care system and taking your own health into
4  your hands is the answer.
5  They -- that's why they hate us, folks.
6  You want to know why we're being hit and even the
7  President and the Attorney General are kind of like
8  saying, "Leave these people alone"?  It's because of
9  these books, folks.  These books and what we're doing
10  with our protocols, our sacraments.  Because I'm
11  reading some of the things I'm saying in the book, we
12  don't -- you don't need health care.
13  I'm not talking about having hospitals
14  for emergencies.  We need them for very skilled
15  emergency medical personnel and surgeons and very
16  needy to save lives.  After you take care of that,
17  run away from the medical/pharmaceutical industry
18  before they kill you with their toxic protocols.
19  The number one killer in the
20  world -- think about it.  By the time you add up all
21  the drugs and all the counsel, all the treatments is
22  iatrogenic, death by doctors and their toxic advice,

Page 112

1  because they're trained by the pharmaceuticals.
2  JOSEPH GRENON:  Mm-hmm.
3  MARK GRENON:  I want to compare health
4  care with Genesis II care of health, or as we call
5  self-care.  What's the difference?  What's the
6  benefits?  First difference, health care is a
7  government-sponsored health care program that
8  continues with the medical community -- community and
9  government controlling your health under their
10  system, which includes vaccines that poison the body
11  causing chronic health issues and medications that
12  only treat symptoms and don't seek a cure.  There's
13  no money in a cure.  They want repeat customers to
14  stay in business.
15  When a person is trained in Genesis II
16  Church health care, self-care, which makes them a
17  health minister, they control their own health, and
18  not an outside source doing it for them.  It's all
19  about personal responsibility.  Each person has to
20  choose.  The medical people, they're trained, they
21  look into the Physicians' Desktop Reference or the
22  Merck manual, both written by pharmaceuticals.  Okay?

Page 113

1  Being trained in health protocols and
2  methods of the Genesis II Church allows you to take
3  responsibility for your health yourself and make your
4  own decisions, not the doctor saying, "Hmm, let me
5  see.  The PDR says this, this and this.  Let's choose
6  the side effects that" -- "that's not as bad as the
7  others.  Take this."  He's just reading what a
8  pharmaceutical set up.
9  Secondly, what are the benefits?  On the
10  other hand, the benefits of the Genesis II Church are
11  very simple to understand.  It's easy to become
12  proficient in these protocols.  So the benefits are
13  very simple to understand.  Here are some of the
14  benefits.  Each health minister is not only taught
15  all of the protocols, but is also tested, as well as
16  has all the video protocols and work
17  available -- workbook available for review when
18  necessary.  Not written by pharmaceuticals, written
19  by years of practice, observation, repeatability and
20  testimonies.
21  Little or no side effects, which can be
22  totally reversed.  Okay?  No, the only side effects

Page 114

1    are nausea, diarrhea and flu-like symptoms due to
2    die-off -- die-off of pathogens and too many toxins
3    entering the body too quickly.  Reduce the dosing
4    eliminates it.  There is not a protocol to control
5    symptoms, but a restoration of health.  That's all
6    they do in the health care, just control your
7    systems --
8         JOSEPH GRENON:  Yeah, they treat your
9    symptoms.
10        MARK GRENON:  They'll get, like -- what
11   do you call it?  Health -- symptom care, maintain
12   symptoms.
13        Each person takes the protocol.  Taking
14   the protocol can personally oversee his own health
15   restoration in the comfort of their own home.  The
16   protocols can be taken while at work, home or play.
17   Most people have their health restored in three weeks
18   or less without having to take the protocols the rest
19   of your life.  That's the difference from health
20   care.  They will learn how to keep their health
21   restored for the rest of their life.
22        The cost is minimum.  The products used

Page 115

1    to produce can be obtained fairly easily worldwide.
2    We now have 200 -- 2,000-plus health ministers in
3    over 145 countries.  Each health minister learns how
4    to help family, friends and neighbors to restore
5    their own health and maintain it.  You don't get that
6    from the health min -- Health Department.
7         JOSEPH GRENON:  No.
8         MARK GRENON:  Every member and health
9    minister of the Genesis II Church receives an ID card
10   they can use to deny the use of vaccines, scans and
11   x-rays due to religious belief, which A.G.
12   Barr -- Attorney General Barr said religious beliefs
13   cannot be during a time of emergency --
14        JOSEPH GRENON:  Never.
15        MARK GRENON:  -- stopped.
16        Everyone is welcome, no matter what
17   race, religion or sex they might be.  Everybody's
18   welcome to us.  You don't turn anybody.  They don't
19   have health insurance.  We don't care.  You don't
20   need anything like that.  You're not going to need it
21   the rest of your life either.  Do you have health
22   insurance?  I don't.

Page 116

1         JOSEPH GRENON:  Never have.
2         MARK GRENON:  I have health assurance.
3    Yeah, this is my health assurance.  And then once I
4    clean the body, my body will take care of the rest.
5         The protocols can be used to purify
6    water and cleanse home and foods in the case of
7    emergency.  Hey, pharmaceuticals can't.
8         No relying on the government, to lines,
9    no waiting.
10        Personal health restoration testimonies
11   of real people can be seen.  We've got real
12   testimonies of real people.  "Well, back here there's
13   a" -- and I like patterns.  That's how Jim found MMS,
14   by studying patterns and MMS, too.  But you have
15   that -- you don't have that in the medical industry.
16        English and Spanish are available, and
17   Portuguese.
18        Anyone can be a health minister in the
19   comfort of their home at their own convenience.
20        Preexisting conditions are welcome.
21   That's working on a cure.  So all the health issues a
22   person has can be eliminated as the body is

Page 117

1    detoxified and the immune system boosted and
2    maintained strong.
3         Genesis II Church membership
4    is -- support is available.  We -- we answer members
5    all the time.  Each health minister can be authorized
6    to open a church.  Each health minister can be
7    trained to teach others.  Boy, they don't teach you
8    that -- they don't train you in health care.
9         JOSEPH GRENON:  No, when have the
10   doctors teach --
11        MARK GRENON:  Yeah.
12        JOSEPH GRENON:  -- you how to help
13   others?
14        MARK GRENON:  They don't because they
15   want money.
16        You can make this in your home, folks.
17   I didn't put that down even.
18        Free newsletter from the Genesis II
19   Church Worldwide every week -- this was bimonthly
20   back then -- with updates.  We didn't even have a
21   G2voice back then.
22        JOSEPH GRENON:  Hmm-mm.

1        MARK GRENON:  There are many benefits of
2   the Genesis II Church care of health, too numerous to
3   write here.
4        Thirdly, what are the costs?  Again, no
5   one knows the cost of federal or local governments,
6   never mind personal cost financially, copays as well
7   as the physical cost.  The costs of Genesis II Church
8   health care self-care are very small.  If an
9   individual wanted to do basic protocols to restore
10  health, which is a three-week protocol, then the cost
11  for one individual would be about 25 bucks.  For a
12  family of four would be about 100 if purchased online
13  or as a donation through the Genesis II Church
14  chapter.
15       Gee, hundred bucks.  Now, well, you've
16  got a -- like you can see, really bad or gangrene or
17  something, you had it for a while, might not do it in
18  three weeks for sure.  Might take a year.  But the
19  cost is minimum.  And it cures it.  Doesn't come back
20  unless you go back to your lifestyle and keep doing
21  that stuff.  "I got rid of my herpes.  Three years no
22  outbreaks.  I got it again.  MMS didn't work."  Wait

1   a minute.  Did you -- are you having a lot of sex
2   with -- with whores?"  "Well, yeah."  "Does your
3   partner have herpes?"  "Well, yeah, but" -- well,
4   come on, man.  You can get this stuff again.
5        Fourthly, what are the results?  The
6   results of health care are obvious by the fact that
7   the world's getting sicker and sicker.  Number one
8   developed countries such as U.S., Canada, Australia,
9   England and New Zealand, they're all sick, man, and
10  they're all falling on the health care system of
11  their government.  Our results is what, Joe?
12       JOSEPH GRENON:  Health.
13       MARK GRENON:  Cured.
14       JOSEPH GRENON:  Yeah.
15       MARK GRENON:  Don't say "cured."  You're
16  a drug.  You're a drug.  Joe is a drug because he
17  says "cured."  He can cure people.
18       JOSEPH GRENON:  I can help you, so I'm a
19  drug.
20       MARK GRENON:  It's just so silly.  It's
21  so stupid.  And we're going to stop this insanity.
22  We're going to stop it.  "Well, you guys might

1   get" -- well, whatever.  God's with us and we ask God
2   to specifically show some signs to us that we can
3   follow that they know it's God.  And we're seeing it,
4   folks.
5        JOSEPH GRENON:  Mm-hmm.
6        MARK GRENON:  We're seeing it.  Now,
7   let's see what happens.  We just want to go on -- I
8   don't want -- if they're found guilty, Joe, of all
9   that stuff, you have a perfect case to sue them for
10  millions.  You know what?  That just takes my time.
11  I don't want to sue anybody.  I just want to be left
12  alone to continue to go on and the results will
13  change countries, change families, change governments
14  all around the world.  And Jesus Christ will be
15  honored and he'll be at the forefront of everything
16  we do.
17       The Lord Jesus Christ.  "I am the way,
18  the truth and the life.  No man come unto the Father
19  but by me."  "What about" -- "What about all these
20  other religions?"  Hey, the word of God was before
21  most all these -- well, was before all those
22  religions.  Go back in time, folks, to real history.

1   Pre-flood those religions were all Satanic before
2   that, before God flooded.  And there's more evidence
3   to that than anything you can imagine.  Archeology
4   has nailed it, geology, that the flood was the same
5   everywhere in the world.  And the reason why they
6   fossilized, because of the pressure.  You can make
7   fossils by pressure.
8        JOSEPH GRENON:  Yeah.
9        MARK GRENON:  You can make oil by
10  pressure.  You can make diamonds by pressure.
11       JOSEPH GRENON:  And that's weight of
12  water.
13       MARK GRENON:  Yes.
14       JOSEPH GRENON:  Yeah.
15       MARK GRENON:  Just study.  Do yourself a
16  favor if you're a skeptic.  "Mark's always talking
17  about that."  Okay.  Push aside -- don't push it
18  aside, but just put the Bible aside for a second.  Go
19  to this 155 different videos, "Is Genesis history."
20  And professionals in their field, scientists will
21  show how it proves the Bible correct.  That's
22  just -- that's just facts of science that they prove.

Page 122

1   Never mind the other ways.
2        JOSEPH GRENON:  Mm-hmm.
3        MARK GRENON:  Folks, before all that in
4   the Garden of Eden it was God, a King and his
5   kingdom.  It's going to be that way in the future.
6   After Revelations done, the Great White Throne, it's
7   going to be a King and his kingdom again.  And it
8   still is to me.  It's a King and his kingdom.
9        This -- this earth, the Bible says Satan
10  is in control right now because God let him.  Why?
11  Because you have a free will.  God wants you to love
12  Him because you love Him and you want to, not because
13  like there's artificial intelligence robot stuff, "I
14  love you.  I do what you say," like everybody's doing
15  today.
16       JOSEPH GRENON:  Yeah.
17       MARK GRENON:  Everybody's like cattle.
18  "Oh, we have to do this because Fauci said."  You
19  ever check out that guy?  "We've got to do this
20  because Bill Gates of hell said it."  You know who
21  you're trusting?  Do it because God said it and
22  you'll never go wrong.  And that's the basis of our

Page 123

1   church.  The gospel of the Lord Jesus Christ is the
2   good news that came and died, bled, buried, was
3   resurrected for us.  That's the good news, 1
4   Corinthians 15:1 through 3.  That's what we're going
5   to preach.  In doing that we're going to heal people,
6   get their attention and say "Listen."  And if they
7   reject it, just like they reject MMS some people, "I
8   don't want that crap because they said it's bad."
9   Who said?
10       JOSEPH GRENON:  Yeah.
11       MARK GRENON:  Well, who are they?  Find
12  out who they are.
13       Next week we're going to show you more
14  facts.  The truth is naturally being shown to us by
15  the results.  Isn't that real results, real science?
16  Next week we're going to talk about it.
17       Again, I am not minimizing -- well, I
18  guess I am.  I'm minimizing it compared to what we
19  do.  But the physics, the physiological, the
20  pathogenic, what's going on in the body,
21  physiologically in the body.  They might be right,
22  they might not be, about how MMS works.  We know it's

Page 124

1   great.  We know it has no side effects.  We know it's
2   efficacious.
3        JOSEPH GRENON:  Mm-hmm.
4        MARK GRENON:  We know it oxygenizes.  We
5   know that stuff.  Good.  That's good.  But if
6   we -- say we didn't have the technology to do that,
7   to even know what this is made up of.
8        JOSEPH GRENON:  Yeah, just by the
9   results alone we would see --
10       MARK GRENON:  Yeah, and we'd just use
11  it, we see, okay, there's not much side effects and
12  it's curing all this stuff.  How does it work?  I
13  don't know.  I honestly tell people I don't know
14  exactly how it works.  If you listen to people that
15  say "This is exactly" and "I'm going to be the
16  spokesperson," no.  I don't know.  "What?  You don't
17  know?"  But what I do know is more important to you,
18  and that is it works and I can show you it works by
19  following these standardized protocols that
20  are -- basically that's science.
21       JOSEPH GRENON:  Mm-hmm.
22       MARK GRENON:  We're going to talk about

Page 125

1   that next week.
2        JOSEPH GRENON:  Yeah.
3        MARK GRENON:  God bless you.  Pray and
4   follow those things.  Get these eBooks.  Get the
5   printed ones, too, if you want, but get these eBooks
6   and share the film and share the G2voice.  God bless
7   you.  We're in a health revolution for sure.
8        JOSEPH GRENON:  God bless everyone.
9        (Music plays.)  "MMS, we got the
10  solution.  It's a health revolution, it's a health
11  revolution, a health revolution, a health revolution.
12  We got MMS, we got the solution.  Well, if your
13  health is not good, don't suffer, you don't need to
14  suffer, we'll build you back up, make you tougher, it
15  will make you tougher, dengue, MRSA, AIDS and
16  malaria, with MMS we are not scared, yeah.  But those
17  big pharmaceutical companies that try to keep us down
18  upon our knees, not going to stop with their lining
19  their pockets, keeping mankind in dis-ease..." (music
20  fading.)
21
22