

# U.S. Department of Justice

## Consumer Protection Branch

---

**Ross S. Goldstein, Senior Litigation Counsel**
Ross.Goldstein@usdoj.gov
*Direct Line: 202-353-4218*

*P.O. Box 386*
*Washington, DC 20044*

Overnight and Hand Deliveries Only:
*450 Fifth Street NW, Suite 6400*
*Washington, DC 20001*

May 8, 2020

<u>*VIA EMAIL*</u>

Mark S. Grenon and Joseph T. Grenon
Genesis II Church of Health and Healing
2014 Garden Lane
Bradenton, Florida 34205

      Re:  *United States of America v. Genesis II Church, et al.*, No. 20-21601-CIV (Southern District of Florida)

Gentlemen:

Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida require that we make a "reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought [by a motion] in a good faith effort to resolve by agreement the issues to be raised in the motion" prior to filing any such motion with the court. Local R. 7.1(a)(3). Accordingly, this letter is sent in an effort to confer with you (or your counsel if you have retained an attorney) on the issue of service of judicial documents upon you, including the Summons and Complaint in the legal action that was commenced against you on April 16.

The United States has made multiple efforts to deliver these and other documents to you at several different physical addresses in Florida. These efforts have been unsuccessful. On April 23, 2020, I sent you an email that, in addition to attaching an order of the court, also requested that each defendant provide us with a valid physical address by return email so that we would be able to deliver important written material to each of you. To date, I have not received any response to that request.

I write today, in part, to renew my request that each of you provide us with valid physical addresses to which we may deliver copies of judicial documents to you, including service of the Summons and Complaint.

It has come to our attention that you currently may be in a foreign country, which is central to the issue that the government intends to raise with the court by motion, should we be unable to resolve it by agreement. Because you have apparently declined to provide us with a

Mark S. Grenon & Joseph T. Grenon
May 8, 2020
Page 2

valid physical address where you are located and may receive service of legal process, the United States intends to file a motion seeking leave of the district court to use an alternate means of service pursuant to Federal Rule of Civil Procedure 4(f)(3). *See* Fed. R. Civ. P. 4(f)(3) (providing that individual may be served at place not within any judicial district of the United States "by other means not prohibited by international agreement, as the court orders.").

As a result, and pursuant to Local Rule 7.1(a)(3), unless each of you notifies the United States by return email with a valid physical address (either foreign or domestic) where each of you may be served with the Summons and Complaint by no later than 9:00 a.m. EDT on Monday, May 11, 2020, the United States will thereafter file its motion seeking leave of court to utilize alternate means of service.

If you have retained counsel, please forward this letter to them immediately.

Very truly yours,


Ross S. Goldstein
Senior Litigation Counsel


cc: AUSA Matthew Feeley
    SLC David Frank