UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                  *Plaintiff,*

    vs.

GENESIS II CHURCH OF HEALTH
   AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                  *Defendants.*

**GOVERNMENT'S REQUEST FOR CLERK'S DEFAULT
AGAINST DEFENDANTS GENESIS II CHURCH OF HEALTH AND HEALING,
<u>JONATHAN GRENON AND JORDAN GRENON</u>**

      Plaintiff, the United States of America, respectfully requests under Federal Rule of Civil Procedure 55(a) that the Clerk enter defaults against Defendants Genesis II Church of Health and Healing, Jonathan Grenon, and Jordan Grenon, and states as follows:

      1.     This matter was filed on April 16, 2020.  (D.E. 1).

      2.     On April 27, 2020, summonses were issued for Genesis II Church of Health and Healing (Genesis II), Jonathan Grenon and Jordan Grenon.  (D.E. 17).

      3.     On April 28, 2020, the summons and Complaint for Preliminary and Permanent Injunction were properly served on Defendant Genesis II.  (D.E. 19-10).

      4.     On April 28, 2020, the summons and Complaint for Preliminary and Permanent Injunction were properly served on Defendant Jonathan Grenon.  (D.E. 19-11).

5. On April 29, 2020, the summons and Complaint for Preliminary and Permanent Injunction were properly served on Defendant Jordan Grenon. (D.E. 19-14).

6. The applicable time for Defendants Genesis II, Jonathan Grenon and Jordan Grenon to file a pleading in response to the Complaint has expired pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

7. Accordingly, the government requests that the Clerk enter a default against Defendants Genesis II, Jonathan Grenon and Jordan Grenon.

Local Rule 7.1(a)(3) Pre-Filing Certification

The undersigned certifies that David A. Frank, one of the attorneys of record for Plaintiff United States, made reasonable efforts to confer with all parties who may be affected by the relief sought in this Request for Clerk's Default. Counsel contacted Defendants Genesis II, Jonathan Grenon, and Jordan Grenon by sending them an email on May 28, 2020 at approximately 6:30 p.m. Eastern and attaching a copy of this Request for Clerk's Default. Counsel requested that the Defendants contact counsel to confer about the relief requested by the United States. Counsel for the United States received no response or other communication from any of the Defendants by 12:00 pm on May 29, 2020. Thus, the Plaintiff has been unable to confer and resolve the issues raised by the Request for Clerk's Default.

Dated; May 29, 2020

                        Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | |
| *Ross S. Goldstein*<br>ROSS S. GOLDSTEIN<br>Court ID No. A5502651<br>Senior Litigation Counsel<br><br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax) | *Matthew J. Feeley*<br>MATTHEW J. FEELEY<br>Florida Bar No. 12908<br>Assistant United States Attorney<br><br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax) |
| *David A. Frank*<br>DAVID A. FRANK<br>Court ID No. A5500486<br>Senior Litigation Counsel<br><br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br><br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | |

                      *Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

      I hereby certify that on May 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By:    *David A. Frank*
      David A. Frank
      Senior Litigation Counsel
      U.S. Department of Justice

## SERVICE LIST

United States of America
*vs.*
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON

CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL 34209 |

5

| | |
|---|---|
| **MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>*Counsel for the United States of America* | **JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |

6