UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

PLAINTIFF(S)

CASE NUMBER
1:20−cv−21601−KMW

v.

GENESIS II CHURCH OF HEALTH AND HEALING,
et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**GENESIS II CHURCH OF HEALTH AND HEALING
JORDAN GRENON
JONATHAN GRENON**

as of course, on the date May 29, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Ahlai Israel*
Deputy Clerk

cc:  Judge Kathleen M. Williams
     United States Of America

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)