**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-21601-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*

        Defendants.
_____/

## ORDER GRANTING MOTION FOR ALTERNATE SERVICE

**THIS MATTER** is before the Court on Plaintiff's motion for order authorizing alternate service of process on Defendants Mark Grenon and Joseph Grenon pursuant to Federal Rule of Civil Procedure 4(f)(3). (DE 44). Defendants have not responded to the motion and the time to do so has now passed. Upon review of the motion, the record, and the applicable case law, the Court finds that Plaintiff, United States of America, has shown good cause why leave should be granted allowing service of the summons, Complaint, and all other filings in this matter upon Defendants Mark Grenon and Joseph Grenon via electronic mail ("email"). *See Setai Hotel Acquisition, LLC v. Miami Beach Luxury Rentals, Inc.*, 2016 WL 8677230 (S.D. Fla. Oct. 14, 2016); *Premier Trailer Leasing, Inc. v. DM World Transportation, LLC*, 2020 WL 886671 (M.D. Fla. Feb. 24, 2020); *Tracfone Wireless, Inc. v. Hernandez*, 126 F. Supp. 3d 1357 (S.D. Fla. 2015).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's motion (DE 44) is **GRANTED** as follows:

1. Plaintiff may serve the summons, Complaint, and all other current and future filings in this matter on Defendants Mark Grenon and Joseph Grenon via email at the following addresses:

>Mark Grenon:  mark@genesis2church.is

>Joseph Grenon:  joseph@genesis2church.is

2. Service of Defendants Mark Grenon and Joseph Grenon will be deemed to have been properly effected upon the electronic transmittal of the filings by email.  Proof of Service of the summons and Complaint upon Defendants Mark Grenon and Joseph Grenon may be accomplished by the United States of America filing a declaration stating that the documents were transmitted to these Defendants in accordance with this Order.

3. Pursuant to Rule 12(a)(1)(A), Defendants Mark Grenon and Joseph Grenon shall respond to Plaintiff's Complaint no later than twenty-one (21) days after they have been served with the summons and Complaint.

4. Plaintiff shall promptly serve this Order on all Defendants by email.

**DONE AND ORDERED** in chambers in Miami, Florida, this 15th day of June, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE