UNITED STATES DISTRICT COURT
SOUTHERN DISTICT OF FLORIDA

CASE NO. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

       *Plaintiff,*

  *vs.*

GENESIS II CHURCH OF HEALTH AND
HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

       *Defendants.*
_____/

# DECLARATION OF MATTHEW J. FEELEY

I, Matthew J. Feeley, in accordance with 28 U.S.C. § 1746, make the following statement:

1. I am currently employed by United States Attorney's Office, Southern District of Florida as an Assistant United States Attorney representing the United States of America ("the United States") in the above-captioned case.

2. On May 28, 2020, the United States filed the *Government's Motion For Leave To Serve Defendants Located Outside The United States By Alternate Means And Incorporated Memorandum In Support*. [D.E. 44]

3. On June 15, 2020, the Court entered its *Order Granting Motion for Alternate Service*. [D.E. 48]. The Court directed the United States to "serve the summons, Complaint, and all other current and future filings in this matter on Defendants Mark Grenon and Joseph Grenon via email at the following addresses: Mark Grenon: mark@genesis2church.is; Joseph Grenon: joseph@genesis2church.is."

4. On June 15, 2020, I instructed Kevin A. Jean, Legal Assistant for United States Attorney's Office, to serve the Complaint and Summons on Defendants Mark Grenon and Joseph Grenon via email at the following addresses: Mark Grenon: mark@genesis2church.is; Joseph Grenon: joseph@genesis2church.is. Mr. Jean served the Complaint and Summons on Defendants Mark Grenon and Joseph Grenon accordingly on that same day. *See* Exhibit "A" attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2020                    Respectfully submitted,

*s/ Matthew J. Feeley*
MATTHEW J. FEELEY
Florida Bar No. 12908
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Matthew.Feeley@usdoj.gov
305-961-9235 (office)
305-530-7139 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Matthew J. Feeley*
MATTHEW J. FEELEY
Assistant United States Attorney

## SERVICE LIST

United States of America
*vs.*
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

CASE NO.: 20-21601-CIV-WILLIAMS
United States District Court
Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office)<br>(202) 514-8742 (fax) | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL   34209 |

| | |
|---|---|
| **MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>*Counsel for United States of America* | **JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |

# Exhibit A

| | |
|---|---|
| **From:** | Jean, Kevin (USAFLS) [Contractor] |
| **To:** | "mark@genesis2church.is"; "joseph@genesis2church.is" |
| **Cc:** | Feeley, Matthew (USAFLS) |
| **Subject:** | U.S. vs. Genesis II et al., Case No. 1:20-cv-21601-KMW - Complaint and Summonses |
| **Date:** | Monday, June 15, 2020 3:54:58 PM |
| **Attachments:** | 0001_Complaint.pdf<br>0017_Summonses.pdf |

Attached please find the Complaint and Summonses in the above-captioned case, pertaining to Defendants Mark Grenon and Joseph Grenon.

Best regards,

Kevin A. Jean

Southern District of Florida

United States Attorney's Office

99 N.E. 4th Street, Suite 300

Miami, Florida  33132

305.961.9233