UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                     *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH
   AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                     *Defendants.*

## SUPPLEMENTAL MEMORANDUM AND NOTICE BY THE UNITED STATES OF FILING OF REVISED PROPOSED ORDER OF PERMANENT INJUNCTION

The United States of America, in accordance with the Court's instructions during the conference of June 30, 2020 (D.E. 52), hereby respectfully files the attached revised proposed order of permanent injunction against Defendants Genesis II Church of Health and Healing, Jonathan Grenon, and Jordan Grenon. The revised proposed order includes a provision requiring equitable disgorgement and restitution to be administered by a Court-appointed Special Master, who is to be compensated by Defendants. Consistent with the discussion during the June 30 conference, the this newly added provision comports with the guideposts for equitable disgorgement recently discussed by the Supreme Court in *Liu v. SEC*, No. 18-1501, 591 U.S. ___ (June 22, 2020) (slip op.).

During the June 30 conference, the Court also inquired about what information, if any, the government may have with regard to Defendants' financial condition. In response to the Court's inquiry, the United States hereby advises the Court that it is in possession of information that indicates that Defendants' MMS websites generated approximately $578,506 in revenue from credit card transactions between April 1, 2019 and April 24, 2020. This includes approximately $6,429 in credit card sales in the seven days *after* the Court entered the Temporary Restraining Order on April 17, 2020.

Dated this 7th day of July, 2020.

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
U.S. Department of Justice

ARIANA FAJARDO ORSHAN
United States Attorney

GUSTAV W. EYLER
Director
Consumer Protection Branch

*Ross S. Goldstein*
ROSS S. GOLDSTEIN
Court ID No. A5502651
Senior Litigation Counsel
Consumer Protection Branch
U.S. Department of Justice

P.O. Box 386
Washington, DC 20044-0386

Ross.Goldstein@usdoj.gov
202-353-4218 (office)
202-514-8742 (fax)

*Matthew J. Feeley*
MATTHEW J. FEELEY
Florida Bar No. 12908
Assistant United States Attorney

99 N.E. 4th Street, Suite 300
Miami, FL 33132-2131

Matthew.Feeley@usdoj.gov
305-961-9235 (office)
305-530-7139 (fax)

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

       I hereby certify that on July 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      *s/ Ross S. Goldstein*
            Ross S. Goldstein
            Senior Litigation Counsel
            U.S. Department of Justice

## SERVICE LIST

United States of America
*vs*.
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON

CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax)<br><br>**MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office)<br>305-530-7139 (fax)<br><br>***Counsel for the United States of America*** | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL  34209 |

|  | **JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |
|---|---|