UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

                *Plaintiff,*

vs.

GENESIS II CHURCH OF HEALTH
   AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON,

                *Defendants.*

_____

**GOVERNMENT'S REQUEST FOR CLERK'S DEFAULT
AGAINST DEFENDANTS MARK GRENON AND JOSEPH GRENON**

Plaintiff, the United States of America, respectfully requests under Federal Rule of Civil Procedure 55(a) that the Clerk enter defaults against Defendants Mark Grenon and Joseph Grenon, and states as follows:

1. This matter was filed on April 16, 2020.  (D.E. 1).

2. On April 27, 2020, summonses were issued for Mark Grenon and Joseph Grenon. (D.E. 17).

3. On June 15, 2020, the summons and Complaint for Preliminary and Permanent Injunction were properly served on Defendant Mark Grenon.  (D.E. 50-1).

4. On June 15, 2020, the summons and Complaint for Preliminary and Permanent Injunction were properly served on Defendant Joseph Grenon.  (D.E. 50-1).

6. The applicable time for Defendants Mark Grenon and Joseph Grenon to file a pleading in response to the Complaint has expired pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

7. Accordingly, the government requests that the Clerk enter a default against Defendants Mark Grenon and Joseph Grenon.

Dated this 10th day of July 2020.

Respectfully submitted,

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>U.S. Department of Justice | ARIANA FAJARDO ORSHAN<br>United States Attorney |
| GUSTAV W. EYLER<br>Director<br>Consumer Protection Branch | |
| *Ross S. Goldstein*<br>ROSS S. GOLDSTEIN<br>Court ID No. A5502651<br>Senior Litigation Counsel<br><br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office)<br>202-514-8742 (fax) | *Matthew J. Feeley*<br>MATTHEW J. FEELEY<br>Florida Bar No. 12908<br>Assistant United States Attorney<br><br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br><br>Matthew.Feeley@usdoj.gov |

305-961-9235 (office)
305-530-7139 (fax)

*David A. Frank*
DAVID A. FRANK
Court ID No. A5500486
Senior Litigation Counsel

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044

David.Frank@usdoj.gov
(202) 307-0061 (office)
(202) 514-8742 (fax)

*Counsel for the United States of America*

OF COUNSEL:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
U.S. Department of Health and Human Services

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

JOSHUA A. DAVENPORT
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    *s/ Matthew J. Feeley*
        MATTHEW J. FEELEY
        Assistant United States Attorney

## SERVICE LIST

United States of America
*vs.*
GENESIS II CHURCH OF HEALTH AND HEALING;
MARK GRENON;
JOSEPH GRENON;
JORDAN GRENON; and
JONATHAN GRENON

CASE NO. 20-21601-CIV-WILLIAMS
United States District Court Southern District of Florida

| | |
|---|---|
| **ROSS S. GOLDSTEIN**<br>Court ID No. A5502651<br>Senior Litigation Counsel<br>Ross.Goldstein@usdoj.gov<br>202-353-4218 (office) 202-514-8742 (fax)<br><br>**DAVID A. FRANK**<br>Court ID No. A5500486<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>David.Frank@usdoj.gov<br>(202) 307-0061 (office) (202) 514-8742 (fax)<br><br>**MATTHEW J. FEELEY**<br>Florida Bar No. 12908<br>Assistant United States Attorney<br>99 N.E. 4th Street, Suite 300<br>Miami, FL 33132<br>Matthew.Feeley@usdoj.gov<br>305-961-9235 (office) 305-530-7139 (fax)<br><br>*Counsel for the United States of America* | **GENESIS II CHURCH OF HEALTH AND HEALING**<br>contact@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>**MARK GRENON**<br>mark@genesis2church.is<br><br>**JOSEPH GRENON**<br>joseph@genesis2church.is<br><br>**JORDAN GRENON**<br>jordan@genesis2church.is<br>6210 35th Avenue West<br>Bradenton, FL  34209<br><br>**JONATHAN GRENON**<br>jonathan@genesis2church.is<br>2014 Garden Ln.<br>Bradenton, FL 34205<br><br>*Defendants* |