| | |
|---|---|
| **From:** | Archy |
| **To:** | Frank, David; FLSDdb_efile Williams |
| **Subject:** | Re: Notice of Hearing, U.S. v. Genesis II Church of Health and Healing, et al., No. 20-CV-21601 |
| **Date:** | Friday, July 10, 2020 8:30:40 PM |

Judge Williams and Mr. Frank, I have contacted the US marshals and have told them that I will be on their flight Wednesday to the States. It will be Myself and Joseph. We have turned ourselves over to the US Marshals there. Could the Conference call be Thursday because then we will be there. We are talking to lawyer and will here back from them Monday so won't be before 10 AM and we want a lawyer present also. Please consider this.

Sincerely,

Mark Grenon

On 7/10/2020 2:30 PM, Frank, David wrote:

> To all defendants:
>
> The Honorable Kathleen M. Williams today scheduled a telephonic hearing on this case for Monday, July 13, 2020 at 2:00 PM.
>
> The judge's staff will email call-in information to Government counsel of record before the hearing. Government counsel, in turn, will email the call-in information to you.
>
> Here is a verbatim reproduction of Judge Williams' order:
> **PAPERLESS ORDER. This matter is before the Court sua sponte. A telephonic conference before the Honorable Kathleen M. Williams is set for Monday, July 13, 2020 at 2:00PM. Chambers will e-mail dial-in information to counsel of record before the conference. Plaintiff shall provide Defendants with a copy of this Order before the call. Signed by Judge Kathleen M. Williams on 7/10/2020. (clu)**
>
> Regards,
>
> David Frank
>
>
> David A. Frank
> Senior Litigation Counsel
> U.S. Department of Justice,
> Consumer Protection Branch
> (202) 307-0061 (office)
> (202) 598-0965 (mobile)
> David.Frank@usdoj.gov
>
> mail:
> P.O. Box 386

Washington, D.C. 20044-0386

overnight:
450 Fifth Street, NW, Suite 6400-South
Washington, DC 20001

CONFIDENTIALITY NOTICE:  This communication with its contents and attachments, if any, may contain confidential, law-enforcement sensitive, privileged attorney-client communications, or work product, and is not subject to disclosure.  It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited.  If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer.