| | |
|---|---|
| **From:** | Archy |
| **To:** | FLSDdb_efile Williams |
| **Subject:** | Request for time to obtain effective assistance of counsel |
| **Date:** | Monday, July 13, 2020 10:27:31 AM |



## Effective Assistance of Counsel needed for Defense

7-13-2020

**Judge Williams,**

As you know my sons. Jonathan and Jordan were arrested last Wednesday and haven't had sufficient time to obtain counsel plus there was a weekend where we couldn't get in touch with counsel. Today we are working on it. We are asking you to grant us 10 days to obtain counsel. Whatever counsel we obtain will take a few days for the counsel to prepare our defense. This is our 6th Amendment God-given right.

We spoke to lawyer in Tampa Friday and he is helping us to find a criminal defense today because he is a criminal lawyer. The lawyer name's how helping contact him is Doug Manson. Trying to talk to Peter George at this moment by phone and email.

This is the only way we can get in touch with you. Jonathan and Jordan don't have the ability to contact counsel while in jail.

Please grant our petition and let us know if you received this email.

Joseph and I can be available today at the video conference call at 2 PM today.

Sincerely,

Bishop Mark S. Grenon

Bishop Joseph T. Grenon

-->