| | |
|---|---|
| **From:** | Belgica Alcantara Grenon |
| **To:** | FLSDdb_efile Williams |
| **Subject:** | Injunction for Jonathan and Jordan Grenon |
| **Date:** | Monday, July 13, 2020 11:59:44 AM |

Hello. I am the mother of Jordan and Jonathan Grenon. I spoke with my sons today and they want to have the meeting with you about the injunction. Their father told us that he asked you to cancel the appointment for the injunction today but that was without their knowledge or agreement. They want the conference call at 2:00 today. Please don't cancel the conference. Please contact me if you can and continue to have the injunction today. Thank you very much.
Barbara Grenon