| | |
|---|---|
| **From:** | Archy |
| **To:** | FLSD CMECFAuto Sender; FLSDdb_efile Williams |
| **Subject:** | Re: Activity in Case 1:20-cv-21601-KMW United States Of America v. GENESIS II CHURCH OF HEALTH AND HEALING et al Order |
| **Date:** | Thursday, July 16, 2020 1:20:00 PM |

Judge Williams, We will be there. I want my sons out immediately. They are suffering as an act of your good faith. This will help you in what will come next.

Sincerely,

Bishop Mark S. Grenon

On 7/16/2020 10:58 AM, cmecfautosender@flsd.uscourts.gov wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 7/16/2020 at 11:58 AM EDT and filed on 7/16/2020

| | |
|---|---|
| **Case Name:** | United States Of America v. GENESIS II CHURCH OF HEALTH AND HEALING et al |
| **Case Number:** | 1:20-cv-21601-KMW |
| **Filer:** | |
| **Document Number:** | 65(No document attached) |

**Docket Text:**
**PAPERLESS ORDER. This matter is before the Court *sua sponte*. A telephonic conference before the Honorable Kathleen M. Williams is set for Tuesday, July 21, 2020 at 11:00 AM. Chambers will e-mail dial-in information to counsel of record before the conference. Plaintiff shall provide Defendants with a copy of this Order before the call. Signed by Judge Kathleen M. Williams on 7/16/2020. (clu)**

**1:20-cv-21601-KMW Notice has been electronically mailed to:**

David Frank      David.Frank@usdoj.gov

JOSEPH GRENON      joseph@genesis2church.is

MARK GRENON      mark@genesis2church.is

Matthew James Feeley      matthew.feeley@usdoj.gov, kevin.jean@usdoj.gov

R Goldstein      ross.goldstein@usdoj.gov, ahmad.h.younis@usdoj.gov, ocl.files@usdoj.gov

**1:20-cv-21601-KMW Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

GENESIS II CHURCH OF HEALTH AND HEALING
2014 Garden Ln
Bradenton, FL 34205

JONATHAN GRENON
2014 Garden Ln.
Bradenton, FL 34205

JORDAN GRENON
6210 35th Avenue West
Bradenton, FL 34209