| | |
|---|---|
| **From:** | Archy |
| **To:** | Goldstein, Ross; FLSDdb_efile Williams; Feeley, Matthew (USAFLS); Frank, David |
| **Subject:** | Emergency help needed today! |
| **Date:** | Friday, July 17, 2020 10:57:34 AM |

Dear Judge Williams,

I wrote you yesterday and saw that you received my message. **The Doctor told his wife a few minutes ago that Jonathan's blood pressure is at a dangerous level! He also told Jonathan that he might have a heart attack!** He might die! His health is in your hands. Please release my sons today. They are being effected physically, mentally and Spiritually. **We will all be attending the audio conference on Tuesday the 21st so there is no need for them to remain held.**

A loving father of them both,

Mark S. Grenon