| | |
|---|---|
| **From:** | Barbara Grenon |
| **To:** | FLSDdb_efile Williams |
| **Subject:** | The case of Jonathan and Jordan Grenon |
| **Date:** | Friday, July 17, 2020 11:37:23 AM |

Sen Judge Williams. It is very important that you release Jonathan and Jordan as soon as possible. Jonathan is in bad health do to very high blood pressure. I understand that you are waiting to have a conference call Tuesday concerning their release but it is very important if you can have it today because his health is getting worse. Please please do something now before we lose him. Thank you Barbara
Sent from my iPhone t from my iPhone