**From:** Belgica Alcantara Grenon
**To:** FLSDdb_efile Williams
**Subject:** Jonathan Grenon Case
**Date:** Friday, July 17, 2020 11:34:03 AM

Hello:  Good morning  Judge Williams, My name is Belgica and I'm Jonathan Grenon' s wife.  His blood pressure is extremely high and has been in the hospital area for 3 days. I am pregnant and am so afraid that something is going to happen to him. Please if there is anything you can do to help him .  I know for sure if you can release him to his home he would stay here. If you need him to continue this  case he would be available at any time. I sincerely ask you to help with all my heart.  Jonathan is a good man, he never be involved an any problem before, he don't have any record with the police and not one, I'm so sorry for asking but but this pass week was very bad for everyone, I know I don't have any decision for asking nothing but please I'm only asking for a Miracle Thank you and have a blessed day.  Belgica