**20-21601-CIV-WILLIAMS**



**7-19-20**

**Judge Williams,**

I have talked with all my sons and we have decided to completely comply with the order. We have all read the permanent injunction ordered by you and have already closed the following sites.

www.g2voice.is

www.genesis2church.is

www.g2churchnews.org

My sons can close the www.g2newsacraments, g2worldwidemissions.org, and put up the information that the FDA requires for refunds. We do not have control of **www.mmstestimonials.co**.

We have not had anyone ask for a refund in 4 ½ yrs. I think we had a few that didn't receive our Sacraments and we replaced it promptly. We didn't start to provide our Sacramental products until sometime in 2015 I believe. My sons will be able to fulfill the other points of the order when back home and have their computers.

I need to write our Church members and tell them to NOT use the Genesis II Church labels. We are shutting down the Genesis II Church and Health and Healing. I founded this Church to help mankind and together with my sons we

have helped many and now it is time to stop. If we open another Church it will be just for the preaching and teaching of the Bible as I have been doing for the past 41 yrs. and have nothing to do with MMS, chlorine dioxide and providing those Sacraments.

We will probably need some further explanation on a few points in the order so I hope we are provided a contact for any questions.

We are peaceful people and only want to help others and are only looking for freedom of choice for what goes into our temples, i.e. our bodies.

I hope this letter helps everything go smoother at the audio conference Tuesday.

As a father, I ask if at all possible, could my sons be released tomorrow, Monday , July 20th to attend the audio conference Tuesday from home. That would be a blessing to them.

Sincerely,

Bishop Mark S. Grenon