UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. On July 13, 2020 and August 3, 2020, this Court appointed Robert E. O'Neill as special master to implement and administer Paragraph 21 of the Permanent Injunction. (DE 64; DE 78.) In the Orders, the Court explained that "[t]he Special Master may not communicate *ex parte* with the Parties (with the exception of communicating on scheduling matters)." (DE 64 at ¶ 3; DE 78 ¶ 3.) To facilitate timely compliance with the requirements in Paragraph 21, the Court finds good cause to permit Mr. O'Neill to communicate *ex parte* with the Parties regarding the duties set forth in Paragraphs 21A – 21E. (DE 55; DE 77.) The Orders Appointing Special Master shall remain the same in all other respects. (DE 64; DE 78.)

    **DONE AND ORDERED** in Chambers in Miami, Florida, this 7th day of August, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE