Case- 1:20-CV-21601-KMW
Inmate= Jonathan David Grenon #736-810-18
Federal Bureau of Prisons.



FILED BY _AP_ D.C.

NOV 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable Judge: Kathleen M. Williams

First, forgive me for bothering you, my name is Belgica Alcantara, I am the wife of Mr. Jonathan David Grenon.

Jonathan David Grenon, has never had a police or criminal record before, it is the first time that Mr. Jonathan David Grenon has faced a situation like this one he is currently facing.

Jonathan David Grenon and I, have procreated a family of 4 children and a baby that is about to be born, now in the month of October, Mr. Jonathan David was the main breadwinner for our family, he was in charge of providing food for all the days for our children, to provide them clothing, such as clothes and shoes, and pay rent, so that our children have a humble home where they can sleep and rest peacefully without any worries. Since this whole situation arose and Mr. Jonathan David Grenon was arrested, the situation for our family has been more difficult every day.

In this time that Mr. Jonathan David Grenon has been detained, I have had to request charitable help, and from the government to be able to provide food for my children, and to try that they do not lack anything since Mr. Jonathan David Grenon, He cannot take care of himself, nor provide anything for his family due to being detained. So far there are many people who have helped us pay the debts monthly. But I am aware, and I know that these helps do not last for a lifetime. Every time I look at my children's faces, I just wonder how I can raise them by myself.

There are 5 children that I need to see for and get the daily bread. These upcoming holidays will be very sad days like Thanksgiving, Christmas, and New Years. I do not have a single family member in Florida who can help me with my children. Here I only know Jonathan's family, and they all already work, so they cannot offer me their help to take care of my children and so I can have the opportunity to work to be able to provide for my children. I do not have a single entry of money to pay for a daycare. Here life is very difficult if you do not have someone to help you. And Mr. Jonathan David Grenon was the main help to our family.

I want to ask you with all the respect that you deserve distinguished Judge Kathleen M. Williams, if it is within your reach and is a possibility, that Mr. Jonathan David Grenon, may have house arrest with a monitor, etc. Until he completes this case completely, I know that if Mr. Jonathan David gets a new opportunity in his life, he will appreciate that opportunity for every second of his life, especially if he is close to his children.

It is also a way for Mr. Jonathan David and I to help each other and we can continue to provide daily bread for our children day after day. Jonathan is a hardworking man, I know that if you give him a chance, he could go back to working in tents or construction like he has done before. If you, my honorable magistrate,

give you the opportunity. If not, I could work full time in any store and Jonathan could take care of our children. Children are a blessing from God and no parent wishes to see their children suffer for this main reason I am writing to you distinguished Judge Kathleen M. Williams.

Distinguished Judge: Kathleen M. Williams with my open heart, I tell you that I feel very concerned about the situation that my family is experiencing at this time. When I get the chance to get a job, it would be cleaning or in any store, because I did not finish school, I only reached the third theoretical, and I do not have a diploma. Here to have a good job you need to have a degree and a diploma. Which I do not have.

Mr. Jonathan David Grenon and I did many things as a family, and after Jonathan was arrested, Now I never leave the house, unless it is to buy food for our children. Since Jonathan was arrested nothing is the same, he has left a great emptiness in our home and in our hearts, my children and I totally depended on him, and now he is no longer with us.

My children and I have suffered a lot during this situation, because of the emptiness that their father has left us all. I do not know if this letter will reach your hands, Honorable Kathleen M. Williams, but if it does, please excuse me for disturbing you, and thank you very much for taking a moment of your precious time and reading this letter. May God Bless you today, tomorrow, and always.

Sincerely,


Belgica Alcantara
2014 Garden Ln
Bradenton, FL 34205


Grenon Family:

Jonathan David Grenon / D.O.B 12/31/1985
Belgica Alcantara/ D.O.B 7/26/1989
Jonathan Mark Grenon Alcantara/ D.O.B 9/5/2007
Justin Jeremy Grenon Alcantara/ D.O.B 12/23/2010
Jayden Shalom Grenon Alcantara/ D.O.B 7/11/2014
James David Grenon Alcantara/ D.O.B 11/8/2015
Newborn Baby: Jackson Kane Grenon Alcantara / D.O.B 10/12/2020

Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, FL 33128

Belgica Alcantara
2014 Garden Lane
Bradenton, FL 34205

Judge Kathleen M. Williams
Wilkie D. Ferguson, Jr United States Courthouse
400 North Miami Avenue
Room 11-3
Miami, FL 33128