**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-21601-CIV-WILLIAMS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*,

    Defendants.
_____/

## ORDER

This matter is before the Court on Belgica Alcantara's correspondence to the Court, which was docketed by the Clerk as a Motion for Release of Defendant Jonathan David Grenon. (DE 80.) In her letter, Ms. Alcantara requests the release of her spouse Jonathan Grenon, who has been arrested and detained pending trial in the separate, criminal case, *USA v. Grenon et al.*, 20-mj-03050-AOR, where he is charged with conspiracy to defraud the United States and to deliver misbranded drugs in violation of 18 U.S.C. § 371 and criminal contempt in violation of 18 U.S.C. § 401(3).

This Court has no jurisdiction over the criminal proceeding, which is currently assigned to Magistrate Judge Alicia M. Otazo-Reyes. Because the Court has no jurisdiction over and no authority to grant the requested relief, the motion for release is **DENIED**. However, the Court directs that Counsel for Plaintiff shall provide a copy of the motion to the Assistant United States Attorney assigned to the criminal proceeding for docketing in that matter.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>16th</u> day of November 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE