UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-21601-CIV-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GENESIS II CHURCH OF HEALTH AND HEALING, *et al.*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Pursuant to the Court's July 9, 2020 Order granting the Government's motion for default judgment as to Genesis II Church of Health and Healing, Jonathan Grenon, and Jordan Grenon (DE 54), and the Court's August 3, 2020 Order granting the Government's motion for final default judgment against Mark Grenon and Joseph Grenon (DE 76), it is **ORDERED AND ADJUDGED**:

1. Final Default Judgment is **ENTERED** in favor of Plaintiff, United States of America, and against Defendants Genesis II Church of Health and Healing, Jonathan Grenon, Jordan Grenon, Mark Grenon, and Joseph Grenon.

2. All outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida this 25th day of March, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE