

FILED BY _____ D.C.

AUG 01 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

joseph timothy of the House and lineage of grenon
A Son of The One True Creator
Ambassador to the Kingdom of Heaven
c/o 7115 N Division B-307
Spokane, Washington

Everything is Trust and there is nothing that is not trust
No Trust can Fail for want of a Trustee
The primary responsibility of the Trustee is to protect the Trust

For your Reference : case # 1:21-cr-20242, and 1:20-cv-21601, and 1:20-mj-03050

i joseph timothy, a son of God from the house and lineage of those known as grenon, come to you as a friend of the court, not as surety or as an enemy of the state, nor do i have any friends or allies who are enemies of the state. i am here to recognize the Trust and Trustee.
i repent for all my sins against the trust, please forgive me. i surrender the legal person into the custody of the Trustee.

After the birth of joseph timothy of grenon, on or around the day of my Lord August 22, in the year 1987 my Mom applied for a birth certificate for licenses so as to do business in commerce. Shortly thereafter the JOSEPH TIMOTHY GRENON Trust was created and Trustees were appointed.

i, joseph timothy, son of God, declare i am Beneficiary and not surety of the said commercial trust. Therefore, i recognize UNITED STATES DISTRICT COURT Southern District of Florida as Trustee for JOSEPH TIMOTHY GRENON.

As a friend of the court, and the Beneficiary of the Trust, i join with the Trustee to protect and defend the Trust from all attacks by pirates and privateers both foreign and domestic and encourage said court to perform duties of Trustee and protect and defend the Trust from unauthorized claims.

i kindly ask the Trustee to investigate the validity of claimant's action against the Trust and if claimant is found to have standing, and the claim to have merit, then please pay the debt of the Trust out of the proceeds of the Trust.

In addition, this attack on the Trust has caused me great harm and i have suffered emotional angst, loss of sleep, financial hardship and great stress, and have been falsely imprisoned, falsely arrested; my property has been stolen, i am humbly petitioning the Trustee for financial recoupment and other remedy at the discretion of the Trustee so that i may be made whole.

Thank you so much for all that you do, i appreciate you upholding your trusteeship.
If you need anything further please do not hesitate to contact me.
Thank you,

*All rights retained, without prejudice by: joseph-timothy*

beneficiary joseph timothy

Jordan Grenon
73682018
FDC-Miami
P.O. box 019120
Miami, FL
33101-9120

MIAMI FL 330

29 JUL 2022   PM 5   L



FOREVER / USA

United States District Court
Southern District
400 North Miami Avenue 8NOP
Miami, Florida
33128

33128-771899

Legal Mail